LAWRENCE C. HINKLE II (SBN 180551)
lhinkle@sandersroberts.com
JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
BOBBY L. DANIELS, JR. (Admitted *Pro Hac Vice*)
bdaniels@sandersroberts.com
**SANDERS ROBERTS LLP**
1055 West 7th Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for DEFENDANT
**LELAND T. WAYNE**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>  Plaintiff,<br><br>v.<br><br>LELAND T. WAYNE p/k/a METRO BOOMIN,<br><br>  Defendant. | **CASE NO.  2:24-cv-10378 RGK (RAOx)**<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR PHYSICAL EXAMINATION OF PLAINTIFF VANESSA LEMAISTRE**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed: October 29, 2024<br>Trial Date: September 23, 2025 |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and pursuant to the parties' Stipulation, the Court hereby approves and grants the Stipulation For Physical Examination of Plaintiff Vanessa Lemaistre.

**IT IS SO ORDERED.**

Dated: 5/1/2025

　　　　　　　　　　　　　　　　　　　　　*Rozella A. Oliver*
Honorable Rozella A. Oliver
United States Magistrate Judge