UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-10378-RGK (RAOx) | Date: | June 10, 2025 |
| Title: | Vanessa LeMaistre v. Leland T. Wayne | | |

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| | |
|---|---|
| Eddie Ramirez | Tape No.: N/A |
| Deputy Clerk | Court Recorder: N/A |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER STRIKING MOTION TO QUASH [36] AND DIRECTING LETTER BRIEFING ON DISCOVERY DISPUTES**

    Currently pending before the Court is Plaintiff Vanessa LeMaistre's Motion to Quash, Dkt. No. 36, and two requests for informal discovery conferences ("IDCs") sent by email.

    Plaintiff filed her Motion to Quash on May 22, 2025. Dkt. No. 36. The motion was noticed for a hearing on June 11, 2025.[1] The motion is not filed pursuant to Local Rule 37-2 with an accompanying joint stipulation. To the extent Plaintiff was not required to follow Local Rule 37-2, the motion is governed by Local Rules 6-1, 7-9, and 7-10. *See* L.R. 37-2.4.[2] However, the motion was filed less than 28 days prior to the noticed hearing date in violation of Local Rule 6-1. Moreover, under Local Rule 7-9, Defendant's opposition would have been due May 21, 2025, the day before the motion was filed. Because Plaintiff did not properly notice her motion, the Court STRIKES the Motion to Quash.

    The Court is also in receipt of two requests for IDCs. On May 14, 2025, Plaintiff emailed the Court with a renewed request for IDC. In response, the undersigned's Courtroom Deputy Clerk directed the parties to jointly complete the IDC form available on the undersigned's procedures and schedules page. Instead of following this directive, each side emailed the Court with a lengthy IDC request. One of the emails is over 10,000 words, which, as a point of reference, exceeds the Local Rules' word limit for briefs filed in this district. *See* L.R. 11-6.1. Not only did the parties fail to comply with the specific directive to fill out the Court's IDC form, but the parties also failed to comply with the Court's general directive in its procedures page to include a "very brief joint

---

[1] The hearing was subsequently vacated by the Court. Dkt. No. 37.
[2] It does not appear that Plaintiff has submitted a declaration to justify the failure to file a joint stipulation. *See* L.R. 37-2.4. This is another basis to strike the motion.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 24-10378-RGK (RAOx) | Date: | June 10, 2025 |
| Title: | Vanessa LeMaistre v. Leland T. Wayne | | |

description" of the discovery disputes. The Court therefore declines to schedule the requested IDCs.

The Court recognizes that the fact discovery cut-off is June 24, 2025. The Court strongly encourages the parties to utilize the remaining time left to obtain the most important discovery for the parties' claims and defenses. Because there is insufficient time remaining for either party to file a noticed discovery motion and the parties have been waiting for a response from the Court on their requests for IDCs, the Court sets forth the following letter briefing schedule for any remaining disputes. The parties may file simultaneous opening letter briefs by June 13, 2025. Each side may file an opposition letter brief by June 16, 2025. Each side shall have a total of 10 pages of letter briefing across their two letter briefs. Letter briefs are to be filed on CM/ECF, be on firm letterhead, single spaced, and exhibits may be attached and do not count towards the page limit.

The parties are also strongly encouraged to meet and confer forthwith to narrow and focus their letter briefing.

**IT IS SO ORDERED.**

|   |   :   |
|---|---|
|   | Initials of Preparer  er |