MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Vanessa LeMaistre*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>                    Plaintiff,<br><br>   vs.<br><br>LELAND WAYNE<br><br>                    Defendant. | Case No. 2:24-CV-10378 RGK(RAO)<br><br>**DECLARATION OF MICHAEL J. WILLEMIN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 9**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed: October 29, 2024<br>Trial Date: September 23, 2025 |

DECLARATION OF MICHAEL J. WILLEMIN IN SUPPORT OF
PLAINTIFF'S MOTION IN LIMINE NO. 9

# DECLARATION

I, Michael J. Willemin, pursuant to 28 U.S.C. 1746, declare and state as follows:

1. I am an attorney at the law firm Wigdor LLP, counsel for Plaintiff Vanessa LeMaistre. I have personal knowledge of the facts set forth herein and submit this declaration in support of Plaintiff's Motion in Limine No. 9.

2. Attached hereto as Exhibit 1 is Defendant Leland T. Wayne's Expert Disclosure encl. exhibits.

Dated: August 8, 2025
New York, New York

By: _____
Michael J. Willemin

DECLARATION OF MICHAEL J. WILLEMIN IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 9