1 | LAWRENCE C. HINKLE II (SBN 180551)
lhinkle@sandersroberts.com
2 | JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
3 | BOBBY L. DANIELS, JR. (Admitted *Pro Hac Vice*)
bdaniels@sandersroberts.com
4 | **SANDERS ROBERTS LLP**
515 S. Flower Street, 24th Floor
5 | Los Angeles, CA 90071
Telephone: (213) 426-5000
6 | Facsimile:  (213) 234-4581

7 | Attorneys for Defendant
**LELAND T. WAYNE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LELAND T. WAYNE p/k/a METRO BOOMIN,<br><br>　　　　　Defendant. | **CASE NO.  2:24-cv-10378 RGK(RAOX)**<br><br>**JOINT POST-MEDIATION STATUS REPORT**<br><br>Judge:　　　Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed:　October 29, 2024<br>Trial Date:　　　September 23, 2025 |

# JOINT STATUS REPORT

Plaintiff Vanessa LeMaistre and Defendant Leland T. Wayne (collectively, the "Parties") hereby submit the following Joint Status Report pursuant to the Court's Order dated July 25, 2025:

On or about July 18, 2025, the Parties engaged in a mediation before the Honorable Judge David Milton (Ret.). The Parties mediated in good faith. However, the litigation did not resolve. After the mediation, the Parties have continued limited settlement discussions, which have proven unsuccessful. The Parties are currently preparing the matter for trial and are preparing trial documents pursuant to Central District of California Local Rules 16-2 and the Court's Scheduling Order dated January 27, 2025 and the Local Rules.

Dated: August 11, 2025         **SANDERS ROBERTS LLP**

By: /s/ Lawrence C. Hinkle II
JUSTIN H. SANDERS, ESQ.
LAWRENCE C. HINKLE II, ESQ.
BOBBY L. DANIELS, JR., ESQ.
Attorneys for Defendant
**LELAND T. WAYNE**

Dated: August 11, 2025         **WIGDOR LLP**

By: /s/ Michael J. Willemin
MICHAEL J. WILLEMIN
MONICA HINCKEN
Attorneys for Plaintiff
**VANESSA LEMAISTRE**



# **PROOF OF SERVICE**

CAL. CODE CIV. PROC. § 1013A(3)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 515 S. Flower Street, 24th Floor, Los Angeles, CA 90071. My electronic service address is rpollak@sandersroberts.com.

On August 11, 2025, I served the following document(s) described as **JOINT POST-MEDIATION STATUS REPORT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **VIA ECF:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

☐ **VIA ELECTRONIC MAIL:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare under penalty of perjury under the laws of the United States of America State of California that the foregoing is true and correct.

Executed on August 11, 2025, at Los Angeles, California.

| Rita Pollak | /s/ Rita Pollak |
|---|---|
| (Type or print name) | (Signature) |

**SERVICE LIST**
*LeMaistre v. Wayne*
Case No. 2:24-cv-10378 RGK(RAOX)

| | |
|---|---|
| Michael J. Willemin<br>Monica Hincken<br>WIGDOR LLP<br>85 Fifth Avenue, Fifth Floor<br>New York, NY 10003<br>Telephone:  (212) 257-6800<br>Facsimile:   (212) 257-6845<br>mwillemin@wigdorlaw.com<br>mhincken@wigdorlaw.com<br>erousseau@wigdorlaw.com | Attorneys for PLAINTIFF<br>VANESSA LEMAISTRE<br><br>Admitted *pro hac vice*\* |
| Robert J. Girard II<br>Omar G. Bengali<br>GIRARD BENGALI, APC<br>355 S. Grand Avenue, Suite 2450<br>Los Angeles, CA 90071<br>Telephone:  (323) 302-8300<br>Facsimile:   (323) 302-8310<br>rgirard@girardbengali.com<br>obengali@girardbengali.com | Attorneys for PLAINTIFF<br>VANESSA LEMAISTRE |

4936-4297-8140, v. 1