MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Vanessa LeMaistre*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND WAYNE,<br><br>　　　　Defendant. | Case No. 2:24-cv-10378 RGK(RAO)<br><br>Hon. R. Gary Klausner<br><br>**JOINT WITNESS LIST**<br><br>Complaint Filed: October 19, 2024<br>Trial Date: September 23, 2025 |

JOINT WITNESS LIST

1

Pursuant to Central District of California Local Rule 16-5, Federal Rule of Civil Procedure 26, and Judge Klausner's Jury Trial Order, Plaintiff Vanessa LeMaistre ("Plaintiff") and Defendant Leland T. Wayne ("Defendant") submit the following Joint Witness List.

This list identifies the witnesses the parties intend to call, or may call, at trial, exclusive of any witnesses who may be called for rebuttal or impeachment. Each party reserves the right to call any witness on the other party's witness list, if those witnesses are not in fact called by the listing party. The parties expressly reserve the right to supplement this list at any time before trial, and the right to object to any supplemental witnesses identified by a party. The parties further reserve the right to call or refrain from calling any of the witnesses on this list.

I. **PLAINTIFF'S WITNESS LIST**

| Name | Brief Statement/What Makes Testimony Unique | Time Estimate |
|---|---|---|
| Vanessa LeMaistre | Ms. LeMaistre is the plaintiff in this matter and will testify as to the facts of her sexual assault and emotional damages. | 4 hours |
| Leland T. Wayne | Mr. Wayne is the defendant in this matter and will testify as to the sexual assault of Ms. LeMaistre; other acts of sexual assault; prior statements and admissions concerning sexual assault and drugging women, | 4 hours |

JOINT WITNESS LIST

2

| | | |
|---|---|---|
| | including but not limited to social media posts and song lyrics; his animus toward women; and his failure to comply with his discovery obligations. | |
| Kimberly Montano | Ms. Montano is an alleged victim of sexual assault by Mr. Wayne and will testify about being drugged and sexually assaulted by him. | 30 minutes |

II. **DEFENDANT'S WITNESS LIST**

| Name | Brief Statement/What Makes Testimony Unique | Time Estimate |
|---|---|---|
| Adam Dawson | Mr. Dawson will testify about his investigation about Plaintiff and his findings. | .50 |
| Moses Dolittle | Mr. Little will testify about his interactions and communications with Plaintiff. | .50 |
| Dax Hill | Mr. Dax will testify about his relationship with Plaintiff and her alleged sexual assault claims against him. | .50 |
| Plaintiff Vanessa | Plaintiff will testify about her | 5 hours |

JOINT WITNESS LIST

3

| | | |
|---|---|---|
| LeMaistre | relationship with Defendant, her claims against Defendant and her alleged emotional distress and damages | |
| Dr. Elizabeth Loftus | Dr. Loftus is an expert who will testify about memory as it relates to Plaintiff's allegations against Defendant. | 1 hour |
| Dr. April Thames | Ms. Thames is an expert who will testify about Plaintiff's alleged emotional distress. | 2 hours |
| Defendant Leland T. Wayne | Defendant will testify about his relationship with Plaintiff and her alleged claims against him. | 1.5 hours |
| Custodian of Records of Prototypes | The custodian will testify about the foundation for admitting the Prototype documents into evidence. | .20 |
| Custodian of Records of Los Angeles Police Department | The custodian will testify about the foundation for admitting the Los Angeles Police Department documents into evidence. | .20 |
| Custodian of Records of Planned Parenthood | The custodian will testify about the foundation for admitting the Planned Parenthood documents into evidence. | .20 |

JOINT WITNESS LIST

4

| | | |
|---|---|---|
| Custodian of Records of FPA Women's Health | The custodian will testify about the foundation for admitting the FPA Women's Health documents into evidence. | .20 |
| Custodian of Records of Cedars Sinai | The custodian will testify about the foundation for admitting the Cedars Sinai documents into evidence. | .20 |

JOINT WITNESS LIST

5

Dated: August 18, 2025

**WIGDOR LLP**

By: _____
Michael J. Willemin
Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com

**GIRARD BENGALI, APC**

Omar H. Bengali
Robert J. Girard II

355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
Facsimile: (323) 302-8310
obengali@girardbengali.com
rgirard@girardbengali.com

*Attorneys for Plaintiff Vanessa LeMaistre*

Dated: August 18, 2025

**SANDERS ROBERTS LLP**

By: _____
JUSTIN H. SANDERS, ESQ.
LAWRENCE C. HINKLE II, ESQ.
BOBBY L. DANIELS, JR., ESQ.
Attorneys for Defendant
**LELAND T. WAYNE**

JOINT WITNESS LIST

6