LAWRENCE C. HINKLE II (SBN 180551)
lhinkle@sandersroberts.com
JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
BOBBY L. DANIELS, JR. (Admitted *Pro Hac Vice*)
bdaniels@sandersroberts.com
**SANDERS ROBERTS LLP**
515 S. Flower Street, 24th Floor
Los Angeles, CA 90071
Telephone: (213) 426-5000
Facsimile: (213) 234-4581

Attorneys for Defendant
**LELAND T. WAYNE**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>                    Plaintiff,<br><br>        v.<br><br>LELAND T. WAYNE p/k/a METRO BOOMIN,<br><br>                    Defendant. | **CASE NO.  2:24-cv-10378 RGK(RAOx)**<br><br>**NARRATIVE STATEMENT FOR DEFENDANT LELAND T. WAYNE'S EXPERT APRIL D. THAMES, PH.D.**<br><br>Judge:       Hon. R. Gary Klausner<br>Courtroom:  850<br><br>Complaint Filed:  October 29, 2024<br>Trial Date:          September 23, 2025 |

1       **TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF**

2  **RECORD:**

3       **PLEASE TAKE NOTICE** that pursuant to the Court's Order for Jury Trial

4  (Dkt. 19) and in anticipation of the Pretrial Conference scheduled on September 8,

5  2025 at 9:00 a.m., in Courtroom 850 of the above-captioned court, Defendant Leland

6  T. Wayne ("Defendant") hereby submits the following Narrative Statement regarding

7  the qualifications and testimony expected to be elicited at trial from defense expert

8  April D. Thames, Ph.D. ("Dr. Thames").

9

10  Dated:  September 3, 2025       **SANDERS ROBERTS LLP**

11

12       By: */s/ Lawrence C. Hinkle II*
     LAWRENCE C. HINKLE II, ESQ.

13       JUSTIN H. SANDERS, ESQ.
     BOBBY L. DANIELS, JR., ESQ.

14       Attorneys for Defendant
     **LELAND T. WAYNE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## NARRATIVE STATEMENT FOR APRIL D. THAMES, PH.D.

I.    QUALIFICATIONS

Dr. Thames is a California licensed psychologist and a leading expert with over 20 years of experience researching cultural and social influences on health and behavior.

As part of her clinical research, Dr. Thames has conducted over 1,500 psychological assessments in her career.  As part of her academic research, Dr. Thames directs a research laboratory that focuses on the effects of lifetime stress, trauma and adversity on mental health and wellness in a variety of clinical populations.  Through her research, Dr. Thames has been credited as an author of more than 100 peer-reviewed publications relating to the aforementioned research.



Dr. Thames is Director of the Social Neuroscience and Health Psychology Laboratory, Professor of Psychiatry and Division Chief of the Division of Medical Psychology within the Department of Psychiatry and Biobehavioral Sciences at UCLA, overseeing all psychologists who work within the medical school.  Dr. Thames is also Vice Chief of Staff for UCLA Resnick Neuropsychiatric Hospital.  In her roles, she directs the consultation-liaison (CL) service for predoctoral internship and postdoctoral fellowship training program.  The CL psychology service works primarily with departments of trauma and emergency surgery, palliative care, neurology, transplant and psychiatry, providing a range of psychological services including brief psychotherapy, psychoeducation, assessment, and consultation with medical teams.

Dr. Thames earned her Ph.D. from Alliant International University – Los Angeles in 2009.  She thereafter completed her internship in Clinical Neuropsychology at Patton State Hospital in 2009, as well as her Fellowship in Neuroscience at UCLA School of Medicine in 2012.  Prior to obtaining her Ph.D., Dr. Thames graduated from Cal State University Long Beach with her Bachelor of Arts in Psychology in 2003.

A true and correct copy of Dr. Thames's current curriculum vitae is attached hereto as "Exhibit A."

## II.    TESTIMONY EXPECTED TO BE ELICITED AT TRIAL

Dr. Thames conducted an independent psychological examination of Plaintiff on May 9, 2025.  Dr. Thames also reviewed the following materials as part of her psychological assessment of Plaintiff: Plaintiff's operative complaint, the transcript of her deposition and accompanying exhibits, Plaintiff's medical records, Plaintiff's journal entries, records from the Los Angeles Police Department relating to Plaintiff and her allegations, and certain of Plaintiff's text message exchanges.  Based on that evidence, Dr. Thames is prepared to assist the jury in this matter by providing testimony regarding her assessment of the presence, severity, and prognosis of any psychological or emotional harm reportedly experienced by Plaintiff in connected with the alleged assault.  Dr. Thames may provide testimony on the following subject matters:

- Her assessment of Plaintiff's recollection of Defendant's alleged sexual assault of Plaintiff, including the ongoing psychological distress Plaintiff attributes to the incident;

- Her assessment of Plaintiff's psychological and emotional condition, namely, her clinical opinion regarding the severity and expected prognosis of Plaintiffs' reported condition and the extent to which the alleged assault has contributed to Plaintiff's current psychological functioning;

- Whether Plaintiff displays symptoms consistent with trauma or other psychological harm, and the potential causes of any such symptoms;

- How Plaintiff's post-incident efforts to contact and communicate with Defendant is consistent with scientifically understood patterns of sexual assault victim behavior;

- Her assessment of the extent to which disturbing traumatic events that Plaintiff reports occurred prior to and after the alleged sexual assault by Defendant have and continue to distress her and produce recurrent episodes of anxiety, including impacts stemming from childhood sexual abuse, paternal abandonment and the loss of Plaintiff's infant son, among other events;
- The presence of other psychosocial stressors or diagnostic considerations—including traumatic events and drug and alcohol use— that could inform the reliability and attribution of the alleged psychological harm to the events alleged by Plaintiff;
- How Plaintiff's engagement in impulsive and risky sexual behaviors support a pattern of affectively driven, dysregulated behavior and maladaptive relational dynamics often seen in trauma-impacted individuals with comorbid mood and personality disorders;
- How Plaintiff's journal entries reflect a pattern of grandiosity, flight of ideas, disorganized narrative structure, and periods of third-person narration, suggesting episodes of altered mental status;
- Whether Plaintiff's participatory use of ayahuasca had the potential to distort her recollection of her allegations against Defendant;
- Whether Plaintiff's reporting of multiple sexual assaults subsequent to the alleged incident is consistent with scientifically understood patterns of sexual assault victim behavior; and
- How Plaintiff's self-reported history of repeated instances of rapidly forming romantic attachments, abrupt dissolution of those relationships, and ensuing feelings of abandonment comport with the presentation of her allegations against Defendant;

A true and correct copy of Dr. Thames's disclosed expert report is attached hereto as "Exhibit B."

NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT APRIL D. THAMES, PH.D.

Dated:  September 3, 2025          **SANDERS ROBERTS LLP**

By:  */s/ Lawrence C. Hinkle II*
LAWRENCE C. HINKLE II, ESQ.
JUSTIN H. SANDERS, ESQ.
BOBBY L. DANIELS, JR., ESQ.
Attorneys for Defendant
**LELAND T. WAYNE**

NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT APRIL D. THAMES, PH.D.

# EXHIBIT A

**April D. Thames, Ph.D.**
Professor of Psychiatry
Clinical Psychologist/Neuropsychologist PSY 25052
University of California Los Angeles
760 Westwood Plaza C8-841 | Los Angeles, CA 90024
Email: athames@mednet.ucla.edu | Telephone: (562) 201-6602

## Academic Appointments

| | |
|---|---|
| **7/1/2021-Present** | **Professor of Psychiatry,** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **1/1/2018-6/30/2021** | **Associate Professor (Tenured),** University of Southern California Departments of Psychology and Psychiatry |
| **1/1/2018-6/30/2021** | **Affiliate Faculty,** Neuroscience Graduate Program, University of Southern California |
| **1/1/2018-6/30/2021** | **Adjunct Associate Professor,** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **7/1/2017-12/31/2017** | **Associate Professor (Tenured),** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **7/1/2012-6/30/2017** | **Assistant Professor (Tenure Track),** UCLA Department of Psychiatry and Biobehavioral Sciences |

## Leadership/Advisory Positions

| | |
|---|---|
| **9/1/24-Present** | **Acting Chief, Division of Psychology,** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **9/1/2024-Present** | **Vice Chair,** Graduate Council of the Academic Senate, UCLA |
| **7/1/2023-Present** | **Vice Chief of Staff,** UCLA Resnick Neuropsychiatric Hospital |
| **3/1/2024-Present** | **Director, Clinical Health Psychology Postdoctoral Fellowship,** UCLA Semel Institute for Neuroscience and Human Behavior |
| **7/1/2023-Present** | **Member,** Graduate Council of the Academic Senate, UCLA |
| **7/1/2021-Present** | **Director of Adult Inpatient Consultation Liaison Service (Psychology)/ Adult Psychology Chief Psychologist,** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **7/1/2021-Present** | **Director, Health and Behavior Clinical Psychology Internship Track,** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **7/1/2012-Present** | **Director,** Social Neuroscience in Health Psychology Laboratory |

| 5/02/2023-9/1/2024 | **Faculty Advisor,** UCLA Friends of the Semel Institute Teen Advisory Council (funded by the Rare Beauty Foundation) |
|---|---|
| 11/1/2021-9/1/2024 | **Associate Faculty Advisor,** UCLA Friends of the Semel Institute, Department of Psychiatry and Biobehavioral Sciences |
| 10/1/2021-9/1/2024 | **Faculty Mentor,** UCLA/CDU Substance Abuse Research Training (SART) program |
| 7/1/2021-9/1/2024 | **Associate Director,** Medical Psychology Assessment Center, UCLA Department of Psychiatry and Biobehavioral Sciences |
| 6/1/2022-5/31/2023 | **Faculty Mentor,** Child Global Research Fellowship, Washington University St. Louis |
| 2019-2021 | **Founder and Director,** USC Department of Psychology Committee on Leadership in Multicultural Advancement in Psychological Training for Everyone (CLIMATE) |
| 2018-2021 | **Faculty advisor,** USC Chapter for the Association of Neuropsychology Students in Training (ANST) |
| 2018-Present | **Scientific Advisor,** National Neurological Tissue Consortium (UCLA site) |
| 2013-2018 | **Director,** UCLA Neuropsychology of Medical Illness (NMI) Practicum |
| 2015-2017 | **Associate Director,** UCLA Center for Culture, Trauma and Mental Health Disparities |

## Professional Licensure

| 2012 – Present | Psychology: California PSY 25052 |
|---|---|

## Education & Training

| 2011-2012 | **Chief Postdoctoral Research Fellow, NIH/NIMH T-32**<br>UCLA Semel Institute for Neuroscience and Human Behavior, CA |
|---|---|
| 2009-2011 | **Postdoctoral Fellowship, Clinical Neuropsychology**<br>UCLA Semel Institute for Neuroscience and Human Behavior, CA |
| 2008-2009 | **Predoctoral Internship, Clinical Neuropsychology Intern**<br>Patton State Hospital, Patton, CA (APA-accredited predoctoral internship) |
| 2009 | **Ph.D., Clinical Psychology**<br>California School of Professional Psychology/Alliant International University, Los Angeles, CA (APA-accredited doctoral program) |
| 2003 | **Bachelor of Arts, Psychology**<br>California State University, Long Beach, CA<br>Supported under National Institute of Health T34 award (Career Opportunities in Research Program). |

## Research Grants

**Active**

**9/1/2024-8/31/2029**   **Co-Investigator, An Outcome-Focused Measure of Mental Health Care Quality based on Standardized Patient-Reported Symptoms.** National Institutes of Mental Health (R01MH137080). Tests and validates a new, transdiagnostic outcome-focused mental health quality measure.

**9/1/2024-8/31/2029**   **Co-Investigator, Identifying Unique Neural and Inflammatory Mechanisms of Depression in People living with HIV.** National Institutes of Mental Health (RO1MH132458). Examining the biological mechanisms of depression in people living with HIV.

**9/1/2024-8/31/2029**   **Multiple Principal Investigator (Ssewamala, Thames, Nakasujja),** National Institute of Mental Health (RO1 MH113486). Suubi4HER Round 2: Examining the long-term impact of a combination intervention on HIV prevention care and mental health for adolescents and young women in Uganda. Direct cost: $2,850,000.

**9/1/2024-8/31/2029**   **Co-Investigator,** National Neuropsychology Network (RO1 MH118514; PI R. Bilder).

**7/1/2022-6/30/2027**   **Co-Investigator/Subaward PI,** Black Women and Inflammation and Tau Study (BWITS; RO1AG077579). Direct cost to subaward: $250,000.

**9/1/2017-6/30/2024 (NCE)**   **Principal Investigator,** National Institute of Mental Health (RO1MH114761). The effects of lifetime stress on cognitive aging in the context of HIV: Identifying sources of racial disparities. Total direct funds, $2,500,000.

**7/1/20-6/30/2025**   **Co-Investigator/Subaward PI,** National Institute of Minority Health Disparities (RO1HD074949) Suubi+Adherence-R2. Direct cost to subaward: $193,273.

**Completed**

**3/1/21-2/28/2023**   **Principal Investigator,** Alzheimer's Association Rapid Program in Dementia (RAPID).  The impact of COVID-19 on African Americans at risk for Alzheimer's disease. Direct cost: $50,000.

**10/01/2019-9/30/2022**   **Co-Principal Investigator,** Robert Wood Johnson Foundation Interdisciplinary Research Leaders Fellowship.  Mind your money: Intervention for financial health and mental health well-being. Total direct funds, $350,000

**9/1/2017-8/31/2020**   **Principal Investigator,** Alzheimer's Association (AARGD-17-533301). Biopsychosocial contributors to early brain changes in African Americans. Total direct funds, $150,000.  No cost-extension due to COVID-19.

**08/01/2016-07/30/2018**   **Principal Investigator,** National Institute on Aging, UCLA RCMAR/CHIME. Accelerated cognitive aging in HIV+ and HIV- African Americans. Direct cost: $40,000

**08/01/2016-07/30/2018**   **Principal Investigator,** National Institute on Aging, UCLA Claude D. Pepper Older Adults Independence Center The impact of lifetime stress/adversity on cognitive aging: The role of inflammation. Direct cost: $40,000.

| | |
|---|---|
| 7/1/2012-6/30/2017 | **Principal Investigator,** National Institute of Mental Health (K23MH095661).  Neurobehavioral and Functional Consequences of HIV in African Americans: A multimethod analysis. Total direct funds, $927,000. |
| 7/1/2012-6/30/2017 | **Principal Investigator,** Center for Translational Research Center (Parent grant: UL1TR000124.  Supplemental support funds for the study titled "Neurobehavioral and Functional Consequences of HIV in African Americans: A multimethod analysis. Total direct funds, $30,000. |
| 7/1/2012-6/30/2017 | **Co-Investigator,** National Institute of Drug Abuse. Randomized trial of Ibudilast for Methamphetamine (MA) Dependence (R01 DA035054; PI: Heinzerling). |
| 7/1/2015-6/30/2017 | **Principal Investigator,** Friends of the Semel Institute Morris A. Hazan Scholar Award.  Identifying resiliency factors that protect against adversity among chronic disease populations.  Total direct funds, $100,000. |
| 3/01/2015 – 2/29/2016 | **Co-Investigator,** National Institute of UCLA-South Africa Center or Chronic Mental Disorders (Tirisano). |
| 10/1/2015-9/30/2016 | **Principal Investigator,** Rapid Research Advances for Progress in Disparities (RRAPID).  Academic-community partnerships in reducing health and mental disparities in underserved communities: Implementing translational neuroscience. Total direct funds: $15,000. |
| 5/1/2014-4/30/2015 | **Principal Investigator,** Society for Clinical Neuropsychology.  The effects of HIV and marijuana use on neurological integrity and neurocognition.  Total direct funds: $15,000. |
| 9/1/2014-8/30/2015 | **Principal Investigator,** UCLA Center for Advancing Longitudinal Drug Abuse Research.  Using fMRI to predict relapse among methamphetamine users in treatment.  Total direct funds: $20,000. |
| 10/1/2010 – 10/1/2014 | **Principal Investigator,** National Institute of Health Loan Repayment Grant.  Aging with HIV/HCV co-infection: Impact on neurocognitive and functional outcomes. Total funds: $140,000. |
| 7/1/2012-6/30/2013 | **Principal Investigator,** Johns Hopkins School of Medicine (subaward from NIMH R25).  Proinflammatory genes and susceptibility to HAND in African Americans. Total direct funds: 20,000. |
| 10/1/2010-9/30/2012 | **Principal Investigator**, National Academy of Neuropsychology. Stereotype threat and neuropsychological test performance in African Americans. Total direct funds: $12,000. |
| 9/1/2010 – 04/30/2012 | **Principal Investigator,** Mount Sinai NeuroAIDS Institute (subaward from NIMH R25 MH080663). Examining cognitive functioning among African Americans with HIV/HCV: A multimethod approach.  Total direct funds: $25,000. |
| 10/1/2010 – 9/30/2011 | **Co-Principal Investigator,** Shared Equipment Grant for fMRI Stimulus presentation. Total direct funds: $59,082.00. Principal Investigator: Rebecca Melrose, Ph.D. |

| 1/27/2010 – 12/31/2010 | **Principal Investigator**, UCLA Center for AIDS Research (AI28697). "Aging with HIV: Neuroimaging, neurocognitive and functional outcomes." Total direct funds: $5,000. |

# Publications

## Peer-Reviewed Manuscripts (50% of publications as first author or senior author)

**(Note: \* = Senior author on student mentored paper)**

1. Young AS, Cai L, Jackson NJ, Leung LB, **Thames AD:** Study protocol: Developing and studying an outcome-focused measure of mental health care quality based on patient-reported symptoms in the United States. BMJ Open. In press.

2. Bordes-Edgar, V., MacDonald, B., **Thames, A.D.,** McClintock, S. (in press). The time has come: Discussing the clinical neuropsychology provider's role in cultural respect and inclusion. Journal of Clinical and Experimental Neuropsychology.

3. \*Stradford, J., Heyworth, N.C., Jackson, M., Norman, M., Banks, S.J., Sundermann, E.E., **Thames, A.D.** (in press). Increasing research study engagement in minoritized populations: An example from the Black Women Inflammation and Tau Study. *Alzheimer's & Dementia: The Journal of the Alzheimer's Association.*

4. Baim-Lance, A., Cooley, S., Yoo-Jeong, M., Ances, B., Duque, G., Ellis, R.J., Flexner, C., Pence, B.W., Plankey, M., Mullins, J.D., Sun, J., **Thames, A.D.,** Margolick, J.B., Moore, D.J., Erlandson, K.M. (in press). Current challenges, and novel directions in research and clinical care: Proceedings from the 14th annual international workshop on HIV and Aging. *Journal of Gerontology: Biological Sciences.*

5. Kennedy, E.,  Liebel, S.W., Lindsey, H., ……**Thames, A.D.**, Thomas-Odenthal, F. Thomopoulos, S.I., Tone, E.B., Torres, I.,  Troyanskaya, M., Turner, J.A., Ulrichsen, K.M., Umpierrez, G., Vecchio,  D., Vilella, E., Vivash, L., Walker, W.C., Werden, E., Westlye, L.T., Wild, K., Wroblewski, A., Wu, M.J., Wylie, G.R., Yatham, L.N., Zunta-Soares, G.B., Thompson, P.M.,  Pugh, M.J., Tate, D.F.,  Hillary, F.G., Wilde, E.A., Dennis, E.L. (note: 100+ authors from the ENIGMA Consortium) (in press). Verbal Learning and Memory Deficits Across Neurological and Neuropsychiatric Disorders: Insights from an ENIGMA Mega Analysis. *Brain Sciences.*

6. Blanco, L., Hernandez, I, **Thames, A.D.,** Chen, L., Serido, J. (2023). Mind Your Money: A community-based digital intervention for improving financial behavior among Hispanics. *Journal of Economic Behavior and Organization;* 212, 629-643.

7. \*Delfel, E., \*Hammond, A., Spahr, C., Moore, D.J., Slavich, G.M., **Thames, A.D.**  (2023). Psychological grit moderates the relation between lifetime stressor exposure and functional outcomes among HIV-positive and HIV-seronegative Adults.  *Stress and Health;* 39(5): 1058-1071.

8. Umfleet L.G., Bilder R.M., Loring D.W., **Thames A**, Hampstead B.M., Bauer R.M., Drane D.L., Cavanagh L. (2023). The Future of Cognitive Screening in Neurodegenerative Diseases. *Journal of Alzheimers Disease.* 93(1):47-59. doi: 10.3233/JAD-221077. PMID: 36970899.

9. Wells, K., **Thames, A.D.,** Young, A.S., Zhang, L., Heilemann, M.V., Romero, D.F., Oliva, A., Jones, F., Tang, L., Brymer, M., Elliott, T., Arevian, A. (2022). Engagement, Use and Impact of Digital Mental Health Resources for Diverse Populations in COVID-19: Community-Partnered Evaluation.  *JMIR Form Research;* 6 (12):e42031.

10. McIntosh RC, Clark US, Cherner M, Cysique LA, Heaton RK, Levin J, Remien RH, **Thames A**, Moore DJ, Rubin LH. (2023). The Evolution of Assessing Central Nervous System Complications in Human Immunodeficiency Virus: Where Do We Go From Here? *J Infect Dis*; 17;227(Suppl 1): S30-S37.

11. *McIntosh, E., Slavich, G.M., Beam, C., Spahr, C.M., **Thames, A.D**. (2022). Prefrontal cortex volume mediates the relationship between lifetime stress exposure and cognition in people living with and without HIV. *Psychosomatic Medicine*; 84 (8): 904-913.

12. **Thames, A.D.,** Nunez, R.A., Slavich, G.M., Irwin, M.R., Senturk, D. Racial differences in health and cognition as a function of HIV among older adults (2021). *The Clinical Neuropsychologist, 25:1-21.*

13. *Weissberger, G., Nunez, R.A., Tureson, K., Gold, A., **Thames, A.D.** (2021). Socioeconomic mobility and psychological and cognitive functioning in a diverse sample of adults with and without HIV. *Psychosomatic Medicine, 83,* 218-227.

14. Ssewamala, F.M., Bahar, O.S., Nabunya, P., **Thames, A.D.,** Neilands, T.B., Damulira, C., Mukasa, B., Brathwaite, R., Mellins, C., Santelli, J., Brown, D., Guo, S., Namatovu, P., Kiyingi, J., Namuwonge, F., McKay, M.M. (2021). Suubi+Adherence-Round 2: A study protocol to examine the longitudinal HIV treatment adherence among youth living with HIV transitioning into young adulthood in Southern Uganda. *BMC Public Health, 21(1):* 179-200.

15. Byrd, D.A., Rivera-Mindt, M., Clark, U.S., Clark, Y., **Thames, A.D.,** Gammada, E.Z., Manly, J.J. (2021). Creating an antiracist psychology by addressing professional complicity in psychological assessment. *Psychological Assessment,* 33(3):279-285. doi: 10.1037/pas0000993.

16. Nir, T., Fouche, J.P., Ananworanich,J., Ances, B.M., Boban, J., Brew, B.J., Chaganti, J.R., Chang, L., Ching, C., Cysique, L.A., Ernst, T., Faskowitz, J., Gupta, V., Harezlak, J., Heaps-Woodruff, J.M., Hinkin, C.H., Hoare, J., Joska, J.A., Kallianpur, K.P., Kuhn, T.K., Lam, H.Y., Law, M., Lebrun-Frénay, C., Levine, A., Mondot, L., Nakamoto, B.K., Navia, B., Pennec, X., Porges, E.C., Salminen, L.M., Shikuma, C.M., Surento, W., **Thames, A.D.,** Valcour, V., Vassallo, M., Woods, A.J., Thompson, P.M., Cohen, R.A., Paul, R. & Stein, D.J. (2021). Association of Immunosuppression and Viral Load With Subcortical Brain Volume in an International Sample of People Living With HIV. *Jama Network,* 4(1):e2031190.

17. *Gold, A.I., Meyerowitz, B., **Thames, A.D.** (2020). The influence of posttraumatic stress on memory complaints in neuropsychological settings. *Psychological Trauma: Theory, Research, Practice, and Policy;* 13(2): 240-248.

18. *McIntosh, E., Tureson, K., Roblatt, L., Singer, E., **Thames, A.D.** (2020). HIV, vascular risk factors, and cognition in the cART Era: A systematic review and meta-analysis. *Journal of the International Neuropsychological Society;* 27(4): 365-381.

19. Ajilore, O., **Thames, A.D.** (2020). The fire this time: The stress of racism, inflammation and COVID-19. *Brain, Behavior and Immunity*; 88, 66-67.

20. Heinzerling, K.G., Briones, M., **Thames, A.D.,** Hinkin, C.H., Zhu, T. Wu, Y.N., Shoptaw, S.J. (2020). Randomized, placebo-controlled trial of targeting neuroinflammation with Ibudilast to treat methamphetamine use disorder. *Journal of Neuroimmune Pharmacology*; 15 (2): 238-248.

21. **Thames, A.D.,** Irwin, M.R., Breen, E., Cole, S.C. (2019). Experienced discrimination and racial differences in leukocyte gene expression. *Psychoneuroendocrinology [E-pub ahead of print].*

22. *Kuhn, T., Jin, Y., Huang, C., Kim, Y., Nir, T.M., Gullett, J.M., Jones, J.D., Sayegh, P., Chung, C., Dang, B.H., Singer, E., Shattuck, D.W., Jahanashad, N., Bookheimer, S.Y., Hinkin, C.H., Zhu, H., Thompson,

P.M., **Thames, A.D.** (2019). The joint effect of aging and HIV infection on microstructure of white matter bundles. *Human Brain Mapping,* 40 (18), doi 10.1002/hbm.24708.

23. *Lim, A. & **Thames, A.D.** (2018).  Differential relationships between cannabis consumption and sleep quality as a function of HIV status.  *Drug and Alcohol Dependence,* 192: 233-237.

24. Watson, C.W., Sundermann, E.E., Hussain, M.A., Umlauf, A., **Thames, A.D**., Moore, R.C., Letendre, S.L., Jeste, D.V., Morgan, E.E. Moore, D.J. (2018). Effects of trauma, economic hardship, and stress on neurocognition and everyday function in HIV. *Health Psychology [E-pub ahead of print].*

25. *Mahmood, Z., Hammond, A., Nunez, R.A., Irwin, M.I., **Thames, A.D.** (2018). Effects of sleep health on cognitive function in HIV+ and HIV- adults. *Journal of the International Neuropsychological Society [E-pub ahead of print].*

26. **Thames, A.D.,** Hammond, A., Nunez, R.A., Mahmood, Z., Jones, F., Carter, S.L., Bilder, R.M., Fisher, S., Bivens-Davis, T., Jones, L. (2018). Engaging in community partnerships: The Sistahs, Sexuality, and Mental Health Wellbeing project. *Journal of Women's Health,* 27 (9), 1177-1185.

27. He, Q., Huang, X., Turel, O., Schulte, M., Huang, D., **Thames, A.,** Bechara, A., Hser, Y.I. (2018). Presumed structural and functional neural recovery after long term abstinence in cocaine in male military veterans. *Prog Neuropsychopharmacol Biol Psychiatry*; 8; 84 (Pt A), 18-29.

28. *Kuhn, T., Kaufmann, T., Doan, N.T., Westlye, L.T., Jones, J., Nunez, R.A., Bookheimer, S.Y., Singer, E.J., Hinkin, C.H., **Thames, A.D.**  (2018). An augmented aging process in brain white matter in HIV. *Human Brain Mapping* [E-pub ahead of print].

29. *Jones, J.D., Kuhn, T.K., Mahmood, Z., Singer, E.J., Hinkin, C.H., **Thames, A.D.** (2018). Longitudinal intra-individual variability in neuropsychological performance relates to white matter changes in HIV. *Neuropsychology,* 32 (2), 206-212.

30. Loeb, T., Joseph, N., Wyatt, G., Zhang, M., Chin, D., **Thames, A.D**., Aswad, Y. (2017). The role of cumulative history of trauma and adversity in a diverse community sample. *Psychological Trauma: Theory, Research, Practice, and Policy* [E-pub ahead of print].

31. Kuhn, T.K., Sayegh, P., Jones, J., Sarma, M., Smith, J., Singer, E.J., Thomas, A., **Thames, A.D.,** Castellon, S.A., Hinkin, C.H. (2017). Improvements in brain and behavior following eradication of Hepatitis C. *Journal of Neurovirology,* 23 (4), 593-602.

32. Wyatt, G.E., **Thames, A.D.,** Simbayi, L., Stein, D.J., & Burnes, J. (2017). Trauma and Mental Health in South Africa: An Overview.  *Psychological Trauma: Theory, Research, Practice & Policy, 9 (3)*, 249-251.

33. **Thames, A.D.,** Kuhn, T., Mahmood, Z., Bilder, R.M., Williamson, T.J., Singer, E.J., Arentoft, A. (2017). Effects of social adversity and HIV on subcortical shape and neurocognitive function.  *Brain imaging and Behavior.* doi: 10.1007/s11682-017-9676-0. [Epub ahead of print]

34. **Thames, A.D.,** Kuhn, T., Williamson, T.J., Jones, J., Mahmood, Z., Hammond, A. (2017).  Marijuana effects on changes in brain structure and cognitive function among HIV+ and HIV- adults. *Drug and Alcohol Dependence, 170,* 120-127.

35. *Kuhn, T., Schonfeld, D., Sayegh, P., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y., **Thames, A.D.** (2016). The effects of HIV and aging on subcortical shape alterations: A 3D morphometric study. *Human Brain Mapping,* doi:10.1002/hbm.23436.

36. *Williamson, T.J., Mahmood, Z., Kuhn, T., & **Thames, A.D.** (2016).  Differential relationships between social adversity and depressive symptoms by HIV-status and racial/ethnic identity.  *Health Psychology, 36(2):*133-142.

37. **Thames, A.D.,** Mahmood, Z., Burggren, A., Karimian, A., Kuhn, T. (2016). Combined effects of HIV and marijuana use on neurocognitive functioning and immune status. *AIDS Care, 28 (5):* 628-32.

38. Singer, E.J. & **Thames, A.D.** (2016). Neurobehavioral Manifestations of HIV/AIDS: Diagnosis and Treatment. *Neurologic Clinics, 34(1*):33-53.

39. Anderson, A., Kerr, W.T., **Thames, A.,** Li, T., Xiao, J., Cohen, M.S. (2016). Electronic health record phenotyping improves detection and screening of type 2 diabetes in the general United States population: A cross-sectional, unselected, retrospective study.  *Journal of Biomedical Informatics, 60:* 162-8.

40. Arentoft, A., Van Dyk, K., **Thames, A.D.,** Thaler, N.S., Sayegh, P., & Hinkin, C.H. (2016). HIV-transmission-related risk behavior in HIV+ African American men: Exploring biological, psychological, cognitive, and social factors. *Journal of HIV/AIDS and Social Services, 15 (3).*

41. Arentoft, A. Van Dyk, K., **Thames, A.D.,** Sayegh, P., Thaler, N.S., Schonfeld, D., LaBrie, J., & Hinkin, C.H. (2016). Comparing the unmatched count technique and conventional self-report for sensitive behaviors related to medication adherence and sexual risk behavior in HIV+ adults. *AIDS Care, 28(3),* 370-375.

42. Arentsen, T.J., Panos, S., **Thames, A.D.,** & Hinkin, C.H. (2016). Psychosocial correlates of medication adherence among HIV-positive, cognitively impaired individuals. *Journal of HIV/AIDS & Social Services.* Doi: 10.1090/15381501.2016.1228309.

43. **Thames, A.D.,** Sayegh, P., Terashima K., Foley, J., Cho, A., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y. (2015). Increased subcortical neural activity among HIV+ individuals during a lexical retrieval task. *Neurobiology of Disease,* 92(Pt B):175-82.

44. **Thames, A.D.,** Briones, M., Magpantay, L., Martinez-Maza, O., Singer, E.J., Heinzerling, K., Hinkin, C.H., Morgello, S., Gelman, B., Moore, D.J. & Levine, A.J. (2015).  The role of CCL2 genotype and cerebral spinal fluid CCL2 in neurocognition among HIV-infected patients.  *AIDS, 29 (12),* 1483-1491.

45. **Thames, A.D.,** Castellon, S.A., Singer, E.J., Nagarajan, R., Sarma, M., Smith, J., Truong, J., Thaler, N., Schonfeld, D., Thomas, M.A., Hinkin, C.H. (2015).  Neuroimaging abnormalities, neurocognitive function and fatigue in patients with Hepatitis C. *Neurology: Neuroimmunology & Neuroinflammation, 2 (1*), e59-69.

46. Chiappelli, F., Bakhordarian, A., **Thames, A.D.,** Du, A.M., Jan, A.L., Nachivan, M., Nguyen, M.T., Sama, N., Manfrini, E., Piva, F., Rocha, R.M., Maida, C.A. (2015).  Ebola: Translational science considerations. *Journal of Translational Medicine, 13 (11):* Doi: 10.1186/s12967-014-0362-3.

47. Bakhordarian, A., **Thames, A.D.,** Du, A.M., Jan, A.L., Nahcivan, M., Nguyen, M.T., Sama, N., Chiappelli, F. (2015).  Viral immune surveillance: Toward a TH17/TH9 gate to the central nervous system.  *Bioinformation, 30;11 (1):* 47-54.

48. Thaler, N. S., Sayegh, P., Arentoft, A., **Thames, A. D.,** Castellon, S. A., & Hinkin, C. H. (2015). Increased neurocognitive intra-individual variability is associated with declines in medication adherence in HIV-infected adults. *Neuropsychology, 9(6):* 919-25.

49. Chiappelli, F., Eloi-Santos, S.M., Caldeira-Brant, X.E., Bakhordarian, A., **Thames, A.D.,** Maida, C.A., Du, A.M., Jan, A.L., Nahcivan, M., Nguyen, M.T., Sama, N. (2014). Viral immune evasion in Dengue: Toward evidence-based revisions of clinical practice guidelines. *Bioinformation,* 10 (12): 726-33.

50. **Thames, A.D.,** Panos, S.E., Arentoft, A., Byrd, D.A., Hinkin, C.H., Arbid, N. (2014). Mild test anxiety influences neurocognitive performance among African American and European Americans: Identifying interfering and facilitating sources. *Cultural Diversity and Ethnic Minority Psychology,* 21(1):105-13.

51. *Sayegh, P., Arentoft, A., Thaler, N., Dean, A.C., & **Thames, A.D.** (2014). Quality of education predicts performance on the Wide_Range Achievement Test—4th Edition word reading subtest. *Archives of Clinical Neuropsychology, 29,* 731-736.

52. **Thames, A.D.,** Arbid, N., Sayegh, P. (2014). Cannabis use and neurocognitive functioning in a non-clinical sample of users. *Addictive Behaviors,* 39, 944-949.

53. **Thames, A.D.,** Hinkin, C.H., Byrd, D.A., Bilder, R.M., Duff, K.J., Rivera-Mindt, M., Arentoft, A., & Streiff, V. (2013). The effects of stereotype threat, perceived discrimination, and examiner race on neuropsychological performance: Simple as black and white? *Journal of the International Neuropsychological Society. E-pub ahead of print.*

54. Arentoft, A., **Thames, A.D,** Panos, S., Patel, S., & Hinkin, C. (2013). A deconstruction of gambling task performance among HIV+ individuals: The differential contributions of problem solving and risk taking. *Journal of Clinical and Experimental Neuropsychology,* 35(10):1036-47.

55. Lilienfeld, S.O., **Thames, A.D.,** Watts, A. (2013). Symptom Validity Testing in Neuropsychology: Unresolved Questions, Future Directions. *Journal of Experimental Psychopathology,* 4 (1), 78-87.

56. Patel, S.M., **Thames, A.D.,** Arbid, M., Panos, S.E., Castellon, S.A., Hinkin, C.H. (2013). The aggregate effects of multiple comorbid risk factors on cognition among HIV-infected individuals. *Journal of Clinical and Experimental Neuropsychology, 35 (4),* 421-34. PMCID: PMC3641576

57. Panos, S. E., Del Re, A. C., **Thames, A. D.,** Arentsen, T. J., Patel, S., Castellon, S. A., Singer, E. J., & Hinkin, C. H. (2013). The impact of neurobehavioral features on medication adherence in HIV: Evidence from longitudinal models. *AIDS Care,* 26(1): 79-86.

58. Panos, S. E., Hinkin, C.H., Singer, E.J., **Thames, A.D.,** Patel, S.M., Sinsheimer, J.S., Del Re, A., Gelman, B., Morgello, S., Moore, D. J., & & Levine, A.J. (2013). Apolipoprotein-E (APOE) genotype and cognition in an HIV sample: The modulating effects of older age and disease severity. *HIV Neurobehavioral Medicine, 5,* 11-22.

59. **Thames, A.D.,** Arentoft, A., Rivera-Mindt, M., & Hinkin, C.H. (2012). Functional disability in medication management and driving among individuals with HIV: A 1-year follow-up study. *Journal of Clinical and Experimental Neuropsychology,* 35 (1), 49-58.

60. Foley, J., Gooding, A. L., **Thames, A.D.,** Ettenhofer, M.L., Kim, M. S., Castellon, S. A., Marcotte, T.D., Sadek, J.R., Heaton, R. K., van Gorp, W.G., & Hinkin, C.H. (2013). Visuospatial and attentional abilities predict driving simulator performance among older HIV-infected adults. *American Journal of Alzheimer's disease and Other Dementias,* 28(2): 185-94.

61. **Thames, AD.,** Moizel, J., Panos, S.E., Patel, S.M., Byrd, D.A., Myers, H.F., Wyatt, G., & Hinkin, C.H. (2012). Differential predictors of medication adherence: Findings from African American and Caucasian HIV+ drug using adults. *AIDS Patient Care and STDs,* 26 (10): 621-30. doi: 10.1089/apc.2012.0157.

62. Nagarjan, R., Sarma, M.K., **Thames, AD.,** Castellon, S.A., Hinkin, C.H., Thomas, M.A. (2012). 2D MR spectroscopy combined with prior-knowledge fitting is sensitive to HCV associated cerebral metabolic abnormalities. *International Journal of Hepatology.* Epub.

63. **Thames, AD.,** Streiff, V., Panos, S.E., Patel, S.M., Castellon, S., & Hinkin, C.H. (2012). The role of HIV infection, cognition, and depression in risky decision-making.  *Journal of Neuropsychiatry and Clinical Neurosciences,* 24 (3), 340-8. doi: 10.1176/appi.neuropsych.11110340.

64. Skinner, J., Carvalho, J.O., Potter, G.G., **Thames, A.D.,** Zelinski, E., Crane, P.K., Gibbons, L. for the Alzheimer Disease Neuroimaging Initiative (2012). The Alzheimer Disease Assessment Scale-Cognitive-Plus (ADAS-Cog-Plus): An expansion of the ADAS-Cog to improve responsiveness and validity in MCI. *Brain Imaging and Behavior,* 6(4), 489-501.

65. **Thames, A.D.,** Foley, J.M., Wright, M., Panos, S.P., Ettenhofer, M., Ramezani, A., Patel, V., Streiff, V., El-Saden, S., Goodwin, S., Bookheimer, S.Y., & Hinkin, C.H. (2012). Basal ganglia differentially contribute to verbal fluency among HIV-infected adults. *Neuropsychologia, 50 (3),* 390-395.

66. **Thames, A.D.,** Foley, J.M., Panos, S., Patel, S.M., Singer, E.J., El-Saden, Hinkin, C.H. (2011). Past stimulant abuse is associated with basal ganglia and hippocampal integrity in older HIV+ adults: A Diffusion Tensor Imaging study. *Journal of AIDS and Clinical Research, 2(6),* 128-133.

67. **Thames, A.D.,** Foley, J.M., Panos, S.E., Singer, E.J., Hinkin, C.H. (2011).  Cognitive reserve masks the neurobehavioral expression of HIV neurological disorder in older adults.  *Neurobehavioral HIV Medicine, 3,* 87-93.

68. **Thames, A.D.,** Becker, B., Marcotte, T.D., Hines, L.J., Foley, J.M., Ramezani, A., Singer, E.J., Heaton, R.K., Castellon, S., & Hinkin, C.H. (2011). Depression, cognition, and self-appraisal of functional ability in HIV: An examination of subjective appraisal versus objective performance.  *The Clinical Neuropsychologist, 25 (2),* 224-243.

69. **Thames, A.D.,** Kim, M.S., Becker, B., Foley, J.M., Hines, L.J., Singer, E.J., Heaton, R.K., Castellon, S., & Hinkin, C.H. (2010).  Medication and finance management among individuals with HIV-infection: The influence of age and cognition.  *Journal of Clinical and Experimental Neuropsychology, 33 (2),*1-10.

70. Becker, B.W., **Thames, A.D.,** Woo, E., Castellon, S.C., Hinkin, C.H. (2011). Longitudinal Changes in Cognition and Medication Adherence. *AIDS and Behavior*, 5(8): 1888-94.

71. Ventura, J., **Thames, A.D.,** Helleman, G., Wood, R., Guzik, L. (2010). Disorganization in Schizophrenia: Positive symptom or neurocognitive deficit? *Schizophrenia Research, 21(1-3),* 1-14.

72. Foley, J., Ettenhofer, M., Wright, M., Siddiqui, I., Choi, M., **Thames, A.D.,** Mason, K., Castellon, S., & Hinkin, C. (2010).  Neurocognitive functioning in HIV-1 infection: effects of cerebrovascular risk factors and age.  *The Clinical Neuropsychologist, 24 (2),* 265-285.

73. Vaisman-Tzachor, R., & **Thames, A.D.** (2010).  Project Peer Support Network: First survey of efficacy. *Annals of the American Psychotherapy Association, 13 (4),* 30-36.

74. Ventura, J., Helleman, G.S., **Thames, A.D.,** Koellner, V., and Nuechterlein, K.H. (2009). Symptoms as mediators of the relationship between neurocognition and functional outcome: A meta-analysis.  *Schizophrenia Research, 113 (2-3),* 189-199.

75.  **Thames, A.D.** & Vaisman-Tzachor, R. (2009). The relationship between team activities and delinquency during high school.  *Annals of the American Psychotherapy Association, 12 (2),* 11-16.

**Chapters:** (Note * = student co-author)

1. *Tureson, K., *Gold, A., **Thames, A.D.** (2019).  Inclusion and diversity. In S. McClintock & J. Choi (Ed.) *Handbook of Neurocognitive Function in Depression: Scientific Foundations and Clinical Practice.*

2. Nir, T.M., Lam, H.Y., Ananworanich, J., Boban, J., Brew, B.J., Cysique, L., Fouche, J.P., Kuhn, T., Porges, E., Law, M., Paul, R.H., **Thames, A.D.,** Woods, A.J., Valcour, V.G., Thompson, P.M., Cohen, R.A., Stein, D.J., Jahanshad, N. (2019, May).  Effects of Diffusion MRI Model and Harmonization on the Consistency of Findings in an International HIV Cohort Study. In Bonet-Carne, E., Grussu, F., Ning, Lipeng, Sepehrband, F., Tax, C.M.W.(Eds.) *Computational Diffusion MRI.* Switzerland: Springer Nature.

3. **Thames, A.D.** & *Jones, J.D. (2018).  Psychiatric comorbidities in HIV-infection. In P. Shapshak (Ed.). Global Virology II: HIV and NeuroAIDS. New York: Springer.

4. **Thames, A.D.,** *Karimian, A., *Steiner, A. (2016).  Child neuropsychological assessment of ethnic minority children.  In S. Graves & J. Blake (Eds.). *Psychoeducational Assessment and Intervention for Ethnic Minority Children: Evidence Based Approaches.* American Psychological Association.

5. *Thaler, N., **Thames, A.D.,** Cagigas, X.E., Norman, M. (2014). IQ testing and the African American Client.  In L. Benuto & Leany, B. (Eds.) *Guide to Psychological Assessment with African Americans.* New York: Springer.

6. Panos, S. E., Patel, S., **Thames, A.D.,** & Hinkin. (2013). Neurocognition and medication adherence in HIV-infected adults. In P. A. Hall (Ed.), *Social Neuroscience and Public Health: Foundations for the Science of Chronic Disease Prevention* (pp. 85-108). New York: Springer Science.

**Book reviews & Invited articles:**

1. **Thames, A.D.** (2018). Review of Daryl Fujii's, *Conducting a Culturally Informed Neuropsychological Evaluation. Archives of Clinical Neuropsychology.*

2. **Thames, A.D.** & *Mahmood, Z. (2017).  Review of Michael T. Compton's, *Marijuana and Mental Health. National Psychologist.*

3. Hinkin, C.H., & **Thames, A.D.** (January, 2013). *Neurocognition among older HIV-infected adults.  American Psychological Association Psychology and AIDS Exchange Newsletter.*

4. **Thames, A.D.** & Lilienfeld, S.O. (2009).  Schizotypal Personality Disorder in N.A. Piotrowski (Ed.). *Salem Health: Psychology and Mental Health,* (vol. 4 pp.1685-1686). Pasadena: Salem Press.

5. Lilienfeld, S.O. & **Thames, A.D.** (2009).  Culture-specific syndromes in N.A. Piotrowski (Ed.), *Salem Health: Psychology and Mental Health,* (vol. 2; 531-532*).* Pasadena: Salem Press.

6. Lilienfeld, S.O. & **Thames, A.D.** (2009).  Review of Richard Phelps', *Correcting fallacies about educational and psychological testing.  Archives of Clinical Neuropsychology, 10, 1093.*

7. **Thames, A.D.** (2008).  Review of Bodie Morey and Kim T. Mueser's, *The Family Intervention Guide to Mental Illness.  Scientific Review of Mental Health Practice, 6* (*1*), 57-58.

**Non-peer reviewed publications:**

1. **Thames, A.D.** (June, 2020). Coronavirus deaths and those of George Floyd and Ahmaud Arbery have something in common: Racism.  https://theconversation.com/coronavirus-deaths-and-those-of-george-floyd-and-ahmaud-arbery-have-something-in-common-racism-139264

2. **Thames, A.D.** (October 17, 2019). Racism shortens lives and hurts health of blacks by promoting genes that lead to inflammation and illness. The Conversation. https://theconversation.com/study-racism-shortens-lives-and-hurts-health-of-blacks-by-promoting-genes-that-lead-to-inflammation-and-illness-122027

3. **Thames, A.D.** (September, 2014). Toxic exposure: The impact of racial inequality on the brain. American Psychological Association: Psychology Benefits Society. URL:http://psychologybenefits.org/2014/09/02/toxic-exposure-the-impact-of-racial-inequality-on-the-brain.

4. **Thames, A.D.** (April, 2013). Has anyone seen my keys? Distinguishing between normal brain aging and dementia. *San Gabriel Valley Psychological Association Newsletter.*

## Selected published abstracts (**Note: \* =** Senior author on student abstract)

1. \*Punt, S.E. & **Thames, A.D.** (February, 2022). Literacy mediates the relationship between socioeconomic status and change in intra-individual variability in a sample of HIV older adults. Poster accepted for presentation at the 49th annual International Neuropsychological Society Conference.

2. \*Tureson, K., Gold, A. I., McIntosh, E., & **Thames, A. D.** (2020, Nov). Deficit accumulation frailty index as a predictor in HIV+ and HIV- adults. Poster virtually presented at the 40th annual National Academy of Neuropsychology (Chicago, IL).

   \*Tureson, K., Gold, A. I., Irwin, M. R., & **Thames, A. D.** (2020, Feb). Relationships between chronic stress burden, inflammation, and cognitive change in HIV+ and HIV- adults. Poster presented at the 48th annual International Neuropsychological Society Conference (Denver, CO). *Abstract in: Journal of the International Neuropsychological Society* (JINS), 25 (Suppl 1)

3. McIntosh, E. C., \*Gold, I., & **Thames, A. D.** (2020, February). Vascular Risk Factors Mediate Association between Chronic Stress and Memory Performance. Accepted for presentation at the 48th Annual meeting of the International Neuropsychological Society, Denver, CO. *Abstract in: Journal of the International Neuropsychological Society* (JINS), 25 (Suppl 1)

4. \*Gold, A.I., Lai, M., \*Tureson, K., & **Thames, A.D.** (2020, February). Analysis of educational bias of the Montreal Cognitive Assessment (MoCA) using differential item functioning. Accepted for presentation at the 48th annual meeting of the International Neuropsychological Society, Denver, CO. *Abstract in: Journal of the International Neuropsychological Society* (JINS), 25 (Suppl 1)

5. **Thames, A.D.,** Tureson, K., Shields, G.S., Slavich, G. (2019, May). Early life and adulthood adversity are uniquely associated with structural brain and emotion regulation abnormalities: An investigation using the STRAIN. Presented at the American Psychosomatic Society Conference (Chicago, IL). Abstract published in: *Psychosomatic Medicine*, Vol. 84 (4): A3.

6. \*Tureson, K., Gold, A. I., & **Thames, A. D.** (2019, February). Bridging representation gaps in big data: An Alzheimer's Disease Neuroimaging Initiative (ADNI) investigation. Poster presented at the 1st annual Hispanic Neuropsychological Society Conference (New York, NY).

7. \*McIntosh, E. C., Nunez, R. A., Hammond, A., Pedrahita, S., Nguyen, D., & **Thames, A. D.** (2019, February). Differential Relationships Between Cerebrovascular Risk and Cognition Among Older HIV-Infected European Americans and African Americans. Presented at the 47th Annual Meeting of the International Neuropsychological Society, New York, NY.

8. \*Nunez, R. A., Hammond, A., McIntosh, E. C., Nguyen, D. V., Pedrahita, S., Moore, D. J., Dawson, M., & **Thames, A. D.** (2019, February). Mood-associate brain regions uniquely predict successful aging above

mood profiles: Implication of an underlying neural etiology of successful aging. Presented at the 47th
Annual Meeting of the International Neuropsychological Society, New York, NY.

9.  *Licht, B.M., Williamson, T., **Thames, A.D.** (2017). The degree to which psychomotor skills mediate the
relationship between age and performance on Trails A/B, Symbol Search, and Digit Symbol Coding as a
function of HIV status.  Presented at the Annual meeting of the American-Geriatrics Society, San Antonio,
Tx. Abstract in: *Journal of the American Geriatrics Society,* 65 (S206-207).

10.  **Thames, A.D.,** Mahmood, Z., Hammond, A., Irwin, M. The effects of poor sleep quality on brain
structure and cognition are greater in HIV+ individuals. Presented at the annual meeting of the American
College of Neuropsychopharmacology. Abstract in: *Neuropsychopharmacology,* 42, S441-S442.

11.  *Kuhn, T.**,** Schonfeld, D., Sayegh, P., Thaler, N.S., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y., Singer,
E.J., **Thames, A.D.** (2016, February). The Effects of HIV and aging on subcortical shape alterations: A
3D morphometric study. Forty-fourth Annual International Neuropsychological Society Conference,
Boston, MA.

12.  *Mahmood, Z., Schonfeld, D., Kuhn, T., Burggren, A., Morales, A., Williamson, T. J., & **Thames, A. D.**
(2016, February). The interactive effects of HIV and marijuana use on cognition and white matter integrity.
Presented at the 2016 annual meeting of the International Neuropsychological Society in Boston, MA.

13.  **Thames, A.D.,** Kuhn, T., Schonfeld, D., Bilder, R.M., Bookheimer, S.Y., Hinkin, C.H., Sayegh, P.,
Mahmood, Z. (2015, December). The effects of chronic stress and HIV disease on hippocampal and
amygdala shape alterations and verbal memory performance. Presented at the 54th annual meeting of the
American College of Neuropsychopharmacology. Hollywood, FL. Abstract in: *Neuropsychopharmacology
(*2015) 40, S272–S442.

14.  **Thames, A.D.,** Castellon, S.A., Singer, E.J., Nagarajan, R., Sarma, M., Smith, J., Truong, J., Thaler, N.,
Schonfeld, D., Thomas, M.A., Hinkin, C.H.  (2015, February). Using Multimodal Neuroimaging to
Understand Neurocognitive Functioning and Fatigue in Patients with Hepatitis C.  Poster presented at the
42nd annual meeting of the International Neuropsychological Society. Denver, CO.

15.  *Karimian, A., Mahmood, Z., Steiner, A., Arentoft, A., Sayegh, P., Thaler, N.S. **& Thames, A.D.**  (2015,
February). The interactive effects of age and stress on neurocognition and functional capacity.  Poster
presented at the 42nd annual meeting of the International Neuropsychological Society. Denver, CO.

16.  *Thaler, N.S, Sayegh, P., Arentoft, A., Karimian, A., Mahmood, Z., Singer, E.J. & **Thames, A.D.** (2015,
February). Behavioral dysregulation is associated with increased neurocognitive variability. Poster presented
at the 42nd annual meeting of the International Neuropsychological Society. Denver, CO.

17.  *Sayegh, P., Thaler, N., Arentoft, A., Mahmood, Z., & **Thames, A.D.** (2015, February). The interactive
effects of depression and body mass index on neurocognition in an HIV+ sample.  Poster presented at the
42nd annual meeting of the International Neuropsychological Society. Denver, CO.

18.  **Thames, A.D.,** Briones, M., Maganpatay, L., Martinez-Maza, O., Singer, E.J., Heinzerling, K., Hinkin,
C.H., & Levine, A.J. (2014, December). Cerebral spinal fluid moderates the relationship between CCL2
genotype and cognition in an HIV+ cohort.  Poster presented at the 53rd annual meeting of the American
College of Neuropsychopharmacology. Phoenix, AZ.  Abstract in: *Neuropsychopharmacology (*2014) 39, S291–
S472.

19.  **Thames, A.D.,** Maganpatay, L., Martinez-Maza, O., Singer, E.J., Hinkin, C.H., Byrd, D.A., Levine, A.J.
(2014, November). Genotype, CSF inflammation, and cognitive impairment among African Americans and
European Americans with HIV.  Poster presented at the 34th annual meeting for the National Academy of
Neuropsychology, Fajardo, PR. Abstract in: *Archives of Clinical Neuropsychology, 29 (6):* 568-9.

20. Arentoft, A., Van Dyk, K., **Thames, A.,** Thaler, N., Sayegh, P. & Hinkin, C.H. (2014, November). Cognitive, psychiatric and personality factors associated with risk behavior in HIV+ men and women. Poster presented at the 34th annual meeting for the National Academy of Neuropsychology. Abstract in: *Archives of Clinical Neuropsychology, 29 (6):* 556.

21. Sayegh, P. Bellete, N.Z., **Thames, A.D.,** Arentoft, A., Karimian, A., Castellon, S.A., & Hinkin, C.H. (2014, November). Medication adherence in HIV+ African Americans: The mediating roles of premorbid IQ and health beliefs. Poster presented at the 34th annual meting for the National Academy of Neuropsychology. Abstract in: *Archives of Clinical Neuropsychology, 29 (6):* 558.

22. **Thames, A.D.** & Arbid, N. (2013, December). Cannabis use effects on neurocognitive performance: Consideration of frequency, abstinence, and co-morbid alcohol use. Poster presented at the 52nd annual meeting for the American College of Neuropsychopharmacology Society, Hollywood, FL. Abstract in: *Neuropsychopharmacology* (*2013*) 38, S435–S593.

23. Arentoft, A., **Thames, A. D.,** Foley, J., Arentsen, T., Arbid, N., Panos, S., Patel, S., Ballard, R., Castellon, S. A., & Hinkin, C. H. (2013, February). Decision Making among HIV+ adults: The influence of neurocognition, sensation seeking, and personality. Poster presented at the 41st Annual Meeting of the International Neuropsychological Society, Waikoloa, HI. *Journal of the International Neuropsychological Society* (JINS), 19 (Suppl 1), 279.

24. Arentsen, T.J., **Thames, A.D.,** Foley, J.M., Arbid, J. Panos, S.E., Patel, S., Ballard, R., Castellon, S.A. & Hinkin, C.H. (2013, February). Probabilistic learning and basal ganglia integrity among HIV+, older adults: A diffusion tensor imaging study. Poster presented at the 41st annual meeting of the International Neuropsychological Society, Waikoloa, HI. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 19 (Suppl 1), 279.

25. Arbid, N., Arentsen, T.J., **Thames, A.D.,** Foley, J.M., Panos, S.E., Ballard, R.Z., Castellon, S.A., & Hinkin, C.H. (2013, February). Implicit learning among patients with HIV/AIDS: The role of cognitive reserve. Poster presented at the 41st Annual Meeting of the International Neuropsychological Society, Waikoloa, HI. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 19 (Suppl 1), 278.

26. Panos, S. E., **Thames, A. D.,** Patel, S., Arentsen, T., Arbid, N., Ballard, R., Arentoft, A., Castellon, S. A., & Hinkin, C. H. (2013, February). Cognitive Reserve May Buffer against the Expression of Psychiatric Symptomatology. Poster presented at the 41st Annual Meeting of the International Neuropsychological Society, Waikoloa, HI. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 19 (Suppl 1), 176.

27. Patel, S.M., Panos, S., **Thames, A.D.,** Arentoft, A., Arentsen, T., Arbid, N., Castellon, S. & Hinkin, C.H. (2013, February). HIV-associated neurocognitive decline predicts declines in instrumental activities of daily living: A longitudinal study. Poster to be presented at the 41st Annual Meeting of the International Neuropsychological Society, Waikoloa, HI. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 19 (Suppl 1), 176.

28. Thames, A.D., Brown, J., Melrose, R., Culbertson, C., Moore, L., Bookheimer, S., Hinkin, C.H. (2012, May). Relationship of HIV status and immunosuppression to brain response during a lexical retrieval task among HIV-infected individuals: An fMRI study. Abstract in: *Journal of Neurovirology*, 18, (Suppl 1), 110-111.

29. Patel, S.M., **Thames, A.D,** Panos, S., Arbid, N., Singer, E.S., Castellon, S. & Hinkin, C.H. (2012, June). Duration of HIV-infection does not predict HIV- associated neurocognitive decline among older adults. Presented at the 10th Annual American Academy of Clinical Neuropsychology: Seattle, WA. Abstract in: *The Clinical Neuropsychologist, 26 (5), 740.*

30. **Thames, A.D.,** Bilder, R.M., Hinkin, C.H., Byrd, D.A., Duff, K.J. (2012, December) <u>Stereotype threat perceived discrimination and neurocognitive test performance in African Americans.</u> Poster presented at the 51st annual meeting for the American College of Neuropsychopharmacology Society.  Abstract in Neuropsychopharmacology, Hollywood, FL. Abstract in: *Neuropsychopharmacology* 38, S314–S446**.**

31. **Thames, A.D.,** Streiff, V., Hendrix, F., Irani, M., Panos, S., Patel, S., Castellon, S.A. & Hinkin, C.H.  (2012, February). <u>Depression strongly predicts decision-making deficits after controlling for executive dysfunction.</u> Presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada.  Abstract in: *Journal of the International Neuropsychological Society* (JINS), 18, (Suppl 1), 108.

32. **Thames, A.D.,** Byrd, D.A., Rivera-Mindt, M., Morgello, S., Nagarajan, R., Sarma, M.K., Thomas, M.A., Cagigas, X., Patel, S., Panos, S., & Hinkin, C.H. (2012, February). <u>Neuroimaging & neuropsychological assessment among African Americans: The impact of literacy.</u>  Presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada.  Abstract in: *Journal of the International Neuropsychological Society* (JINS), 18, (Suppl 1), 4.

33. Patel, S., **Thames, A.D.,** Panos, S., Foley, J., Lawrence, S.B., Castellon, S., & Hinkin, C.H. (2012, February).  <u>The additive effects of neurological risk factors on cognition in HIV infected individuals.</u> Presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 18, (Suppl 1), 253.

34. Panos, S., Hinkin, C., Del Re, A., **Thames, A.,** Patel, S., Valdes-Sueiras, M., Mathisen, G., Donovan, S., Singer, E., & Levine, A. (2012, February). <u>Longitudinal effects of APOE e4 on HIV-Associated Neurocognitive Dysfunction.</u>  Presented at the 40th annual meeting of the International Neuropsychological Society, Montreal, Canada.  Abstract in: *Journal of the International Neuropsychological Society* (JINS), 18, (Suppl 1), 258.

35. **Thames, A.D.**, Iriana, S., Panos, S., Foley, J.M., Singer, E.J., El-Saden, S., Hinkin, C.H. (2011, June). <u>Gray matter atrophy among older adults with HIV: The effects of age and disease status.</u>  Presented at the 9th annual meeting of the American Academy of Clinical Neuropsychology, Washington, DC.  *Abstract in The Clinical Neuropsychologist, 25 (4), 555.*

36. **Thames, A.D.**, Panos, S., Del-Re, A.C., Schembari, B., Levine, A.J., Castellon, S.A. & Hinkin, C.H.  (2011, June).  <u>Longitudinal Changes in Medication Adherence among HIV-Infected Adults: A Hierarchical Linear Modeling Approach.</u> Presented at the 9th annual meeting of the American Academy of Clinical Neuropsychology, Washington, DC.  Abstract in *The Clinical Neuropsychologist, 25(4),* p. 555.

37. Panos, S. E., Levine, A. J., **Thames, A. D.,** Singer, E. J., Jarvik, L. F., & Hinkin, C. H. (2011, June). <u>Advancing age and apolipoprotein  E (APOE) e4 allele predict HIV-associated neurocognitive decline.</u> Poster presented at the 9th annual meeting of the American Academy of Clinical Neuropsychology. Abstract in *The Clinical Neuropsychologist, 25(4),* p. 555.

38. Panos, S. E., Del Re, A. C., **Thames, A. D.,** Levine, A. J., Streiff, V., Castellon, S. A., & Hinkin, C. H. (2011, June). <u>Predictors of longitudinal medication adherence: Evidence from an integrative model.</u>  Poster presented at the 9th annual meeting of the American Academy of Clinical Neuropsychology.  Abstract in *The Clinical Neuropsychologist, 25(4),* p. 556.

39. **Thames, A.D.**, Foley, J.M., Culbertson, C., Ettenhofer, M., Kim, M.S., Cole, M., Bookheimer, S.Y., Brody, A., El-Saden, S., Goodwin, S., & Hinkin, C.H. (2011, February). <u>Neuroimaging of lexico-semantic retrieval impairments among older HIV-infected adults: An fMRI study.</u> Poster presented at the 39th annual meeting of the International Neuropsychological Society, Boston, MA. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 17, (Suppl 1), 109.

40. **Thames, A.D.,** Foley, J.M., Ettenhofer, M., Cole, M., Bookheimer, S.Y., El-Saden, S., Goodwin,

S., & Hinkin, C.H. (2011, February). <u>Basal ganglia differentially contributes to lexico-semantic word generation and cognitive switching during a verbal fluency task among older HIV-infected adults.</u> Poster presented at the 39th annual meeting of the International Neuropsychological Society, Boston, MA. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 17, (Suppl 1), 109.

41. Panos, S. E., Perry, L., Lo, T., Hines, L., Ramezani, A., **Thames, A.D.,** Becker, B., Castellon., S., & Hinkin, C. (2011, February). <u>HIV and Aging:  The interactive effects of aging and cocaine use on neurocognition.</u>  Poster presented at the 39th annual meeting of the International Neuropsychological Society, Boston, MA.  Abstract in: *Journal of the International Neuropsychological Society* (JINS), 17, (Suppl 1), 316.

42. Hines, L.J., Panos, S., Ramezani, A., Lawrence, S.B., **Thames, A.D.,** Becker, B., Castellon, S., Hinkin, C.H. (2011, February). <u>Intra-Individual Variability and Aging in HIV+ Adults.</u> Poster to be presented at the 39th annual meeting of the International Neuropsychological Society, Boston, MA. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 17, (Suppl 1), 314.

43. Ramezani, A., Hines, L.J., **Thames, A.D**., Panos, S. Becker, B. Hinkin, C.H. (2011, February). <u>The effects of neurocognitive impairment and cocaine use on driving performance in HIV+ adults.</u> Poster presented at the 39th annual meeting of the International Neuropsychological Society, Boston, MA. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 17, (Suppl 1), 318.

44. **Thames, A.D.,** Foley, J.M., Hines, L.J., Ramezani, A., Kim, M., Castellon, S., Hinkin, C.H. <u>Executive function deficits among HIV+ hypertensive adults.</u> (2010, February). Poster presented at the 38th annual meeting of the International Neuropsychological Association, Acapulco, MX. Abstract in: *Journal of the International Neuropsychological Society (JINS), 16* (Suppl 1), 27.

45. Ramezani, A., Hines. L.J., **Thames, A.D.,** Foley, J.M., Ettenhoffer, M., Castellon, S., Kim, M., Becker, B., Hinkin, C.H. (2010, February).  <u>Longitudinal study of neurocognition in aging HIV+ adults.</u> Poster presented at the 38th annual meeting of the International Neuropsychological Association, Acapulco, MX. Abstract in: *Journal of the International Neuropsychological Society (JINS), 16 (Suppl 1),* 26.

46. Hines, L. J., Foley, J.M., **Thames, A.D.**, Ramezani, A., Miller, S. Marcotte, T.D., Hinkin, C.H. (2010, February). <u>Reaction Time Variability and Driving in HIV+ Individuals.</u>  Poster presented at the 38th annual meeting of the International Neuropsychological Association, Acapulco, MX. Abstract in: *Journal of the International Neuropsychological Society (JINS), 16 (Suppl 1),* 22.

47. Lu, P.H., Boone, K.B., **Thames, A.D**., Wen, J. (2006, February).  <u>Cross-validation of four previously published indicators of suspect effort.</u>  Poster session presented at the 34th annual meeting of the International Neuropsychological Society.  Boston, MA. Abstract in: *Journal of the International Neuropsychological Society* (JINS), 12 (Suppl 1), 103.

## Clinical and Consulting Positions

**2021**                    **Consultant – Otsuka America Pharmaceutical Incorporated**
                            • Developed educational podcast series related to cultural competence in mental health services.

**2017-2018**               **Consultant – Otsuka America Pharmaceutical Incorporated**
                            • Consult on business development for CNS products and evaluation.

<u>**Clinical Activities**</u>
**2021-present**            **Clinical Supervisor** (Psychology Consultation Liaison Service)
                            Ronald Reagan Hospital/UCLA Medical Center

- Supervise predoctoral interns conducting consultation-liaison services for inpatient and outpatient cases.

**2012-present**    **Clinical Supervisor** (Neuropsychological assessment)
Medical Psychology Assessment Center (MPAC) - UCLA Semel Institute for Neuroscience and Human Behavior
- Supervise predoctoral interns and postdoctoral fellows conducting neuropsychological evaluations.

**2012-2021**    **Neuropsychologist** – Health Psychology Associates
- Performed neuropsychological evaluations for a wide variety of patient populations including, but not limited to TBI, stroke, neurodevelopmental disorders, epilepsy, Parkinson's Disease, and Alzheimer's disease and related dementias.

**2018-2021**    **Clinical Supervisor** (Assessment) – USC Psychology Services Center
- Supervise graduate students on psychological and neuropsychological assessment.

**2014-2018**    **Predoctoral Internship Advisor** (Adult Neuropsychology Track) –  UCLA Semel Institute for Neuroscience and Human Behavior
- Primary advisor for the predoctoral psychology internship

## Honors and Awards

| | |
|---|---|
| **2023** | **Walden S. Miller Luminary Award for Mid-Career Neuropsychologist –** Society for Black Neuropsychology. |
| **2020** | **Full Member –** American College of Neuropsychopharmacology (ACNP) |
| **2019** | **Robert Wood Johnson Interdisciplinary Leadership Fellow** |
| **2015** | **Grant Recipient, Committee on APA/Division Relations –** Proposal for developing the webinar, titled "The Effects of Minority-Related Stress on Adolescent Academic Achievement and Mental Health Outcomes." |
| **2015** | **Associate Member –** American College of Neuropsychopharmacology (ACNP) |
| **2015** | **Wilder Scholar for Neuropsychology –** UCLA Department of Psychiatry and Biobehavioral Sciences |
| **2014** | **Grant recipient, UCLA Office of Interdisciplinary Cross-Campus -** Proposal for workshop development to address the effects of adverse community events on student and faculty outcomes. |
| **2014** | **Early career recipient, Tony Wong Diversity Award – National Academy of Neuropsychology** – Recognition for research, clinical and mentorship involvement in promoting diversity issues in neuropsychology. |
| **2013** | **Travel award, American Association of Medical Colleges –** Minority Faculty Development Seminar |
| **2013** | **Travel award, RAND Corporation** |
| **2012** | **Travel award, American College of Neuropsychopharmacology (ACNP).** |

| 2012 | **Travel award, National Institute of Mental Health –** Workshop sponsored by the Division of AIDS Research |
|---|---|
| 2012 | **Tuition grant, UCLA Advanced Neuroimaging Training Program** |
| 2012 | **Travel award, Alzheimer's Disease Neurological Initiative [ADNI] – Friday Harbor**. University of California Davis. |
| 2011 | **Travel award, Alzheimer's Disease Neurological Initiative [ADNI] – Friday Harbor**. University of California Davis. |
| 2010 | **Travel award, Leadership Development and grant writing seminar.** Federal Association of Science and Experimental Biology (FASEB/NIH). |
| 2005- 2009 | **Graduate Research Scholarship,** Alliant International University. |

## Conference Organization, Presentations & Abstracts

Hosted conferences

1. **Thames, A.D.** & Jones, F. (Co-hosts; 2017, April) Sexuality and Mental Health Wellbeing for women over 50. Academic-Community hosted conference.  Los Angeles, CA.

Keynote presentations:

1. **Thames, A.D.** Social determinants of brain health outcomes (February 2022).  Black Men's Brain Health Conference.  Los Angeles, CA.

Symposium presentations/Panels

1. Bordes-Edgar, V., MacDonald, B., McClintock, S., **Thames, A.D.** (2025, February). Informing the Inclusion and Diversity Factors of the Clinical Neuropsychology Provider to Optimize Cultural Respect and Brain Health Equity. Accepted for presentation at the INS 2025 Annual Meeting in New Orleans, Louisiana on February 12-15, 2025.

2. **Thames, A.D.,** Suarez, P. (2024, September). Community-engaged participatory practices in clinical neuropsychology.  Presentation at the 2024 annual California Psychological Association conference. San Jose, CA.

3. McClintock, S., Bordes Edgar, V., **Thames, A.D**., MacDonald, B. (2024, August). Can we talk about the clinical neuropsychology provider's role in inclusion and diversity? Presentation at the 2024 annual American Psychological Association conference.  Seattle, CA.

4. **Thames, A.D.** (Symposium Chair), McClintock, S., Suarez, P. (2024, June). Neuropsychology-related health disparities in diverse US populations: Practical steps forward.  Presentation at the 2024 annual American Academy of Clinical Neuropsychology (AACN) conference. Scottsdale, AZ.

5. Radix, A., Sumitani, J (Panel Co-Chairs), Ammirati, R., Jain, M., Smith, B., **Thames, A.D.**  (2023, May). Complications and Comorbidities. Panelists at the 17th annual American Conference for the Treatment of HIV (ACTHIV).  Phoenix, AZ.

6. **Thames, A.D.** (2023, May). Approaches to Neurocognitive Decline in Aging Persons Living with HIV. Presentation at the 17th annual American Conference for the Treatment of HIV (ACTHIV).  Phoenix, AZ.

7. Hill, C.V., **Thames, A.D.,** Lyons-Jones, C., Diaz-Santos, M., Davis, G. (2022, December). Alzheimer's disease in Black communities. Presentation sponsored by the Alzheimer's Association Southern California Chapter.

8. Edwards, E., Curtis, B. (Symposium Co-Chairs), Ajilore, O., **Thames, A.D,** Turpin, R. (2022, December). Racial disparities in mental health during the COVID-19 pandemic. Presented at the 2022 annual meeting of the American College of Neuropsychopharmacology.

9. **Thames, A.D.** (2021, October). Complex social pathways to HIV neurobehavioral outcomes. Virtual presentation at the Biotypes for CNS Complications in people with HIV conference.

10. **Thames, A.D.** (Symposium Chair), Fani, N., Carter, S., Harnett, N. (2021, December). Effects of Race-Related Stressors on Neurophysiology in Black Adults: Putative Neurobiological Pathways for Race-Related Health Disparities. Virtual presentation at the 2021 annual meeting of the American College of Neuropsychopharmacology.

11. Forbes, E., Fried, E., Gruber, J. (Symposium Chair), **Thames, A.D.,** Zinbarg, R. (2021, May). Changes and Disparities in Affective Disturbance Across the Lifespan During the COVID-19 Pandemic. Virtual presentation at the 2021 Annual Meeting of the Society for Research in Psychopathology.

12. **Thames, A.D.** (2021, April). The impact of discrimination on minority well-being. Presented at the 2nd annual symposium for psychological sciences. Virtual presentation at Harris-Stowe State University.

13. **Thames, A.D.** (Symposium Co-Chair), Spencer, S. (Symposium Co-Chair), McClintock, S., Eyler, L., Nurmi, E. (2020, December). Inclusion and diversity efforts within large scientific organizations: Tangible methods that work. Virtual presentation at the 2020 Annual Meeting of the American College of Neuropsychopharmacology.

14. **Thames, A.D.** (2020, February). Research Updates and progress of the INS Cultural SIG. Presentation at the 2020 International Neuropsychological Society. Denver, CO.

15. Rebok, G.W., Maestre, G.E., **Thames, A.D.**, McGuire, L.C. (2019, June). Intervention development and disentangling the role of chronic disease. Symposium presentation for the Presenting Brain Health in Disadvantaged Communities: Exploring Pathways to Intervention Development. Hosted by Us Against Alzheimer's and Florida International University. Miami, FL.

16. **Thames, A.D.** (2018, June). Global Neuropsychology: Current challenges and future directions. Presentation hosted by the Northern California Neuropsychology Forum. San Francisco, CA.

17. Falconer, E., Docherty, J., **Thames, A.D.,** Venters, H., Roberts, C. (2017, December). Universal Rights of Mentally Ill in the Criminal Justice System. Presentation sponsored by the Working Group on Human Rights and Mental Health within the Non-Governmental Organization Committee on Mental Health of the United Nations. New York, NY.

18. **Thames, A.D.,** Byrd, D.A., Strutt, A. (2017, June). (Symposium Co-Chairs). Cultural neuropsychology summit: Recommendations from the research workgroup. Presentation at the annual Cultural Neuropsychology Summit. Boston, M.A.

19. **Thames, A.D.** (2017, May). Vascular dementia: The silent epidemic of the 21st century. Invited talk at the *Mind your Mind* Community Conference. Los Angeles, CA.

20. **Thames, A.D.** (2017, March). The cultural lens of the provider and its impact on clinical assessment. Invited talk at the 2017 annual Behavioral Health and Integrative Care Conference. Los Angeles, CA.

21. **Thames, A.D.** (2017, February). <u>Not all aging processes are created equal: Cognitive aging among culturally diverse groups.</u> Invited workshop at the 2017 International Neuropsychological Society, New Orleans, LA.

22. **Thames, A.D.** (2016, April). <u>HIV and aging: Neurocognitive and mental health outcomes</u>. Invited lecture for HIV and Aging community conference. Los Angeles, CA.

23. **Thames, A.D.** (2016, October). <u>It's in the Air: Culture influence on clinician-patient communication in neuropsychological practice.</u> Invited workshop at the 2016 annual National Academy of Neuropsychology, Seattle, WA.

24. **Thames, A.D.** (Symposium Chair), Byrd, D.A., Madore, M., Suarez, P., Cagigas, X.E., Fernandez, A., Cherner, M. (2015, February). <u>Stepping out of the comfort of silence: Difficult dialogues about diversity in neuropsychological training and leadership settings.</u>  Symposium presentation at the 2015 annual International Neuropsychological Society meeting, Denver, Co.

25. Cox, A., **Thames, A.D.,** Ho, W., Baum, M. (2015, April).  <u>Innate immunity and HIV/HCV co-infection.</u> (Chairs: Drs. Johnny He and Mahendra Kumar).  Symposium presentation at the 2015 annual Society for Neuroimmune Pharmacology.

26. **Thames, A.D.** (Symposium Chair), Suzuki, L., Mona, L.R., Andreaski, S., Smith, K., Han, D. (2015, August).  <u>Connecting the lines: Fostering cultural competency at the intersection of diversities</u>. Symposium presentation the 2015 annual American Psychological Association meeting, Toronto, Canada.

27. **Thames, A.D.** & Ellis, M.U. (2015, August). <u>Psychosocial factors that impact cognitive outcomes among older HIV+ adults</u>. Symposium presentation at the 2015 annual American Psychological Association meeting, Toronto, Canada.

28. Duff, K.J., Ronquillo, J., **Thames, A.D.,** Gutierrez, S., Lira, A., Mahmood, Z. (2015, April).  <u>Paying it forward: Creating the next generation of mentors.</u>  Invited symposium for the 2015 Western Psychological Association, Las Vegas, NV.

29. **Thames, A.D.** (2014, November).  <u>Grant funding mechanisms.</u>  Workshop on NAN Clinical Grants (Chair: Geoffrey Tremont, Ph.D.) Presented at the 2014 annual National Academy of Neuropsychology conference, Fajardo, PR.

30. **Thames, A.D.** (2014, August).  <u>Psychosocial factors that influence cognitive test performance.</u> Invited address at the 2014 annual American Psychological Association conference. Washington, D.C.

31. **Thames, A.D.** (2013, August). <u>Functional neuroimaging in complex HIV cohorts: Isolating the signal from noise.</u> Symposia on Challenges of NeuroAIDS research with aging and complex cohorts (Co-chairs: Monica Rivera-Mindt, Ph.D., Desiree Byrd, Ph.D.) Presented at the 2013 annual American Psychological Association conference, Honolulu, HI.

32. **Thames, A.D.** (2013, August). <u>Career Development in NeuroAIDS.</u> Invited speaker for symposium sponsored by the Committee on Psychology of AIDS at the 2013 annual American Psychological Association conference, Honolulu, HI.

33. **Thames, A.D.** (2013, August).  <u>Patient-centered outcomes in NeuroAIDS research.</u>  Invited symposium speaker for the American Association for the Advancement of Science, Las Vegas, NV.

34. **Thames, A.D.** (2013, August).  <u>The impact of non-cognitive factors on neuropsychological test performance: A closer look into stereotype threat and perceived discrimination.</u>  Invited speaker for symposia on Advances in Cross-cultural neuropsychology (Co-chairs; Jennifer Manly, Ph.D., Desiree Byrd, Ph.D.). Presented at the 2013 annual International Neuropsychological Society conference, Honolulu, HI.

35. **Thames, A.D.** (2012, October). <u>What do stereotypes have to do with neuropsychological performance?</u>
Invited workshop at the annual National Academy of Neuropsychology conference. Nashville, TN.

36. **Thames, A.D.** & Hinkin, C.H. (2011, October).   <u>Neurocognitive and Neuroimaging correlates of HIV and
Hepatitis C co-infection.</u>  Invited speaker for symposia on NeuroAIDS research (Chair: David Hardy,
Ph.D.). Presented at the annual Western Psychological Association conference.  Irvine, CA.

37. **Thames, A.D.** (2009, November).  <u>Medication adherence and medication management in HIV: The
additive effects of aging and cognitive impairment.</u>  Invited speaker for special topics seminar on the
combined effects of aging and HIV infection: Cognitive, psychiatric, functional, and neuroimaging findings
(Chair: Brian Becker, Ph.D.) at the 29th annual National Academy of Neuropsychology Conference. New
Orleans, LA.

<u>Poster and paper presentations:</u> (*Note: Senior author on student presentation)

1. Friday, N., Talavera, J., Behboudi, S., Thames, A.D. The role of social determinants of health in cognitive
outcomes among people living with HIV. Presented at the 2025 UCLA Semel Undergraduate Research
Conference. Los Angeles, CA.

2. Stradford, J., Heyworth, N., Jackson, M., Norman, M., **Thames, A.D.,** Banks, S., Sundermann, E.E. (2024,
July). Improving Black/African American Recruitment in ADRD Observational Studies: Black Women
Inflammation and Tau Study.  Presented at the 2024 annual Alzheimer's Association International
Conference. Philadelphia, PA.

3. *Abouchian, S., *Kim, K., *Van de Heetkamp, M., Talavera, J., Moghaddam, S., & **Thames, A.D.** (2024,
April). <u>Satisfaction with social support predicts depression in people living with and without HIV.</u>
Presented at the 2024 UCLA Semel Undergraduate Research Conference. Los Angeles, CA.

4. Jackson, M., Heyworth, N., Almaraz, S., Thames, A.D., Norman, M., Sundermann, E.E., Banks, S.J. (2023,
July).  A community's voice: The significance of a community advisory board in the study of Alzheimer's
disease in older Black and African American women.  Presented at the 2023 annual Alzheimer's
Association International Conference.  San Diego, CA.

5. *Abouchian, S., *Van de Heetkamp, M., Sinani, M., **Thames, A.D.** (2023, April).  <u>The effects of
depressive symptoms on sleep health in people living with HIV</u>. Presented at the 2023 UCLA Semel
Undergraduate Research Conference. Los Angeles, CA.

6. *Delfel, E., Tatevosyan, E., & **Thames, A.D.** (2022, August). <u>Health adversity and active coping mediate
the relationship between HIV status and perceived stress</u>. Presented at the annual Western Psychological
Association Conference.  San Francisco, CA.

7. *Gold, A.I., Lai, M., *Tureson, K., & **Thames, A.D.** (2020, February). <u>Analysis of educational bias of the
Montreal Cognitive Assessment (MoCA) using differential item functioning</u>. Presented at the 48th annual
meeting of the International Neuropsychological Society, Denver, CO.

8. *Tureson, K., **\*Gold**, A. I., Irwin, M. R., & **Thames, A. D.** (2020, February). <u>Relationships Between
Chronic Stress Burden, Inflammation, and Cognitive Change in HIV+ and HIV- Adults</u>. Presented at the
48th Annual meeting of the International Neuropsychological Society, Denver, CO.

9. *McIntosh, E. C., *Gold, I., & **Thames, A. D.** (2020, February). <u>Vascular Risk Factors Mediate
Association between Chronic Stress and Memory Performance</u>. Accepted for presentation at the 48th
Annual meeting of the International Neuropsychological Society, Denver, CO.

10. *Kuhn, T., Jin, Y., Huang, C., Kim, Y., Nir, T.M., Gullett, J.M., Jones, J., Singer, E.J., Shattuck, D., Jahanshad, N., Bookheimer, S.Y., Hinkin, C.H., Zhu, H., Thompson, P.M., **Thames, A.D.** The Joint Effect of Aging and HIV Infection on Integrity of the Corpus Callosum. Twenty-third annual meeting of the Organization for Human Brain Mapping, Vancouver, British Columbia, Canada.

11. Nir, T., Fouche, J-P., Lam, H., Ances, B., Brew, B., Chaganti, J., Ching, C., Clifford, K., Cysique, L., Fennema-Notestine, C., Grant, I., Gupta, V., Harezlak, J., Heaps, J., Hinkin, C., Hoare, J., Joska, J., Kuhn, T., Lebrun-Frenay, C., Levine, A., Mondot, L., Nakamoto, B., Navia, B., Paul, R., Pennec, X., Porges, E., Prasitsuebsai, W., Pruksakaew, W., Shikuma, C., Taylor, M., **Thames, A.D.,** Valcour, V., Vassallo, M., Woods, A., Thompson, P., Jahanshad, N., Cohen, R., Stein, D. ENIGMA-HIV DTI: International Effects of CD4+ Count on White Matter Microstructure in HIV+ Adults. Twenty-third annual meeting of the Organization for Human Brain Mapping, Vancouver, British Columbia, Canada.

12. *Kuhn, T., Mahmood, Z., Williamson, T., Bookheimer, S.Y., Hinkin, C.H., & **Thames, A.D.** (2017) Accelerated Brain Aging and Cognitive Decline in HIV. Paper Presentation given at the 45th Annual Meeting of the International Neuropsychological Society, New Orleans, LA.

13. *Jones, J., Kuhn, T., Mahmood, Z., Hinkin, C.H., & **Thames, A.D.** (2017) Apathy is related to quality of life in HIV+ adults. Poster presented at the 45th Annual Meeting of the International Neuropsychological Society, New Orleans, LA.

14. *Mahmood, Z., Kuhn, T., Nunez, R. A., & **Thames, A.D.** (2017) Neural correlates of coping and perseverance. Poster presented at the 45th Annual Meeting of the International Neuropsychological Society, New Orleans, LA.

15. *Kuhn, T., Jin,Y., Huang, C., Kim, Y., Nir, T., Gullett, J., Jones, J., Singer, E., Shattuck, D., Jahanshad, N., Bookheimer, S., Hinkin, C., Zhu, H., Thompson, P., **Thames, A.D** (2017). The joint effect of aging and HIV infection on integrity of the corpus callosum.  Poster presented at the annual meeting of the Organization of Human Brain Mapping. Vancouver, Canada.

16. **Thames, A.D.,** Irwin, M., Williamson, T.J., Mahmood, Z (2016). Sleep quality, depression symptoms and cognitive changes in HIV+ and HIV- adults.  Poster presented at the 55th annual meeting of the American College of Neuropsychopharmacology.  Hollywood FL.

17. **Thames, A.D.,** Kuhn, T., Mahmood, Z., Williamson, T., Hammond, A., Nunez, R. The effects of age, HIV, and adversity on neurocognitive outcomes. Poster presented at the 2016 OAIC Claude D. Peppers meeting.  Arlington, VA.

18. **Thames, A.D.,** Kuhn, T., Schonfeld, D., Bilder, R.M., Bookheimer, S.Y., Hinkin, C.H., Sayegh, P., Mahmood, Z. The effects of chronic stress and HIV disease on hippocampal and amygdala shape alterations and verbal memory performance. Poster presented and the 54th annual meeting of the American College of Neuropsychopharmacology. Hollywood, FL. Abstract in Neuropsychopharmacology, **40,** S272–S442. doi:10.1038/npp.2015.326

19. **\***Kuhn, T**.,** Schonfeld, D., Sayegh, P., Thaler, N.S., Arentoft, A., Hinkin, C.H., Bookheimer, S.Y., Singer, E.J., **Thames, A.D.** The Effects of HIV and Aging on Subcortical Shape Alterations: A 3D Morphometric Study. Poster presented at the 2016 annual meeting of the International Neuropsychological Society in Boston, MA.

20. **\***Williamson, T.J., Arentoft, A., Mahmood, Z., Kuhn, T.P. & **Thames, A.D.** Vulnerability to the effect of lifetime social adversity on depressive symptoms: The double stigma for HIV-seropositive African Americans. (2016, March). Poster presented at the 2016 annual meeting for the American Psychosomatic Society. Denver, Co.

21. *Schwarz, L., Mahmood, Z., Ellis, M.U., Karimian, A., Panos, A., Steiner, A., Sayegh, P., & **Thames, A.D.** (2015, August). Marijuana use, neurobehavioral functioning and immune status among HIV+ adults. Late-breaking poster presented at the APA Convention, Toronto, Ontario, Canada.

22. *Santos, O., Sunderaraman, P., Mahmood, Z., Schwarz, L., Block, C. & **Thames, A.D.** Are we there yet? Preparation and doctoral-level training in cross-cultural neuropsychology. (2015, June). Poster presented at the 2015 American Academy of Clinical Neuropsychology. San Francisco, CA.

23. **Thames, A.D.,** Briones, M., Maganpatay, L., Martinez-Maza, O., Singer, E.J., Heinzerling, K., Hinkin, C.H., Shoptaw, S., Levine, A.J. (2014, November). The relationship between CSF soluble TNFR2 and CD14 on HIV disease severity and neurocognition. Poster presented at UCLA Family Medicine Research Day, Los Angeles, CA.

24. Sayegh, P., **Thames, A.D.,** Thaler, N.S., Arentoft, A., Castellon, S.A., Bellete, N.Z., … Hinkin, C.H. (2014, November). HIV medication adherence & aging in African Americans: Roles of health beliefs & sensation seeking. Paper presented at the Gerontological Society of American's 67th Annual Scientific Meeting, Washington, D.C.

25. *Burciaga, J., Streiff, V., Arbid, N., Arentoft, A., Ballard, R., Panos, S., & **Thames, A.D** (2013, July). The effects of perceived discrimination and evaluative anxiety on neuropsychological test performance. Presented at the 121st annual meeting for the American Psychological Association, Honolulu, HI.

26. **Thames, A.D.,** Terashima, K., Brown, J., Culbertson, C., Hinkin, C.H., Bookheimer, S.Y. (2012, October) Aging and HIV-associated immunological compromise differentially impact neural systems and cognition: An fMRI study. Presented at the annual Society for Neuroscience conference, New Orleans, LA.

27. **Thames, A.D.,** Terashima, K., Brown, J., Culbertson, C., Bookheimer, S.Y, Hinkin, C.H. (2012, June) fMRI of HIV associated neurocognitive disorders. Presented at the annual 2012 International Society for Neurovirology Conference, New York, NY.

28. **Thames, A.D.,** Duff, K.J., Streiff, V., Hendrix, F., Irani, M., Arbid, N., Rivera-Mindt, M., Byrd, D.A., Wyatt, G., & Hinkin, C.H. (2012, April) Examiner-examinee racial discordance impacts neuropsychological test performance: Preliminary findings. Presented at the annual Western Psychological Association conference, San Francisco, CA.

29. Arentsen, T. J., Panos, S., Thames, A. D., Streiff, V., Arbid, N., & Hinkin C. H. (2012, April) Psychosocial indicators of medication adherence among cognitively impaired HIV-infected individuals. Presented at the 92nd Annual Western Psychological Association Conference: San Francisco, CA.

30. **Thames, A.D.,** Streiff, V., Duff, K.J., Byrd, D.A., Rivera-Mindt, M., Irani, M., Hendrix, F., Panos, S.E., Arentsen, T. & Hinkin, C.H. (2012, April). The impact of perceived discrimination and examiner race on neuropsychological test performance. Presented at the 92nd annual Western Psychological Association conference, San Francisco, CA.

31. Nagarajan, R., Hinkin, C.H., Sarma, M.K., **Thames, A.D.,** Castellon, S.A., Singer, E.J., Smith, J., Truong, J., Khanlou, H., Streiff, V., Schembari, B., Perry, L., Lo, T., and Thomas, M.A. (2011, July) Decreased aspartate in Hepatitis C infection after Interferon therapy. Presented at the annual meeting of the International Society of Magnetic Resonance Imaging Conference. Montreal, Canada.

32. Sarma, M.K., Thomas, M.A., Nagarajan, R., **Thames, A.D.,** Castellon, S.A., Singer, E.J., Smith, J., Croad, L., Bhatti, L., Ragin, A., Hinkin, C.H. (2011, July). A magnetic resonance imaging study of cortical thickness and volumetric changes in Hepatitis C: Before and after interferon therapy. Presented at the annual meeting of the International Society of Magnetic Resonance Imaging Conference. Montreal, Canada

33. Sarma, M.K., Nagarajan, R., Huda, A., Wilson, N., Singhal, A., Binesh, N., Gupta, R.K., Han, S.H., Castellon, S.A., **Thames, A.D.,** Hinkin, C.H, & Thomas, M.A. (2011, May). <u>Prior knowledge fitting of 2D L-Cosy in Hepatic Encephalopathy: Differentiation of Glutamine from Glutamate.</u> Presented at the 2011 annual meeting of the Asian Pacific Association for the Study of the Liver.  Thailand.

34. Foley, J., Ettenhofer, M., **Thames, A.D.**, Wright, M., Patel, V., Cole, M., Kim, M., Bookheimer, S., Brody, A., Marcotte, T., Toga, A., El Saden, S., Goodwin, S., & Hinkin, C. (2010). <u>Subcortical brain pathology, cognition, and functional abilities in older HIV+ adults.</u> Poster session presented at the 2010 Harvard Medical School Department of Psychiatry Research Day, Boston, Massachusetts.

35. Duff, K.J., **Thames, A.D.,** Cosio, M. (2008, April).  <u>The effectiveness of an interactive tutorial on students' learning.</u> Poster session presented at the annual meeting of the Western Psychological Association (WPA).  Irvine, CA.

36. Duff, K.J., Cosio, M., **Thames, A.D.** (2008, April).  <u>The development of podcasts for an Introductory Psychology course.</u> Poster session presented at the annual meeting of the Western Psychological Association (WPA). Irvine, CA.

37. Ventura, J., Helleman, G.S., **Thames, A.D**, Koellner, V., and Nuechterlein, K.H. (2007, April). <u>Negative Symptoms as a Mediator of the Relationship Between Neurocognition and Functional Outcome.</u> Paper presented at the 10th bi-annual meeting of the International Congress on Schizophrenia Research. Colorado Springs, CO.

38. **Thames, A.D.** (2003, May). <u>Team activities and delinquency during high school</u>. Poster session presented at the 83rd annual meeting of the Western Psychological Association (WPA). Vancouver, BC.

39. Duff, K.J., Laughlin, R., **Thames, A.D.** (2000, May). <u>Stereotype threat among community college students.</u> Poster presented at the 80th annual meeting of the Western Psychological Association (WPA). Maui, HI.

## Teaching Activities

| 2023-present | Instructor | **Psychiatry 453, Neuropsychology Informal Brown Bag Lunch (UCLA)** |
|---|---|---|
| | | • NIBBL serves three roles: 1) a speaker series on a variety of current topics in neuropsychology for the Fall and Winter quarters, 2) presentations on professional issues, about once a month during the Fall and Winter quarters, and 3) a forum for post doctoral fellows to present their research activities, including research plans or findings, during the Spring quarter. |
| 2018-2021 | Instructor | **Psychology 515, Clinical Assessment (USC)** |
| | | • Graduate-level course in the theory and application of educational, psychological and neuropsychological assessment. |
| 2018-2021 | Lecturer | **Foundations of Neuropsychology (USC Keck School of Medicine)** |
| | | • Two-part lecture series for Psychiatry residents that covers the fundamentals of cognitive assessment and functional neuroanatomy |
| 2018-2021 | Instructor | **Psychology 595, Practicum in assessment (USC)** |
| | | • Graduate-level course in the application and interpretation of assessment. |
| 2016 | | **Co-instructor Psychiatry 405, Trauma and Sexual Abuse Research Seminar (UCLA)** |

       • Seminar for graduate-level students that covers research methodology with a focus on qualitative and quantitative designs for study topics related to trauma, sexual abuse and infectious disease.

**2012-2016**    **Instructor**    **Psychiatry 481, Neuropsychology of Medical Illness Seminar (UCLA)**
       • Seminar for graduate-level externs that covers current topics in the neuropsychology of various medical illnesses (e.g., Diabetes, Hepatitis, HIV)

**2012-2016**    **Instructor**    **Psychiatry 453, Neuropsychology Informal Brown Bag Lunch (UCLA)**
       • NIBBL serves three roles: 1) a speaker series on a variety of current topics in neuropsychology for the Fall and Winter quarters, 2) presentations on professional issues, about once a month during the Fall and Winter quarters, and 3) a forum for post doctoral fellows to present their research activities, including research plans or findings, during the Spring quarter.

**2012-2018**    **Guest lecturer, Neuropsychology of HIV Seminar (UCLA)**
       • Seminar for predoctoral interns and postdoctoral fellows that cover current research and clinical practice topics in NeuroAIDS

**2011-2012**    **Instructor, Introductory Statistics (Cerritos College)**
       • Taught introductory statistics to classes averaging 25 undergraduate students.

**2010-2011**    **Instructor, Clinical Interviewing (Alliant International University)**
       • Taught clinical interviewing to a class size of 8 students in the Ph.D. program.

**2007-2009**    **Instructor, Introductory Psychology (Cerritos College)**
       ▪ Taught introductory psychology to classes averaging 40 undergraduate students.

**2007-2008**    **Instructor, Cognitive Rehabilitation of Memory (Coastline College)**
(Acquired Brain Injury Cognitive Retraining Program)
       ▪ Taught courses in memory rehabilitation for students with mild-to-moderate brain injury.

**2007-2008**    **Instructor, Social Psychology (Cerritos College)**
       ▪ Taught social psychology to classes averaging 20 undergraduate students.

## Media Expert Appearances

1. 1Stream.TV (June 11, 2024). Alzheimer's and related dementias. Sponsored by the NAACP. Link to Clip.

2. NBC Channel 4 news (February 7, 2024). Social Media & Youth. Interview with Colleen Williams about safeguarding social media for youth.

3. 23abc news│Bakersfield (January 25, 2023). FDA approves new Alzheimer's drug for further research. Link to clip

4. KNX radio 97.1 FM in Depth with Charles Feldman and Rob Archer (January 6, 2023). FDA approves new Alzheimer's drug but what about side effects? Discussion about FDA approval of Lecanemab. Link to clip

5. KNX radio 97.1 FM in Depth with Mike Simpson and Charles Feldman (April 13, 2022). Discussion about the relation between personality types and mild cognitive impairment. Link to clip

6.  The Special Report with Areva Martin Out Loud (February 19, 2022). Discussion with Areva Martin about Alzheimer's disease in the Black community.

7.  C-SPAN's The Weekly: Discussion with host Steve Scully about the impact of the guilty verdict in the trial of Derek Chauvin in the death of George Floyd. (April 21, 2021). Link to clip

8.  KPCC 89.3 FM. Air talk with Larry Mantle. Your Brain on Our Shaky Post-Pandemic Re-opening. . (June 30, 2021). Link to clip

9.  KJLH Radio (April 16, 2021 aired May 8, 2021). Alzheimer's, caregiving, and COVID-19. Expert panel. Link to clip

10. KCAL Channel 5 and Channel 9 news (March 8, 2021). Comments about the Meghan Markle and Prince Harry interview with Oprah. Link to clip

11. CBS Channel 2 news (January 12, 2021). Dodger Stadium halting COVID-19 testing. Link to clip

12. ABC Channel 7 news (December 10, 2020). COVID-19 vaccine and African Americans. Link to clip

13. National Geographic "Atlas of Cursed Places" (December 15, 2020 – Season 1 Episode 3). Episode where Dr. Thames discusses biological responses to stress and resiliency with Sam Sheridian.

14. University of Colorado at Boulder Mental Health Expert Series (filmed September 2020). Link to clip

15. UC Berkeley Greater Good Magazine (July 2020) – How stress could affect your genes. Link to clip

16. WAMC's Academic minute (April 15, 2020) – Topic: "Racism is Toxic." A discussion about the biological impact of racism. Link to clip

17. American Psychological Association's Good Practice (Winter 2020): Quoted in the article: Cognitive Problems in People Living with HIV. Link to article

18. NBC Channel 4 Southern California Live (July 10, 2019) – Topic: "Racism can make you physically sick." A discussion about a recent research conducted study by Dr. Thames and UCLA colleagues. Link to clip

19. Discovery Channel's Deadliest Catch (May 7, 2019 - Season 15 Episode 104) "Tortured to Greatness". Episode where Dr. Thames and Captains discuss the mental health effects of "Old School" versus "New School" training methods.

20. American Psychological Association (2016, November). Topic "Chronic stress, race-related stress and academic achievement outcomes among adolescents." Educational series funded by the Committee on Division of APA relations. Link to clip

21. Good news radio (2017, May). "Alzheimer's disease and dementias in communities of color."

www.acceleratedradio.net. Link to clip

22. National Academy of Neuropsychology Foundation (2017, October). "Marijuana and the brain." Promoting neurowellness through education series. Link to clip

## Webinars

1. **Thames, A.D.**, Awad, J., Okonkwor, N. (2023, June). *Addressing agitation in Alzheimer's disease in disinvested communities.* Sponsored by PsychU supported by Otsuka Pharmaceutical Development & Commercialization, INC.

2. **Thames, A.D.** (2022, November). *Addressing healthcare disparities: Where do we go from George Floyd?* Neuropsychology Diversity Series. Sponsored by University of California San Diego and California Psychology Division 8.

3. **Thames, A.D.**, Carlisle, S.G., Foster, A. (2022, September). *Alzheimer's conversations: Dispelling myths in the black community.* Sponsored by the Alzheimer's Association Southern California Chapter and the Association for Black Women Physicians.

4. **Thames, A.D.** (2022, May). *Social determinants of cognitive health: A dynamic life course perspective on how racial and socioeconomic disparities impact cognitive aging.* Sponsored by Psychological Assessment Resources (PAR, INC).

5. **Thames, A.D.** (2021, October). *12 steps to inclusivity in mental health (Series).* Sponsored by PsychU supported by Otsuka Pharmaceutical Development & Commercialization, INC.

6. Hill, C.V., **Thames, A.D.**, Heisser, C.J. (2021, March) *Alzheimer's and African Americans: Advancing Resources, Research, and Caregiving.* Sponsored by the Alzheimer's Association and the Association.

7. **Thames, A.D.**, Jones, F. (2021, February). *Cultivating the Win/Win: How to engage in effective academic-community partnerships.* Webinar presentation sponsored by the Robert Wood Johnson Interdisciplinary Research Leaders Program.

8. **Thames, A.D.** (2021, February). *Promoting brain health in the African American Community.* Webinar presentation sponsored by Alzheimer's Association Southern California Chapter.

9. **Thames, A.D.**, Armour, J., Brown, B., Smith-Pollard, N. (2021, January). *The truth about being black in America.* Webinar presentation sponsored by USC Dornsife and USC Gould School of Law. Available at: online.usc.edu.

10. **Thames, A.D.** (2020, October). *Mental Health Disparities.* Mental Health Experts Series. Sponsored by the University of Colorado at Boulder. #talkmentalillness

11. **Thames, A.D.** (2020, September). *Neuropsychology of Racism and Discrimination.* Webinar presentation sponsored by the Baylor College of Medicine.

12. **Thames, A.D.** (2017, June). *Ethical considerations in cultural neuropsychology: What every practitioner needs to know.* Webinar presentation for the National Academy of Neuropsychology Distance Continuing Education program.

13. Hill, B.D., **Thames, A.D,** & Hoth, K. (2016, March). *ECNPC Virtual Happy Hour: SCN Early Career Pilot Award and Grant-Writing Discussion.* Joint on-line presentation of American Psychological Association Division 40 Society for Clinical Neuroscience Scientific Advisory Committee and the Early Career

Neuropsychologists Committee. Available for viewing at
https://www.youtube.com/watch?v=prgAg3aDgB8.

14. **Thames, A.D.,** Santos, O., Sunderaraman, P., Judd, T., Castro, M. (2015, February). *Cross-cultural Neuropsychology in Practice and Training Settings.* Joint on-line presentation of American Psychological Association Division 40 Society for Clinical Neuropsychology Ethnic Minority Affairs committee and Association for Neuropsychology Students in Training. Available for viewing at
https://www.youtube.com/watch?v=9dWSvu2Rhic.

15. Manly, J., Byrd, D., **Thames, A.D.** (2012, October). *Clinical considerations in the assessment of African American clients.* Webinar presentation for the National Academy of Neuropsychology Distance Continuing Education program.

## Invited Talks/Lectures

**2024**   Iron meets Iron: Alzheimer's disease and caregiving in Black Communities. Invited panelist for community forum sponsored by Alzheimer's Association and Alpha Phi Alpha. Los Angeles, CA.

**2024**   From Challenges to Triumph: My Career Path in the Neurosciences. Invited talk as part of the UCLA Neuroscience High School Scholars Program. Los Angeles, CA.

**2023**   Cognitive Aging in the Context of HIV Infection. Invited talk for UC Riverside Aging Initiative Meeting. Riverside, CA.

**2023**   The Importance of Cognitive Screening and Psychosocial Assessment in Medically Ill Populations. Invited talk for the International Child Health and Adolescent Development (ICHAD) 10th Anniversary Celebration. Washington University in Saint Louis. Saint Louis, Missouri.

**2023**   Cultural considerations in Neuropsychological Assessment. Guest lecturer for UCLA Integrative Center for Addictions Health Disparities Course.

**2023**   Cultural Considerations in the Context of Psychological Services. Guest lecturer for UCLA Predoctoral Psychology Internship Seminar.

**2022**   Neuropsychology of Substance Misuse. Invited talk for course Research-Informed Practices to Prevent Substance Abuse in Racial and Ethnic Minority Adolescents. Department of Public Health, University of Michigan.

**2022**   Optimizing brain health for diverse communities. Invited talk for Harbor UCLA Psychiatry Department Grand Rounds.

**2022**   Promoting brain health among vulnerable populations: Scientists call to action. Invited talk for UCLA Psychiatry Department Grand Rounds.

**2021**   Women in science career development. Invited talk for the UCLA/CDU Substance Abuse Research Training program.

**2021**   How social determinants influence Alzheimer's Disease outcomes. Invited talk for the "Because of You" series hosted by the Alzheimer's Association Southern California Chapter.

**2021**   Dimensions of cultural responsiveness in neuropsychological care. Invited talk for Rusk Rehabilitation, New York University Langone Health

**2021**   Career paths in Psychology. Invited talk for the Department of Psychology at Spelman College.

2020    Mind your money: Mobile financial coaching for low-to-middle income Hispanics.  Invited lecture for the Consumer Financial Protection Bureau.

2020    Viral invasion of the Central Nervous System: Lessons learned from the study of HIV. Invited lecturer for Massachusetts General Hospital/Harvard Medical School Department of Psychiatry.

2020    Brain health outcomes among vulnerable groups: Addressing disparities. Invited lecture for Clinical Psychology Ph.D. students in the Department of Psychology at the University of Colorado at Boulder (Course instructor: June Gruber, Ph.D.)

2020    Cultural neuropsychology: Clinical case application. Invited lecture for Clinical Psychology PhD students in the Department of Psychology University of Wisconsin at Madison (Course instructor Krista Lisdahl, Ph.D.).

2020    Cultural considerations in psychological assessment.  Invited lecture for Clinical Psychology PhD students in the Department of Psychology at University of Texas at Austin (Course instructor: Andreana Haley, Ph.D).

2020    Cultural neuropsychology: Challenges and Future Directions.  Invited workshop for the American Psychological Association Advanced Training Institute on Research Methods with Diverse Racial and Ethnic Groups.  Hosted by the University of Michigan.

2019    Disparities in Cognitive Aging and Health Outcomes: Potential Intervention Targets. Invited speaker for University of Texas at Southwestern Psychiatry Grand Rounds.

2019    Cultural considerations in the assessment of HIV Associated Neurocognitive Disorder. Invited speaker for UC San Diego's NIH funded R25 program "Sustained Training in Aging and HIV Research."

2019    Biopsychosocial contributions to cognitive development in adolescent populations. Invited presentation for the Division of Adolescent Medicine at Children's Hospital Los Angeles.

2018    Cultural considerations in aging: What every health professional should know. Invited speaker for USC's Geriatric Workforce Enhancement Program.

2018    Cognitive aging among culturally diverse groups: Implications for brain health. Invited lecture for USC's Psychiatry Grand Rounds series.

2018    Neuropsychology among psychiatric populations. Invited lecture for Otsuka America Pharmaceuticals Incorporated.

2015    The independent and combined effects of HIV and cannabis use on neurocognitive functioning. Invited lecture for UCLA's Interdisciplinary Neuroscience of Addiction Seminar.

2015    Navigating academic medical careers. Invited panelist for the Minority Training Program in Cancer Control Research.

2015    Psychosocial contributions to NeuroAIDS: Progress and future challenges. Invited lecture for University of California, San Diego (UCSD) Department of Psychiatry Research Seminar Series.

2015    Health disparities in 2015: Challenges and Future Directions. Invited lecture held annually for the Department of Psychiatry Resident Lecture Series.

2015    Multiculturalism and neuropsychological test performance: Considerations for assessment.

Individual speaker presentation for the 2015 Multicultural Summit sponsored by Alliant International University.

2015    Cross-cultural neuropsychology in practice and training settings.  Webinar developed between the Society for Clinical Neuropsychology Ethnic Minority Affairs committee and Association for Neuropsychology Students in Training.

2014    The impact of psychosocial stress on the brain.  Invited lecture for the joint-doctoral PhD program at the University of Alaska Anchorage and Fairbanks campuses

2014    Using neuroimaging to study HIV-associated neurocognitive disorders among complex cohorts. Invited lecture at UCLA Department of Psychiatry lecture series

2013    Diabetes Mellitus and Neurocognition.  Invited lecture at UCLA Department of Psychiatry lecture series.

2013    NIH Career Development Awards: Is this the right mechanism for you? Invited lecture at UCLA Department of Psychiatry lecture series.

2013    The Neuroscience of Chocolate.  Invited talk at UCLA's Healthy Campus Initiative.  Sponsored by UCLA Mind-wellness group.

2013    Ethnic/racial disparities in HIV: Impact on neurological and neurobehavioral outcomes. Invited talk at California State University San Bernardino Psychology Department Colloquia.

2012    Assessing functional capacity among neurological populations: Are we using the right stuff? Invited talk at UCLA Department of Psychiatry lecture series.

2012    Stereotype threat, perceived discrimination and neuropsychological performance. Invited talk at California State University Long Beach Psychology Department Colloquia.

2012    The use of functional MRI to study HIV-associated neurocognitive disorders: Challenges and future directions.  Invited talk at UCLA Department of Psychiatry lecture series.

2011    Aging with HIV: Neurological and neurobehavioral outcomes. Invited talk at UCLA Department of Psychiatry grand rounds.

2011    Neurological and neurocognitive outcomes among African Americans with HIV/HCV co-infection: A multimethod analysis.  Invited talk at Mount Sinai School of Medicine's NeuroAIDS Summer Institute.

2011    Neuroimaging and neuropsychology.  Invited interview for an educational media series produced by Pearson Education.  Scheduled for production in January 2012.

2011    HIV-associated neurocognitive disorders. Invited talk at Patton State Hospital.

2011    Deciding between an academic versus clinical career: What every student should know.  Invited talk at Alliant International University.

2011    The career path to becoming a Clinical Neuropsychologist.  Invited talk at Cerritos College.

2011    Functional outcomes in HIV: The role of aging, cognition and psychiatric status.  Invited talk at the University of California San Diego Journal Club Series.  Attendees consisted of graduate students, postdoctoral fellows, and faculty.

**2010**     Neurocognition in Schizophrenia.  West Los Angeles VA. Los Angeles, CA.  Lecture presented
to the 2010 neuropsychology internship class.

**2009**     Using the Personality Assessment Inventory (PAI) in forensic assessment. Loma Linda
University, Loma Linda, CA. Lecture presented to graduate students as part of an assessment course series.

**2009**     The utility of the WRAT-4 and RBANS in psychiatric populations.  Patton State Hospital,
Patton, CA.  Training workshop for staff psychologists.

**2008**     Cognitive retraining and psychosocial rehabilitation of Acquired Brain Injury. Invited talk at
Coastline Community College Acquired Brain Injury (ABI) program student and instructor orientation.
Costa Mesa, CA.

**2008**     How to survive and succeed in graduate school. Participant in California State University, Long
Beach (CSULB) panel discussion (Sponsored through the Department of Psychology). Long Beach, CA.

## Scientific Activities

Study Section Review Boards (Grants):

| | |
|---|---|
| 2020-2024 | Standing Member, National Institute of Mental Health HIV and behavioral interventions study section |
| 2024 | Reviewer, Alzheimer's Association, Research Grants to Promote Diversity |
| 2021 | Reviewer, National Academy of Neuropsychology-Alzheimer's Association COVID-19 Panel |
| 2019 | Ad-hoc Reviewer, National Institute on Mental Health Special Emphasis Panel |
| 2018 | Ad-hoc Reviewer, National Institute on Minority Health Disparities Special Emphasis Panel |
| 2018 | Ad-hoc Reviewer, National Institute on Mental Health Special Emphasis Panel |
| 2017-present | Ad-hoc Reviewer, National Institute on Aging-Neuroscience |
| 2014-2016 | Reviewer, South African Medical Research Council for 2014 HIV and AIDS |
| 2013-2016 | Reviewer, UCLA Center for AIDS Research |
| 2013-present | Reviewer, National Academy of Neuropsychology Clinical Research Grants |
| 2012 | Reviewer, Indo-US Science & Technology Forum (IUSSTF) Grant, American Association for the Advancement of Science (AAAS) |
| 2012 | Reviewer, New Investigator Grant, Johns Hopkins School of Medicine |
| 2012 | Reviewer, New Investigator Grant, UCLA CALDAR program |

Editorial Service:

| | |
|---|---|
| 2017-2019 | Associate editor for Neuropsychology Review |

Peer Reviews:

| | |
|---|---|
| 2020-present | Ad-hoc reviewer for Psychological Trauma: Research, Theory, & Practice |
| 2020-present | Ad-hoc reviewer for Psychosomatic Medicine |
| 2015-present | Ad-hoc reviewer for Neuropsychology |
| 2015-present | Ad-hoc reviewer for AIDS |
| 2015-present | Ad-hoc reviewer for Human Brain Mapping |
| 2015-present | Ad-hoc reviewer for AIDS and Behavior |
| 2014-2015 | Ad-hoc reviewer for New England Journal of Medicine |
| 2014-present | Ad-hoc reviewer for Drug and Alcohol Dependence |
| 2013-present | Ad-hoc reviewer for Culture and Ethnic Minority Psychology |
| 2013-present | Ad-hoc reviewer for Journal of Clinical Psychiatry |
| 2010-present | Ad-hoc reviewer for Journal of Clinical and Experimental Neuropsychology |
| 2011-present | Ad-hoc reviewer for the British Journal of Health Psychology |
| 2011-present | Ad-hoc reviewer for The Clinical Neuropsychologist |

| 2010-present | Ad-hoc reviewer for Drug and Alcohol Review |
| 2011-present | Ad-hoc reviewer for Brain Imaging and Behavior |
| 2012-present | Ad-hoc reviewer for AIDS Care |
| 2011-present | Ad-hoc reviewer for Child Neuropsychology |

## Professional Memberships & Affiliations

### National Service – Elected positions

| 2023-2024 | Member, International Neuropsychological Society Nominations Committee |
| 2020-2023 | Board Member, Alzheimer's Association Southern California Chapter |
| 2017-2020 | Chair, International Neuropsychological Society Cultural Special Interest Group |
| 2018-present | Minority Affairs Task Force Committee, American College of Neuropsychopharmacology |
| 2018-2021 | Faculty Sponsor, Association of Neuropsychology Students in Training (USC Chapter) |
| 2015-2018 | Member-at-Large, APA Division 40 Executive Committee |
| 2013-2016 | Committee Member, National Academy of Neuropsychology Clinical Research Grants |
| 2012-2015 | Chair, APA Division 40 Ethnic Minority Affairs (EMA) |
| 2012-2015 | Liaison, APA Committee for Ethnic Minority Affairs (CEMA) |
| 2012-2015 | Committee Member, Division 40 Program Committee |
| 2010-2013 | Committee Member, National Academy of Neuropsychology Diversity Committee |
| 2016-Present | Associate Member, American College of Neuropsychopharmacology |

### Organization membership

| 2009 – Present | Member, International Neuropsychological Society |
| 2009-Present | Member, National Academy of Neuropsychology |
| 2004 – Present | Member, Psi-Chi |
| 2004-Present | Member, American Psychological Association |
| 2012-Present | American College of Neuropsychopharmacology |
| 2000 – 2016 | Member, Western Psychological Association |
| 2012 – 2015 | Member, Society for Neuroscience |
| 2012 – 2015 | Member, International Society for Neurovirology |

### University-wide and Department Service

| 2023-present | UCLA DGSOM Office of Physician-Scientists Career Development Committee |
| 2023-present | Member, Academic Senate Graduate Council |
| 2023-present | Member, Graduate Degree and Programs Committee |
| 2024-present | Co-Chair, Strategic Planning Committee UCLA Department of Psychiatry and Biobehavioral Sciences |
| 2023-present | Member, Academic Advancement Committee UCLA Department of Psychiatry and Biobehavioral Sciences |
| 2022-2025 | Associate Faculty Advisor – Friends of the Semel Institute – UCLA Department of Psychiatry. |
| 2022-present | Member, Executive Committee – UCLA Department of Psychiatry |
| 2022 | Internal promotions committee – UCLA School of Medicine |
| 2022 | Faculty search committee (Director of Anxiety Disorders Program) – UCLA School of Medicine |
| 2022 | Psychology Internship Director search committee – UCLA School of Medicine |
| 2022 | Faculty search committee (Department of Psychiatry Interim Chair) – UCLA School of Medicine |
| 2022 | Faculty search committee (Chief Medical Officer) – UCLA School of Medicine |
| 2021-2024 | UCLA Resnick Neuropsychiatric Hospital Peer Review Committee |
| 2021 | Faculty search committee (Assistant Professor in |

|  |  |
|---|---|
|  | Integrative Biology and Physiology) – UCLA Rise the Challenge Initiative |
| 2019 | Faculty search committee (Assistant Professor in Clinical Science) – USC Department of Psychology |
| 2019 | Internal promotions committee (2nd year Assistant Professor Review) – USC Department of Psychology |
| 2019 | Reviewer – USC's Interdisciplinary Aging Research to Address Health Disparities training program |
| 2019 | Reviewer – CTSI-SC grants program |
| 2019 | Selection Committee – Research Enhancement Fellowships, USC Graduate School |
| 2018 | Internal tenure committee – Department of Psychology, USC |
| 2018 | Faculty search committee (Keck Chair) – Department of Psychology, USC |
| 2018 | Faculty search committee (Clinic Director) – Department of Psychology, USC |
| 2014-2018 | Selection Committee – UCLA Fulbright U.S. Scholars Program |
| 2014-2018 | Committee member -  UCLA Department of Psychiatry Diversity Group |
| 2014-2018 | Selection committee – UCLA Psychiatry Residency Program |
| 2012-present | Predoctoral internship training committee |
| 2013-2018 | Postdoctoral fellowship training committee |

## Student & Faculty Mentees (*underrepresented racial/ethnic minority student)

|  |  |
|---|---|
| 2024-present | *Nicole Friday – Undergraduate Student in Neuroscience (Independent Research mentor) |
| 2024-present | Katelyn Mooney, M.A. – Doctoral Candidate in Neuroscience (Dissertation Committee member) |
| 2024-present | Itai Ricon-Becker, Ph.D. – Postdoctoral Fellow UCLA, Cousins Center for Psychoneuroimmunology |
| 2024-present | Nik Priest, Ph.D.  – Postdoctoral Psychology Fellow UCLA |
| 2024-present | *Rachel Verhagen, M.A. – Predoctoral Psychology Intern UCLA |
| 2023-present | *Mahathi Kosouri, M.A. – Predoctoral Psychology Intern UCLA |
| 2023-present | *Joy Stradford, Ph.D. -Postdoctoral fellow UCSD |
| 2022-present | *Kacie Deters, Ph.D. – Assistant Professor of Integrative Physiology (mentor on K23 award) |
| 2022-2024 | *Mirella Diaz-Santos, Ph.D. – Assistant Professor of Neurology and Psychiatry |
| 2022-2023 | *Amina Avion, M.A. – Predoctoral Psychology Intern UCLA |
| 2022-2023 | *Elizabeth Nakiyingi, M.D. – Child Global Research Fellowship Trainee |
| 2022-2024 | Madeline Jansen, M.D. – Psychiatry Research Fellow UCLA |
| 2022-2023 | Kimberley Savin, M.A. – Graduate student intern UCLA |
| 2021-2022 | Stephanie Punt, M.A. – Graduate student intern UCLA |
| 2021-2022 | *Natasha Camirand, B.A. – Graduate student Charles Drew University |
| 2021-2022 | Catherine Sumida, M.A. – Graduate student intern UCLA |
| 2020-2021 | Ariel Harisnay – Undergraduate student USC |
| 2019- 2024 | Talia Nir, Ph.D. – Postdoctoral fellow as part of T32 NIA fellowship |
| 2019-2024 | Annie Nguyen, Ph.D. – Assistant Professor Keck School of Medicine as part of NIH K23 award |
| 2018-2021 | Elissa McIntosh – Graduate student, Department of Psychology, USC (Currently postdoctoral fellow at John Hopkins University) |
| 2018-2021 | Alaina Gold – Graduate student, Department of Psychology, USC |
| 2018-2021 | Kayla Tureson – Graduate student, Department of Psychology, USC |
| July 2019-Oct 2019 | *David Robles, M.A. – Summer Intern for Sally Casanova Research Scholars Program |
| 2019-2020 | Jaiden Kaplan – Student from Marlborough High School (Currently college student at Princeton University) |
| Summer 2019 | *Aaliyah Muhammed – Summer scholar from USC NEURAL program |
| 2018-2021 | Jianing Yao – Undergraduate student, Department of Psychology, USC (Currently graduate student at John Hopkins University) |

| | |
|---|---|
| 2019-2022 | Ellen Tatevosyan – Former undergraduate student, Department of Psychology San Diego State University/UCSD (Currently graduate student, CSULB) |
| 2018-2019 | Aaron Lim, M.A.  Graduate student, Department of Psychology, UCLA |
| 2017-2020 | Khethelo Xulu, MSc, Ph.D. – Graduate Student, Stellenbosch University South Africa (Currently Faculty, Department of Human Physiology, University of KwaZulu Natal) |
| 2016-2018 | Timothy Williamson, M.A. – Graduate student, Department of Psychology, UCLA (Currently Faculty in Department of Psychology at Loyola Marymount University) |
| 2015-2016 | Ahoo Karimian, M.A. – Graduate student extern, UCLA (Previous Staff Psychologist West Los Angeles VA) |
| 2016-2017 | Alexander Steiner, M.A. – Graduate student extern, UCLA (Currently in private practice) |
| 2015-2016 | *Monica Ellis, M.A. – Graduate student extern, UCLA |
| 2015-2016 | *Nardos Bellete, M.A. – Graduate student extern, UCLA |
| 2015-2019 | *Andrea Hammond, B.A. – Undergraduate student, Department of Psychology, California State University Northridge (Currently employed as research scientist) |
| 2015-2021 | *Andy Nunez, B.A. – Undergraduate student, Department of Psychology, UCLA (Currently graduate student at USC |
| 2015-2021 | *Stephanie Pedrahita, B.A. - Undergraduate student, Department of Psychology, UCLA (currently graduate student at San Diego State University) |
| 2015-2018 | Taylor Kuhn, Ph.D. – Postdoctoral fellow as part of NIMH T32 fellowship (Currently on faculty at UCLA) |
| 2014-2016 | Philip Sayegh, Ph.D. - Postdoctoral fellow as part of NIMH T32 fellowship (Currently on faculty at UCLA) |
| 2013-2018 | Zanjbeel Mahmood, B.A. – Undergraduate student, Department of Psychology, UCLA (Currently postdoctoral fellow at West LA VA) |
| 2012-2014 | Alyssa Arentoft, Ph.D. - Postdoctoral fellow as part of NIMH T32 fellowship (Currently on faculty at Cal State University Northridge) |

## References

Furnished upon request

# EXHIBIT B

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

June 25, 2025

**RE: Vanessa LeMaistre v. Leland T. Wayne (Case no. 24STCV28310)**

**SCOPE OF RETENTION:** I was retained by Sanders Roberts, LLP, to provide expert psychological consultation and opinion in connection with a civil litigation matter involving Plaintiff, Ms. Vanessa LeMaistre, and Defendant, Leland T. Wayne. Ms. LeMaistre is pursuing claims for non-economic damages allegedly for sexual assault and battery.

The purpose of this evaluation is to assess the presence, severity, and prognosis of any psychological or emotional harm reportedly experienced by Ms. LeMaistre in connection with the alleged assault. In forming my opinions, I conducted an independent psychological examination and reviewed discovery materials provided by defense counsel. A complete list of the documents reviewed is included in the Appendix of this report. Should additional information, such as medical records, deposition transcripts, or collateral statements, become available, I reserve the right to amend or supplement my findings and opinions accordingly.

Professional Qualifications. My qualifications to opine in claims of psychological damages and conduct a defense medical examination of the Claimant are as follows: (1) For over ten years, I have been a licensed clinical psychologist in the state of California; (2) I am a professor in the Department of Psychiatry and Biobehavioral Sciences at UCLA's School of Medicine. I also serve as Vice Chief of Staff for UCLA Resnick Neuropsychiatric Hospital. In my roles, I direct the consultation-liaison (CL) services for the Adult Psychology Division within the Department of Psychiatry and Biobehavioral Sciences and the Behavioral Medicine predoctoral internship and postdoctoral fellowship training program. The CL psychology service works primarily with departments of trauma and emergency surgery, palliative care, neurology, transplant and psychiatry, providing a range of psychological services including brief psychotherapy, psychoeducation, assessment, and consultation with medical teams. I direct a research laboratory that focuses on the effects of lifetime stress, trauma, and adversity on mental health and wellness in a variety of clinical populations. As a result, I have published over 100 peer-reviewed journal articles, abstracts, and chapters related to this line of research and clinical expertise. As Associate Director of the Medical Psychology Assessment Center, I am actively involved in the training and supervision of predoctoral interns and postdoctoral fellows in performing psychological and neuropsychological evaluations; (3) I have conducted over 1,500 psychological assessments in my career, taught graduate-level courses in psychological and neuropsychological evaluation, and regularly see clinical patients with a wide range of psychiatric and neurobehavioral disorders in the context of assessment and psychotherapy.

**INCIDENT BACKGROUND (According to complaint and clinical interview)**

Following the death of her 9-month-old son, Ms. LeMaistre reported traveling to Las Vegas, which she described as an effort to distract herself from grief and associated emotional difficulties. While attending a day party, she met Mr. Wayne backstage. She reported that after returning to Los Angeles, she contacted Mr. Wayne via social media and saw him again a few weeks later. He invited her to his studio, which she initially attended with friends and later began visiting alone.

    Ms. LeMaistre stated that their interactions had not involved physical contact beyond sitting next to each other on the couch. She reported that on one occasion, she took a Xanax and was offered

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

a shot of what she believed to be either Hennessy or cognac. She stated that after consuming the alcohol, she lost consciousness while sitting on the couch. She recalled briefly regaining awareness while Mr. Wayne was allegedly performing oral sex and then losing consciousness again. She reported that she did not regain full awareness until approximately 4:00 p.m. the following day in a hotel room in Beverly Hills. According to the legal complaint, Ms. LeMaistre became pregnant by Mr. Wayne and later underwent an abortion. [Of note, this information was not disclosed during the clinical interview]. She reported that she messaged Mr. Wayne in November to inquire whether he had used a condom, to which he responded, "yes." In approximately 2017-2018 while working at a cocktail bar, she heard one of Mr. Wayne's songs playing in the background and she "couldn't deal with it" and felt a deep sadness. She reached out to Mr. Wayne and invited him to come to Washington DC and that she missed him. She said that he didn't respond, making her feel "horrible." She indicated that this was their last communication.

**Psychological claims following the alleged incident:**

    Ms. LeMaistre reported that although she does not have a clear memory of the alleged assault, she has experienced ongoing psychological distress that she attributes to the incident. She stated that for several years she struggled to understand the source of her emotional difficulties due to a lack of recall. In an effort to recover these memories, she sought treatment from a hypnotherapist. Ms. LeMaistre reported experiencing fear related to sexual activity and stated that she has been largely celibate throughout her 30s. She endorsed persistent feelings of shame, which she indicated were exacerbated by public lyrics in a song by Mr. Wayne referencing a woman who "took a xanny and fainted."

    Ms. LeMaistre further reported experiencing three subsequent sexual assaults, which she believes were related to low self-esteem that she associates with the incident involving Mr. Wayne. She stated that she filed a police report for one of these incidents involving an individual identified as Dax Hill but reported that officers did not take her claims seriously and she was not referred for a medical or psychological evaluation at that time. She described increased social withdrawal, stating that she no longer goes out due to fear and has become isolated from friends. She recounted a recent incident in which she met a man at a birthday celebration at Wally's and later fell asleep in his car; she stated that no assault occurred in that instance.

## EXAMINATION PROCEDURES

I conducted an examination of Ms. LeMaistre on May 9, 2025. Ms. LeMaistre was informed of the limits of confidentiality given the nature of the evaluation, which was conducted in the context of litigation. I explained my responsibilities as a mandated reporter, including the obligation to report any threats of self-harm, harm to others, or abuse of dependents.

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

I also informed Ms. LeMaistre that she was not obligated to answer any questions that made her feel uncomfortable during the interview. Ms. LeMaistre was friendly and cooperative with the examination.

## Behavioral Observations

Ms. LeMaistre appeared slightly younger than her stated age of 39. She was dressed in business attire and was accompanied by a support person from the YWCA. She demonstrated appropriate eye contact. She became tearful when discussing the death of her son, the alleged assault by Mr. Wayne, and thoughts surrounding lack of accomplishments and feelings of failure.

## Clinical Interview

Personal History

Ms. LeMaistre was born on January 14, 1986, in Miami, Florida. She later relocated to Tallahassee to attend college and returned to Miami following her graduation in 2009. In 2013, she moved to Los Angeles. She reported being raised by her mother and grandmother, along with her brother and a cousin for whom her mother had legal guardianship. While her mother worked, her grandmother assisted in caregiving responsibilities.

Developmentally, Ms. LeMaistre reported meeting milestones on time, although she wore braces on her feet in early childhood due to pigeon-toed gait. She denied any significant medical illnesses or chronic conditions during childhood. As an adult, she had a bad case of cervical dysplasia and issues with her thyroid. Academically, she recalled performing well and affiliating with peers she described as "popular girls." However, she experienced early social difficulties, particularly in adapting to an all-White school environment, where she reported feeling alienated and spent several months hiding in the stairwell during breaks. She later attended an all-Black college, where she earned a Bachelor's degree in Public Relations. She also reported completing a Master's degree in Resilient Leadership at Naropa University.

Upon returning to Miami, Ms. LeMaistre began working at a recording studio, The Hit Factory, but sought supplemental income by working in nightlife as a bottle service provider. She remained in that role for three years and reported earning a six-figure income. During this time, she reported that she dated the rapper known as "Lil Wayne" but had lost contact with him over time. She was also in therapy for childhood issues pertaining to her father not being in her life but described that her therapist was not supportive when she disclosed her belief that Lil Wayne was sending her subliminal messages on Twitter. Desiring a change, she relocated to Los Angeles without having first visited, a move she described as "sight unseen." Upon arrival, she bartended at Zen Lounge before transitioning in 2013–2014 to Zanzabar in Santa Monica. During this time, she engaged in public speaking through Toastmasters, practiced yoga, participated in acting, and explored creative outlets.

In 2014, she began a relationship with Mike, a professional basketball player who played overseas. She reported that their relationship progressed rapidly. Plans to join him abroad were interrupted when she learned she was pregnant. According to Ms. LeMaistre, Mike encouraged her to have an abortion, and when she declined, the relationship ended. She described experiencing significant depressive symptoms during her pregnancy.

Ms. LeMaistre gave birth to her son, Kamden, on May 12, 2015, via cesarean section. She reported complications during the pregnancy and expressed dissatisfaction with the quality of her medical care. She recalled that immediately after birth, Kamden was unresponsive, exhibited foaming at the mouth, and required urgent medical intervention. After a series of evaluations over three weeks, he was diagnosed with

3

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

Zellweger Syndrome through genetic testing, with a reported prognosis of three months. Ms. LeMaistre's friend, Nadia (who passed away in 2019), assisted with caregiving during this period. Kamden passed away at nine months of age. Ms. LeMaistre described the loss as profoundly distressing, noting that it was her first significant bereavement. She reported experiencing intense grief and suicidal ideation, including thoughts of jumping off a mountain while hiking.

She subsequently sought therapy with a provider named Samantha in Pasadena, whom she found helpful. During treatment, the possibility of a bipolar disorder diagnosis was raised, though it is unclear whether a formal diagnosis was rendered. In 2016, she began working as a receptionist at Ferrari Calabasas and remained in that position until 2017, when she transitioned to employment at a spiritual shop. [Of note, towards the end of the interview, Ms. LeMaistre said she also worked at a dispensary, but did not remember much as she was not "in the right mental space at the time" and almost forgot to mention it].

In August of 2017, Ms. LeMaistre entered a three-month relationship with a man she described as "an opportunist" and "bottom of the barrel." She reported ending the relationship approximately one month after traveling to Washington, D.C., due to fear that he might physically harm her. Upon returning to Los Angeles in 2020, she reported being sexually assaulted by a man with whom she shared a mutual friend named Megan. She stated that the incident occurred after they went out to the W Hotel, where he provided her with a drink. She recalled "blacking out" and becoming aware of him getting on top of her.

She reported filing a police report, but stated that the case was dismissed. She also disclosed being assaulted a third time but reported that she "did not tell anyone" about that incident. In 2023, she began a relationship with another man whom she described as a "narcissist." She reported relocating to New Orleans with him but ultimately recognized that she was in an "emotionally and mentally abusive relationship" after he threatened to hit her if she left. She subsequently drove back to Los Angeles. Ms. LeMaistre currently resides alone, works at Meta, and sells bags on TikTok.

**Record Review Notes.**  I conducted a complete review of available records provided by defense counsel. Below are summary notes from my review of medical, psychiatric and police records.
**YWCA**. Counseling sessions from November 22, 2024 – May 20, 2025, were made available to this evaluator. According to clinician notes, Ms. LeMaistre and her clinician discussed topics of childhood abuse, sexual assaults, familial relational problems, difficulties with work, negative thought patterns and beliefs about beauty and safety, and legal matters (e.g., upcoming appointments).

**Cedars Sinai**. On November 8, 2020, Ms. LeMaistre was seen in the emergency department for vaginal bleeding that started the day after having rough sex.  She was examined with ultrasound and no obvious lacerations were noted. On December 20, 2021, Ms. LeMaistre was seen in the emergency department at Cedars Sinai Medical Center for pelvic pain and possible exposure to a sexually transmitted disease. She expressed concern that may have been exposed to HIV after a sexual encounter with a new male partner 3 weeks prior. Ms. LeMaistre reported that she did not use any protection and did not know the partner very well. She reported symptoms of fatigue, urinary frequency, and pelvic bloating. Laboratory testing and workup was unremarkable.

**Planned Parenthood.** Reported history of abnormal pap screen in 2017.  Abortion noted on November of 2016.  Age of first pregnancy, 17. Age of first sexual intercourse, 13.  Denied being forced into sexual activities against her will or forced pregnancy throughout the records.

4

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

On August 18, 2014, Ms. LeMaistre presented for pregnancy testing. Her most recent unprotected intercourse was on August 26, 2014, and has had multiple unprotected intercourse (UPIC) since her last menstrual period. On August 20, 2015, Ms. LeMaistre requested emergency contraceptive pill. UPIC reported on September 6, 2015. She was offered birth control method and declined.  On December 4, 2015, Ms. LeMaistre reported most recent unprotected intercourse on November 22, 2015, and was offered emergency contraceptives. Tested for pregnancy and report came back negative. On October 19, 2016, Ms. LeMaistre reported that her most recent unprotected intercourse was on October 09, 2016.  On November 7, 2016, she reported that her most recent unprotected intercourse was on October 13, 2016, and she presented with a positive pregnancy test, with an estimated gestation age of 5 weeks, 2 days. She was unsure of whether or not she wanted to proceed with abortion, stating that she would speak to her partner. On November 14, 2020, Ms. LeMaistre underwent a Pap screen for cervical cancer. On October 5, 2020, Ms. LeMaistre underwent a Pap screen for Human Papilloma Virus (HPV). On February 10, 2025, Ms. LeMaistre requested the following amendments to her medical record: (a) date of UPIC on October 13, 2016, stating "this date was wrong as I recollect my information, listed on page 5"; (b) remove denial of coercion, including reproductive coercion, stating "I did not know the exact meaning of this at the time and mentally was not in a good space, so this information is incorrect; (c) remove the denial of IPV, need to hide birth control or being forced into sexual activities that made her feel uncomfortable, being in a relationship with someone who is abusive, has not been physically assaulted, or living in unsafe conditions, stating "Again, mentally I could not process what was going on at the time so this information is not correct and I would like this all retracted.

**FPA Women's Health.** On November 9, 2016, Ms. LeMaistre presented for non-surgical abortion visit.

**H. Claude Hudson CHC Obstetrics & Gynecology**.
On May 4, 2021, and July 20, 2021, Ms. LeMaistre was tested for pregnancy and cervical cancer screening. On April 1, 2021, she underwent testing for HPV and low grade squamous intraepithelial lesions were identified. Repeat pap was performed on January 11, 2022, and was negative for intraepithelial lesion or malignancy. She was retested for HPV on July 16, 2022, and negative for intraepithelial lesion or malignancy and reactive cellular changes present. Screened for depression and anxiety during visits. No symptoms endorsed.

**Naropa Counseling Center Records.**
Intake and Initial Presenting Problems (November 13, 2018). Ms. LeMaistre presented with a complex trauma history, reporting prior counseling before college and endorsing the following:
- Suicidal ideation on 2–3 occasions within the past 1–5 years
- One instance of self-injurious behavior more than 5 years ago
- Non-consensual sexual contact (1 incident within the past 1–5 years)
- Alcohol misuse (reported desire to reduce intake within past 1–5 years)
- Endorsement of a traumatic event within the two weeks prior to intake and a lifetime history of 4–5 traumatic events, including: abandonment by her father, the loss of her son, and two incidents involving perceived "black magic"

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

She denied receiving adequate emotional support from family or her broader social network. She expressed feeling unsafe at home and discussed beliefs involving shamanism and being a victim of black magic. She also reported potential symptoms of PTSD. The clinician documented concerns for possible personality disorder traits, noting hypersexual behavior and exaggerated, attention-seeking narrative style.

Subsequent Clinical Encounters:

- November 16, 2018: Ms. LeMaistre reported moving out of her home due to concerns about black magic performed by her roommate. She disclosed childhood sexual abuse (ages 5–14), reported she "didn't have a dad" growing up, and reiterated the loss of her son. PTSD and abandonment issues were discussed. Clinical observations included rapid speech, tangential storytelling, and brief emotional expression. A provisional diagnosis of PTSD was given.
- November 19, 2018: She expressed interest in continued therapy. She described launching a nonprofit and writing a book after her son's death. She reported low self-confidence and relationship difficulties with men.
- November 20, 2018: Ms. LeMaistre screened positive for suicidality and disclosed suicidal ideation at age 12, reportedly mitigated by early therapeutic intervention. She acknowledged problematic substance use in the past two years.
- December 3, 2018: She discussed increased grief during the holidays. She provided additional trauma history including abuse by her uncle and a friend's father, with a dissociative response from her mother when informed. She reported a suicide attempt 2.5 years prior following her son's birth. Other reported traumas included being robbed at gunpoint at age 21 and a non-consensual sexual encounter following substance use (alcohol and Xanax). She described trust issues in relationships and binge drinking behavior.
- January 14, 2019: She described a stable living environment but continued difficulties with trust and boundary-setting. She linked these difficulties to early trauma and paternal absence.
- January 28, 2019: She expressed frustration with attempts to launch a nonprofit. She stated that jealousy from others prevented her from sharing positive life events. She again referenced black magic, reporting her son became ill and her mother was hospitalized following an incident involving her friend. She reported dating a celebrity (Lil Wayne) and that he had written a song about her.
- February 4, 2019: Ms. LeMaistre endorsed feelings of fear, isolation, and increasing sensitivity to perceived racism and negative energy from others.
- March 4, 2019: She reported the belief that a spiritual entity entered her after hugging her ex-partner. She described an ongoing tendency to look at people's genitals as a form of "energetic assessment." Clinician noted concerns for paranoid and delusional ideation, and a provisional diagnosis of delusional disorder was documented.
- March 11, 2019: She shared additional allegations of sexual abuse by her maternal uncle and expressed concern about his access to a newborn. Continued delusional thinking was noted.
- March 18, 2019: Based on disclosures regarding past sexual abuse and current risk to a child, the clinician contacted Child Protective Services.

Ms. LeMaistre presented with a multifaceted trauma history, including childhood sexual abuse, parental abandonment, complicated grief, and multiple traumatic life events. Across sessions, she displayed

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

symptoms consistent with PTSD and later, emerging psychotic features. Noted features included rapid, tangential speech, grandiosity (e.g., associations with celebrities), spiritual delusions, and potential hypersexual behaviors.
Provisional diagnoses included:
- Posttraumatic Stress Disorder (PTSD) (initial diagnosis)
- Delusional Disorder (provisional diagnosis as of March 2019)

**Los Angeles Center for Ear, Nose, Throat.**
On March 5, 2025, Ms. LeMaistre was seen for lacrimal discharge. Inciting event was reported to be extreme trauma.  Admits to waking up gasping for air, however, states this typically occurs when she is having nightmares. Notes she received care with an ophthalmologist x 2 years ago who did not find any cause for her symptoms and was informed to follow-up with ENT and Psych. Patient states she has not completed allergy testing before.

On March 27, 2025, Ms. LeMaistre was seen for possible sleep disturbance. She said that she is currently seeing a spiritual advisor, because there is a dark spirit that invades her dreams at night, and this is why she wakes up panicked. She stated it is getting better; her spiritual advisor has been very helpful. She declined a sleep study.

**LAPD.**
On April 16, 2021, LAPD officers were called by Ms. LeMaistre to report that she had been sexually assaulted on November 6, 2020 by Dax Hill. She stated that she had advised the hospital at the time that she had been raped, but the police were never called to the hospital.  SART testing was not deemed necessary given the timing between the alleged incident and Ms. LeMaistre's report.  On May 5, 2021, Ms. LeMaistre expressed that she would like to pursue criminal charges against Mr. Hill. She indicated that she would look for his phone number. On May 6, 2021, Ms. LeMaistre provided a number, but it was not Mr. Hill's number when the officer called. On May 7, 2021, the officer spoke with Ms. LeMaistre to inform her that the phone was not registered to Mr. Hill. She provided several other numbers that were not registered to him and then agreed to contact him on Instagram. On July 7, 2021, Mr. Hill spoke with officers and informed them that he did have consensual sex with Ms. LeMaistre but stopped speaking with her because she communicated with the dead.  On October 29, 2021, the officer contacted Ms. LeMaistre to inquire about her medical records. She said she misplaced them, and they would not be helpful. She was then mailed a release form to provide medical records.  The case was eventually closed.

**Prototypes**
Ms. LeMaistre was first seen on July 15, 2015 for support. Reported living with her 11-week-old son in an apartment.  Receives financial help from mother and aunt. On June 2016, she was diagnosed with Major Depressive Disorder, Recurrent, Moderate and diagnosis for a personality disorder was deferred.

Discharge paperwork on March 1, 2017, stated that Ms. LeMaistre demonstrated improved boundaries with others, including friends and co-workers. She acknowledged areas of challenge with this goal and worked to make improvements in her related progress.

7

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

**Psychological Testing and Results.**

Ms. LeMaistre was administered the following tests as part of the evaluation:

1. Personality Assessment Inventory
2. Beck Depression Inventory-2
3. Beck Anxiety Inventory
4. Clinician Administered Checklist for DSM-5 PTSD

**Personality Assessment Inventory (PAI)**

The PAI is a self-report measure of personality and psychopathology designed to assess a broad range of psychological conditions and treatment-relevant variables. Validity scales from the PAI measure the extent to which the examinee is providing consistent responses as well as the degree to which response styles may have distorted the clinical picture. Results from validity scales indicate that Ms. LeMaistre responded in a consistent fashion, however, she may not have answered in a completely forthright manner. There are indications that she endorsed items that present an unfavorable impression. This result raises the possibility of some (perhaps intentional) exaggeration of complaints and problems that are relatively infrequent among bona fide clinical patients. Although this pattern does not invalidate the profile, the report was interpreted with caution.

The PAI clinical profile is marked by significant elevations across a number of different scales, indicating a broad range of clinical features and increasing the possibility of multiple diagnoses. Her profile indicates significant unhappiness, moodiness, and tension. Her self-esteem is quite low, and she views herself as ineffectual and powerless to change the direction of her life. The disruptions in her life have left her uncertain about her goals and priorities, and tense and pessimistic about what the future may hold. She reports difficulties concentrating and making decisions, and the combination of hopelessness, agitation, confusion, and stress. Her reported level of depressive symptomatology is unusually elevated even in clinical samples. Individuals with similar profiles have frequent thoughts of worthlessness, hopelessness, and personal failure. Affectively, she endorsed feels a great deal of tension, has difficulty relaxing, and likely experiences fatigue as a result of high perceived stress.

The pattern of responses reveals that she is likely to display significant symptoms related to traumatic stress. She has likely experienced a disturbing traumatic event in the past-an event that continues to distress her and produce recurrent episodes of anxiety. Her profile indicates that she questions and mistrusts the motives of those around her, despite the nature or history of her relationships with them. It appears that she has a history of involvement in intense and volatile relationships. In these relationships, she tends to be preoccupied with fears of being abandoned or rejected by those people important to her. Ms. LeMaistre describes herself as a socially isolated individual who has few interpersonal relationships that could be described as close and warm. Physical symptoms are often accompanied by some depression and anxiety.

**Beck Depression Inventory-2 (BDI-2)**

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

Ms. LeMaistre scored a 51 out of 63 points on the BDI-2, which corresponds to severe levels of depressive symptoms. She endorsed feelings of sadness, hopelessness about the future, feelings of punishment, blame, loss of interest, worthlessness, lack of energy, fatigue and concentration difficulties.

**Beck Anxiety Inventory (BAI)**
Ms. LeMaistre scored a 57 out of 63 points on the BAI, which corresponds to severe levels of anxiety. She endorsed 15 out of 21 items as "severe."

**Clinician Administered Checklist for DSM-5 PTSD (PCL-5)**
The PCL-5 is a standardized self-report instrument designed to assess the presence and severity of PTSD symptoms in accordance with DSM-5 criteria. Ms. LeMaistre endorsed a total of 13 lifetime trauma exposures, 10 of which she directly experienced. Among these, she identified the death of her son and the alleged assault by Mr. Wayne as the most distressing. She was instructed to complete trauma symptom inventories specific to each event. On the PCL-5 related to the death of her son, she obtained a total score of 29 out of a possible 80, which falls below the threshold for a clinical diagnosis and reflects subthreshold posttraumatic symptomatology. In contrast, when evaluating symptoms in relation to the alleged assault, Ms. LeMaistre reported significantly elevated distress, with a total score of 70 out of 80.

### SUMMARY OF PSYCHOLOGICAL IMPRESSSIONS AND CONCLUSIONS
Based on the clinical interview, review of collateral records, and behavioral observations, it is my professional opinion that Ms. LeMaistre meets criteria for Posttraumatic Stress Disorder (PTSD), Major Depressive Disorder, Recurrent, Moderate and Borderline Personality Disorder with Psychotic Features. Her psychological functioning appears to be shaped by multiple cumulative traumas, with the most salient and enduring impacts stemming from childhood sexual abuse, paternal abandonment, and the loss of her infant son. These events appear to have disrupted key developmental and relational capacities, contributing to persistent affective and interpersonal dysregulation.

Her history is marked by patterns of emotional lability, unstable interpersonal relationships, fears of abandonment, identity disturbance, and self-endangering behaviors, aligning with diagnostic criteria for Borderline Personality Disorder (BPD). Her engagement in impulsive and risky sexual behaviors, including multiple visits for STI/STD and pregnancy screenings, further supports a pattern of affectively driven, dysregulated behavior often seen in trauma-impacted individuals with comorbid mood and personality disorders.

Ms. LeMaistre demonstrates symptoms consistent with psychotic features of BPD, including episodes of delusions, ideas of reference, and dissociation, as evidenced in her journal entries and clinical observations. Her writings reflect a pattern of grandiosity, flight of ideas, disorganized narrative structure, and periods of third-person narration, suggesting episodes of altered mental status. She has also described unusual and fixed beliefs, such as being targeted by "black magic," which are considered stress-associated psychotic features. Records from her treatment at the Naropa Counseling Center further document clinical observations of tangential thought processes, consistent with psychotic symptomatology.

Opinions about the impact of the alleged assault by Mr. Wayne:
There is no credible evidence to indicate that the alleged assault has contributed to Ms. LeMaistre's current psychological functioning. More important, substantial discrepancies in her self-reported account,

9

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

particularly regarding critical timelines, undermine the reliability and plausibility of her allegations. Specifically, Ms. LeMaistre claimed that the assault by Mr. Wayne occurred in September 2016; however, medical records dated on November 7, 2016, estimated her gestational age to be 5 weeks and 2 days, indicating conception likely occurred in early October. Furthermore, during her November 7, 2016, visit, she reported having had multiple unprotected intercourse encounters from October 1st through October 9th, with her last unprotected intercourse on October 13, 2016.

Additional concerns regarding Ms. LeMaistre's credibility stem from her reported attempt to contact Mr. Wayne in 2017–2018, during which she stated that she told him she "missed him" and expressed a desire to reconnect. During this period, she consulted with her alter ego, which she refers to as her "channel Chrissy" about whether or not she would sleep with him again, to which "Chrissy" responded "yes and it will be beautiful." This behavior, though unusual, is inconsistent with her claims of having been sexually assaulted by him and subsequently undergoing an abortion. Moreover, Ms. LeMaistre participated in ongoing psychotherapy at Prototypes during the period encompassing her son's illness and death, as well as the timeframe in which she alleges the assault by Mr. Wayne occurred. Critically, the treatment records from Prototypes contain no reference to any alleged assault, which significantly undermines the credibility of her claim.

While individuals may respond to trauma in complex and varied ways, such post-incident contact, particularly characterized by affection or re-engagement, raises legitimate questions regarding the plausibility and internal consistency of her narrative. Moreover, Ms. LeMaistre testified in her deposition that she began to "connect the dots" (referring to her alleged assault by Mr. Wayne) during spiritual retreats that involved consumption of ayahuasca, a psychedelic brew.  Ayahuasca is known to cause hallucinations and distortions of reality and has been implicated in the onset and persistence of psychosis in patients predisposed to mental health disturbances. In her journal, following ayahuasca consumption, she begins to describe elaborate and grandiose plans to publicly share her story about the alleged assault. This documentation reflects the compulsive thinking often seen in BPD, characterized by an overwhelming drive to act on intrusive, and feelings of abandonment coupled by anger without regard for potential consequences. Her writings suggest a fixation on a perceived mission or purpose, with rapid idea generation, inflated self-importance, and impaired insight, all of which are hallmark cognitive features of mania.

When considered in conjunction with the absence of corroborating evidence and the presence of multiple timeline and factual discrepancies, this behavioral inconsistency further undermines the reliability of her account and weighs against a conclusion that her current psychological symptoms are causally related to the alleged assault.

Taken together, the available evidence indicates that Ms. LeMaistre is experiencing severe and chronic psychiatric symptoms that span multiple domains of functioning, including mood regulation, interpersonal relationships, and cognitive processing. However, these symptoms clearly predate the alleged incident involving Mr. Wayne and appear to reflect a longstanding pattern of emotional dysregulation and maladaptive relational dynamics. Specifically, her history is marked by repeated instances of rapidly forming romantic attachments, followed by abrupt dissolution of those relationships, often accompanied by intense feelings of abandonment. In several cases, these dynamics have been followed by allegations of sexual misconduct. This recurring pattern is clinically significant and is consistent with features commonly observed in individuals with borderline personality disorder, including unstable interpersonal relationships, affective instability, identity disturbance, and impulsivity. Furthermore, her presentation suggests a

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

constellation of interacting psychiatric conditions that substantially impair her capacity to maintain psychological stability, enforce interpersonal boundaries, and engage in consistent behavioral regulation.

The underlying psychopathology demonstrated by Ms. LeMaistre is more accurately conceptualized as chronic and characterological, rather than as the direct psychological sequelae of a discrete traumatic event. As such, her current psychological symptoms cannot be reliably attributed to the alleged assault by Mr. Wayne. Continued psychiatric care, including trauma-informed psychotherapy and medication management, remains clinically indicated to address her longstanding mental health needs.

Thank you for the opportunity to review this matter.

Sincerely,

_____
April D. Thames, Ph.D. PSY #25052
Clinical Neuropsychologist
Professor of Psychiatry
Acting Division Direct, Division of Psychology
Director of Adult Psychology Consultation Liaison Services
Vice Chief of Staff – Resnick Neuropsychiatric Hospital
Department of Psychiatry and Biobehavioral Sciences
University of California, Los Angeles

April D. Thames, Ph.D.
Clinical Psychologist (License#: PSY 25052)
Professor of Psychiatry
740 Westwood Plaza C8-841 | Los Angeles, CA 90024
email: adthames@gmail.com | Telephone: (562) 201-6602

## APPENDIX
## RECORDS RECEIVED

1. Deposition of Vanessa LeMaistre and exhibit files
2. Complaint
3. Journal Entries
4. LAPD files
5. Text message exchanges
6. Records from FPA Women's Health
7. Records from Planned Parenthood
8. Ear Nose and Throat Records
9. Records from Black Women for Wellness
10. Records from YWCA
11. Records from Cedars Sinai
12. Records from Naropa Community Counseling
13. Records from H. Claude Hudson
14. Records from Prototypes

## **PROOF OF SERVICE**

CAL. CODE CIV. PROC. § 1013A(3)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 515 S. Flower Street, 24th Floor, Los Angeles, CA 90071.  My electronic service address is rpollak@sandersroberts.com.

On September 3, 2025, I served the following document(s) described as **NARRATIVE STATEMENT FOR DEFENDANT LELAND T. WAYNE'S EXPERT APRIL D. THAMES, PH.D.** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **VIA ECF:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

☐ **VIA ELECTRONIC MAIL:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare under penalty of perjury under the laws of the United States of America State of California that the foregoing is true and correct.

Executed on September 3, 2025, at Los Angeles, California.



| Rita Pollak | /s/ Rita Pollak |
|:---:|:---:|
| (Type or print name) | (Signature) |

## SERVICE LIST
*LeMaistre v. Wayne*
Case No. 2:24-cv-10378 RGK(RAOx)

---

Michael J. Willemin
Monica Hincken
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com
erousseau@wigdorlaw.com

Attorneys for PLAINTIFF
VANESSA LEMAISTRE

Admitted *pro hac vice**

Robert J. Girard II
Omar G. Bengali
GIRARD BENGALI, APC
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:  (323) 302-8300
Facsimile:   (323) 302-8310
rgirard@girardbengali.com
obengali@girardbengali.com

Attorneys for PLAINTIFF
VANESSA LEMAISTRE

NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT APRIL D. THAMES, PH.D.