1 | LAWRENCE C. HINKLE II (SBN 180551)
lhinkle@sandersroberts.com
2 | JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
3 | BOBBY L. DANIELS, JR. (Admitted *Pro Hac Vice*)
bdaniels@sandersroberts.com
4 | **SANDERS ROBERTS LLP**
515 S. Flower Street, 24th Floor
5 | Los Angeles, CA 90071
Telephone: (213) 426-5000
6 | Facsimile: (213) 234-4581

7 | Attorneys for Defendant
**LELAND T. WAYNE**

8 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

VANESSA LEMAISTRE,

        Plaintiff,

   v.

LELAND T. WAYNE p/k/a
METRO BOOMIN,

        Defendant.

**CASE NO. 2:24-cv-10378 RGK(RAOx)**

**NARRATIVE STATEMENT FOR DEFENDANT LELAND T. WAYNE'S EXPERT ELIZABETH F. LOFTUS, PH.D.**

Judge: Hon. R. Gary Klausner
Courtroom: 850

Complaint Filed: October 29, 2024
Trial Date: September 23, 2025

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's Order for Jury Trial (Dkt. 19) and in anticipation of the Pretrial Conference scheduled on September 8, 2025 at 9:00 a.m., in Courtroom 850 of the above-captioned court, Defendant Leland T. Wayne ("Defendant") hereby submits the following Narrative Statement regarding the qualifications and testimony expected to be elicited at trial from defense expert Elizabeth F. Loftus, Ph.D.

Dated: September 3, 2025          **SANDERS ROBERTS LLP**

By: */s/ Lawrence C. Hinkle II*
LAWRENCE C. HINKLE II, ESQ.
JUSTIN H. SANDERS, ESQ.
BOBBY L. DANIELS, JR., ESQ.
Attorneys for Defendant
**LELAND T. WAYNE**



NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT ELIZABETH F. LOFTUS, PH.D.

1  **NARRATIVE STATEMENT FOR ELIZABETH F. LOFTUS, PH.D.**

2  **I.     EXPERT QUALIFICATIONS**

3      Dr. Elizabeth F. Loftus ("Dr. Loftus") is a psychologist and one of the nation's

4  leading experts on memory, particularly in relation to the misinformation effect, false

5  memory and the malleability and reliability of repressed memories.  Through her

6  academic research, Dr. Loftus has developed an expertise in eyewitness testimony

7  and courtroom procedure as they relate to the intersection of human memory,

8  psychology and the law.  Dr. Loftus has served as an expert witness or consultant in

9  more than 300 cases, including high-profile matters such as the McMartin preschool

10  molestation case, the trial of Oliver North, the trial of the officers accused in the

11  Rodney King beating, and litigation involving Michael Jackson, Martha Stewart,

12  Scooter Libby, and the Duke University Lacrosse players.  Dr. Loftus has extensive

13  experience as a consultant for governmental and other professional organizations.

14  She is also credited as an author of more than 600 publications, the majority of which

15  concern the topic of human memory.

16      Dr. Loftus is a Distinguished Professor at the University of California, Irvine.

17  As an educator, Dr. Loftus has taught courses on the following relevant subjects:

18  psychological science; criminology, law, and society; cognitive sciences;

19  neurobiology of learning and memory; and psychology and law.  Dr. Loftus holds

20  eight honorary doctorates for her research on memory.  She is also a member of

21  several renowned honorary societies and fellowships, and currently maintains the

22  following professional memberships, among others: American Association for the

23  Advancement of Science (Fellow; Board of Directors, 2013–17); Association for

24  Psychological Science (formerly American Psychological Society; President 1998–

25  99); Western Psychological Association (President, 1984, 2004–05); Psychonomic

26  Society (Lifetime Member; Governing Board, 1990–95); Society of Experimental

27  Psychologists; and the National Academy of Sciences.

28      Dr. Loftus earned her Ph.D. in Psychology from Stanford University in 1970.

Prior to that, Dr. Loftus obtained her bachelor's degree in Mathematics and Psychology from UCLA in 1966 and a Master's degree in Psychology from Stanford University in 1967.

A true and correct copy of Dr. Loftus's current curriculum vitae is attached hereto as "Exhibit A."

## II.    EXPERT TESTIMONY EXPECTED TO BE ELICITED AT TRIAL

Dr. Loftus reviewed Plaintiff Vanessa LeMaistre's ("Plaintiff") operative complaint, the transcript of her deposition, and Plaintiff's medical records to assess the memory aspects of the case. Based on that evidence, Dr. Loftus is prepared to assist the jury in this matter by providing testimony regarding Plaintiff's memories and her recall of traumatic events relating to the alleged sexual assault giving rise to this action. Dr. Loftus may provide testimony on the following subject matters:

- How human memory functions in high-stress or traumatic environments, including psychological factors that may affect the accuracy, timing, and clarity of memory formation and retrieval;

- How human memory has a general tendency to fade and weaken over time, and how faded, weakened memories become more susceptible to post-event contamination.

- Her assessment of Plaintiff's account of the alleged sexual assault and whether Plaintiff's memory presentation is consistent with scientifically understood patterns of memory distortion or impairment;

- The potential impact that the long passage of time and exposure to post-event information may have on the accuracy of Plaintiff's memory;

- Whether Plaintiff's allegations are consistent with her reporting of events;

- How Plaintiff's conversations about Defendant, psychotherapy that involved efforts to recall memories, exposure to media information, and

NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT ELIZABETH F. LOFTUS, PH.D.

1   related activities caused Plaintiff to develop false recollections of the

2   events she alleges;

3   •   That memories can be faulty or false notwithstanding emotional,

4   confident, and vivid expressions and descriptions of such memories; and

5   •   How even people who have excellent memories are susceptible to

6   memory distortion and construction of false memories through the

7   process of suggestion.

8   A true and correct copy of Dr. Loftus's disclosed expert report is attached

9   hereto as "Exhibit B."

10

11   Dated: September 3, 2025          **SANDERS ROBERTS LLP**

12

13   By:  */s/ Lawrence C. Hinkle II*
     LAWRENCE C. HINKLE II, ESQ.
     JUSTIN H. SANDERS, ESQ.

14   BOBBY L. DANIELS, JR., ESQ.
     Attorneys for Defendant

15   **LELAND T. WAYNE**

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

# ELIZABETH F. LOFTUS

Distinguished Professor
University of California, Irvine

2393 Social Ecology II                          Tel:  (949) 824-3285
University of California, Irvine                 Fax: (949) 824-3001
Irvine, California 92697-7080                    email:  eloftus@uci.edu
USA                                              web: http://socialecology.uci.edu/faculty/eloftus/

## EDUCATION

B.A., with highest honors in Mathematics and Psychology, UCLA, 1966
M.A., Psychology, Stanford University, 1967
Ph.D., Psychology, Stanford University, 1970

## TEACHING EXPERIENCE

**Permanent**
Distinguished Professor, University of California, Irvine, 2002 – present
        Psychological Science, 2002-
        Criminology, Law & Society, 2002 –
        Cognitive Sciences, 2002-
        Fellow, Center for the Neurobiology of Learning and Memory, 2002-
        Founding Director, Center for Psychology & Law, 2005 - 2012
        School of Law, 2007-
Affiliate Professor, Univ. of Washington, Psychology Dept and School of Law, 2002 – 2016.
Assistant, Associate, Full Professor, University of Washington, 1973-2002
Adjunct Professor of Law, University of Washington, 1984-2002
Assistant Professor, The New School, Graduate Faculty, New York 1970-73

**Visiting**
Harvard University, Seminar on Law and Psychology, 1975-76
National Judicial College, University of Nevada, 1975-87 (summers)
Visiting Professor, Georgetown University Law Center, 1986

## HONORS AND AWARDS

**Honorary Degrees**
Doctor of Science, Miami University (Ohio), 1982
Doctorate Honoris Causa, Leiden University, The Netherlands, 1990
Doctor of Laws, John Jay College of Criminal Justice, City University of New York, 1994
Doctor of Science, University of Portsmouth, England, 1998
Doctor of Philosophy, Honoris Causa, University of Haifa, Israel, 2005
Doctor Honoris Causa, University of Olso, Norway 2008
Doctor of Social Sciences Honoris Causa, Goldsmiths College, University of London 2015
Doctor of Science Honoris Causa, Australian National University,  Dec. 2022

**Honorary Societies**
Phi Beta Kappa, elected 1965   (President of University of Calif. – Irvine chapter, 2005-06).

Pi Mu Epsilon, National Mathematics Honorary, elected 1965
Mortar Board, National Senior Women's Honorary, elected 1965
Elected, Golden Key International Honour Society, honorary member, 2005

**Fellowships**
Office of Education Traineeship, Stanford University, 1966-69
National Institute of Mental Health Fellowship, Stanford University, 1969-70
American Council on Education Fellowship in Academic Administration, Harvard University, 1975-76
Fellow, Center for Advanced Study in the Behavioral Sciences, Stanford, 1978-79

**Grants, Contracts, Research Funding**
National Institute of Mental Health, 1971-72; 1972-73; 1976-79 (Human Memory)
U.S. Department of Transportation, 1974-76 (Human Memory)
General Services Administration, 1974-75 (Communications--w/Keating)
National Bureau of Standards, 1976-77; 1980-82 (Communications--w/Keating)
National Science Foundation, 1978-85 (Human Memory)
National Science Foundation, 1980-83 (Jury Behavior--w/Severance)
National Science Foundation, 1983-85; (Hypnosis--w/Greene)
National Institute of Mental Health, 1984-86; 1986-89;1989-92 (Memory)
National Center for Health Services Research, 1986-88 (Survey Memory)
National Science Foundation, 1986-88; 1988-91 (Jury Comprehension--w/Greene-Goodman)
Fund for Research on Dispute Resolution, 1989-91 (Predictions of Success--w/Goodman)
National Institute of Health, 1991-95 (Cognition & Health--w/Croyle)
National Institute of Health, 1993-94 (Health/sex memory: subcontract from UCSF/Catania)
Leverhulme Trust, Postevent info and erasing memories, 1997-1999 (w/ Dan Wright, Univ. of Bristol)
Royal Society of Edinburgh, Travel Grant, 2006
Grawemeyer Award Funding given to UCI, 2005-present.
Newkirk Center for Science & Society, 2017-2019.

**Awards & Honors**
National Lecturer of Sigma Xi, 1978-80
American Psychological Association nomination for the NSF Waterman Award for Outstanding
   Contributions to Science, 1977 and 1978
National Media Award for *Eyewitness Testimony* (American Psychological Foundation, Distinguished
   Contribution, 1980)
Greyhound Research Award, 1987-88
Honorary Fellow, British Psychological Society, 1991   (includes lifetime membership)
George E. Allen Professor, University of Richmond School of Law, 1995
American Academy of Forensic Psychology, Distinguished Contributions to Forensic Psych Award, 1995
American Association of Applied and Preventive Psychology (AAAPP), Distinguished Contribution to
   Basic and Applied Scientific Psychology Award, 1996
Association for Psychological Science, James McKeen Cattell Fellow ("For outstanding lifetime
   contributions to the area of applied psychological research"), 1997
Oklahoma Scholar Leadership Enrichment Program Scholar 2001
Association for Psychological Science, William James Fellow Award, 2001 ("For significant lifetime
   intellectual contributions to the basic science of psychology.")
Quad L Award (for "outstanding life-long contributions to our understanding of learning or memory
   processes" University of New Mexico) 2002
National Academy of Sciences: Henry & Bryna David Lectureship, 2002 (inaugural award, for
   "application of the best social and behavioral sciences research to public policy issues") Speech
   delivered at NAS (2002). Article selected for inclusion in: *The Best American Science and Nature
   Writing*, (2003)
Society for the Scientific Study of Sexuality (SSSS), Contributions to Sexual Science Award, 2002
American Academy of Political and Social Sciences, elected Thorsten Sellin Fellow, 2003
Distinguished Scientific Award for the Applications of Psychology, American Psychological Assn, 2003.

American Academy of Arts & Sciences, elected Fellow, 2003
National Academy of Sciences, elected 2004.
Grawemeyer Prize in Psychology  (for "Outstanding Ideas in the Science of Psychology"), 2005
Royal Society of Edinburgh, Corresponding Fellow (Scotland's National Academy of Science & Letters,
    Est 1783). 2005
Distinguished Member of Psi Chi (The National Honor Society in Psychology), 2005
Lauds & Laurels, Faculty Achievement Award, University of California- Irvine, (for "great professional
    prominence in their field" in research, teaching and public service; 9th recipient in UCI history),  2005
Ireland Distinguished Visiting Scholar Prize, 2006
American Philosophical Society (U.S. oldest learned society, Est. 1745 by Benjamin Franklin), 2006
International Academy of Humanism, elected Humanist Laureate, 2007 (for "outstanding contributions to
    science, law, and academic freedom, and to the public understanding of the human mind")
McGovern Award Lecture, "honors outstanding behavioral scientists from around the world."  American
    Assoc. for the Advancement of Science, 2009
Distinguished Contributions to Psychology and Law, American Psychology-Law Society, 2009.
Joseph Priestley Award (for "achievement in the sciences"), Dickinson College, October, 2009.
Howard Crosby Warren Medal, Society of Experimental Psychologists – Est. 1904, (for "significant
    contributions to the understanding of the phenomenology of human memory, especially its fragility and
    vulnerability to distortion")  2010
American Association for the Advancement of Science Award for Scientific Freedom and Responsibility
    (for "the profound impact that your pioneering research on human memory has had on the
    administration of justice in the United States and abroad."), for year 2010, ceremony Feb, 2011
Forensic Mental Health Assn of California, William T. Rossiter Award (for "exceptional global
    contribution to the field of forensic mental health"), 2012.
University of California, Irvine Medal (for "exceptional contributions to the vision, mission, and spirit of
    UC Irvine") 2012
Foundation for Critical Thinking, Bertrand Russell Scholar, 2013.
Gold Medal Award for Life Achievement in the Science of Psychology.  American Psychological
    Foundation. (for "extraordinary contributions to our understanding of memory during the past 40 years
    that are remarkable for their creativity and impact") 2013.
Cornell University:  Law, Psychology & Human Development Lifetime Achievement Award  ("In
    Recognition of a Distinguished Career of Pioneering Contributions in Legal Applications of
    Psychological Research"), 2015
Isaac Asimov Science Award, American Humanist Association, 2016
John Maddox Prize (for "promoting sound science and evidence on a matter of public interest, with
    perseverance and courage""), 2016
Western Psychological Association, Lifetime Achievement Award ("in recognition of Outstanding Career
    Contributions to Research and Teaching", 2018
Albert Wolters Distinguished Visiting Professor  ("in recognition of her world-class contributions to
    cognitive psychology"), University of Reading, 2018
Ulysses Medal, University College Dublin, Ireland ("the highest honor bestowed by UCD") 2018
Lifetime Achievement Award for Psychology, Australian National University, (for "pioneering research
    on the science of human memory") 2019
American Philosophical Society's Patrick Suppes Prize in Psychology, "in recognition of her
    demonstrations that memories are generally altered, false memories can be implanted, and the changes
    in law and therapy this knowledge has caused", 2020
International Union of Psychological Science, Lifetime Career Award, (for "distinguished and enduring
    lifetime contributions to advancing knowledge in psychology.") 2021
Distinguished  Scholar  Award,    Center  for  the  Neurobiology  of  Learning  and  Memory,    ("For
    transformative contributions to the field of learning and memory")  2025.

## Other Public Honors & Recognition
Committee for the Scientific Investigation of Claims of the Paranormal (CSICOP): "In Praise of Reason"
    Award, 1994   (Renamed: Committee for Skeptical Inquiry – C.S.I.)

Sexual Sanity Award, Sexual Intelligence, 2001
*OC Metro* magazine selection as one of the "Hottest 25 People in Orange County for 2002"
Listed in One Hundred Most Eminent Psychologists of the 20th century.  #58.  *Review of General Psychology,* 2002. (top ranked female psychologist).
University of Portsmouth (England) endowed a prize for the best research dissertation in their MSc Program in Forensic Psychology, naming it The Elizabeth Loftus Award, 2004.
"The false memory diet",  "Most noteworthy ideas of 2005", New York Times Magazine, 2005.
University of Klagenfurt, Student Scientific Board selection- "Nobel Prize in Psychology", Austria, 2005.
Listed in Who's Who in America, Who's Who in Science and Engineering, Who's Who in American Education，Who's Who in Social Sciences Higher Education (WWSSHE), World Who's Who of Women, and various others.
Bethschrift Redux: Research Inspired by the Work of Elizabeth F. Loftus   Special Issue of *Applied Cognitive Psychology*, edited by M. Garry & H. Hayne, Vol. 20, 2006.
Fellow,  German Skeptics Organization,  GWUP, elected 2018
CHI Best paper award,  Assoc for Computing Machinery's (ACM) group on Computer-Human Interaction, 2025.

## PROFESSIONAL MEMBERSHIPS

**Current**:
  American Association for the Advancement of Science (Fellow; Board of Directors, 2013 - 2017)
  Association for Psychological Science (Formerly American Psychological Society;  President 1998-99)
  Western Psychological Association (President, 1984; President 2004-2005)
  Psychonomic Society (Governing Board, 1990-1995)  Lifetime Member
  Society of Experimental Psychologists, (1990 – )
  British Psychological Society (1991, Lifetime Member)
  National Academy of Sciences, (2004 -    )
  American Academy of Arts and Sciences (2003 -   ).
  Royal Society of Edinburgh (2005 – Lifetime International Fellow)
  American Philosophical Society (2006 -    )

**Past**:
  American Psychological Association (Fellow-Div. 3, 35, 41; President, American Psychology-Law Society, Div. 41, 1985; President, Experimental Psychology Division, Div. 3, 1988) (1973-1996)
  Institute for the Study of the Trial (Board of Directors, 1979-81)
  Law and Society Association (1982-89)
  Eastern Psychological Assn, Elected Fellow 2011

## OTHER PROFESSIONAL EXPERIENCE

  Member, Psychology Education Review Committee, National Institute of Mental Health, 1977-79
  Associate Editor, *American Psychologist*, 1990-94
  Editorial Board Member:
  *Journal of Experimental Psychology*, 1974-87
  *Human Learning*, 1980-86
  *Social Cognition*, 1981-92
  *Law and Society Review*, 1982-86
  *Information and Behavior*, 1983-90
  *American Journal of Psychology*, 1989-2008
  *Justice Quarterly*, 1984-95
  *Behavioral Sciences and the Law*, 1985-99
  *Applied Cognitive Psychology* 1987-93
    (Special Editorial Advisor, 1993-   )
  *Law and Human Behavior*, 1980-2005

  *Forensic Reports*, 1987-92
  *The Forensic Echo*, 1998-2000
  *Psychology, Crime and Law*, 1992-
  *Psych Science in the Public Interest*, 1999-
  *Canadian Psychology* 2001-
  *Perspectives on Psychological Science*, 2005 - 2017
  *Internat. J of Psychology*, Cons Ed, 2005 -12
  *Experimental Psychology*, 2008 -
  *Psychology of Consciousness* 2012 –
  *Memory, Mind & Media*, 2021 -

4

*Ethics and Behavior*, 1989-91                    *Journal of Criminal Psychology*,  2023-


Advisory Board Member:
*British Journal of Psychology*, 1983-99(approx)      *Psychology Today*, 1999-2003
*Skeptic Magazine (UK), 2009 – present.*
Member, Council for Scientific Medicine, *Scientific Review of Alternative Medicine*, 1998-


American Psychological Association committee work:
  Member, Communications Committee, 1975-76; Member, Magazine Task Force, 1975-76;
  Member, Finance Committee, 1976-78; Member, Comm. on Organization of APA, 1977-78;
  Commission on Organization, 1978-82; Council of Representatives, Div. 3, 1982-85;
  Executive Committee, Div. 41, 1981-85; Member, Ethics Committee, 1984; National
  Policy Studies Oversight Committee, 1986; *Psychology Today*, Board of Directors, 1987-88;
  Comm. on Division/APA Relations (CODAPAR), 1988-89, Public Information Comm. 1989-1992
  Task Force on Recovered Memories of Child Sexual Abuse, 1993-96
Association for Psychological Science (Formerly American Psychological Society)  Committee work:
    Fund for Advancement of Psychological Science, Board Member, 2003- . (Chair: Bequest
  Subcommittee).
    Cattell Award Committee, 2001-05 .
Association for Advancement of Psychology (AAP), Board of Trustees, 1981-85
Federation of Behavioral, Psychological, and Cognitive Sciences:
  Executive Committee, 1992-95
National Academies:  (inc. National Academy of Sciences)
  Committee on ELF Radiation, 1976-77
  Committee on Basic Research in the Behavioral and Social Sciences, 1980-82
  Committee on Use of Statistical Evidence in Court, 1982-85
  Committee on Cognitive Aspects of Survey Methodology, 1982-83
  Division of Behavioral & Social Sciences & Education (DBASSE) Executive Board,  2005 -2011
  National Academy of Sciences, Class Membership Committee,  2005, 2006,. 2007
  Committee on Military and Intelligence Methodology for Emergent Physiological and
      Cognitive/Neural Science Research, 2007 - 08.
  Board on Human-Systems Integration, NRC, 2014- 2017
  Standing Committee on Advancing Science Communication Research and Practice  2018-   present
American Philosophical Society
  TNG for Psychology, 2006-08
Social Sciences Research Council:
  Committee on Cognition and Surveys, 1985-90
Bureau of National Affairs, Advisory Committee on Complex Litigation, 1987-1990
Representative from University Faculty to State Legislature, 1976-78
Advisory Comm., Institute of Government and Public Affairs, Univ. of Illinois, 1987-1992
FMS Foundation Advisory Board, 1992-2019.
NIMH Behavioral Sciences Task Force, 1993
Sage Series on Counseling Women, Advisor, 1995-96
Exploratorium, San Francisco's Science Museum, Advisor, 1990-91, 1996-98
Brain.com Corporation, Scientific Advisory Board, 1999-2001
Center on Wrongful Convictions, National Advisory Board, 2000-
NewKirk Center for Science & Society, Advisory Board, 2002-
International Institute of Psychotherapy and Applied Mental Health
  Babes-Bolyai University, Cluj-Napoca, (Affiliated faculty), Romania, 2003 -   .
Member, Board of Commissioners, American Judicature Society Commission on Forensic Science &
  Public Policy, 2005-2010.
Sage Cognitive Psychology Program, Consulting Board Member, 2006-2008

Institute for Memory Impairments and Neurological Disorders (MIND), Advisory Board, 2009-2015
Committee for Skeptical Inquiry (CSI), Executive Council, 2011- present.
National Science Communication Institute, Board of Directors, 2011-2014.
Consortium of Social Science Associations (COSSA), Board of Directors, 2012 – 2013

## GOVERNMENT AND OTHER CONSULTING
General Services Administration, 1974-77
Federal Trade Commission, 1976-77
Bay Area Rapid Transit, San Francisco, 1979
U.S. Department of Justice (National Crime Survey), 1980
Consultant for attorneys and other members of the legal profession in 34 US states,
    Canada, South Korea, Israel, Sweden, Japan, The Netherlands, Ireland, Scotland, Portugal
Law Reform Commission of Canada, 1981
Westin Hotels, AT&T, Schering-Plough, L.A. Gear, and other corporations
Internal Revenue Service, 1984
National Center for Health Statistics, 1985
US Secret Service, 1986
Unified Court System, NY., 1989-90
Consultant to Canadian Government Officials re eyewitness testimony (Sophonow Inquiry), 2001
Central Intelligence Agency, 2005 –2006.  .
Veterans Education Association, Academic Advisory Board Member, 2006 .
Grawemeyer Award External Review Panel, 2008.

## PUBLICATIONS
### Books
Mednick, S.A., Pollio, R. H. & Loftus, E.F. (1973). *Learning*. Englewood Cliffs, NJ: Prentice-Hall.
  · Japanese edition: Iwanami Shoten Publishers, Tokyo.
Loftus, G.R. & Loftus, E.F. (1976) *Human Memory: The Processing of Information*. Hillsdale, NJ:
  Erlbaum Associates.
  · Japanese edition: University of Tokyo Press.
Bourne, L.E., Dominowski, R. L., & Loftus, E.F. (1979). *Cognitive Processes*. Englewood Cliffs, NJ:
  Prentice-Hall.
Loftus, E.F. (1979). *Eyewitness Testimony*. Cambridge, MA: Harvard University Press.(National Media
  Award, Distinguished Contribution, 1980).   (Reissued with new Preface in 1996).
  · Japanese edition: Seishin Shobo, Tokyo.    Chinese edition:  China Renmin Univ Press 2022.
Loftus, E.F. (1980). *Memory*. Reading, MA: Addison-Wesley. (Reprinted by NY: Ardsley Press 1988).
  · Swedish edition: Liber Forlag, Stockholm.; Hebrew edition: Or Am, Tel-Aviv.; French edition: Le
  Jour, Editeur.;  Spanish edition: Companira Editorial Continental.; Danish edition: Hernon Publishers.
Wortman, C.B. & Loftus, E.F. (1981). *Psychology*. New York: Random House (Knopf).
Loftus, G.R. & Loftus, E.F. (1982). *Essence of Statistics*. Monterey, CA: Brooks/Cole.
Bootzin, R., Loftus, E., & Zajonc, R. (1983). *Psychology Today* (5th ed.). NY: Random House.
Loftus, G.R. & Loftus, E.F. (1983). *Mind at Play*. New York: Basic Books.
  · Japanese edition: Companion Shuppan Ltd.
Wells, G. & Loftus, E.F. (Eds.) (1984). *Eyewitness Testimony--Psychological perspectives*. NY:
  Cambridge University Press.
Wortman, C.B. & Loftus, E.F. (1985). *Psychology* (2nd ed.) NY: Random House (Knopf).
Bourne, L.E., Dominowski, R.L., Loftus, E.F., & Healy, A. (1986). *Cognitive Processes*. Englewood
  Cliffs: Prentice-Hall.
Loftus, E.F. & Doyle, J. (1987). *Eyewitness Testimony: Civil and Criminal*. NY: Kluwer.
Loftus, G.R. & Loftus, E.F. (1988). *Statistics*. New York: Random House.
Wortman, C.B. & Loftus, E.F. (1988). *Psychology* (3rd ed.). NY: Random House (Knopf).

Loftus, E.F. & Ketcham, K. (1991) *Witness for the Defense; The Accused, the Eyewitness, and the Expert Who Puts Memory on Trial* NY: St. Martin's Press.
  -Chinese Translation:  Taiwan: Business Weekly Publications 1999; Spanish Translation: Barcelona, Spain: Alba 2010
Wortman, C.B. & Loftus, E.F. (1992) *Psychology* (4th ed.) NY: McGraw Hill.
Loftus, E.F. & Doyle, J.M. (1992) *Eyewitness Testimony - Civil and Criminal.* Charlottesville, VA: The Michie Co.
Loftus, E.F. & Ketcham, K. (1994) *The Myth of Repressed Memory*. NY: St. Martin's Press.
  -Dutch edition: Graven in het geheugen, Amsterdam/Antwerpen: Uitgeverji L.J. Veen (1995)
  · German edition: Die Therapierte erinnerung. (translated by Ingrid Klein): Hamburg: Verlag    GmbH. (1995).
  · French edition: Le syndrome des faux souvenirs. Collection Regard Critique: Editions Exergue, (1997). Bastei Lubbe Publishing.
  · Taiwanese Translation: Yuan Liou Publishing.
  · Japanese edition: Seishin Shobo Publishers (2000).
  -Korean edition: Dosol Publishing (2008)
  -French, second ed.  (2012)  Le syndrome des faux souvenirs.  Paris: Editions Exergue.
Loftus, E.F. & Doyle, J.M. (1997) *Eyewitness testimony: Civil & Criminal*, 3rd edition. Charlottesville, Va: Lexis Law Publishing.
Wortman, C.B., Loftus, E.F., & Weaver, C. (1999) *Psychology* (5th edition). NY: McGraw Hill.
Loftus, E.F., Doyle, J.M. & Dysart, J. (2007) *Eyewitness testimony: Civil & Criminal*, 4th edition. Charlottesville, Va: Lexis Law Publishing. (482 pages)
Loftus, E.F., Doyle, J.M. & Dysart, J.L . (2013) *Eyewitness testimony: Civil & Criminal*, 5th edition. Charlottesville, Va: Leis Law Publishing. (447 pages)
Loftus, E.F., Doyle, J.M. , Dysart, J. L, & Newirth, K.A. (2019) *Eyewitness testimony: Civil & Criminal*, 6th edition. Charlottesville, Va: Lexis Law Publishing. (532 pages)

## Articles and Chapters

**1968**
Fishman, E.F. (Loftus), Keller, L., & Atkinson, R.C. (1968). Massed vs. distributed practice in computerized spelling drills. *Journal of Educational Psychology,* 59, 290-296.
  · Reprinted in: R.C. Atkinson & H.A. Wilson (Eds.) (1969). *Computer-Assisted Instruction: A Book of Readings*. NY: Academic Press.

**1969**
Suppes, P., Loftus, E.F., & Jerman, M. (1969). Problem-solving on a computer-based Teletype. *Educational Studies in Mathematics, 2*, 1-15.
  · Reprinted in: E. Fishbein & E. Rasu (Eds.) (1971). *Invatamintul Matematic in Lumea Contemporana*. Bucharest: Editura Didactice si Pedagogica.

**1970**
Loftus, E.F. & Freedman, J.L. (1970). On predicting constrained associates from long-term memory. *Bulletin of Psychonomic Society, 19*, 357-358.
Loftus, E.F., Freedman, J.L., & Loftus, G.R. (1970). Retrieval of words from subordinate and superordinate categories in semantic hierarchies. *Bulletin of Psychonomic Science, 21*, 235-236.
Loftus, E.F. (1970). *An analysis of the structural variables that determine problem solving difficulty on a computer-based Teletype*. Doctoral Dissertation, Stanford University. Also, Institute for Mathematical Studies in the Social Sciences, Technical Report No. 126, December 18, 1970.

**1971**
Freedman, J.L. & Loftus, E.F. (1971). Retrieval of words from long-term memory. *Journal of Verbal Learning and Verbal Behavior, 10*, 107-115.
Loftus, E.F. & Scheff, R.W. (1971). Categorization norms for fifty representative instances. *Journal of Experimental Psychology Monograph, 91*, 355-364.

Loftus, E.F. (1971). Memory for intentions: The effect of presence of a cue and interpolated activity. *Bulletin of Psychonomic Science,* 23, 315-316.

**1972**

Loftus, E.F. & Suppes, P. (1972). Structural variables that determine problem-solving difficulty in computer-assisted instruction. *Journal of Educational Psychology,* 63, 531-542.

Loftus, E.F. & Freedman, J.L. (1972) Effect of category-name frequency on the speed of naming an instance of the category. *Journal of Verbal Learning and Verbal Behavior,* 11, 343-347.

Loftus, E.F. & Suppes, P. (1972). Structural variables that determine the speed of retrieving words from long-term memory. *Journal of Verbal Learning and Verbal Behavior,* 11, 770-777.

Loftus, E.F. (1972). Nouns, adjectives and semantic memory. *Journal of Experimental Psychology,* 96, 213-215.

**1973**

Loftus, E.F. (1973). Category dominance, instance dominance, and categorization time. *Journal of Experimental Psychology,* 97, 70-74.

Loftus, E.F. & Grober, E.H. (1973). Retrieval from semantic memory by young children. *Developmental Psychology,* 8, 310.

Loftus, E.F. (1973). Activation of semantic memory. *American Journal of Psychology,* 86, 331-337.

Loftus, E.F. (1973). Teaching young children how to use a computer-based Teletype as a desk calculator. *Behavioral Research Methods and Instrumentation,* 5, 204-208.

**1974**

Loftus, E.F. & Bolton, M. (1974). Retrieval of superordinates and subordinates. *Journal of Experimental Psychology,* 102, 121-124.

Loftus, E.F. & Loftus, G.R. (1974). Changes in memory structure and retrieval over the course of instruction. *Journal of Educational Psychology,* 66, 315-318.

Grober, E.H. & Loftus, E.F. (1974). Semantic memory: Searching for attributes versus searching for names. *Memory and Cognition,* 2, 413-416.

Loftus, E.F. & Keating, J.P. (1974, November). The psychology of emergency communications. *Proceedings of the International Conference on Fire Safety in High Rise Buildings*.

Loftus, G.R. & Loftus, E.F. (1974). The influence of one memory retrieval on a subsequent retrieval. *Memory and Cognition,* 2, 467-471.

Loftus, E.F. (1974). On reading the fine print. *Quarterly Journal of Experimental Psychology,* 26, 324.

Freedman, J.L. & Loftus, E.F. (1974). Retrieval of words from well-learned sets. *Journal of Experimental Psychology,* 102, 1085-1091.

Loftus, E.F. & Cole, W. (1974). Retrieving attribute and name information from semantic memory. *Journal of Experimental Psychology,* 102, 1116-1122.

Loftus, E.F., Wiksten, S., & Abelson, R.P. (1974). Using semantic memory to find versus create a word. *Memory and Cognition,* 3, 479-483.

Loftus, E.F. & Palmer, J.C. (1974). Reconstruction of automobile destruction: An example of the inter-action between language and memory. *Journal of Verbal Learning and Verbal Behavior,* 13, 585-589.
· Reprinted in: Neisser, U. (Ed.) (1982) *Memory Observed*. San Francisco: Freeman.
   Peter E. Morris & M. Conway (Eds.) (1993) *The International Library of Critical Writings in Psychology: Memory. NY: Academic Press.*

Loftus, E.F., Senders, J.W., & Turkletaub, S. (1974). The retrieval of phonetically similar and dissimilar category members. *American Journal of Psychology,* 87, 57-63.

Loftus, E.F. (1974). Reconstructing memory: The incredible eyewitness. *Psychology Today,* 8, 116-119.
· Reprinted in:
   *Jurimetrics Journal,* 15, 1975,  p188-193.;   *The Cincinnati Post*, January 21, 1975;   *Annual Editions: Readings in Psychology* 75/76. Guilford, CT: Dushkin Publishing Group, 1975;  *Student Lawyer*, 3, 1975, 38-51.;  *Psychologie Heute*, April, 1975;  N.W. Peralta (Ed.) (1975). *Personal awareness in business: Readings, problems, and activities*. Chicago: Institute of Financial Education;  *Police Officers Journal*, 1976.;  J.R. Snortum & I. Hadar (Eds.) (1977). *Criminal justice: The actors and the action*.

Pacific Palisades, CA: Palisades Publishers;   P. Chance & T.G. Harris (1990) *The Best of Psychology Today*. New York: McGraw Hill.

Loftus, E.F. (1974). Review of Lindsay and Norman's Human Information Processing. *Journal of Psycholinguistic Research,* 3, 180-184.

**1975**

Loftus, E.F. (1975). Leading questions and the eyewitness report. *Cognitive Psychology,* 7, 560-572.
· Reprinted in: *Notable Selections in Psychology*, 2nd Ed., Pettijohn, T. F., Ed. (1996) Madison, WI: Dushkin Publishing.
· Reprinted in part in: Hock, R. R. (1999) *Forty Studies that Changed Psychology*. Upper Saddle River, NJ: Prentice Hall, 115-123.

Collins, A.M. & Loftus, E.F. (1975). A spreading activation theory of semantic processing. *Psychological Review,* 82, 407-428.

Loftus, E.F. & Zanni, G. (1975). Eyewitness testimony: The influence of the wording of a question. *Bulletin of the Psychonomic Society,* 5, 86-88.

Keating, J.P. & Loftus, E.F. (1975). People care in fire emergencies--psychological aspects.. Boston, Ma: Society of Fire Protection Engineers, Technical Report 75-4, p 1-12. .

Loftus, E.F., Altman D., & Geballe, R. (1975). Effects of questioning upon a witness's later recollections. *Journal of Police Science and Administration,* 3, 162-165.

Loftus, E.F. (1975). Retrieval from semantic memory: Some data and a model. In T. Storer & D. Winter (Eds.), *Formal aspects of cognitive processes* [Volume 22 of G. Goos & J. Hartman (Eds.), *Lecture notes in computer science*]. Berlin: Springer-Verlag.

Loftus, E.F. (1975). Spreading activation within semantic categories. *Journal of Experimental Psychology: General,* 104, 234-240.

Kasprzyk, D., Montano, D.E., & Loftus, E.F. (1975). Effect of leading questions on juror's verdicts. *Jurimetrics Journal*, 16, 48-51. (American Bar Association Journal devoted to science and the law).

Loftus, E.F. (1975, April 4). Eyewitness testimony: Does the malleable human memory interfere with legal justice? *The Daily*, University of Washington.
· Reprinted in: *Social Action and the Law, Newsletter,* 2, 5-9.

Loftus, E.F. (1975, October). Eyewitness. *Puget Soundings*, pp. 32-37.

Loftus, E.F. (1975). Review of Norman & Rumelhart's Explorations In Cognition. *American Journal of Psychology,* 88, 691-694.

**1976**

Loftus, E.F. (1976). Federal regulations: Make the punishment fit the crime. *Science,* 191, 521 [Lead editorial].

Loftus, E.F. (1976). Organization et recuperation de l'information sur les attributs et les noms Organization and retrieval of attribute and name information]. In S. Ehrlich and E. Tulving (Eds.), *La memoire semantique. Bulletin de Psychologie*, 69-75.

Loftus, E.F. (1976). Unconscious transference in eyewitness identification. *Law and Psychology Review*, 2, 93-98.

Miller, D.G. & Loftus, E.F. (1976). Influencing memory for people and their actions. *Bulletin of the Psychonomic Society,* 7, 9-11.

**1977**

Loftus, E.F. (1977). Shifting human color memory. *Memory and Cognition,* 5, 696-699.

Keating, J.P. & Loftus, E.F. (1977). Vocal alarm system for high-rise buildings--a case study. *Mass Emergencies,* 2, 25-34.

Loftus, E.F. (1977). Show to catch a zebra in semantic memory. In R. Shaw & J. Bransford (Eds.), *Perceiving, acting, and knowing: Toward An Ecological Psychology*. Hillsdale, NJ: Erlbaum.

Loftus, E.F. (1977). Follies of affirmative action. *Society,* 13, 21-24.

Loftus, E.F. (1977). Eyewitness reports: Psychological factors and expert testimony. In *Psychology and the litigation process*. Toronto, Canada: Law Society of Upper Canada.

Loftus, E.F. & Cole, W. (1977). A century of thought [A review of Meyer, R. E., *Thinking and problem solving*. Glenview, IL: Scott Foresman & Co., 1977]. *Contemporary Psychology,* 22, 691-692.

**1978**

Loftus, E.F., Miller, D.G., & Burns, H.J. (1978). Semantic integration of verbal information into a visual memory. *Journal of Experimental Psychology: Human Learning and Memory,* 4, 19-31.
· Reprinted in:
   Gross, R.D. (1990) *Key Studies in Psychology.* London: Hodder & Stoughton Publishers.
   Shanks, D. (1997). *Human Memory: A reader*. London: Arnold (NY: St. Martin's Press). p. 91-107.
   Balota, D.A. & Marsh, E. J.  (2004)  Cognitive Psychology: Key Readings. NY: Psychology Press. p 309-320

Dale, P.S., Loftus, E.F., & Rathbun, L. (1978). The influence of the form of the question on the eyewitness testimony of preschool children. *Journal of Psycholinguistic Research,* 7, 269-277.

Groner, N., Keating, J.P., & Loftus, E.F. (1978). Development of coded emergency alarms through word-association tasks. *Bulletin of the Psychonomic Society,* 11, 139-140.

Loftus, E.F. (1978). Memory. In G. Lindzey, C. Hall, & R.F. Thompson, *Psychology*. NY: Worth Publishers.

Groner, N.E., Loftus, E.F., & Keating, J.C. (1978). Calling nurse blaze: Tailoring programs to fit human behavior. *Hospitals*, 52 (Journal of the American Hospital Association), 111-115.

Siegel, J.M. & Loftus, E.F. (1978). Impact of anxiety and life stress on eyewitness testimony. *Bulletin of the Psychonomic Society,* 12, 479-480.

Fishman, D.B. & Loftus, E.F. (1978). Expert testimony on eyewitness identification. *Law and Psychology Review,* 4, 87-103.

Hastie, R., Lansman, R., & Loftus, E.F. (1978). Eyewitness testimony: The dangers of guessing. *Jurimetrics Journal,* 19, 1-8.

Loftus, E.F. (1978). Three forms of impaired memories. (A review of A.R. Luria, *The Neuropsychology of Memory*. Washington, DC: V.H. Winston & Sons, 1976). *Contemporary Psychology*, 23, 1-2.

MacLeod, C.M. & Loftus, E.F. (1978). Memories are made of this... (A review of C.N. Cofer (Ed.), The Structure of Human Memory. San Francisco: Freeman, 1976). *Contemporary Psychology,* 23, 70-71.

Loftus, E.F. (1978). Review of J. Tough. *The Development of Meaning*. (Bristol, UK: John Wright & Sons, Ltd. Also, NY: John Wiley & Sons, Inc., 1977). *Modern Language Journal*, *LXII*, 80-81.

**1979**

Loftus, E.F. & Fries, J.F. (1979). Informed consent may be hazardous to your health. *Science,* 204, 11, (lead editorial). Reprinted several times. (Reply: *Science*, 1979, 205, 644-647).

Loftus, E.F. (1979). The malleability of human memory. *American Scientist,* 67, 312-320. Reprinted several times.

Powers, P.A., Andriks, J.L., & Loftus, E.F. (1979). The eyewitness accounts of females and males. *Journal of Applied Psychology,* 64, 339-347.

Loftus, E.F. (1979). Reactions to blatantly contradictory information. *Memory and Cognition, 7,* 368-374.

Fries, J.F. & Loftus, E.F. (1979). Informed consent: Right or rite? *Ca-A Cancer Journal for Clinicians,* 29, 316-318.

Gentner, D. & Loftus, E.F. (1979). Integration of verbal and visual information as evidenced by distortions in picture memory. *American Journal of Psychology,* 92, 363-375.

Loftus, E.F. (1979). Insurance advertising and jury awards. *American Bar Association Journal,* 65, 68-70.

Cole, W.G. & Loftus, E.F. (1979). Incorporating new information into memory. *American Journal of Psychology, 92,* 413-425.

Hilgard, E. & Loftus, E.F. (1979). Effective interrogation of the eyewitness. *International Journal of Clinical and Experimental Hypnosis,* 27, 342-357.

Loftus, E.F. (1979). Words that could save your life. *Psychology Today*, 13, 102-110, 136-137.

Loftus, E.F. (1979). Eyewitness reliability. Review of *The Psychology of Person Identification* by B.R. Clifford & R. Bull. *Science,* 205, 386-387.

Loftus, E.F. (1979). Review of *Social Psychology in Court* by M. Saks & R. Hastie, *Clinical Law Reporter*, 3, 31-33.

**1980**

Loftus, E.F. & Monahan, J. (1980). Trial by data: Psychological research as legal evidence. *American Psychologist,* 35, 270-283.

Loftus, E.F. (1980). Impact of expert psychological testimony on the unreliability of eyewitness identification. *Journal of Applied Psychology,* 56, 9-15.

Loftus, E.F. (1980). Alcohol, marijuana and memory. *Psychology Today*, 13, 42-56, 92.

Loftus, G.R. & Loftus, E.F. (1980). Visual perception: The shifting domain of discourse. *The Behavioral and Brain Sciences,* 3, 391-392.

Loftus, E.F. (1980). Psychological aspects of courtroom testimony. In F. Wright, C. Bahn, & R.W. Rieber (Eds.), *Forensic psychology and psychiatry*. NY: New York Academy of Sciences. P 27-37.

Loftus, E.F. & Loftus, G.R. (1980). On the permanence of stored information in the human brain. *American Psychologist,* 35, 409-420.

--Reprinted in: Honeck, R.P. (Ed) (1994) *Introductory readings for Cognitive Psychology*, 2nd Ed. Guilford, CT: Dushkin Publishing Group Inc., Chapter 12, p 1136-130

Loftus, E.F. (1980). The eyewitness on trial. *Trial*, 1980, 16, 30-35, 80-81. Expanded version in J. Taylor (Ed.), *Recent Developments in the Law of Evidence*. Vancouver: Butterworths.

Loftus, E.F. (1980). Language and memories in the judicial system. In R. Shuy & A. Shnukal (Eds.), *Language use and the uses of language* (pp. 257-268). Washington, DC: Georgetown University Press.

Loftus, E.F., Greene, E., & Smith, K.H. (1980). How deep is the meaning of life? *Bulletin of the Psychonomic Society*, 15, 282-284.

Loftus, E.F. & Greene, E. (1980). Warning: Even memory for faces may be contagious. *Law and Human Behavior,* 4, 323-334.

Greene, E., Manber, M., & Loftus, E.F. (1980). Witnesses to fires. In *Fire-related Human Behavior*. Washington, DC: Open Learning Fire Service Program.

Loftus, E.F. & Greene, E. (1980). Review of *The Psychology of Eyewitness Testimony* by A.D. Yarmey. The Free Press, 1979. *Journal of Criminal Justice,* 4, 264-266.

**1981**

Loftus, E.F. (1981). Reconstructive memory processes in eyewitness testimony. In B.D. Sales (Ed.), *The trial process* (pp. 115-144). NY: Plenum Press.

Greene, E. & Loftus, E.F. (1981) Distortions in eye witness memory. *Directions in Psychology*. Piscatay, NJ: Pro Scientia.

Loftus, E.F. & Scott, G.R. (1981). Memory, *Yearbook of Science and Technology*. NY: McGraw Hill.

Keating, J.P. & Loftus, E.F. (1981). The logic of fire escape. *Psychology Today*, 15, 14-19.

Loftus, E.F. (1981). Natural and unnatural cognition. *Cognition*, 10, 193-196.

Loftus, E.F. (1981). Eyewitness Testimony: Psychological Research and Legal Thought. In M. Tonry & N. Morris (Eds.), *Crime and justice--An annual review of research* (Vol. III, pp. 105-151). Chicago: University of Chicago Press.

Loftus, E.F. (1981). Mentalmorphosis: Alterations in memory produced by the mental bonding of new information to old. In J.B. Long and A.D. Baddeley (Eds.), *Attention and performance, IX*. Hillsdale, NJ: Erlbaum.

Loftus, E.F. (1981). Hear ye, hear ye. (Review of Atkinson, J.M. & Drew, P. Order in Court: The Organization of Verbal Interaction in Judicial Settings. Atlantic Highlands, NJ: Humanities Press, 1979). *Contemporary Psychology,* 26, 141-142.

Greene, E. & Loftus, E.F. (1981). The person-perceiver as information-processor. [Review of Hastie et al. (Eds.)], *Person Memory*. Erlbaum, 1980). *Contemporary Psychology,* 26, 343-345.

**1982**

Monahan, J. & Loftus, E.F. (1982). The psychology of law. *Annual Review of Psychology,* 33, 441-475.

Loftus, E.F. (1982). Remembering recent experiences. In L.S. Cermak (Ed.), *Human Memory and Amnesia*. Hillsdale, NJ: Erlbaum.

Penrod, S., Loftus, E., & Winkler, J. (1982). The reliability of eyewitness testimony. A psychological perspective. In R. Bray and N. Kerr (Eds.), *The Psychology of the Courtroom*. NY: Academic Press.

Greene, E., Flynn, M.S., & Loftus, E.F. (1982). Inducing resistance to misleading information. *Journal of Verbal Learning and Verbal Behavior,* 21, 207-219.

Loftus, E.F. (1982). Memory and its distortions. In A.G. Kraut (Ed.), *G. Stanley Hall Lectures* (pp. l23-154). Washington, DC: American Psychological Assn.

Loftus, E.F. & Hall, D.F. (1982). Memory changes in eyewitness accounts. In A. Trankell (Ed.), *Reconstructing the Past* (pp. 189-203). Stockholm: P.A. Norstedt & Sons.

Deffenbacher, K.A. & Loftus, E.F. (1982). Do jurors share a common understanding concerning eyewitness behavior? *Law and Human Behavior,* 6, 15-30.

Loftus, E.F. (1982). Interrogating eyewitnesses--good questions and bad. In R.M. Hogarth (Ed.), *New directions for methodology of social and behavioral science: Question framing and response consistency* (pp. 51-63). San Francisco: Jossey-Bass.

Severance, L.J. & Loftus, E.F. (1982). Improving jurors' abilities to comprehend and apply criminal jury instructions. *Law and Society Review*, 17, 153-197.

Loftus, E.F. & Burns, T.E. (1982). Mental shock can produce retrograde amnesia. *Memory and Cognition*, 10, 318-323.

Loftus, E.F. & Severance, L.J. (1982). Improving jury instructions. *Washington State Bar Journal*, July, 16-19.

Greene, E. & Loftus, E.F. (1982). Eyewitness testimony: Constructive processes in human memory. In *Advances in Psychology* (Vol. l). Villanova, PA: ProScientia, Inc.

Loftus, E.F. & Beach, L.R. (1982). Human inference and judgment: Is the glass half empty or half full? *Stanford Law Review,* 34, 901-918.

**1983**

Loftus, E.F. (1983). Misfortunes of memory. *Philosophical Transactions of the Royal Society*. London, 302, 413-421.

Loftus, E.F. (1983). Silence is not golden. *American Psychologist,* 38, 564-572.

Loftus, E.F. (1983). Whose shadow is crooked? *American Psychologist,* 38, 576-577.

Loftus, E.F. & Marburger, W. (1983). Since the eruption of Mt. St. Helens, did anyone beat you up? Improving the accuracy of retrospective reports with landmark events. *Memory and Cognition, ll*, 114-120.

Loftus, E.F., Manber, M., & Keating, J.P. (1983). Recollection of naturalistic events: Context enhancement versus negative cueing. *Human Learning*, 2, 83-92.

Loftus, E.F., Ketcham, K.E. (1983). The malleability of eyewitness accounts. In S.M.A. Lloyd-Bostock & B.R. Clifford (Eds.), *Evaluating Witness Evidence* (pp. 157-172). London: Wiley.

Loftus, E.F. (1983). Memory. *The World Book Encyclopedia* (Vol. 13, pp. 318-320). Chicago: World Book, Inc.

Keating, J.P., Loftus, E.F., & Manber, M. (1983). Emergency evaluations during fires: Psychological considerations. In R.F. Kidd & M. J. Saks (Eds.), *Advances in Applied Social Psychology* (Vol 2. pp. 83-99). Hillsdale: Erlbaum.

Loftus, E.F., Goodman, J., & Nagatkin, C. (1983). Examining witnesses--good advice and bad. In R.J. Matlon & R.J. Crawford (Eds.), *Communication Strategies in the Practice of Lawyering* (pp. 292-317). Annandale, VA: Speech Communication Association.

Loftus, E.F. & Greene, E. (1983). Review of "Reconstructing reality in the courtroom." *Journal of Criminal Law and Criminology,* 74, 315-328.

**1984**

Hall, D.F. & Loftus, E.F. (1984). The fate of memory: Discoverable or doomed? In N. Butters & L. Squire (Eds.), *Neuropsychology of Memory* (pp. 25-32). NY: Guilford Press.

Greene, E. & Loftus, E.F. (1984). What's new in the news? The influence of well publicized news events on psychological research and courtroom trials. *Basic and Applied Social Psychology,* 5, 211-221.

Severance, L.J. & Loftus, E.F. (1984). Improving criminal justice: Making jury instructions understandable for American jurors. *International Review of Applied Psychology,* 33, 97-119.

Loftus, E.F., Loftus, G.R., & Hunt, E.B. (1984). Broadbent's Maltese cross memory model: Something old, something new, something borrowed, something missing. *The Behavioral and Brain Sciences,* 7, 73-74.

Severance, L., Greene, E., & Loftus, E.F. (1984). Toward criminal jury instructions that jurors can understand. *Journal of Criminal Law and Criminology*, 75, 198-233.

Loftus, E.F. & Davies, G.M. (1984). Distortions in the memory of children. *Journal of Social Issues,* 40, 51-67.

Goodman, J. & Loftus, E.F. (1984). Social science looks at witness examination. *Trial,* 20, 52-57.

Loftus, E.F. (1984). Eyewitnesses: Essential but unreliable. *Psychology Today*, 18 (Feb.), 22-26.

Wells, G.L. & Loftus, E.F. (1984). Eyewitness research: Then and now. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives* (pp. l-11). NY: Cambridge University Press.

Hall, D.F., Loftus, E.F., & Tousignant, J.P. (1984). Post-event information and changes in recollection for a natural event. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives* (pp. 124-141). NY: Cambridge University Press.

Loftus, E.F. (1984). Expert testimony on the eyewitness. In G.L. Wells & E.F. Loftus (Eds.), *Eyewitness Testimony: Psychological Perspectives*. NY: Cambridge University Press, 273-282.

Loftus, E.F. & Yuille, J.C. (1984). Departures from reality in human perception and memory. In W. Weingartner & E.S. Parker (Eds.), *Human Memory Consolidation: Toward a Psychobiology of Cognition* (pp. 163-183). Hillsdale: Erlbaum.

Fathi, D., Schooler, J. & Loftus, E.F. (1984). Moving survey problems into the Cognitive Psychology Laboratory. *Proceedings of the Survey Research Section*. Washington, DC: American Statistical Association, 19-21.

Loftus, E.F., Keating, J.P., & Manber, M. (1984). Communicating with people during emergencies. In L. Sproull & P. Larkey (Eds.), *Information Processing in Organizations* (pp. 33-44). Greenwich, CO: JAI Publishing.

Wilson, L. & Loftus, E.F. (1984). Now you will remember everything. *Contemporary Psychology,* 29, 462-463.

Loftus, E.F. & Greene, E. (1984). Twelve angry people: The collective mind of the jury. *Columbia Law Review,* 84, 1425-1434.

Hall, D.E. & Loftus, E.F. (1984). Research on eyewitness testimony: Recent advances and current controversy. In D.J. Muller, D.E. Blackman, & A.J. Chapman (Eds.), *Psychology and Law*, (pp. 199-213). London: Wiley.

Loftus, E.F. & Schooler, J.W. (1984). Recoding processes in memory. *Behavioral and Brain Sciences,* 7, 246-247.

**1985**

Loftus, E.F., Fienberg, S.E., & Tanur, J.M. (1985). Cognitive psychology meets the national survey. *American Psychologist,* 40, 175-180.

Loftus, E.F., Schooler, J.W., & Wagenaar, W.A. (1985). The fate of memory. Comment on McCloskey & Zaragoza. *Journal of Experimental Psychology: General*, 114, 375-380.

Loftus, E.F., Schooler, J.W., Loftus, G.R., & Glauber, D.T. (1985). Memory for events occurring under anesthesia. *Acta Psychologica,* 59, 123-128.

Loftus, E.F. & Fathi, D. (1985). Retrieving multiple autobiographical memories, *Social Cognition,* 3, 280-295.

Greene, E. & Loftus, E.F. (1985). When crimes are joined at trial. *Law and Human Behavior,* 9, 171-186.

Ward, R.A. & Loftus, E.F. (1985). Eyewitness performance in different psychological types. *Journal of General Psychology*, 112, 191-200.

Loftus, E.F. (1985). To file, perchance to cheat. *Psychology Today*, 19, 34-39.

Hall, D.F. & Loftus, E.F. (1985). Recent advances in research on eyewitness testimony. In C.P. Ewing (Ed.), *Psychology, Psychiatry and the Law: A Clinical and Forensic Handbook* (pp. 417-439). Sarasota, FL: Professional Resource Exchange.

Loftus, E.F. & Goodman, J. (1985). Questioning witnesses. In S. Kassin & L. Wrightsman (Eds.), *The Psychology of Evidence and Courtroom Procedure* (pp. 253-279). Beverly Hills: Sage.

Greene, E., Schooler, J.W., & Loftus, E.F. (1985). Expert testimony. In S. Kassin & L. Wrightsman (Eds.), *The Psychology of Evidence and Courtroom Procedure* (pp. 201-228). Beverly Hills: Sage.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Cognitive aspects of health survey methodology. *Millbank Memorial Fund Quarterly,* 63, 547-564.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Recalling pain and other symptoms. *Millbank Memorial Fund Quarterly,* 63, 582-597.

Fienberg, S.E., Loftus, E.F., & Tanur, J.M. (1985). Cognitive aspects of health surveys for public information and policy. *Millbank Memorial Fund Quarterly,* 63, 598-614.

Goodman, J., Greene, E., & Loftus, E.F. (1985). What confuses jurors in complex cases. *Trial*, November, 65-74.

Bell, B.E. & Loftus, E.F. (1985). Vivid persuasion in the courtroom. *Journal of Personality Assessment,* 49, 659-664.

Camper, P.M. & Loftus, E.F. (1985). The role of psychologists as expert witnesses: No more Daniels in the lions' den. *Law and Psychology Review,* 9, 1-13.

Loftus, E.F. & Schooler, J.W. (1985). Information-Processing Conceptualizations of Human Cognition: Past, present, and future. In B.D. Ruben (Ed.), *Information and Behavior* (Vol. I, pp. 225-250). New Brunswick, NJ: Transaction Books.

**1986**

Schooler, J.W., Gerhard, D., & Loftus, E.F. (1986). Qualities of the unreal. *Journal of Experimental Psychology: Learning, Memory and Cognition,* 12, 171-181.

Tousignant, J.P., Hall, D., & Loftus, E.F. (1986). Discrepancy detection and vulnerability to misleading post-event information. *Memory and Cognition,* 14, 329-338.

Schooler, J. & Loftus, E.F. (1986). Individual differences and experimentation: Complementary approaches to interrogative suggestibility. *Social Behaviour,* 1, 105-112.

Loftus, E.F. & Leber, D. (1986). Do jurors talk? *Trial,* 22, 59-60.

Loftus, E.F. (1986). Ten years in the life of an expert witness. *Law and Human Behavior*, 10, 241-263. (Presidential Address, Div 41, APA).

Franklin, K.C. & Loftus, E.F. (1986). Law errs in assumptions about memory. *Syllabus* (An American Bar Assn. Journal), March, 17, 7.

Wilson, L., Greene, E., & Loftus, E.F. (1986). Beliefs about forensic hypnosis. *International Journal of Clinical and Experimental Hypnosis,* 34, 110-121.

Loftus, E.F. (1986). Experimental psychologist as advocate or impartial educator. *Law and Human Behavior*, 10, 63-78.

Caddy, G. R., & Loftus, E. F. (1986). Forensic Practice. In G. S. Tryon (Ed.) *The Professional Practice of Psychology.* p 130-159. New Jersey: Norwood.

**1987**

Loftus, E.F., Loftus, G.R., & Messo, J. (1987). Some facts about weapon focus. *Law and Human Behavior*, 11, 55-62.

Loftus, E.F., Schooler, J.W., Boone, S.M., & Kline, D. (1987). Time went by so slowly: Overestimation of event duration by males and females. *Applied Cognitive Psychology*, 1, 3-13.

Cole, C.B. & Loftus, E.F. (1987). The memory of children. In S. Ceci, M. Toglia, & D. Ross (Eds.), *Children's Eyewitness Memory* (pp. 178-208). NY: Springer-Verlag.

Schooler, J.W. & Loftus, E.F. (1987). Memory. In *Encyclopedia of Science and Technology* (Vol. l, pp. 584-587). NY: McGraw-Hill.

Loftus, E.F., Banaji, M.R., Schooler, J.W., & Foster, R.A. (1987). Who remembers what? Gender differences in memory. *Michigan Quarterly Review,* 26, 64-85.

Hall, D.F., McFeaters, S.J., & Loftus, E.F. (1987). Alterations in recollection of unusual and unexpected events. *Journal of the Society for Scientific Exploration*, 1, 3-10.

Loftus, E.F. & Schneider, N.G. (1987). Challenging eyewitness testimony. *Trial*, 23, 40-44.

Goodman, J. & Loftus, E.F. (1987). How to play to the jury you select--in complex and other cases. *Criminal Justice,* 2 (Spring), 2-5, 42-43.

Christianson, S. & Loftus, E.F. (1987). Memory for traumatic events. *Applied Cognitive Psychology*, 1, 225-239.

Loftus, E.F. (1987). Trials of an Expert Witness. *Newsweek* (My Turn Column), June 29, 10-11.

Loftus, E.F. & Schneider, N.G. (1987). Behold with strange surprise: Judicial reactions to expert testimony concerning eyewitness testimony. *University of Missouri-Kansas City Law Review,* 56, 1-45. (Based on Annual Joseph Cohen Lectureship).

· Reprinted in *Criminal Practice Law Review* (1988), 1, 1-51.

Loftus, E.F. (1987). Psychology and law. In F. Farley & C.H. Null (Eds.), *Using Psychological Science: Making the Public Case* (pp. 69-78). Washington, D.C.: Federation of Behavioral Psychological Cognitive Sciences.

Loftus, E.F. (1987) Eyewitness testimony and event perception. *University of Bridgeport Law Review,* 8, 7-13.

**1988**

Loftus, E.F. & Doyle, J.M. (1988). *Eyewitness Testimony: Civil and Criminal*, 1988 Supplement. Kluwer Law Books, 1-37.

Bell, B. & Loftus, E.F. (1988). Degree of detail of eyewitness testimony and mock juror judgments. *Journal of Applied Social Psychology,* 18, 1171-1192.

Schooler, J.W., Foster, R.A., & Loftus, E.F. (1988). Some deleterious consequences of the act of recollection. *Memory and Cognition*, 16, 243-251.

Loftus, E.F., Smith, K.D., Johnson, D.A., & Fiedler, J. (1988). Remembering "when": Errors in dating of autobiographical memories. In M. Gruneberg, P. Morris, & R. Sykes (Eds.), *Practical Aspects of Memory* (pp. 234-240). NY: Wiley.

Schooler, J.W., Clark, C., & Loftus, E.F. (1988). Knowing when memory is real. In M. Gruneberg, P. Morris, & R. Sykes (Eds.), *Practical Aspects of Memory* (pp. 83-88). NY: Wiley.

Wells, G.L, & Loftus, E.F. (1988). Eyewitness testimony. *International Encyclopedia of Communications*. Annenberg School of Communications and Oxford University Press.

McSpadden, M., Schooler, J.W., & Loftus, E.F. (1988). Here today, gone tomorrow: The appearance and disappearance of context effects. In G. Davies and D. Thomson (Eds.), *Memory in Context: Context in Memory* (pp. 215-229). Sussex, England.

Goodman, J. & Loftus, E.F. (1988). The relevance of expert testimony on eyewitness testimony. *Journal of Interpersonal Violence,* 3, 115-121.

Loftus, E.F., Bell, B.E., & Williams, K.D. (1988). Powerful Eyewitness testimony. *Trial,* 24, 64-66.

Loftus, E.F. & Wagenaar, W.A. (1988). Lawyers' predictions of success. *Jurimetrics Journal.* (ABA Journal devoted to law, science, and technology), 28, 437-453.

**1989**

Bell, B. & Loftus, E.F. (1989). Trivial persuasion in the courtroom: The power of (a few) minor details. *Journal of Personality and Social Psychology,* 56, 669-679.

Loftus, E.F. & Hoffman, H.G. (1989). Misinformation and memory: The creation of memory. *Journal of Experimental Psychology: General,* 118, 100-104.

Loftus, E.F. & Doyle, J.M. (1989). *Eyewitness Testimony: Civil and Criminal.* 1989 Supplement. Michie Co.: Charlottesville, VA, 1-65.

Loftus, E.F., Donders, K., Hoffman, H.G., & Schooler, J.W. (1989). Creating new memories that are quickly accessed and confidently held. *Memory and Cognition,* 17, 607-616.

Greene, E., Wilson, L., & Loftus, E.F. (1989). Impact of hypnotic testimony on the jury. *Law and Human Behavior,* 13, 61-78.

Loftus, E.F. & Christianson, S.A. (1989). Malleability of memory for emotional events. In T. Archer & L. Nilsson (Eds.), *Aversively Motivated Behavior* (pp. 311-322). Hillsdale, NJ: Erlbaum Press.

Loftus, E.F. (1989). Distortions in eyewitness memory from post-event information. In H. Wegener, F. Losel, & J. Haisch (Eds.), *Criminal Behavior and the Justice System: Psychological Perspectives* (pp. 242-53). NY: Springer-Verlag.

Loftus, E.F. & Greene, E. (1989). Eyewitness identification. In W.G. Bailey (Ed.), *The Encyclopedia of Police Science* (pp. 183-186). New York: Garland.

Loftus, E.F., Korf, N., & Schooler, J.W. (1989). Misguided memories: Sincere distortions of reality. In J. Yuille (Ed.), *Credibility Assessment* (pp. 155-173). Dordrecht, Netherlands: Kluwer.

Loftus, E.F., Greene, E., & Doyle, J.M (1989). The psychology of eyewitness testimony. In D.C. Raskin (Ed.), *Psychological Methods in Criminal Investigation and Evidence*, (Chap. 1, pp. 3-45). NY: Springer.

Goodman, J. & Loftus, E.F. (1989). Implications of facial memory research for investigative and administrative criminal procedures. In A.W. Young & H.D. Ellis (Eds.), *Handbook of Research on Face Processing* (pp. 571-579). Amsterdam: North Holland Publishing Company.

Loftus, E.F. & Banaji, M. (1989). Memory modification and the role of the media. In V.A. Gheorghiu, P. Netter, H.J. Eysenck, & R. Rosenthal (Eds.), *Suggestibility: Theory and Research*. Berlin: Springer-Verlag, p. 279-294.

Loftus, E.F. & Goodman, J. (1989). Is the verdict in on the American jury? (Review of Kassin & Wrightsman). *Contemporary Psychology,* 34, 819-820.

Goodman, J., Greene, E., & Loftus, E.F. (1989). Runaway verdicts or reasoned determinations: Mock juror strategies in awarding damages. *Jurimetrics Journal*, 29, 285-309.

Loftus, E.F. (1989). Mind games: China's rulers changing memories. *Sunday Times Union*, Albany, NY, p. D1, 6.

**1990**

Loftus, E.F., Klinger, M.R., Smith, K.D., & Fiedler, J. (1990). A tale of two questions: Benefits of asking more than one question. *Public Opinion Quarterly*, 054, 330-345.

Raitz, A., Greene, E. Goodman, J., & Loftus, E.F. (1990). Determining damages: The influence of expert testimony on jurors' decision making. *Law and Human Behavior,* 14, 385-395.

Christianson, S., Goodman, J., & Loftus, E.F. (1990). Eyewitness testimony. In Eysenck, M. (Ed.), *The Blackwell Dictionary of Cognitive Psychology*. Oxford, U.K.: Basil Blackwell, Ltd, 142-144.

Goodman, J., Loftus, E.F. & Greene, E. (1990). A matter of money: Voir dire in civil cases. *Forensic Reports,* 3, 303-330.

Moran, G., Cutler, B.L. & Loftus, E.F. (1990). Jury selection in major controlled substance trials: The need for extended voir dire. *Forensic Reports,* 3, 331-348.

Christianson, S-A. & Loftus, E.F. (1990). Some characteristics of peoples' traumatic memories. *Bulletin of the Psychonomic Society,* 28(3), 195-198.

Jobe, J. White, A.A., Kelley, C.L., Mingay, D.J., Sanchez, M.J., & Loftus, E.F. (1990) Recall strategies and memory for health care visits., *Millbank Quarterly*, 68, 171-189.

Wagenaar, W.A. & Loftus, E.F. (1990) Ten cases of eyewitness identification: logical problems and procedural problems. *Journal of Criminal Justice*, 18, 291-319.

Loftus, E.F. & Doyle, J.M. (1990). *Eyewitness Testimony: Civil and Criminal.* 1990 *Supplement.* Michie Co.: Charlottesville, VA, 1-84.

**1991**

Christianson, S.A. & Loftus, E.F. (1991). Remembering emotional events: The fate of detailed information. *Cognition and Emotion,* 5, 81-108.

Loftus, E.F. (1991) Made in Memory: Distortions of recollection after misleading information. In G. Bower (Ed.) *Psychology of Learning and Motivation,* 27, 187-215. NY: Academic Press.

Loftus, E.F. (1991) The glitter of everyday memory research...and the gold. *American Psychologist,* 46, 16-18.

Christianson, S.A., Loftus, E.F., Hoffman, H., & Loftus, G.R. (1991) Eye fixations and accuracy in detail memory of emotional versus neutral events. *Journal of Experimental Psychology: Learning, Memory and Cognition,* 17, 693-701.

Means, B. & Loftus, E.F. (1991). When personal history repeats itself: Decomposing memories for recurrent events. *Applied Cognitive Psychology*, 5, 297-318.

Loftus, E.F. & Ceci, S.J. (1991). Research findings: What do they mean? In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington D.C.: American Psychological Association, 129-133.

Wells, G.L. & Loftus, E.F. (1991). Is this child fabricating?: Reactions to new assessment technique. In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington D.C.: American Psychological Association, 168-171.

Toland,K., Hoffman, H. & Loftus, E.F. (1991). How suggestion plays tricks with memory. In J.F.Schumaker, (Ed.) *Human Suggestibility*: *Advances in Theory, Research, and Application*. NY: Routledge, p. 235-252..

Jobe, J. & Loftus, E.F. (Eds.) (1991) Cognition and Survey Measurement. *Applied Cognitive Psychology,* 5 (special issue).

Loftus, E.F. (1991) When words speak louder than actions: Suggestibility about what happened? In J. Doris (Ed.) *The Suggestibility of Children's Recollections*. Washington DC: American Psychological Association, p. 56-59.

Greene, E., Goodman, J. & Loftus, E.F. (1991) Jurors' attitudes about civil litigation and the size of damage awards. *American University Law Review,* 40, 805-820.

Loftus, E.F. (1991) Resolving legal questions with psychological data. *American Psychologist,* 46, 1046-1048.

Goodman, J. Loftus, E.F., Lee, M., & Greene, E. (1991) Money, sex and death: Gender bias in wrongful death damage awards. *Law and Society Review,* 25, 263-285.

Hoffman, H.G., Loftus, E.F., Greenmun, G.N. & Dashiell, R.L. (1991) Die Erzeugung von Fehlinformation (The generation of misinformation). *Gruppendynamik* 22 Jahrg., Heft 2, 161-173.

Wertheimer, M., Hilgard, E.R., Spilka, B, Tyler, L.E., Norman, R.D., Loftus, E.F., Brewer, M.B.. Ellis, H.C., Wollersheim, J.P., Kendler, H.H. (1991) A tale of two regions: The Rocky Mountains and the US Western. *Zeitschrift fur Psychologie,* 199, 107-119 and 191-204.

**1992**

Loftus, E.F., Levidow, B & Duensing, S. (1992) Who remembers best? Individual differences in memory for events that occurred in a science museum. *Applied Cognitive Psychology,* 6, 93-107.

Severance, L., Goodman, J. & Loftus, E.F. (1992) Inferring the Criminal Mind: Towards a bridge between legal doctrine and psychological understanding. *Journal of Criminal Justice,* 20, 15-27.

Loftus, E.F. & Klinger, M.R.(1992) Is the unconscious smart or dumb? *American Psychologist,* 47,761-765.

Loftus, E.F. & Leitner, R. (1992) Reconstructive Memory. In L.R. Squire, J.H. Byrne, L. Nadel, H.L. Roediger, D.L. Schacter & R.F. Thompson (Eds.) *Encyclopedia of Learning and Memory.* NY:: MacMillan, Vol I.

Abelson, R.P., Loftus, E.F. & Greenwald, A.G. (1992) Attempts to improve the accuracy of self-reports of voting. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 138-153.

Croyle, R. & Loftus, E.F. (1992) Improving episodic memory performance on survey respondents. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 95-101.

Loftus, E.F., Smith, K., Klinger, M. & Fiedler, J. (1992) Memory and mismemory for health events. In J.M. Tanur (Ed.) *Questions about Questions: Inquiries into the Cognitive Bases of Surveys.* NY: Russell Sage, 102-137.

Goodman, J. & Loftus, E.F. (1992). Judgment and memory: The role of expert testimony on eyewitness accuracy. In P. Tetlock and P. Suedfeld (Eds.), *Psychology and Social Policy,* 267-282. Wash, DC: Hemisphere Publishing Corp.

Christianson, S.A., Goodman, J. & Loftus E.F. (1992) Eyewitness memory for traumatic events: Methodological quandaries and ethical dilemmas. In Christianson, S.A. (ed.) *Handbook of Emotion and Memory.* Hillsdale, NJ: Erlbaum, 217-241.

Fruzzetti, A.E., Toland, K., Teller, S.A. & Loftus, E.F. (1992). Memory and eyewitness testimony. In Gruneberg, M. & Morris, P. (Eds.) *Aspects of Memory.* London: Routledge, 18-50

Loftus, E.F. & Kaufman, L. (1992) Why do traumatic experiences sometimes produce good memory (flashbulbs) and sometimes no memory (repression)? In E. Winograd & U. Neisser (Eds.) *Affect and Accuracy in Recall: The Problem of "Flashbulb" memories.* NY: Cambridge University Press, 212-223.

Loftus, E.F., Hoffman, H., & Wagenaar, W.A. (1992). The misinformation effect: Transformations in memory induced by postevent information. In M.L. Howe, C.J. Brainerd, and V.F. Reyna (Eds.) *Development of Long-Term Retention.* NY: Springer. pp. 159-183.

Williams, K.D., Loftus, E.F., & Deffenbacher, K.A. (1992) Eyewitness evidence and testimony. In D.K. Kagehiro & N.S. Laufer (Eds.), *Handbook of Psychology and Law.* NY: Springer-Verlag, 141-166.

Loftus, E.F. (1992) When a lie becomes memory's truth. *Current Directions in Psychological Science,* 1, 121-123.

· Reprinted in: Honeck, R.P. (1998) *Introductory Readings for Cognitive Psychology,* 3rd Ed. Guilford, CT: Dushkin Publishing Group, chapter 12, 116-120.

Berliner, L. & Loftus, E.F. (1992) Sexual abuse accusations: Desperately seeking reconciliation. *Journal of Interpersonal Violence,* 7, 570-578.

Loftus, E.F. & Rosenwald, L.A. (1992) Damage Control: How to reduce guesswork and bias in jury awards. *Trial Diplomacy Journal,* 15, 183-188.

Hoffman, H.G., Loftus, E.F., Greenmun, G.N. & Dashiell, R.L. (1992) The generation of misinformation. In Losel, F., Bender, D., & Bliesener, T. (Eds.) (1992) *Psychology and Law: International perspectives*. Berlin: Walter de Gruyter, p.292-301. (English translation of German publication from 1991).

**1993**

Loftus, E.F. (1993) Desperately seeking memories of the first few years of childhood: The reality of early memories. *Journal of Experimental Psychology: General*, 122, 274-277.

Loftus, E.F. (1993) The reality of repressed memories. *American Psychologist*, 48, 518-537.
· Reprinted in:
   Hertzig, M.E. & Farber, E.A. (Eds.) (1995) *Annual Progress in Child Psychiatry and Child Development* 1994: A selection of the year's outstanding contributions to the understanding and treatment of the normal and disturbed child. NY: Brunner/Mazel.
   Blake, T. (Ed.) *Enduring Issues in Psychology*. San Diego: Greenhaven Press.

Croyle, R.T. & Loftus, E.F. (1993) Recollection in the kingdom of AIDS. In D.G. Ostrow & R. Kessler (Eds.) *Methodological Issues in AIDS Behavioral Research*. NY: Plenum. p 163-180.

Croyle, R.T., Loftus, E.F., Klinger, M.R., & Smith, K.D. (1993) Reducing errors in health-related memories. Progress and prospects. In J.R. Schement & B.D. Ruben (Eds.) *Between Communication and Information: Information and Behavior*, Vol IV, pp. 255-268. New Brunswick, NJ: Transaction Publishers.

Schooler, J.W. & Loftus, E.F. (1993). Multiple mechanisms mediate individual differences in eyewitness accuracy and suggestibility. In J.M. Puckett & H.W. Reese (Eds.). *Life-span Developmental Psychology: Mechanisms of everyday cognition*. Hillsdale, NJ: Erlbaum. p. 177-203.

Loftus, E.F. & Rosenwald, L.A. (1993) Buried Memories/shattered lives. *American Bar Association Journal*, 79, 70-73.

Loftus, E.F. & Rosenwald, L.A. (1993) The Rodney King Videotape: Why the case was not black and white. *University of Southern California Law Review*, 66, 1637-1645.

Loftus, E.F. (1993) Repressed memories of childhood trauma: Are they genuine? *Harvard Medical School Mental Health Letter*, 9(9), 4-5.

Loftus, E.F. (1993) The theory behind witnessing events, and the practice. In Davies, G. & Logie, R. (Eds.) *Memory in Everyday Life*. North Holland, chapter 9, 402-407.

Ernsdorff, G. & Loftus, E.F. (1993) Let sleeping memories lie?: Words of caution about tolling the statute of limitations in cases of memory repression. *Journal of Criminal Law and Criminology*, 84, 129-174.

Loftus, E.F. (1993) Psychologists in the Eyewitness World. *American Psychologist*, 48, 550-552.

Loftus, E.F., Weingardt, K.R., & Hoffman, H.G. (1993). Sleeping memories on trial: Reactions to memories that were previously repressed. *Expert Evidence: The International Digest of Human Behaviour Science and Law*, 2, 51-59.

Loftus, E.F. (1993, June 27) You must remember this...or do you? How real are repressed memories? *Washington Post*, p.C1-C2. (Invited editorial).

Garry, M. & Loftus E.F. (1993) Repressed memories of childhood trauma: Could some of them be suggested? *USA Today Magazine* (Society for the Advancement of Education), 122, 82-84.

**1994**

Weingardt, K.R., Leonesio, R.J., & Loftus, E.F. (1994) Viewing eyewitness research from a metacognitive perspective. In J. Metcalfe & A. Shimamura (Eds.) *Metacognition: Knowing about Knowing*. Cambridge, Mass: MIT Press, pp. 157-184.

Foster, R.A., Libkuman, T.M., Schooler, J.W., & Loftus, E.F. (1994) Consequentiality and eyewitness person identification. *Applied Cognitive Psychology*, 8, 107-121.

Loftus, E.F., Polonsky, S., & Fullilove, M.T. (1994) Memories of childhood sexual abuse: remembering and repressing. *Psychology of Women Quarterly*, 18, 67-84.

Williams, K.D. & Loftus, E.F. (1994) Eyewitness testimony. In Ramachandran, V.S. (Ed) *Encyclopedia of Human Behavior*, Vol I. San Diego: Academic Press, Inc.

Croyle, R.T. & Loftus, E.F. (1994) Psychology and the Law. In Colman, A.M. (Ed.) *Companion Encyclopedia of Psychology*, Vol. 2. London: Routledge, p. 1028-1045.
· Reprinted in: Coleman, A.M. (Ed.) (1995) *Controversies in Psychology*. London: Longman, pp. 58-75.

Loftus, E.F. (1994) Therapeutic recollection of childhood abuse: When a memory may not be a memory? *The Champion* (National Association of Criminal Defense Lawyers), Vol. XVIII, 2, 5-10.

Loftus, E.F. (1994) We need to be concerned about 'altered' memories. *Brown University Child and Adolescent Behavior Letter, April,* 10, 3.

Loftus, E.F., Garry, M., Brown, S.W., & Rader, M. (1994) Near-natal memories, past-life memories, and other memory myths. *American Journal of Clinical Hypnosis,* 36, 176-179.

Loftus, E.F., Garry, M., & Feldman, J. (1994) Forgetting sexual trauma. *Journal of Consulting and Clinical Psychology,* 62, 1177-1181.
· Reprinted in: Baker, R.A. (Ed). (1998) Child sexual abuse and false memory syndrome. Amherst, NY: Prometheus Books.

Loftus, E.F. (1994) The repressed memory controversy. *American Psychologist*, 49, 443-445.

Loftus, E.F. (1994) Tricked by memory. In J. Jeffrey and G. Edwall (Eds). *Memory and History: Essays on recalling and interpreting experience*. NY: University Press of America. p. 17-29.

Garry, M., Loftus, E.F., Brown, S.W. (1994) Memory: A river runs through it. *Consciousness and Cognition,* 3, 438-451.

Belli, R.F. & Loftus, E.F. (1994) Recovered memories of childhood abuse: A source monitoring perspective. In Lynn, S.J. & Rhue, J. (Eds.) *Dissociation: Theory, clinical, and research perspectives*. NY: Guilford Press, p. 415-433.

Garry, M. & Loftus, E.F. (1994) Pseudomemories without hypnosis. *International Journal of Clinical and Experimental Hypnosis, Vo,l. XLII,* 363-378.

Weingardt, K.R., Toland, H.K., & Loftus, E.F. (1994) Reports of suggested memories: Do people truly believe them? In D. Ross, J.D. Read & M.P. Toglia (Eds.) *Adult eyewitness testimony: Current trends and developments*. NY: Springer-Verlag, pp. 3-26.

Ceci, S.J. & Loftus, E.F. (1994) "Memory work": A royal road to false memories? *Applied Cognitive Psychology,* 8, 351-364.
· Reprinted in Honech, R.P. (1998) Introductory readings for Cognitive Psychology, 3rd Ed. Guilford, CT: Dushkin Publishing Group, Chapter 31, 267-277.

Ceci, S.J., Loftus, E.F., Leichtman, M.D., & Bruck, M. (1994) The possible role of source misattributions in the creation of false beliefs among preschoolers. *International Journal of Clinical and Experimental Hypnosis, Vol. XLII,* 304-320.

Ceci, S.J., Huffman, M.L.C., Smith, E., and Loftus, E.F. (1994) Repeatedly thinking about a non-event: Source misattributions among preschoolers. *Consciousness and Cognition,* 3, 388-407.

**1995**

Weingardt, K.R., Loftus, E.F., & Lindsay, D.S. (1995) Misinformation revisited: New evidence on the suggestibility of memory. *Memory & Cognition,* 23 (1), 72-82.

Loftus, E.F., Milo, E.M., & Paddock, J.R. (1995) The accidental executioner: Why psychotherapy must be informed by science. *The Counseling Psychologist,* 23, 300-309.

Loftus, E.F. & Pickrell, J.E. (1995) The formation of false memories. *Psychiatric Annals,* 25, 720-725.
· Reprinted in: *Psykologia,* 1997, 32 (2). (Published in Finnish, pages 112a-112k).

Loftus, E.F., Feldman, J., & Dashiell, R. (1995) The reality of illusory memories. In Schacter, D.L., Coyle, J.T., Fishbach, G.D., Mesulam, M.M., and Sullivan, L.E. (Eds). *Memory Distortion: How minds, brains and societies reconstruct the past*. Cambridge, MA: Harvard University Press, p. 47-68

Loftus, E.F. (1995) Remembering dangerously. *Skeptical Inquirer,* 19, 20-29.

Loftus, E.F. (1995) Memory malleability: Constructivist and fuzzy-trace explanations. *Learning and Individual Differences,* 7, 133-137..

Clark, S.E. & Loftus, E.F. (1995) The psychological pay-dirt of space-alien abduction memories. Review of Mack, J. (1995) Abduction: Human encounters with aliens. *Contemporary Psychology,* 40, 861-863.

Loftus, E.F, & Yapko, M. (1995) Psychotherapy and the recovery of repressed memories. In Ney, T. (Ed.) *Allegations in Child Sexual Abuse: Assessment and case management*. Brunner/Mazel, p. 176-191.

Leichtman, M.D., Loftus, E.F., & Ceci, S.J. (1995) Current issues in early eyewitness memory. *Scalpel and Quill: Bulletin of the Pittsburgh Institute of Legal Medicine,* 30, 1-71. (Copies available from Pittsburgh Institute of Legal Medicine, 1200 Centre Ave, Pittsburgh, PA 15219).

Loftus, E.F. (1995, August 25) The truth, the whole truth and & nothing but the truth? *Los Angeles Times*, p. B 9. (Invited editorial; Reprinted in newspapers in Minneapolis, Buffalo and elsewhere)

Loftus, E.F. (1995) Afterword to Ross, C.A., *Satanic ritual abuse*. Toronto: University of Toronto Press, 203-209.

Loftus, E.F. & Rosenwald, L.A. (1995, Fall) Recovered memories: unearthing the past in court. *Journal of Psychiatry & Law*, 349-361.

**1996**

Garry, M., Manning, C., Loftus, E.F., & Sherman, S.J. (1996) Imagination Inflation: Imagining a childhood event inflates confidence that it occurred. *Psychonomic Bulletin and Review*, 3, 208-214.

Loftus, E.F., Paddock, J.R. & Guernsey, T.F. (1996) Patient-psychotherapist privilege: Access to clinical records in the tangled web of repressed memory litigation. *University of Richmond Law Review*, 30, 109-154. (Special issue devoted to Allen Chair recipients.).

Belli, R.F. & Loftus, E.F. (1996) The pliability of autobiographical memory: Misinformation and the false memory problem. In David C. Rubin (Ed.) *Remembering our past*, 157-179. NY: Cambridge University Press.

Loftus, E.F., Coan, J.A. & Pickrell, J.E. (1996) Manufacturing false memories using bits of reality. In L. M. Reder (Ed.) *Implicit memory and metacognition*. Mahwah, NJ: Lawrence Erlbaum Associates,  pp. 195-220.

Manning, C.G. & Loftus,E.F. (1996) Eyewitness testimony and memory distortion. *Japanese Psychological Research*, 38,5-13 (Invited Paper)

Loftus, E.F. (1996) Repressed Memory Litigation: Court cases and scientific findings on illusory memory. *Washington State Bar News*, 50, 15-25.

Loftus, E.F. (1996) The myth of repressed memory and the realities of science. *Clinical Psychology: Science and Practice*, 3, 356-362.

Loftus, E.F. (1996) Memory distortion and false memory creation. *Bulletin of the American Academy of Psychiatry & the Law*, 24, 281-295.

Manning, C.G. & Loftus, E.F. (1996) Memory. *McGraw-Hill* 1997 *Yearbook of Science & Technology*. NY: McGraw-Hill., p. 299-301.

Clark, S.E. & Loftus, E.F. (1996) The construction of space alien abduction memories. *Psychological Inquiry*, 7, 140-143.

Loftus, E. F., & Doyle, J. M. (1996). *Eyewitness Testimony: Civil and Criminal.* 1996 *Cumulative Supplement.* Charlottesville, VA: Michie Company, 1-49.

Mazzoni, G. A. L., & Loftus, E. F. (1996). When dreams become reality. *Consciousness & Cognition*, 5, 442-462.

Gilligan, F. A., Imwinkelried, E. J., & Loftus, E. F. (1996) The theory of 'unconscious transference': The latest threat to the shield laws protecting the privacy of victims of sex offenses. *Boston College Law Review*, 38, p. 107-144.

**1997**

Hyman, I. & Loftus, E.F. (1997) Some people recover memories of childhood trauma that never really happened. In Paul S. Appelbaum, Lisa A. Uyehara, Mark R. Elin (Eds) *Trauma and Memory: Clinical and Legal Controversies*. NY: Oxford University Press. p. 3-24.

Garry, M., Loftus, E. F., DuBreuil, S. C., & Brown, S. W. (1997) Womb with a view: Memory beliefs and memory-work experiences. In D. G. Payne & F. G. Conrad (Eds.) *Intersections in Basic & Applied Memory Research*. Mahwah, NJ: Lawrence Erlbaum Associates, p. 233-255.

Loftus, E. F. (1997) Commentary on anomolies of autobiographical memory. In J. D. Read and D. S. Lindsay (Eds.) *Recollections of Trauma: Scientific Research and Clinical Practice.* NY: Plenum Press, pp. 297-400.

Loftus, E. F. (1997). Repressed memory accusations: Devastated families and devastated patients. *Applied Cognitive Psychology*, 11, 25-30.

Loftus, E. F. & Rosenwald, L. (1997). Repressed Memories: Scientific Status. In D. L. Faigman, D. H. Kaye, M. J., Saks, & J. Saunders (Eds.) *Modern Scientific Evidence: The Law and Science of Expert Testimony*. St. Paul, MN: West Publishing, p. 535-550.

Loftus, E. F. (1997, September). Creating false memories. *Scientific American*, 277, *(*3), 70-75.

· Reprinted in Boyatzis, C. & Junn, E.N. (2000) *Child Growth and Development.* NY: McGraw Hill, Chapter 8.

Loftus, E. F. (1997). Memory for a past that never was. *Current Directions in Psychological Science,* 6, p. 60-65.

Joslyn, S., Carlin, L., & Loftus, E. F. (1997) Remembering and forgetting childhood sexual abuse. *Memory,* 5, 703-724.

Loftus, E. F. (1997). Dispatch from the (un)civil memory wars. In J. D. Read & D. S. Lindsay (Eds.) *Recollections of Trauma: Scientific Research and Clinical Practice.* NY: Plenum Press, pp. 171-198.

Loftus, E.F. (1997). Creating childhood memories. *Applied Cognitive Psychology,* 11, S75-S86.

**1998**

Loftus, E.F., Nucci, M., & Hoffman, H. (1998) Manufacturing memory. *American Journal of Forensic Psychology,* 16, 63-75.

Ceci, S. J., Bruck, M., & Loftus, E. F. (1998) On the ethics of memory implantation research. *Applied Cognitive Psychology,* 12, 230-240.

Greene, E. & Loftus, E.F. (1998) Psycholegal research on jury damage awards. *Current Directions in Psychological Science,* 7, 50-54.

Mazzoni, G. A. L. & Loftus, E. F. (1998). Dreaming, believing, and remembering. In J. DeRivera and T. R. Sarbin (Eds.). *Believed in Imaginings: The Narrative Construction of Reality.* Washington D.C.: American Psychological Association Press. pp. 145-156.

Wright, D.B. & Loftus, E.F. (1998) How memory research can benefit from CASM. *Memory,* 6, 467-474.

Braun, K.A. & Loftus, E.F. (1998) Advertising's misinformation effect. *Applied Cognitive Psychology,* 12, 569-591.

Loftus, E.F. (1998) The private practice of misleading deflection. *American Psychologist,* 53, 484-485.

Loftus, E.F. (1998) The price of bad memories. *Skeptical Inquirer,* 22, 23-24.

Na, Eun-Young & Loftus, E.F. (1998) Attitudes towards law and prisoners, conservative authoritarianism, attribution, and internal-external locus of control: Korean and American law students and undergraduates. *Journal of Cross Cultural Psychology,* 29, 595-615.

Loftus, E.F. (1998) Illusions of Memory. *Proceedings of the American Philosophical Society,* 142, 60-73.

Loftus, E.F. (1998) Imaginary memories. In Conway, M.A., Gathercole, S.E., & Cornoldi, C. (Eds) *Theories of memory.* Vol II. East Sussex, United Kingdom: Psychology Press Ltd. p. 135-145.

Mazzoni, G.A.L. & Loftus, E.F. (1998) Dream interpretation can change beliefs about the past. *Psychotherapy,* 35, 177-187.

Loftus, E.F. & Mazzoni, G.A.L. (1998) Using imagination and personalized suggestion to change people. *Behavior Therapy,* 29, 691-706.

Loftus, E.F. (1998) Who is the cat that curiosity killed? *Skeptical Inquirer,* 22, 60-61.

DuBreuil, S.C., Garry, M., & Loftus E.F. (1998) Tales from the Crib: Age regression and the creation of unlikely memories. In S.J. Lynn & K.M. McConkey (Eds) *Truth in Memory.* NY: Guilford Press, pp. 137-160.

Wright D. B. & Loftus, E. F. (1998). How misinformation alters memories. *Journal of Experimental Child Psychology,* 71, 155-164.

Lilienfeld, S.O. & Loftus, E.F. (1998) Repressed memories and World War II: Some cautionary notes. *Professional Psychology: Research and Practice,* 29, 471-475.

Paddock, J.R., Joseph, A.L., Chan, F.M., Terranova, S., Manning, C., & Loftus, E.F (1998). When guided visualization procedures may backfire: Imagination inflation and predicting individual differences in suggestibility. *Applied Cognitive Psychology,* 12, S63-S75. (Special Issue)

Billings, F.J. & Loftus, E.F. (1998) Havikuach al hazikaron hamudchak: Mishpatim umechkarim chadashim (The repressed memory controversy: recent court cases and recent research). *Psychologia,* 7, 24-32 (in Hebrew).

Hyman, I.E. Jr & Loftus, E.F. (1998) Errors in autobiographical memory. *Clinical Psychology Review,* 18, 933-947.

Alpert, J.L., Brown, L.S., Ceci, S.J., Courtois, C.A., Loftus, E.F., & Ornstein, P.A. (1998) Final conclusions of the American Psychological Association Working Group on Investigation of memories of Childhood Abuse, *Psychology, Public Policy, and Law,* 4, 933-940.

Ornstein, P.A., Ceci, S.J., & Loftus, E.F. (1998) Adult recollections of childhood abuse: Cognitive and Developmental Perspectives. *Psychology, Public Policy, and Law*, 4, 1025-1051. (See also other commentaries & replies by Ornstein, Ceci, & Loftus in the same issue.)

Loftus, E., Joslyn, S., & Polage, D. (1998) Repression: A mistaken impression? *Development & Psychopathology*, 10, 781-792.

**1999**

Feldman, J.J., Miyamoto, J., & Loftus, E.F. (1999) Are actions regretted more than inactions? *Organizational Behavior and Human Decision Processes,* 78, 232-255.

Wright, D.B. & Loftus, E.F. (1999) Measuring dissociation: Comparison of alternative forms of the dissociative experiences scale. *American Journal of Psychology,* 112, 497-519.

Mazzoni, G.A.L., Lombardo, P., Malvagia, S., & Loftus, E.F. (1999) Dream interpretation and false beliefs. *Professional Psychology: Research and Practice,* 30, 45-50.

Mazzoni, G.A.L., Loftus, E.F., Seitz, A., & Lynn, S.J. (1999)  Changing beliefs and memories through dream interpretation. *Applied Cognitive Psychology,* 13, 125-144.

Mazzoni, G. A. L., Vannucci, M., & Loftus, E. F. (1999). Misremembering story material. *Legal and Criminological Psychology,* 4, 93-110.

Paddock, J.R., Noel, M., Terranova, S., Eber, H.W., Manning, C., & Loftus, E.F. (1999). Imagination inflation and the perils of guided visualization. *Journal of Psychology,* 133, 581-595.

Loftus, E.F. & Polage, D.C. (1999) Repressed memories: When are they real? How are they false? *The Psychiatric Clinics of North America,* 22, 61-71. (P. Resnick, Guest ed).

Loftus, E.F. (1999) Lost in the mall: Misrepresentations and misunderstandings. *Ethics & Behavior,* 9, 51-60.

Garry, M., Frame, S., & Loftus, E.F. (1999) Lie down and let me tell you about your childhood. In S. Della Sala (Ed) *Mind myths: Exploring popular assumptions about the mind and brain*. Chichester, England & NY: Wiley. 113-124.

Loftus, E.F. & Doyle, J.M. (1999) *Eyewitness Testimony: Civil and Criminal,* 1999. *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-33.

**2000**

Busey, T.A., Tunnicliff, J., Loftus, G.R., & Loftus, E.F. (2000) Accounts of the confidence-accuracy relation in recognition memory. *Psychonomic Bulletin and Review,* 7, 26-48.

Loftus, E.F. (2000). Remembering What Never Happened. E. Tulving (Ed.*), Memory, Consciousness, and the Brain: The Tallinn Conference*. Philadelphia: Psychology Press, 106-118.

Tsai, A., Loftus, E.F., & Polage, D. (2000) Current Directions in False Memory Research. In Bjorklund, D. (Ed.) *False-Memory Creation in Children and Adults*. Mahwah, NJ: Erlbaum, 31-44.

Loftus, E.F. (2000) Suggestion, imagination, and the transformation of reality. In A.A. Stone, J.S. Turkkan, C.A. Bachrach, J.B. Jobe, H.S. Kurtzman, & V.S. Cain (Eds) *The Science of Self-Report*. Mahwah, NJ: Erlbaum, 201-210.

Calvin, W. H. & Loftus, E.F. (2000, April) The poet as brain mechanic: A 2050 version of physics for poets. *Global Business Network Bulletin*, p.1-5.

Loftus, E. L. and Castelle, G. (2000) Crashing Memories in Legal Cases. In P.J. van Koppen & N.H.M. Roos (Eds). *Rationality, Information and Progress in Law and Psychology*. Maastricht: Maastricht University Press. p. 115-127

Loftus, E.F. (2000) The most dangerous book. *Psychology Today*, 33, p 32-35, 84

**2001**

Mazzoni, G.A.L., Loftus, E.F., Kirsch, I. (2001) Changing beliefs about implausible autobiographical events. *Journal of Experimental Psychology: Applied*, 7 (1), 51-59

Wright, D.B., Loftus, E.F. & Hall, M. (2001) Now you see it; Now you don't; Inhibiting recall and recognition of scenes. *Applied Cognitive Psychology*, 15, 471-482.

Castelle, G. & Loftus, E.F. (2001) Misinformation and wrongful convictions. In S.D. Westervelt & J.A. Humphrey (Eds). *Wrongly Convicted: Perspectives on failed justice*. New Brunswick, NJ: Rutgers University Press, p 17-35

Hoffman, H.G., Granhag, P.A., Kwong See, S.T. & Loftus, E.F. (2001). Social influences on reality monitoring decisions. *Memory & Cognition*, 29, 394-404.

Joslyn, S., & Loftus, E.F. , McNoughton, A., & Powers, J. (2001) Memory for memory. *Memory and Cognition.* 29, 789-797.

Loftus, E.F. & Calvin, W.C. (2001, April) Memory's future. *Psychology Today*, 34, p 55-58, 83.

Loftus, E.F. (2001) Imagining the past. *The Psychologist*, 14, 584-587.

Davis, D., Loftus, E.F., & Follette, W.C. (2001)   How, when, and whether to use informed consent for recovered memory therapy.  *Journal of American Academy of Psychiatry and the Law*, Vol. 29, (2), p. 148-159

Loftus, E. F. (2001) When scientific evidence in the enemy. *Skeptical Inquirer*, 25, #6, p 14-15

Loftus, E.F. & Garry, M. (2001, Aug 31) Disneyland with the Queen? I recall it well. *The Times Higher Education Supplement*, p. 22-23.

Garry, M., Rader, M., & Loftus, E.F. (2001) Classic and contemporary studies on the impact of misleading information. Watanabe, Yasui; Ichinose, Keiichiro, Itsukushima, Yukio, & Hamada, Sumio (Eds) *The study of eyewitness testimony: Seeking for the bridge between law and psychology*. Tokyo: Kitaohji publishers,  p. 185-200. (Chapter published in Japanese).

**2002**

Loftus, E.F. (2002) Memory faults and fixes. *Issues in Science and Technology (Publication of the National Academies of Science),* 18, # 4, pp 41-50.  (Selection for:*: The Best American Science and Nature Writing* , (2003) Richard Dawkins, guest editor; Tim Folger, series editor. NY: Houghton Mifflin

--Reprinted in Roesch, R. & Gagnon, N. (Eds)  (2007) Psychology and law. Hampshire, UK: Ashgate.

Hyman, I.E., & Loftus, E.F. (2002) False childhood memories and Eyewitness Memory Errors. In M. L. Eisen, J. A. Quas & G.S. Goodman, (Eds). *Memory and Suggestibility in the Forensic Interview.* Mahwah, NJ: Erlbaum, p 63-84

Thomas, A.K. & Loftus, E.F. (2002) Creating bizarre false memories through imagination, *Memory & Cognition*, 30, 423-431.

Braun, K.A., Ellis, R. & Loftus, E.F. (2002) Make My Memory: How Advertising Can Change Our Memories of the Past. *Psychology and Marketing,* 19, 1-23.

Bernstein, D. M., Whittlesea, B. W.A. & Loftus, E. F. (2002) Increasing confidence in remote autobiographical memory and general knowledge: Extensions of the revelation effect, *Memory & Cognition*, 30, 432-438.

Pickrell, J. & Loftus, E.F. (2002) Balancing with the players stacked against you. *Applied Cognitive Psychology*, 16, 365-366 (Book Review).

Loftus, E.F. & Guyer, M. (2002) Who Abused Jane Doe?: The Hazards of the Single Case History. *Skeptical Inquirer*. Part I. Vol 26, #3 (May/June), Pp. 24-32.

Loftus, E. F. & Guyer, M. J. (2002) Who Abused Jane Doe? Part II. *Skeptical Inquirer*, 26, #4 (July/Aug), p. 37-40, 44.

Garry, M., Sharman, S.J., Feldman, J. Marlatt, G.A., & Loftus, E.F.. (2002). Examining memory for heterosexual college students' sexual experiences using an electronic mail diary. *Health Psychology.* 21, 6, 629-634

Loftus, E.F. (2002) Dear Mother *Psychology Today Magazine*, vol. 35, p 68-70

Loftus, E.F. & Davis, D. (2002) Dispatch from the Repressed-memory legal front. *Psychiatric Times*, vol. XIX, p 44-45, 50-51.

Kanter,J. W., Kohlenberg, R. J., and Loftus, E. F. (2002). Demand Characteristics, Treatment Rationales, and Cognitive Therapy for Depression. *Prevention and Treatment.,* 5, Article 41. Available at http://journals.apa.org/prevention/volume5/pre0050041c.html

van de Wetering, S., Bernstein, D.M., & Loftus, E.F. (2002) Public education against false memories: A modest proposal. *Cognitive Technology*, 2, #2, p 4-7.

Bernstein, D.M. & Loftus, E.F. (2002) Lingering difficulties distinguishing true from false memories. *Neuro-Psychoanalysis*, 4, #2, p 139-141.

**2003**

Loftus, E.F. (2003) Our changeable memories: Legal and practical implications. *Nature Reviews: Neuroscience*, 4, 231-234.

Loftus, E.F. (2003) Make-believe Memories. *American Psychologist*, 58, 864-873,

Loftus, E. F. (2003) The Dangers of Memory. In R.J. Sternberg (Ed*). Psychologists Defying the Crowd.* Washington, D.C. American Psychological Association Press. Pp. 105-117.

Loftus, E. F. (2003) Memory in Canadian Courts of Law. *Canadian Psychology*, 44, 207-212.

Lynn, S. J., Lock, T., Loftus, E.F., Krackow, E., & Lilienfeld, S.O. (2003) The Remembrance of Things Past: Problematic Memory Recovery Techniques in Psychotherapy. In S.O. Lilienfeld, J.M. Lohr, & S.J. Lynn (Eds) *Science and Pseudoscience in Clinical Psychology*. NY; Guilford. pp 205-239.

Loftus, E.F. & Doyle, J.M. (2003) *Eyewitness Testimony: Civil and Criminal.* 2003 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-40..

Loftus, E.F. (2003) False memory.  In Nadel, L. (Ed) *Encyclopedia of Cognitive Science*. Vol 2. London: Nature Publishing Group., p 120-125.

Thomas, A. K., Bulevich, J. B., & Loftus, E.F. (2003) Exploring the role of repetition and sensory elaboration in the imagination inflation effect. *Memory & Cognition  31*, 630- 640.

Nourkova, V.V., Bernstein D.M., & Loftus, E.F. (2003) Echo of explosions: Comparative analysis of recollections about the terrorists attacks in 1999 (Moscow) and 2001 (New York City). *Psychological Journal*, 24, #1, 64-72 (Published in Russian: PSIKHOLOGICHESKII ZHURNAL 24 (1): 64-72 JAN-FEB 2003).

Bernstein, D.M. & Loftus, E.F. (2003) Reconstructive Memory. J.H. Byrne (Ed.) *Learning and Memory, 2nd Edition* (MacMillan Psychology Reference Series). New York: MacMillan, p 558-561.

Wells, G. L. & Loftus, E.F. (2003).  Eyewitness memory for people and events. A. M. Goldstein (Ed.) *Handbook of Psychology. Vol* 11 *Forensic Psychology* (I.B. Weiner, Editor-in-Chief). New York: John Wiley & Sons, pp 149-160

Lynn, S. J., Loftus, E. F.,Lilienfeld, S.O. & Lock, T. (2003) Memory Recovery Techniques in Psychotherapy: Problems and Pitfalls. *Skeptical Inquirer*, 27, 40-46..

Loftus, E.F. (2003, Fall) On science under legal assault. *Daedalus (Journal of the American Academy of Arts & Sciences*), 132 (4), 84-86.

Davis, D. and Loftus, E. F. (2003). What's good for the goose cooks the gander: Inconsistencies between the law and psychology of voluntary intoxication and sexual assault. In W. T. O'Donohue, & E. Lewensky (Eds.) *Handbook of Forensic Psychology*.  Boston: Academic Press (or Amsterdam: Elsevier), p 997-1032


**2004**

Loftus, E. F. (2004)  Dispatch from the (un) civil memory wars.   *Lancet, 364,* 20-21.

Bernstein, D. M., Godfrey, R., Davison, A., & Loftus, E. F. (2004)  Conditions affecting the revelation effect for autobiographical memory.  *Memory  & Cognition*.  32, 455-462.

Loftus, E.F. (2004) Memories of things unseen. *Current Directions in Psychological Science*, 13, 145-47.

Nourkova V.V., Bernstein D.M., Loftus E.F. (2004) Altering traumatic memory. *Cognition & Emotion. 18,* 575-585.

Rosen, G. M., Sageman, M., & Loftus, E.F. (2004) A Historical Note on False Traumatic Memories, *Journal of Clinical Psychology. 60*, 137-139.

Nourkova V.V., Bernstein D.M., Loftus E.F. (2004)  Biography becomes autobiography: Distorting the subjective past. *American Journal of Psychology* 117, 65-80.

Lynn, S.J., Knox, J. A., Fassler, O., Lilienfeld, S.O. & Loftus, E.F. (2004)  Memory, trauma, and dissociation.  In G.M. Rosen (Ed) *Posttraumatic stress disorder: Issues and controversies.*  NY: Wiley, p 163-186

Pickrell, J. E., Bernstein, D. M., & Loftus, E. F. (2004) The Misinformation Effect. In Pohl, R. F. (Ed.). *Cognitive illusions: A handbook on fallacies and biases in thinking, judgment, and memory.* Hove, UK & NY: Psychology Press., p. 345-361.

Loftus, E. F. (2004)  The Memory Wars. *Science & Spirit.*  Vol 15, 28-34

Kanter, J. W., Kohlenberg, R. J. & Loftus, E. F. (2004)  Experimental and Psychotherapeutic Demand Characteristics and the Cognitive Therapy Rationale: An Analogue Study. *Cognitive Therapy and Research, 28,* 229-239.

Braun-LaTour, K. A., LaTour, M. S.,  Pickrell, J. & Loftus, E.F. (2004)    How (and When) advertising

can influence memory for consumer experience. *Journal of Advertising*. 33,7-25.

Bernstein M. & Loftus, E.F. (2004) Memories, false. In R.L. Gregory (Ed) *The Oxford Companion to the Mind, 2nd Edition.* Oxford University Press, p 559-560.

Tsai, A.C., Morsbach, S.,K. & Loftus, E.F. (2004) In Search of Recovered Memories. In W. T. O'Donohue, Wm. & E. Levensky (Eds,) *Handbook of Forensic Psychology*. Boston: Academic Press (Amsterdam: Elsevier), p 555-577.

Levine, L. J. & Loftus, E. F. (2004) Eyewitness testimony. In Spielberger, C.D. *Encyclopedia of Applied Psychology.* San Diego: Elsevier Science (USA)

Loftus, E. F. (2004) Forward in G.D. Lassiter (Ed) *Interrogations, confessions, and entrapment.* Kluwer Academic/Plenum Press, p ix-xiii.

Garry, M. & Loftus, E.F. (2004) I am Freud's brain. *Skeptical Inquirer,* 28,#3, p 16-18.

Garry, M. & Loftus, E.F. (2004) Brainstorm in a teacup. *The Psychologist,* 17, 280-281.

Loftus, E.F. & Bernstein, D. M. (2004) Strong memories are made of this. Review of McGaugh's Memory and Emotion. *Trends in Cognitive Sciences.* 8, p 199-201.

Loftus, E.F. & Cole, S. A. (2004, May 14) Contaminated Evidence. *Science,* 304, p 959. (Essay)

Loftus, E.F. (2004) The devil in confessions. *Psychological Science in the Public Interest.* 5, i-ii (editorial on The Psychology of Confessions)

Loftus, E.F. & Doyle, J.M. (2004) *Eyewitness Testimony: Civil and Criminal.* 2003 *Cumulative Supplement.* Charlottesville, VA: Lexis Law Publishing, 1-41.

## 2005

Bernstein, D.M., Laney, C., Morris, E.K. & Loftus, E.F. (2005) False memories about food can lead to food avoidance. *Social Cognition, 23,* 10-33.

Loftus, E. F. (2005) Planting misinformation in the human mind: A 30-year investigation of the malleability of memory. *Learning and Memory.* 12, 361-366.

Bernstein, D.M., Laney, C., Morris, E.K. & Loftus, E.F.(2005) False beliefs about fattening foods can have healthy consequences. *Proceedings of the National Academy of Sciences*, 102, 13724-13731.

Loftus, E.F. & Bernstein, D. M. (2005). Rich False Memories: The Royal Road to Success. In A. F. Healy (Ed*) Experimental Cognitive Psychology and its Applications.* Washington DC: American Psychological Association Press, p 101-113.

Loftus, E.F. (2005) Searching for the neurobiology of the misinformation effect *Learning & Memory*., 12, 1-2.

Gerrie, M.P., Garry, M., & Loftus, E.F. (2005) False memories. In Brewer, N. & Williams, K.D. (Eds) *Psychology and law: An empirical perspective.* NY: Guilford, p 222-253.

van de Wetering, S., Bernstein, D.M., & Loftus, E.F. (2005) Advertising as information or misinformation? *Cognitive Technology.* 10, 24-28

Loftus, E. F. (2005) The malleability of memory. In H. Minkowich (Ed) *Neuroscientific and Psychoanalytic perspectives on memory.* London: International Neuro-Psychoanalysis Society, p 55-71.

Loftus, E.F. (2005) Distortions of memory and the role of time. In A-N Perret-Clermont (Ed.) *Thinking Time: A Multipdisciplinary perspective on time.* Gottingen, Germany: Hogrefe & Huber Publishers. p 39-44.

Laney, C. & Loftus, E.F. (2005) Traumatic memories are not necessarily accurate memories. *Canadian Journal of Psychiatry*, 50, 823-828.

Davis, D., & Loftus, E. F. (2005). Age and functioning in the legal system: Perception memory and judgment in victims, witnesses and jurors. In Y. I. Noy & W. Karwowski (Eds.), *Handbook of Forensic Human Factors in litigation .* (pp. 11-1-11-53). New York: CRC Press.

Thomas, A. & Loftus, E.F. (2005) Eyewitness memory: Getting more accurate information. *Gazette, 67, #4, p 30-31.* (Magazine of the Royal Canadian Mounted Police).

Loftus, E.F. & Doyle, J.M. (2005) *Eyewitness Testimony: Civil and Criminal.* 2004 *Cumulative Supplement.* Charlottesville, VA: Lexis Law Publishing, 1-51.

## 2006

Loftus, E.F. & Davis, D (2006) Recovered Memories. *Annual Review of Clinical Psychology.* 2, 469-498.

Schmechel, R.S., O'Toole, T. P., Easterly, C. & Loftus, E.F. (2006) Beyond the Ken: Testing Juror's Understanding of eyewitness reliability evidence. *Jurimetrics Journal,* 46, 177-214.

Pizarro, D.A., Laney, C., Morris, E.K., & Loftus, E.F. (2006). Ripple effects in memory: Judgments of

moral blame can distort memory for events.  *Memory & Cognition,* 34, 550-555.

Morris, E.K., Laney, C., Bernstein, D.M., & Loftus, E.F. (2006)  Susceptibility to memory distortion: How do we decide it has occurred?  *American Journal of Psychology.*  119, 255-276.

Croyle, R.T., Loftus, E.F., & Berger, S.D, Sun, Y, Hart, M., & Gettig, J.. (2006)  How Well Do People Recall Risk Factor Test Results? Accuracy and Bias Among Cholesterol Screening Participants  *Health Psychology, 25,* 425-432.

Takarangi, M. K. T., Garry, M., & Loftus, E.F. (2006) Dear diary, Is plastic better than paper?  I can't remember.  *Psychological Methods.* 11, 119-122.

Davis, D., & Loftus, E.F. (2006)  Psychologists in the forensic world.  In Donaldson, S. I., Berger, D.E. & Pezdek, K. (Eds.).  *Applied psychology: New frontiers and rewarding careers.*  Mahwah, NJ: Erlbaum., p 171-200.

Loftus, E.F., Wolchover, D., & Page, D.  (2006)  *Witness Testimony: Psychological, investigative and evidential perspectives.*  In A. Heaton-Armstrong, E. Shepherd, G. Gudjonsson, & D. Wolchover (Eds)  *Witness Testimony:  Psychological, Investigative and Evidential Perspectives.*  Oxford, Eng: Oxford University Press, 7-22.

Braun-LaTour, K.A., LaTour, M.S. & Loftus, E.F.  (2006)  Is that a finger in my chili?:  Using affective advertising for postcrisis brand repair.  *Cornell Hotel & Restaurant Administration  Quarterly, 47,* 2, 106-120.

Braun-LaTour, K. A., Grinley, M., & Loftus, E.F.  (2006)  Tourist memory distortion.  *Journal of Travel Research,* 44, 360-367.

Garry, M. & Loftus, E.F. (2006)  Reading into the soul of science.  *The General Psychologist,* 41, #2, 11-12  (Essay).

Hayne, H., Garry, M. & Loftus, E.F. (2006)  On the Continuing Lack of Scientific Evidence for Repression.  *Behavioral and Brain Sciences*, 29,  521-522.

Loftus, E.F. & Doyle, J.M. (2006) *Eyewitness Testimony: Civil and Criminal.*  2005 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-55.

**2007**

Thomas, A.K., Hannula, D.E. & Loftus, E. F. (2007)  How self-relevant imagination affects memory for behaviour.  *Applied Cognitive Psychology.*, 21, 69-86.

Morgan, C. A. III, Hazlett, G., Baranoski, M., Doran, A., Southwick, S., & Loftus, E.F. (2007)  Accuracy of eyewitness identification is significantly associated with performance on a standardized test of face recognition.  *International Journal of Law & Psychiatry,* 30, 213-223.

Loftus, E. F. (2007)  Elizabeth F. Loftus (Autobiography)  In Lindzey, G. & Runyan, W. M.  (Eds)  *History of Psychology in Autobiography*  Vol. IX  Washington, DC: American Psychological Association Press. p 198-227.

Wade, K.A., Sharman, S.J., Garry, M., Memon, A., Mazzoni, G., Merckelbach, H., & Loftus, E.F. (2007)  False claims about false memory research.  *Consciousness & Cognition*, 16, 18-28.

Sacchi, D. L. M., Agnoli, F. & Loftus, E.F. (2007)  Changing history: Doctored photographs affect memory for past public events.  *Applied Cognitive Psychology.*, 21, 1005-1022.

Davis, D. & Loftus, E.F. (2007)  Internal and external sources of misinformation in adult witness memory.  In M.P. Toglia, J.D. Read, D.F. Ross, & R.C.L. Lindsay (Eds).  *Handbook of eyewitness psychology (Vol l).  Memory for events.*  Mahwah, NJ: Erlbaum.  p 195-237.

Loftus, E.F. & Cahill, L. (2007)  Memory distortion: From misinformation to rich false memory.  In Nairne, J.S. (Ed.)  *The Foundations of Remembering:  Essays in honor of Henry L. Roediger, III.*  New York: Psychology Press.  p 413-425.

Clark, S.E. & Loftus, E. F.  (2007)  In Greene, J. (Ed.)  Eyewitness Evidence.  *Encyclopedia of Police Science, 3rd edition.*  p 491-495.  NY: Routledge,

Loftus, E. F. (2007)  Forgetting: The fate of once learned, but "forgotten", material..  In H.L. Roediger, Y. Dudai, & S. M. Fitzpatrick (Eds)  *Science of Memory:  Concepts*.  NY: Oxford University Press, 321-324.

Loftus, E. F. (2007)  Memory Distortions:  Problems Solved and Unsolved.  In Garry, M. & Hayne, H  (Eds).  *Do Justice and Let the Skies Fall: Elizabeth Loftus and her contributions to science, law and academic freedom.*  Mahwah, NJ: Lawrence Erlbaum Associates, p 1-14.

Clifasefi, S.L., Garry, M., & Loftus, E.F. (2007)  Setting the record (or video camera) straight on memory:  the video camera model of memory and other memory myths.  In S. Della Sala (Ed)  *Tall tales about the mind and brain*. Oxford, England & NY: Oxford University Press., p 60-75. .

Garry, M. & Loftus, E.F. (2007)  Repressed memory.  In Clark, D.S. (Ed)  *Encyclopedia of Law and*

*Society.* Thousand Oaks, Ca.: Sage Publishers. p. 1307-1309.

Loftus, E. F. & Steinberg, R.L. (2007, March 9). If memory serves. *Wall Street Journal*, p. A14.(Op-ed)

**2008**

Laney, C. & Loftus, E.F. (2008) Emotional content of true and false memories. *Memory,* 16, 500-516.

Geraerts, E., Bernstein, D.M., Merckelbach, H., Linders, C.,, Raymaekers, L., & Loftus, E.F. (2008) Lasting false beliefs and their behavioral consequences. *Psychological Science*, 19, 749-753

Sharman, S. J., Garry, M., Jacobson, J.A., Loftus, E. F. & Ditto, P.H. (2008) False memories for end-of-life decisions. *Health Psychology.* 27, 291-296.

Laney, C., Fowler, N.B., Nelson, K.J., Bernstein, D. M.& Loftus, EF. (2008) The persistence of false beliefs. *Acta Psychologica* 129, 190-197

Berkowitz, S.R., Laney, C., Morris, E.K., Garry, M., & Loftus, E. F. (2008) Pluto Behaving Badly: False beliefs and their consequences. *American Journal of Psychology*. 121, 643-660.

Wright, D. & Loftus, E.F. (2008) Eyewitness Memory. In Cohen, G. and Conway, M.A. (Eds) *Memory in the Real World,* 3rd Edition. Hove and New York: Psychology Press., p 91-106.

Laney, C., Kaasa, S. O., Morris, E.K., Berkowitz, S.R., Bernstein, D.M.. & Loftus, E.F. (2008) The Red Herring technique: A methodological response to the problem of demand characteristics. *Psychological Research*. 72, 362-375.

Laney, C., Morris, E.K., Bernstein, D.M., Wakefield, B.M., & Loftus, E.F. (2008) Asparagus, a love story: Healthier eating could be just a false memory away. *Experimental Psychology.* 55, 291-300.

Davis, D., Loftus, E.F., Vanous, S., & Cucciare, M. (2008) "Unconscious Transference" can be an Instance of "Change Blindness." *Applied Cognitive Psychology*. 22, 605-623.

Loftus, E.F. (2008) Gordon & Me. In Gluck, M.A.., Anderson, J.R. & Kosslyn, S M.., (Eds.) *Memory and Mind: A Festschrift for Gordon H. Bower.* New York:: Lawrence Erlbaum Associates. p 49-58.

Loftus, E.F. (2008) Graduate School: Advice for all times. In Amanda C. Kracen & Ian J. Wallace (Eds) *Applying to Graduate School in Psychology.* p 51-54. Washington, DC: American Psychological Association Press.

Loftus, E.F. (2008, May) Perils of Provocative Scholarship. *Observer* (Publication of Association for Psychological Science), Vol 21, #5. 13-15. (with G. Geis).

Loftus, E.F. , Garry, M., & Hayne, H. (2008) Repressed and recovered memory. E. Borgida & S.T. Fiske (Eds.) *Beyond Common Sense: Psychological Science in the Courtroom* Oxford, UK & Malden, Ma.: Blackwell Publishing, p 177-194.

Loftus, E.F. & Fries, J. (2008). The Potential Perils of Informed Consent. *McGill Journal of Medicine,, 11,* 217-218.

Takarangi, M.K.T., Polaschek, D.L.L., Garry, M., & Loftus, E.F. (2008) Psychological science, victim advocates, and the problem of recovered memories. *International Review of Victimology*., 15, 147-163.

Loftus, E.F. (2008, October) Characters. Special Issue. Psychology Today, #2, p,. 5 (published in Polish as Charaktery. Wydanie specjalne. Psychologia Dzia) - Essay

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2008) *Eyewitness Testimony: Civil and Criminal.* 2008 *Cumulative Supplement*. Charlottesville, VA: Lexis Law Publishing, 1-25.

Loftus, E. (2008). Crimes da memoria: memorias falsas e justice social. In A.C. Fonseca (ed.). Psicologia e justice (pp. 331-339). Coimbra: Nova Almedina (published in Portuguese)

Kaasa, S..O. & Loftus, E.F. (2008). False memories. In Frederick T. Leong (Ed). *Encyclopedia of Counseling*. Thousand Oaks, Ca: Sage, p 161-163.

Fowler, N.B., Nelson, K.J. & Loftus, E.F. (2008) Repressed and recovered memories. In Cutler, B. L. (Ed), *Encyclopedia of Psychology and Law.* Volume 2, p 688-691, Thousand Oaks, Ca.,: Sage.

Bernstein, D.M., Nourkova, V., & Loftus, E.F. (2008). From individual memories to oral history. In A.M. Columbus (Ed.). *Advances in Psychology Research*. vol 54, Hauppauge, NY: Nova Science Publishers. pp. 157-181.

**2009**

Bernstein, D.M. & Loftus, E.F. (2009) The consequences of false memories for food preferences and choices. *Perspectives on Psychological Science*, 4, 135-139.

Peterson, T., Kaasa, S.,O. & Loftus, E.F. (2009). Me too! : Social Modeling Influences on Early Autobiographical Memories. *Applied Cognitive Psychology.* 23, 267-277.

Geis, G. & Loftus, E. F. (2009) Taus v. Loftus: Determining the Legal Ground Rules for Scholarly Inquiry. *Journal of Forensic Psychology Practice.* 9, 147-162.

Bernstein, D.M., Rudd, M. E., Erdfelder, E., Godfrey, R., & Loftus, E.F. (2009) The revelation effect

for autobiographical memory: A mixture-model analysis. *Psychonomic Bulletin & Review*, 16 (3), 463-468

Bernstein, D. M. & Loftus, E. F. (2009)  How to tell if a particular memory is true or false. *Perspectives on Psychological Science*, 4, 370-374.

Bernstein, D.M., Godfrey, R.D., & Loftus, E.F. (2009). False Memories: Plausibility and autobiographical belief. In K. Markman, W. Klein, & J. Suhr (Eds.).  *Handbook of Imagination and Mental Simulation*. : Psychology Press. p. 89-102

Davis, D., & Loftus, E.F. (2009)  The Scientific Status of "Repressed" and "Recovered" Memories of Sexual Abuse  Skeem, J.S., Douglas, K.S., & Lilienfeld, S.O. (Eds) *Psychological Science and Non-science in the Courtroom*.  New York: Guilford. P 55-79.

French, L., Garry, M., & Loftus, E. F.  (2009)  False Memories: A kind of confabulation in non-clinical subjects.  In Hirstein, W. (Ed.) *Confabulation: Views from Neuroscience, Psychiatry, Psychology, Neurology, and Philosophy*.  Oxford, Oxford University Press. P 35-68.

Davis, D. & Loftus, E.F. (2009)  Expectancies, emotion and memory reports of visual events: In J. R. Brockmole (Ed.), *The Visual World in Memory.*. Hove & NY: Psychology Press, p 178-214.

Laney, C. & Loftus, E.F. (2009)  Eyewitness memory. In R.N. Kocsis (Ed).  *Applied Criminal Psychology:  A guide to forensic behavioral* sciences (pp. 121-145).  Springfield, IL: Charles C. Thomas Publishers.

Laney, C. & Loftus, E.F.  (2009)  Memory, Distortions of.  In Bayne, T.,  Cleeremans, A., & Wilken, P., (Eds) *The Oxford Companion to Consciousness*. (p 426-27)  Oxford University Press.

Bernstein, D.M. & Loftus, E.F. (2009)  Memory distortion.  In M.D. Binder, N. Hirokawa, & U. Windhorst (Eds).  *The encyclopedia of neuroscience*.  Springer_Verlag, GmbH Berlin Heidelberg (pp 2325-2328).  DOI: 10.1007/978-3-540-29678-2_3415.

Peterson, T. & Loftus, E.F. (2009)  Memory: Reconstructive.  In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e.  Chichester, UK: Wiley. p 1709-1712

Nelson, K.J., Bowman-Fowler, N., Berkowitz, S. R., & Loftus, E.F. (2009)  Eyewitness Testimony.   In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e.  Chichester, UK: Wiley. P 1075-1079.  DOI: 10.1002/9780470061589.fsa264

Loftus, E. F. (2009)  Forward to Munsterberg's *On The Witness Stand*. (Reissued in Classics in Psychology)  Greentop, Mo: Greentop Academic Press, p. 7-11.

Peterson, T. & Loftus, E.F. (2009)  Reconstructive Memory.  In Matsumoto, D. (Ed.)  *The Cambridge Dictionary of Psychology*. (p 428-429)  Cambridge University Press.,

Bowman-Fowler, N., Nelson, K. J., & Loftus, E. F., (2009).  Memory: Repressed,  In A. Jamieson & A. Moenssens (Eds) *Wiley Encyclopedia of Forensic Scienc*e.  Chichester, UK: Wiley p 1712-1716

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2009) *Eyewitness Testimony: Civil and Criminal.*  2009 *Cumulative  Supplement*. Charlottesville, VA: Lexis Law Publishing.

**2010**

Zhu, B., Chen, C., Loftus, E.F., Lin, C., He, Q., Chen, C, Li, H., Xue, G., Lu, Z., Dong, Q. (2010)  Individual differences in false memory from misinformation: Cognitive Factors.  *Memory.* 18, 543-555.

Stark, C.E.L., Okado, Y., & Loftus, E.F. (2010)  Imaging the reconstruction of true and false memories using sensory reactivation and the misinformation paradigms.  *Learning and Memory*, 17, 485-488.

Zhu, B., Chen, C., Loftus, E.F. , Lin, C & Dong, Q. (2010)   Treat and Trick: A new way to increase false memory.  *Applied Cognitive Psychology, 24,* 1199-1208.

Goodman-Delahunty, J., Granhag, P.A., Hartwig, M. & Loftus, E.F.  (2010)  Insightful or wishful: Lawyers' ability to predict case outcomes. *Psychology, Public Policy, & Law,* 16, 133-157.

Zhu, B., Chen, C., Loftus, E.F., Lin, C, He Q., Chen, C., Moyzis, R..K., Lessard, J., Dong, Q. (2010)  Individual differences in false memory from misinformation:  Personality characteristics and their interactions with cognitive abilities. *Personality and Individual Differences.* 48, 889-894.

Loftus, E.F. (2010)  Foreward to Granhag,P.A. (Ed.)  *Forensic Psychology in Context: Nordic and international approaches*.  Pp. xv- xvi.  Cullompton, Devon, UK: Willan Publishing.

Laney, C., & Loftus, E.F. (2010). Change blindness and eyewitness  testimony. In G. M. Davies & D. B. Wright (Eds.), *Current Issues in Applied Memory Research*. NY:  Psychology Press, p 142-159.

Loftus, E.F. & Frenda, S.J. (2010)  Bad theories can harm victims: Review of Susan A. Clancy's "*The  Trauma Myth,* Basic Books, 2010.  *Science*, 327, 1329-1330.

Laney, C., & Loftus, E.F. (2010). False memory. In J. M. Brown & E.A. Campbell (Eds.), *The Cambridge handbook of forensic psychology* (pp. 187-194). NY: Cambridge University Press.

Laney, C.& Loftus, E.F. (2010) Truth in emotional memories.  In B.H. Bornstein & R.L. Wiener (Eds.) *Emotion and the law: Psychological perspectives*.  NY: Springer.  (Also *Nebraska Symposium on Motivation*. 56, 157-183)

Loftus, E.F.  (2010)  Catching Liars. (Editorial)  *Psychological Science in the Public Interest*, 11, 87-88.

Steblay, N., & Loftus, E.F. (2010).  Eyewitness memory. In Goldstein, E.B. (Ed) *Encyclopedia of Perception*.  Thousand Oaks, Ca: Sage.

Loftus, E.F.  (2010)  Why parapsychology is not yet ready for prime time.  Afterword for Krippner, S., Friedman, H.L.  *Debating psychic experience:  Human potential or human illusion*.  (Pp. 211-214)  Santa Barbara, Ca: Praeger.

Loftus, E.F., Doyle, J.M. & Dysart, J.E. (2010) *Eyewitness Testimony: Civil and Criminal.*  2010 *Cumulative  Supplement*. Charlottesville, VA: Lexis Law Publishing.

**2011**

Nelson, K.J., Laney, C., Bowman-Fowler, N.,Knowles, E., Davis, D., & Loftus, E.F.  (2011) Change blindness can cause mistaken eyewitness identification. *Legal and Criminological Psychology.* 16, 62-74.

Kaasa, S.O., Morris, E.K.., & Loftus, E.F.  (2011)  Remembering Why: Can people consistently recall reasons for their behavior?  *Applied Cognitive Psychology. 25,* 35-42.

Loftus, E. F. (2011) Intelligence gathering post 9/11.  *American Psychologist.* 66,, 532-541.

Frenda, S.J., Nichols, R.M., & Loftus, E.F. (2011)  Current issues and advances in misinformation research.  *Current Directions in Psychological Science, 20,* 20-23.

Loftus, E. F.  (2011)  Crimes of Memory: False Memories and Societal Justice.  In M.A. Gernsbacher, R. W. Pew, L. M. Hough, & J. R. Pomerantz (Eds).  *Psychology and the Real World*: *Essays illustrating fundamental contributions to society.*  pp. 83-88. New York: Worth Publishers.

Newman, E.J., Berkowitz, S.R., Nelson, K.J., Garry, M., & Loftus, E.F.  (2011)  Attitudes about memory dampening drugs depend on context and country.  *Applied Cognitive Psychology, 25*, 675-681.

Mantonakis, A., Bernstein, D.M., & Loftus, E.F. (2011).  Attributions of Fluency: Familiarity, Preference, and the Senses.  In P.A. Higham & J.P. Leboe (Eds).  *Constructions of Remembering and Metacognition. Essays in Honour of Bruce Whittlesea*,.  Hampshire, England: Palgrave MacMillan, p 40-50.

Laney, C., & Loftus, E. (2011). Eyewitness Testimony. *Oxford Bibliographies Online: Criminology.* doi: 10.1093/obo/9780195396607-0086

Loftus, E.F. (2011)  How I got started: From semantic memory to expert testimony.  *Applied Cognitive Psychology,* 25, 347-348.

Loftus, E.F. (2011, March 5-6)  In the Memory Palace.  (Review of J. Foer,  Moonwalking with Einstein: The Art and Science of Remembering Everything).  *Wall Street Journal. p C8.*

Loftus, E.F.& Geis, G.  (2011)  Collaborating to deter potential public enemies:  Social science and the law.  *Univ of California- Irvine Law Review*, 1, 175-186.

Bernstein, D.M., Pernat, N., & Loftus, E.F. (2011). The false memory diet: False memories alter food preference. In V.R. Preedy, R.R. Watson, & C.R. Martin  (Eds.). *Handbook of behavior, food, and nutrition*. New York: Springer (pp. 1645-1663). DOI 10.1007/978-0-387-92271-3_107.

Loftus, E.F. (2011, September 1)  The risk of ill-informed juries. *New York Times* (Editorial)

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2011)  *Eyewitness testimony: Civil & Criminal.  2011 Cumulative Supplement*, p 1-37.  Charlottesville, VA: Lexis Law Publishing,

**2012**

Zhu, B., Chen, C., Loftus, E.F., He, Q., Chen, C., Lei, X., Lin, C., & Dong, Q.  (2012)  Brief exposure to misinformation can lead to long-term false memories.  *Applied Cognitive Psychology,* 26, 301-307.

Newman, E.J. & Loftus, E.F. (2012)  Clarkian Logic on Trial.  *Perspectives on Psychological Science, 7,* 260-263.

Davis, D. & Loftus, E.F. (2012). Inconsistencies Between Law and the Limits of Human Cognition: The Case of Eyewitness Identification.  In Nadel, L. & Sinnott-Armstrong, W.P. (Eds)  *Memory and Law.*  NY: Oxford Univ. Press., p 29-58.

Foster, J.L., Huthwaite, T., Yesberg, J.A., Garry, M., & Loftus, E.F. (2012)  Repetition, not number of sources, increases both susceptibility to misinformation and confidence in the accuracy of eyewitnesses.  *Acta Psychologica.* 139, 320-326.

Davis, D. & Loftus, E.F.  (2012)  The dangers of eyewitnesses for the innocent:  Learning from the past and projecting into the age of social media.  *New England Law Review.* 46, 769-809.

Newman, E.J. & Loftus, E.F. (2012)  Updating Ebbinghaus on the Science of Memory,  *Europe's Journal of Psychology*. 8, 209-216.

Foster, J.L., Garry, M.,& Loftus, E.F. (2012)  Repeated information in the courtroom.  *Court Review, 48,* 45-47.

Loftus, E.F. & Newman, E.J.(2012, December 23).  The malleability of memory.  *U-T San Diego*, p. B2

**2013**

Frenda, S. J., Knowles, E. D., Saletan, W. & Loftus, E.F. (2013)  False memories of fabricated political events.  *Journal of Experimental Social Psychology*, 49, 280-286.

Schacter, D.L. & Loftus, E.F. (2013)  Memory and Law: What can Cognitive Neuroscience contribute?  *Nature Neuroscience.* 16 (2), 119-123.

Morgan, C.A., Southwick, S., Steffian, G., Hazlett, G., & Loftus, E.F..(2013) Misinformation can influence memory for recently experienced, highly stressful events.  *International Journal of Law and Psychiatry. 36,* 11-17.  http://dx.doi.org/10.1016/j.ijlp.2012.11.002

Loftus, E.F. (2013)  Eyewitness testimony in the Lockerbie Bombing case.  *Memory*, 21, 584-590.  http://dx.doi.org/10.1080/09658211.2013.774417.

Zhu, B., Chen, C., Loftus, E.F., Lin, C., & Dong, Q.  (2013)  The relationship between DRM and misinformation false memories.  *Memory and Cognition, 41,* 832-838.

Steblay, N.K. & Loftus, E.F. (2013)  Eyewitness Identification and the Legal System.  In Shafir, E. (Ed)  *The Behavioral Foundations of Policy.*  Princeton University Press, p  145-162

Wells, G. L. & Loftus, E.F. ( 2013).  Eyewitness memory for people and events.  In  R.K. Otto and & I.B. Weiner (Eds) *Handbook of Psychology.*  (2nd Ed., Vol. 11: Forensic psychology)  (pp. 617-629). Hoboken, NJ: John Wiley & Sons, Inc.

Lappas, S.T. & Loftus, E.F. (2013)  The rocky road to reform:  State innocence studies and the Pennsylvania story.  In C. R. Huff & M. Killias  (Eds)  *Wrongful Convictions and miscarriages of justice.* P 309-327.  NY:  Routledge

Loftus, E.F. (2013)  Psychological memory science and legal reforms.  Association for Psychological Science *Observer* 26, 10-11.

Berkowitz, S.R. & Loftus, E.F. (2013)  A skeptical view of repressed memory evidence.  *California Litigation*, 26, 18-23.

Mantonakis, A., Wudarzewski, A., Bernstein, D.M., Clifasefi, S.L., & Loftus, E.F. (2013)  False beliefs can shape current consumption.  *Psychology,* 4, 302-308.

Patihis, L., Tingen, I.W., & Loftus, E.F. (2013)  Memory myths.  *Catalyst:* 23 (3), p 6-8.

Clifasefi, S.L., Bernstein, D.B., Mantonakis, A. & Loftus, E.F. (2013). "Queasy does it": False alcohol beliefs and memories lead to diminished alcohol preferences. *Acta Psychologica, 143, 14-19*

Newman, E.J., Klemfuss, J. Z., & Loftus, E.F. (2013) Repressed memories.  In *McGraw-Hill Yearbook of Science & Technology.*  p. 321-323.  NY: McGraw-Hill

Kaasa, S.O., Cauffman, E., Clarke-Stewart, K.A., & Loftus, E.F. (2013)  False accusations in an investigative context:  Differences between suggestible and non-suggestible witnesses.  *Behavioral Sciences and the Law,* 31, 574-592.

Loftus, E. F. (2013)  25 years of Eyewitness Science….Finally Pays off.  *Perspectives on Psychological Science,* 8, 556-557.

Zhu, B*.,* Chen, C., Loftus, E.F., Moyzis, R.K., Dong, Q., Lin, C., (2013)  True but not false memories are associated with the HTR2A gene.  *Neurobiology of Learning and Memory.* 106, 204-209.

Laney, C., & Loftus, E.F. (2013)  Eyewitness Testimony and Memory Biases.  In Diener, E. & Diener, C. (Eds)  (2013)  *Knowledge Evolved: Psychology Edition.* Noba (online textbook: http://nobaproject.com/)  2023 cite: http://noba.to/uy49tm37.

Lewandowsky, S., Mann, M. E., Bauld, L., Hastings, G., & Loftus, E. F. (2013, November 1). The subterranean war on science. *APS Observer,* online only. Retrieved from: http://www.psychologicalscience.org/index.php/publications/observer/2013/november-2013/the-subterranean-war-on-science.html

Patihis, L., Frenda, S.J., LePort, A.K.R., Petersen, N., Nichols, R.M., Stark, C.E.L., McGaugh, J.L., & Loftus, E.F.  (2013*)* False memories in highly superior autobiographical memory individuals.

*Proceedings of the National Academy of Sciences*., 110, 20947-20952

**2014**

Patihis, L., Ho, L.Y., Tingen, I.W., Lilienfeld, S.O. & Loftus, E.F. (2014)  Are the "Memory Wars" over?  A scientist-practioner gap in beliefs about repressed memory.  *Psychological Science.25,* 519-530.

Lynn, S.J., Lilienfeld, S.O., Merckelbach, H., Giesbrecht, T., McNally, R.J., Loftus, E.F., Bruck, M., *Garry, M., Malaktaris, A. (*2014)  *The trauma model of dissociation:  Inconvenient truths and* stubborn fictions.  *Psychological Bulletin. 140,* 896-910.

Frenda, S.J., Patihis, L., Loftus, E.F., Lewis, H.C., & Fenn, K.M. (2014)  Sleep deprivation and false memories of event details.  *Psychological Science.* 25, 1674-1681.

Strange, D. , Dysart, J., & Loftus, E.F. (2014)  Why alibi errors are not necessarily evidence of guilt.  *Zeitschrift fur Psychologie.*  (Special issue on Applied Memory Research), 222, 82-89.

Turgeon, J., Francis, E., & Loftus, E.  (2014, Sept-Oct)  Crafting model jury instructions for evaluating eyewitness testimony.  *The Pennsylvania Lawyer*, Vol 36, p 49-52.

Michael, R.B., Braniff, G., Garry, M. & Loftus, E.F. (2014) Thinking about regret:  Number of memories and ease of retrieval influence judgments about regret.  *Psychology of Consciousness: Theory, Research & Practice,1, 329-338.*.

Patihis, L., Lilienfeld, S.O., Ho, L.Y. & Loftus, E.F. (2014)  Unconscious repressed memory is scientifically questionable.  *Psychological Science*, 25, 1967-68  (Commentary)

Wylie, L. E., Patihis, L., McCuller, L. L., Davis, D., Brank, E. M., Loftus, E. F., & Bornstein, B. H. (2014). Misinformation effects in older versus younger adults: A meta-analysis and review. In M. P. Toglia, D. F. Ross, J. Pozzulo, & E. Pica (Eds)  *The Elderly Eyewitness in Court,*  UK: Taylor & Francis., p 38 -66.

Loftus, E.F. (2014, Feb. 14)  Unknown:  What happened in the attic; Known:  memory is malleable.  *National Law Journal. (*opinion)

Grady, R.H. & Loftus, E.F. (2014, Dec. 24)  (Mis)remembering sexual assault. *Daily Journal* (op-ed)

Loftus, E. F. (2014)  Illusions of Memory.   In Crangle, C.E., ,de la Sienra, A.G., & Longino, H.E. (Eds).  *Foundations and methods from mathematics to neuroscience:  Essays inspired by Patrick Suppes.*  CSLI Publications., Stanford, Calif.   (Center for the Study of Language and Information). p 225-229.

Patihis, L., Davis, D., & Loftus, E.F. (2014)  Memory.  In T.R. Levine (Ed.)  *Encyclopedia of Deception*.  Thousand Oaks, Ca:  Sage, p 656-658.

Patihis, L., Davis, D., & Loftus, E.F. (2014)  Repressed memories.  In T.R. Levine (Ed.)  *Encyclopedia of Deception*.  Thousand Oaks, Ca., Sage, p. 814-817.

Newman, E. J., Frenda, S. J., & Loftus, E. F. (2014). False Memories. In *Encyclopedia of Criminology and Criminal Justice* (pp. 1555-1563). NY: Springer

**2015**

Loftus, E.F. (2015)  Crimes of memory:  False Memories and Societal Justice,   In M.A. Gernsbacher & J.R. Pomerantz (Eds)  *Psychology and the Real World*.  2nd Ed.  NY: Worth, p 87-93.

Nichols, R. M., Bogart, D., and Loftus, E. F. (2015). False Memories. In *International Encyclopedia of Social and Behavioral Sciences* 2nd Ed. (Vol 8, pp 709-714)   Oxford, UK: Elsevier. DOI: 10.1016/B978-0-08-097086-8.51034-4

Berkowitz, S.R., Enright, K., Bowman-Fowler, N., & Loftus, E.F. (2015)   Eyewitness Testimony.  In A. Jamieson & A.A. Moenssens (Eds)  *Encyclopedia of Forensic Science*.   John Wiley: Chichester. DOI: 10.1002/9780470061589.fsa264.pub2

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2015)  *Eyewitness testimony: Civil & Criminal. 5th Ed.  2015 Cumulative Supplement*, p 1-22.  Charlottesville, VA: Lexis Law Publishing,

Davis, D. & Loftus, E.F. (2015)  Repressed Memories.  In R.L. Cautin & S.O. Lilienfeld (Eds)  *The Encyclopedia of Clinical Psychology. P 1-3* NY: Wiley  DOI:10.1002/9781118625392.wbecp270

Cochran, K.J., Bogart, D.F., Peterson, T, & Loftus, E.F. (2015)  Memory: Reconstructive. *Wiley Encyclopedia of Forensic Science*, p 1-5  DOI: 10.1002/9780470061589.fsa607.pub2.

Bogart, D.F. & Loftus,E.F. (2015)  Memory: Repressed.  *Wiley Encyclopedia of Forensic Science,* p 1-7. DOI: 10.1002/9780470061589.fsa283.pub2

**2016**

Patihis, L. & Loftus, E.F. (2016) Crashing Memory 2.0: False memories in adults for an upsetting childhood event.  *Applied Cognitive Psychology 30,* 41-50.  DOI: 10.1002/acp.3165

Takarangi, M. K. & Loftus, E.F. (2016)  Suggestion, placebos and false memories.  In A. Raz & C.S. Harris (Eds)  *Placebos Talks: Modern perspectives on placebos in society.*  Oxford Univ Press. p 204-226.

Kaplan, R. L., Van Damme, I., Levine, L.J., & Loftus, E.F.  (2016) Emotion and false memory.  *Emotion Review, 8,* 8-13.

Laney, C., & Loftus, E.F. (2016)   History of forensic interviewing.   In O'Donohue, W.T. & Fanetti, M.. (Eds).   *Forensic Interviews Regarding Child Sexual Abuse – A guide to evidence-based practice.* NY Springer. (pp  1-17).

Davis, D., & Loftus, E.F. (2016)  Remembering disputed sexual encounters.  *Journal of Criminal Law and Criminology, 105,* 811-851.

Loftus, E.F. (2016)   Memory Matters.   In Sternberg, R., Fiske, S., Foss, D. (Eds)  *Scientists Making a Difference.* NY: Cambridge University Press., p 136-139.

Zhu, B., Chen. C., Loftus, E.F., He, Q., Lei, X., Dong, Q, & Lin, C. (2016)   Hippocampal size is related to short-term true and false memory, and right fusiform size is related to long-term true and false memory.  *Brain Structure & Function, 221,* 4045-4057.

Loftus, E. F. (2016) Illusions of Memory.  *Skeptical Inquirer,* 40, 22-23. (Honorary Doctorate Acceptance Speech)

Frenda, S.J., Berkowitz, S.R., Loftus, E.F., && Fenn, K.M. (2016)  Sleep deprivation and false confessions.  *Proceedings of the National Academy of Sciences, 113, 2047-2050.*

Cochran, K., Greenspan, R., Bogart, D., & Loftus, E.,F. (2016)  Memory Blindness: Altered memory reports lead to distortions in eyewitness memory. *Memory & Cognition*, 44, 717-726.

Berkowitz, S.R.. Frenda, S.J., Loftus, E.F., && Fenn, K.M (2016)  Feeling sleepy? You might be at risk of falsely confessing to a crime you did not commit.   *The Conversation*  https: theconversation.com

Grady, R.H., Butler, B.J. & Loftus, E.F. (2016)  What should happen after an officer-involved shooting?  Memory concerns in police reporting procedures. *Journal of Applied Research in Memory & Cognition, 5,* 246-251.

Newman, E. J., Frenda, S.J.  & Loftus, E.F. (2016)  Memory as Reconstructive.  In H.L. Miller,Jr.. (Ed)  *Sage Encyclopedia of Theory in Psychology*. (Vol 2, p 545-549)  Thousand Oaks, Calif: Sage

Loftus, E.F. (2016)  To enhance justice: The risk and reward of studying memory.  *The Humanist* (Isaac Asimov Science Award acceptance speech) vol 76, #6, p 29-32.

Loftus, E.F., Doyle, J.M., & Dysart, J.E. (2016)  *Eyewitness testimony: Civil & Criminal. 5*th *Ed.  2016 Cumulative Supplement*, p 1-26.  Charlottesville, VA: Lexis Law Publishing,

**2017**

Loftus, E.F. (2017)  Eavesdropping on Memory.  *Annual Review of Psychology, 68, 1-18.*

Van Damme, I., Kaplan, R.,L., Levine, L.J., & Loftus, E.F. (2017)  Emotion and false memory: How goal-irrelevance can be relevant for what people remember.  *Memory, 25,* 201-213.  DOI: 10..1080/09658211.2016.1150489.

Berkowitz, S.F. & Loftus, E.F. (2017).  Misinformation in the Courtroom.  In H. Otgaar & M.L Howe (Eds) *Finding the truth in the courtroom.*   Oxford Univ Press.

Laney, C. & Loftus, E.F.  (2017)  False memories matter.  In R. A. Nash & J. Ost  (Eds) *False and Distorted Memories.*  NY & London:  Routledge., p 143-155.

Nash, R.A., Wade, K.A., Garry, M., Loftus, E.F., & Ost, J. (2017)  Misrepresentations and flawed logic about the prevalence of false memories.  *Applied Cognitive Psychology, 31,* 31-33.

Pickrell, J., McDonald, D., Bernstein, D.M., & Loftus, E.F. (2017) Misinformation effect.  In R.F. Pohl (Ed*) Cognitive Illusions:  Intriguing phenomena in thinking, judgment, and memory (2nd ed).* Hove, UK: Psychology Press, pp 406-423.

Crozier, W., Strange, D., & Loftus, E.F. (2017)  Memory errors in alibi generation.  *Behavioral Sciences & the Law.35, 6-17.*

Loftus, E.F. & Greenspan, R.L. (2017)  If I'm certain, is it true?  Accuracy and Confidence in eyewitness memory.  *Psychological Science in the Public Interest, 18,* 1-2

Pena, M.M., Klemfuss, J.Z., Loftus, E.F.  (2017)  The effects of exposure to different amounts of misinformation and source credibility perception on source monitoring and memory accuracy. Psychology of Consciousness, 2017, 337-347.

Loftus, E.F., Dysart, J.E. & Newirth, K.A. (2017)  *Eyewitness testimony: Civil & Criminal. 5th Ed.  2017 Cumulative Supplement*, p 1-31.  Charlottesville, VA: Lexis Law Publishing,

Bogart, D. & Loftus, E. (2017) Eyewitness testimony:A US case study. *Psychology Review*, Vol 23,7, 2-5

**2018**

Butler, B. & Loftus, E. (2018)  Discrepancy detection in the retrieval-enhanced suggestibility paradigm.  *Memory , 26,* 483-493.   DOI: 10.1080/09658211.2017.1371193

Cochran, K. J., Greenspan, R. L, Bogart, D. F., & Loftus, E. F. (2018).  (Choice)Blind justice: Legal implications of the choice blindness phenomenon.  *University of California Irvine Law Review*, 8, 85-96.

Rakoff, J.S. & Loftus, E.F.  (2018)  The intractability of inaccurate eyewitness identification.  *Daedalus, 147, 90-98.*

Patihis, L, Frenda,, S.J., & Loftus, E.F.  (2018)  False memory tasks do not reliably predict other false memories.  *Psychology of Consciousness,* 5(2), 140-160.

Loftus, E.F. (2018)  Eyewitness Testimony: An Eyewitness Report.  In T. Grisso  & S.L.  Brodsky (Eds) *The Roots of Modern Psychology and Law*.  Oxford University Press. p. 31-43.

Loftus, E.F.  (2018)  Eyewitness science and the legal system.  *Annual Review of Law and Social Science, 14, 1-10.*

Patihis, L., Ho, L.Y., Loftus, E.F., & Herrara, M.E. (2018)  Memory experts' beliefs about repressed memory.  *Memory.*  DOI: 10.1080/09658211.2018.1532521

Laney, C & Loftus, E.  (2018)  "False Memory." In *Oxford Bibliographies in Psychology*. Ed. Dana S. Dunn. New York: Oxford University Press.

Bell, R., Maxcey, A.M., & Loftus, E.F. (2018)  Crime Solving: Can you correctly report what you saw? *Frontiers for Young Minds. https://doi.org/10.3389/frym.2018.00021*

Zhu, b., Chen, C., Loftus, E.F., Dong, Q, Lin, C.,& Li, J. (2018)  Intellectual factors in false memories of patients with schizophrenia.  *Psychiatry Research.*, 265,  256-262  https:/ / doi.org/ 10.1016/ j.psychres.2018.05.007

Laney, C., & Loftus, E.F. (2018). Current directions in false memory research. In K. Shigemasu, S. Kuwano, T. Sato, & T. Matsuzawa (Eds.), *Diversity in Harmony*: Proceedings of the 31st International Congress of Psychology (pp. 343-357). Wiley.

Laney, C., & Loftus, E.F. (2018). Eyewitness memory. In R. N. Kocsis (Ed.), *Applied criminal psychology: A guide to forensic behavioral sciences* (2nd ed.; pp. 199-228). Charles C. Thomas.

Davis, D. & Loftus, E.F.  (2018)  Eyewitness Science in the 21st Century.  *Stevens' Handbook of Experimental Psychology and Cognitive Neuroscience*.   Vol 1: Learning and Memory.   4th Ed.  Wiley

**2019**

Loftus, E.F. & Teitcher, J. (2019)  Invasion of the Mind Snatchers: A Nation full of Traumatic Memories. *Clinical Psychological Science.*, 7, 25-26.

Zhu, B., Chen, C., Shao, X., Liu, W., Ye, Z.,  Zhuang, L., Zheng, L., Loftus, E.F., & Xue, G.  (2019)  Multiple interactive memory representations underlie the induction of false memory.  *Proceedings of the National Academy of Sciences, 116, 3466-3475*

Loftus, E.F. (2019)  Eyewitness Testimony. *Applied Cognitive Psychology, 33*, 498-503.

Urban, E.J., Cochran, K.J., Acevedo, A.M., Cross, M.P., Pressman, S.D., & Loftus, E.F. (2019) Misremembering pain: A memory blindness approach to adding a better end.  *Memory & Cognition, 47, 954-967.*

Nichols, R.M., & Loftus, E.F. (2019)   Who is susceptible in three false memory tasks?  *Memory, 27,* 962-984.

Otgaar, H., Howe, M.L., Patihis, L., Merckelbach, H., Lynn, S.J., Lilienfeld, S.O. & Loftus, E.F. (2019) The return of the repressed: The persistent and problematic claims of long forgotten trauma. *Perspectives on Psychology Science.* 14, 1072-1095.

Murphy, G., Loftus, E.F., Grady, R.H., Levine, L.J., & Greene, C.M. (2019)  False memories for fake news during Ireland's abortion referendum. *Psychological Science, 30,* 1449-1459.

Davis, D. & Loftus, E.F. (2019) Title IX and "trauma-focused" investigations: The Good, the Bad, and the Ugly. *Journal of Research on Memory and Cognition, 8, 403-410.*

**2020**

McClure, K.A., McGuire, K.L. & Loftus, E.F. (2020) Officers' memory and stress in virtual lethal force simulations. *Psychology, Crime, & Law., 26, 248-266.*

Shaw, E. V., Loftus, E. F. (2020). Punishing the crime of forgetting. *Journal of Applied Research in Memory and Cognition, 9, 24-28.*

Otgaar, H., Wang, J., Howe, M.L, Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L. (2020) Belief in unconscious repressed memory is widespread: A comment on Brewin et al. *Journal of Experimental Psychology: General. 149, 1996-2000.*

Kloft, L., Otgaar, H., Blokland, A., Monds, L.A., Toennes, S.W., Loftus, E.F., & Ramaekers, J.G. (2020) Cannabis increases susceptibility to false memory. *Proceedings of the National Academy of Sciences.* 117, 4585-4589

Davis, D. & Loftus, E.F. (2020)  Recovered memories and false memories.  In Geddes J.R, Andreasen N.C. and Goodwin, G.M.  (Eds). *New Oxford Textbook of Psychiatry* 3ed. Oxford University Press, Oxford, UK. 884-893.

Greenspan, R.L. & Loftus, E.F. (2020) Eyewitness confidence malleability.  *Law and Human Behavior, 44,* 194-208.

Murphy, G., Loftus, E.F., Grady, R., Levine, L., & Greene, C.  (2020) Fool me twice: How effective is debriefing in false memory studies?' *Memory,* 28, 938-949.

Murphy, G., Loftus, E.F., Grady, R., Levine, L., & Greene, C.  (2020)  Misremembering Motives: The unreliability of voters' memories of the reasons for their vote. *Journal of Applied Research on Memory and Cognition., 9,* 564-575.

Otgaar, H., Wang, J., Dodier, O., Howe, M.L., Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L. (2020)  Skirting the issue: What does believing in repression mean? *Journal of Experimental Psychology: General , 149,* 2005-06.

**2021**

Feeling, N., Williams, D.P., Speller, L.F., Koenig, J., Loftus, E.F., & Thayer, J.F.  (2021) Resting state heart rate variability and false memories. *International Journal of Psychophysiology. 159,* 17-22.

Greenspan, R. L. & Loftus, E.F. (2021) Pandemics and infodemics: Research on the effects of misinformation on memory. *Human Behavior and Emerging Technologies, 3,* 8-12.

Otgaar, H., Howe, M.L., Dodier, O., Lilienfeld, S.O., Loftus, E.F., Lynn, S.J., Merckelbach, H., & Patihis, L., (2021)  Belief in unconscious repressed memory persists. *Perspectives on Psychological Science, 16,* 454-460.

Bailey, N.A., Olaguez, A.P., Klemfuss, J.Z., & Loftus, E.F., (2021)  Tactics for increasing resistance to varying amounts of misinformation. *Applied Cognitive Psychology, 35,* 863-872.

Wixted, J.T., Wells, G.L., Loftus, E.F., & Garrett, B.L. (2021)  Test a witness's memory of a suspect only once. *Perspectives on Psychological Science. 22,* 1S-18S.

Grady, R.H., Ditto, P.H. & Loftus, E.F. (2021)  Nevertheless, partisanship persisted:  Fake news warnings help briefly, but bias returns with time. *Cognitive Research: Principles and Implications, 6, 52, p 1-16* https://doi.org/10.1186/s41235-021-00315-z

Levine, L.J, Murphy, G., Lench, H.C., Greene, C.M., Loftus E.F., Tinti, C., Schmidt, S., Muzzulini, B., Grady, R.H., Stark, S.M. & Stark, C.E.L. (2021)  Remembering facts versus feelings in the wake of political events. *Cognition & Emotion, 35 (5) 936-955. https://doi.org/10.1080/02699931.2021.1910496*

Murphy, G., Lynch, L., Loftus, E., & Egan, R.  (2021)  Push polls increase fake memories for fake news stories, *Memory.29, 693-707.*

**2022**

Kenchel, J., Domagalski, K., Butler, B., & Loftus, E.F.  (2022)  The messy landscape of eye movements and false memories.  *Memory. 30, 678-685.*

Greenspan, R. L. & Loftus, E.F., (2022)  What happens after debriefing?  *Memory & Cognition, 50,* 696-709.

Berkowitz, S.R., Garrett, B.L., Fenn, K.M., & Loftus, E.F. (2022)  Convicting with confidence.  *Memory, 30,* 10-15.

Loftus, E.F.  (2022). Tricked by Memory. *Reflections from Pioneering Women in Psychology.*  Bookwala, J. & Newton, N.   (Eds), Cambridge, UK: Cambridge University Press.  P 191-201.

Berkowitz, S.R., Garrett, B.L., Fenn, K.M., & Loftus, E.F. (2022)  Eyewitness confidence may not be ready for the courts: reply to Wixted et al (2022)   Memory, 30, 75-76.

Loftus, E.F. (Nov 2022)  On memory and bravery.  *Skeptical Inquirer, 46, 6, p 5-7.*

Otgaar, H., Dodier, O., Garry, M., Howe, M.L., Loftus, E.F., Lynn, S.J., Mangiulli, I., McNally, R.J. & Patihis, L. (2022)  Oversimplifications and misrepresentations in the repressed memory debate: A reply to Ross.  *Journal of Child Sexual Abuse.*   DOI: 10.1080/10538712.2022.2133043.

Shao, X., Chen, C., Loftus, E.F., Xue, G., & Zhu, B.  (2022)  Dynamic changes in neural representations underlie the repetition effect on false memory.  *NeuroImage, 259, 119442.*

**2023**

Greenspan, R.L. & Loftus, E.F. (2023)  Patterns in use of best practices for eyewitness identification in the field. *Psychology, Crime, & Law, 29, 161-181.*

Grady, R. H., Ditto, P. H., Loftus, E. F., Levine, L. J., Greenspan, R. L., & Relihan, D. P. (2023). From primary to presidency: Fake news, false memory, and changing attitudes in the 2016 election. *Journal of Social and Political Psychology,*  11, 6-24.  (Advance online pub)  https://doi.org/10.23668/psycharchives.10019

Shao, X., Li, A., Chen, C., Loftus, E.F., & Zhu, B.  (2023)  Cross-stage neural pattern similarity in the hippocampus predicts false memory derived from post-event inaccurate information.  *Nature Communications, 14(1), 2299. (p1-14).*

Greene, C.M., Levine, L.J., Loftus, E.F., & Murphy, G. (2023)  Just as I expected?  Hindsight bias for the outcome of a national referendum is moderated by outcome valence and surprise.  *Applied Cognitive Psychology*  37, 1016-1026.

Lynn, S. J., McNally, R.J., & Loftus, E.F. (2023)  The memory wars then and now.   *Clinical Psychological Science, 11 (4), 725-743.  https://journals.sagepub.com/doi/10.1177/21677026221133034*

Davis, D., Cano, J., Miller, G., & Loftus, E. (2023)  The multiple roles of emotion in interpretation and memory of sexual consent.  *Topics in Cognitive Science,*  online

Murphy, G., Loftus, E.F., Levine, L.J., Grady, R.H, & Greene, C.M. (2023)  Weak correlations among 13 episodic memory tasks related to the same pubic event.  *Applied Cognitive Psychology, 37, 1045-1058.*

Clark, C.J., Jussim, L., Frey, K., Stevens, S.T., al-Gharbi, M., Aquino, K., Bailey, J.M., Baumeister, R.F., Bleske-Rechek, A., Buss, D., Ceci, S., Del Giudice, M., Ditto, P.H., Forgas, J.P., Geary, D.C., Geher, G., Haider, S., Honeycutt, N., Joshi, H., Krylov, A., Loftus, E., Loury, G., Lu, L., Macy, M., Martin, C.C., McWhorter, J., Miller, G., Paresky, P., Pinker, S., Reilly, W., Salmon, C., Stewart-Williams, S., Tetlock, P.E., Williams, W., Wilson, D., Winegard, B.M., Yancey, G., & von Hippel, W.  (2023) Prosocial motives underlie scientific censorship by scientists: A perspective and research agenda. *Proceedings of the National Academy of Sciences, 120,*

Miller, Q. C., London, K., & Loftus, E. F. (2023). The politics of sexual misconduct allegations: A memory science framework. In C. L. Frisby, W. T. O'Donohue, S. O. Lilienfeld, & R.E. Redding (Eds.), *Ideological Political bias in psychology:* Springer.  https://doi.org/10.1007/978-3-031-29138-7_23

**2024 and in press**

Loftus, E.F. & Klemfuss, J.Z. (2024)  Misinformation – past, present, future.  *Psychology, Crime & law. 30, 312-318.*

Loftus, E.F. (2024)  Memory, but not memory.  *Proceedings of the American Philosophical Society.  Vol 165 March 2024, p 26-31*

Zappala, A., Mangiulli, I., Santtila, P., Loftus, E.F., & Otgaar, H.  (2024)  Beliefs and therapeutic practices related to traumatic memories among Italian cognitive behavioral therapists and trainees. *Journal of Criminal Psychology.* 14, 24-37.

Greenspan, R.L., & Loftus, E.F., (in press)  Interpreting eyewitness confidence: Numeric, Verbal and Graded verbal scales.  *Applied Cognitive Psychology, 38*

Deferme, D., Otgaar, H., Dodier, O., Korner, A., Mangiulli, I., Merckelbach, H., Sauerland, M., Panzavolta, M., & Loftus, E.F. (2024)   Repressed memories (of sexual abuse against minors) and statutes of limitations in Europe.  *Topics in Cognitive Science. 16, 630-643.*

Loftus, E.F. (2025) Misinformation: Are people susceptible to blatant error? A commentary. *Legal & Criminological Psychology, 30, 27-29.*

PeConga, E., Pickrell, J.E., Bernstein, D.M., & Loftus, E.F. (in press) Misinformation Effect. In R.F. Pohl (Ed) *Cognitive Illusions, 3rd Ed.*

Wade, K.A., Riesthuis, P., Bucken, C., Otgaar, H., & Loftus, E.F. (in press) Still lost in the Mall – False memories happen and that's what matters. *Applied Cognitive Psychology.*

Pataranutaporn, P., Archiwaranguprok, C., Chan, S., Loftus, E. & Maes, P. (2025) Slip through the chat: subtle injection of false information in LLM chatbot conversations increases false memory formation. In 30th International Conf. on Intelligent User Interfaces (IUI '25) March 25-27, Cagliari, Italy. ACM New York, NY

Pataranutaporn,, P., Archiwaranguprok, C., Chan, S., Loftus, E., and Maes. P. (2025). Synthetic Human Memories: AI-Edited Images and Videos Can Implant False Memories and Distort Recollection. In CHI Conference on Human Factors in Computing Systems (CHI'25), April 26–May 01, 2025, Yokohama, Japan. ACM, New York, NY, USA, 20 pages. https://doi.org/10.1145/3706598.3713697 Best Paper Award.

## INVITED ADDRESSES

**1969**
Civil Service Commission for the Education Program in Systematic Analysis, Wash DC

**1972.**
Conference on Formal Aspects of the Cognitive Process, University of Michigan
Eastern Verbal Investigator's League (EVIL), New York

**1973**
Johns Hopkins University
Harvard University
Columbia University
University of Colorado
Conference on Cognition, Perception, and Adaptation, University of Minnesota
Bell Laboratories
Perception Consortium of New York

**1974**
University of Oregon
University of Kansas
Washington Defense Counsel, Seattle

**1975**
University of Lethbridge
Kansas State University
Evergreen State College
University of Wisconsin, Madison
Lawrence University
Harvard University
New School for Social Research
Washington State Trial Lawyers Association, Vancouver
Massachusetts Defenders Committee, Boston
Harvard Law School

**1976**
Ohio State University
University of Pittsburgh
University of Massachusetts, Boston
University of Toronto
McMaster University

Wheaton College
University of Utah
Brandeis University
Oklahoma State University
State University of New York, Buffalo
Assn of Trial Lawyers of America (ATLA)
National College of Advocacy, Reno/Boston
United States Attorneys, Seattle
Oklahoma County Bar Assn, Oklahoma City
Connecticut Trial Lawyers Assn, Hartford
Judge Advocate General's School, Charlottesville, Virginia
Law Society of Upper Canada, Toronto
Florida Bar Assn, Tampa and Miami
Bolt, Beranek & Newman, Cambridge
Colloquium on New Ways of Analyzing Variation in English, Georgetown University
Defense Advanced Research Projects Agency, New York

**1977**
University of Western Ontario
Bowling Green State University
Simon Fraser University
ATLA, Fifth Circuit Seminar, New Orleans
New York State Bar Association, New York
Washington State Patrol, Shelton, WA
Criminal Justice Training Commission Seminar, Issaquah, Washington; Seattle
Advocacy Education Seminar, Burlington VT
ATLA, National College of Advocacy, Reno, NV
ATLA, National Convention, Washington, DC
Oregon Criminal Defense Association, Seaside
ATLA, First Circuit Seminar, Boston

**1978**
Kearney State College, Nebraska
University of Michigan
University of Minnesota
Stanford University
University of California, San Diego

North Carolina Academy of Trial Lawyers, Charlotte
Washington State Bar Assn, Continuing Legal Education, Olympia
ATLA, Mid-Winter Meeting, Monte Carlo, Monaco
29th Annual Advocacy Institute, University of Michigan
National Institute of Trial Advocacy (NITA), NW Regional, University of Oregon
Federation of Law Societies of Canada, Criminal Evidence Program, Toronto
Louisiana Trial Lawyers Assn, New Orleans
ATLA Seminar on Trial Tactics, Camp Pendleton, CA
American Judges Association Annual Meeting
SAFECO Insurance Company Continuing Education Program
Law and Society Assn, Univ of Minnesota

**1979**
California State University, Chico
Carnegie-Mellon University
Yale University (one week)
Duke University
University of California, Santa Barbara
California State University, Fullerton
University of California, Berkeley
State University of New York, Stony Brook
Hope College
University of Nebraska, Omaha
Canadian Bar Association, Vancouver
Pennsylvania Trial Lawyers Assn, Philadelphia & Pittsburgh
Montana Trial Lawyers Assn, Butte
West Virginia Trial Lawyers Assn, Charleston
National College of Advocacy, Hastings Law School
Public Defender Office, Santa Clara Cty, CA
Nebraska Assn of Trial Attorneys
Standard Oil (AMOCO Research Center), Chicago, Il
Montsanto, St. Louis, MO
New York Academy of Sciences
Conference on Memory and Amnesia, Lebanon, NH
Conf: Developmental and Experimental Approaches to Human Memory, U. of Michigan

**1980**
University of Victoria
Hamilton College
McGill University
Sam Houston State University
Trent University (Canada)
University of Toronto
Washington State University
Idaho State University

University of California, Riverside
Oklahoma State University
University of Missouri, Columbia (3 days)
University of Wisconsin, La Crosse
Nova Scotia Barrister's Society, Dalhousie Law School, Halifax
University of British Columbia Law School, Vancouver
California Public Defenders Assn., Asilomar
Tennessee Trial Lawyers Assn, Nashville
Kansas District Judges Assn
Kansas Bar Assn
Hastings Law School
Washington DC Public Defender's Office
Memphis State Trial Lawyers
American Bar Assn/ATLA, Las Vegas
Maryland Trial Lawyers Annual Meeting, Ocean City
New York Bar Assn Advocacy Course, New York City
Hoffmann-LaRoche, Nutley, NJ
American Institutes of Research, Wash., DC
Canadian Psychological Association Annual Meeting, Calgary
Attention and Performance, IX, Cambridge, England
Council for Advancement of Science Writing, Durham

**1981**
University of South Florida
Northwestern University, Business School
Stanford University
University of Texas, El Paso
Claremont Graduate School
University of Illinois
Copenhagen University
University of Stockholm
Federal Defenders Annual Meeting, San Diego
Oregon Trial Lawyers, Portland
California Attorneys for Criminal Justice
Hastings Law School, San Francisco
ABA/ATLA Seminar, Las Vegas
Northwestern Law School, Chicago
Inner Circle of Advocates, Sun Valley
Annual Institute, Georgetown University Law Center, Washington, DC
Professional Institutes Seminar, Puerto Rico
National College of Juvenile Justice, San Francisco
S.S.R.C. Conference on Law and Psychology, Oxford, England
Chaucer Club, MRC Applied Psychology Unit, Cambridge, England
British Psych Society, Guildford, England
AT&T Corporate Security
Chautauqua Institution, Science Week
G. Stanley Hall Lecture, APA

**1982**

Rice University
Texas A&M
University of Texas, Austin
Union College
SUNY, Plattsburgh
University of Texas, Arlington
James Madison University
University of Virginia
University of Colorado (3 days)
Miami University (Ohio)
Canadian Bar Assn., Alberta Branch, Calgary
Washington State Judges, Yakima
McGeorge School of Law (High Table)
Oklahoma County Bar
Northwestern Law School
Harvard Law School
Georgetown Law School
Indiana Trial Lawyers Assn
West Palm Beach County Bar
Eastern Psychological Association, Baltimore
Clover Park Administrators

**1983**

University of Cincinnati
UCLA
Reed College
San Diego State University
Ohio State University
University of Houston
Eastern Washington University
Nebraska Wesleyan University (Psychology Fair Speaker)
University of Denver
American Assn of Law Schools, Cincinnati
Oregon Trial Lawyers Assn
Northwestern Law School
Atlanta Bar Assn Seminar
Washington Assn of Technical Accident Investigators (WATAI)
Arizona Prosecuting Attorneys Advisory Council, Phoenix
Academy of Florida Trial Lawyers, Miami
Medical Disciplinary Board, State of Washington
The Royal Society, London
American Psychological Assn, Anaheim
Max Planck Institute, West Berlin
American Society of Criminology, Denver
Merrill Lynch, Palm Springs

**1984**

University of British Columbia
University of Toronto
Williams College (IBM Lectureship)
Roanoke College (Fowler Lectureship)
Hebrew University, Jerusalem
Maryland Bar Association, Baltimore
California Attorneys for Criminal Justice, Los Angeles
Canadian Bar Assn, Ontario Branch
ATLA, Annual Meeting
Northwestern Law School
Philadelphia Public Defender's Office
Seattle Public Defender's Office
Nova Scotia Barristers, Halifax
Science and Public Policy Seminar, Federation, Washington, DC
California State University Administrators Conference on Computers & Education
Continuing Medical Educ, U. of Washington

**1985**

California State University, Long Beach
Vanderbilt/Peabody, Nashville
North Carolina Psychological Conference, North Carolina State
Ohio Wesleyan University
Minnesota Psychology Conference
Creighton University, Nebraska
Florida State University
Leiden University, The Netherlands
San Diego Defenders
New Mexico Trial Lawyers
Tennessee Assn. of Criminal Defense Lawyers
Northwestern Law School
Washington Association of Defense Counsel
ATLA Criminal Seminar, Houston
Court Appointed Special Advocate Assn
Northwest Women's Law Center
Colorado Defense Lawyers Association
American Association of Law Libraries, NY
University of Bridgeport Law School
Texas Research Institute, Houston
German Psychological Society (Law & Psychology Division), Braunschweig, FRG
Institute for Perception, TNO, Soesterberg, The Netherlands

**1986**

SUNY, Stony Brook
Oregon State University
University of Michigan (Survey Research)
University of Maryland
Duke University
Johns Hopkins University
Judicial Studies Program (California Judges)
Michigan Judicial Institute (Michigan Judges)
Texas Assn. of Defense Counsel, San Fran,CA
All-Star Seminar, Atlanta Bar, Atlanta
US Census Bureau, Washington, DC
Annenberg School of Communication
Women and Memory, University of Michigan
American Assn. of Public Opinion Res., Wash., DC
Federal Judicial Center
Capitol Area Social Psychological Assn
Bureau of Labor Statistics
Washington DC Public Defenders

Smithsonian Institute

**1987**

University of Nevada, Reno
University of North Dakota
California Judicial Studies
Harvard Law School
Duke Law School
University of South Carolina Law School
Annual Joseph Cohen Lectureship, University of Missouri, Kansas City
British Psych Society, Brighton, England
US Court of Military Appeals Conf, Wash, DC
National Academy of Arbitrators, New Orleans
Judicial Conference of Washington, DC
University of UMEA, Sweden
Cleveland-Marshall Law School, Cleveland
Indiana University Law School, Bloomington
Indiana University Psychology Department
Hebrew University, Jerusalem
Cornell University
Washington Assn of Criminal Defense Lawyers
Tennessee Assn. of Criminal Defense Lawyers
Recorder's Court, Detroit

**1988**

California Judicial Studies (Judges)
Washington Criminal Justice Training Committee (Police)
ATLA, New York
New York University
Northwestern Law School
Ohio Assn of Criminal Defense Lawyers, Cincinnati
Baylor University, Waco, Texas (Oral History & Memory)
Southeastern Louisiana Univ. (Scholar in Residence)
Haverford College
Arizona State University (Psychology Department and Law School)
Rocky Mountain Psychological Assn (Keynote)
University of Oregon
North Carolina Academy of Trial Lawyers, Greensboro
Lane County Law Forum, Oregon
NATO Advanced Study Institute, Maratea, Italy
ATLA, Annual Meeting, Kansas City
Northwestern Law School for prosecutors and defense attorneys
Cook County Public Defenders
International Congress of Psychology, Sydney, Australia (Keynote)
Medico Legal Society of Queensland, Australia

Brigham Young University Law School
BYU Psychology Department
Baylor University Law School
University of California, San Diego
University of Washington Law School

**1989**

Yale University Law School
Yale Psychology Department
University of Michigan
University of California, San Diego
Northern Kentucky University
Southern Indiana University, Evansville (Mid-America Conference, Keynote)
Northwestern Law School
Western Psychological Association, Reno
Northwestern Law School for prosecutors and defense attorneys, Chicago
American Bar Assn, Litigation Sect, Honolulu
British Psychological Society, Cognitive Section, Cambridge, England

**1990**

Leiden University, the Netherlands
Emory University, Flashbulb Memory conf
American Bar Association, Satellite Seminar on Jury Comprehension, Washington, DC
University of West Virginia, Practical Cognition Conference
ABA Litigation Sec, Trial Practice Committee, Phoenix
Annenberg Conference on Selecting Impartial Juries, Washington DC
University of Pittsburgh
Northwestern Law School
European Conference on Law & Psychology, Nuremberg, Germany
University of Minnesota Law School

**1991**

National Institute on Teaching of Psych, Fl
ABA (American Bar Foundation)
Ontario Psychological Association, Toronto
Ryerson College, Canada, 11th Annual Psychology Lecture
Arkansas Annual Psych Conference (Keynote)
Seattle Rotary
Northwestern University Law School
University of Lethbridge, Canada
Banff Conference on Cognitive Science, Canada
Society of British Columbia, Continuing Legal Education
Fordham University, NY
Legal Aid Society, NY
AIDS Survey Research Methodology Conference, Rockville, MD
Course for prosecuting and defense attorneys, Northwestern Law
American Psych Assn, San Francisco, CA

University of Toronto
Ontario Science Centre
Chief Executive Organization Forum,
  Vancouver
University of Georgia (Wm. Owens Annual
  Lectureship)
8th International Conference on Multiple
  Personality/Dissociative States (Plenary
  Speaker), Chicago
Federal Bureau of Investigation (FBI),
  Washington State

**1992**
International Listening Association (Keynote)
University of Tennessee, Knoxville
Mississippi State University
Federal Defenders Assn, San Diego
Reed College
Portland Community College
University of California, Santa Cruz
Augustana College, Illinois (Stone Memorial
  Lecture)
Canadian Bar Association, Toronto
University of Toledo
NATO Conference, Lucca, Italy
Criminal Justice Act Seminar (Keynote), San
  Diego
Psi Chi/Fredrick Howell Lewis Distinguished
  lecture, APA, Washington DC
Grand Rounds, Department of Psychiatry,
  University of Washington Medical School
Air Force Academy, Colorado Springs
Faculty Auxiliary, University of Washington
University of Stockholm, Sweden
Swedish Psych Association (Keynote)
Gruter Institute, Squaw Valley
Lawrence University (Wisconsin, Convocation
  Speaker)
FJC Criminal Procedure Seminar for Federal
  Judges, Palm Beach

**1993**
McGill University (D.O. Hebb Lecturer)
American Psychiatric Assn, San Francisco
Law-Psychology Symposium (Keynote
  Speaker), California State Univ., Fullerton
New Mexico Psychological Assn/New Mexico
  Trial Lawyers, Santa Fe
FMS Foundation Conf, Valley Forge, PA
Young President's Organization Alumnus
  (YPOA), Seattle
Pacific Northwest Writers, Seattle
Midwestern Psychological Assn, Chicago
NACDL/ATLA College of Trial Advocacy
  Seminar, Las Vegas
American Academy of Forensic Psychology,
  Continuing Education, Invited Workshop
Mystery Writers of America
Colorado Psychological Assn, Aspen

Swiss Memory Psychology Program, Vals,
  Switzerland
Medical-Legal Society of Toronto
American Psychological Association, Invited
  Presidential Debate, Toronto
Midwest Conference on Child Sexual Abuse &
  Incest, Madison, Wisconsin
Clark Univ., Conf on Trauma and Memory

**1994**
Orrick, Herrington, Sutcliffe Retreat,
  Silverado
Mercer Island Rotary
Seattle Forensic Institute
Bay State Medical Center, Trauma and
  Memory Conference, Springfield, MA
U of New Mexico Med School (Grand
  Rounds)
Red River Undergraduate Conference, Fargo,
  North Dakota (Keynote)
Leiden University, The Netherlands
National Association of Criminal Defense
  Lawyers, Washington, DC
Washington Assn of Criminal Defense
  Attorneys
University of San Diego, School of Law, CLE
Missoula Psychiatric Services, Conference on
  Law and Psychiatry, Missoula, Montana
Mind/Brain/Behavior Program, Memory
  Distortion Conference, Harvard University
Georgia Psychological Assn Continuing
  Education, Atlanta
Simon Fraser University, (Keynote speaker,
  conference on Memories of Sexual Abuse),
  Vancouver, Canada
7th Annual Dual Disorder Conference,
  Bellevue, Washington
Stanford University, Psychology Colloquium
Stanford University Medical School,
  Department of Psychiatry, Grand Rounds
American Psychological Society (Teaching
  Institute), Wash. DC
Committee for the Scientific Investigation of
  Claims of the Paranormal (CSICOP)
Psych Methods in the Investigation and Court
  Treatment of Sexual Abuse, Tromso,
  Norway
American Assn of Public Welfare Attorneys,
  Seattle
Japanese Psych Assn (keynote), Tokyo
Japan Federation of Bar Associations, Tokyo
University of Colorado, Denver
Current Topics in Mental Health & Law,
  Seattle
Criminal Lawyers' Assn, Toronto
Criminal Trial Lawyers Assn, Alberta, Canada
Johns Hopkins Medical School/FMS
  Foundation Conf on Memory and Reality,

Baltimore, Md (keynote)

**1995**

University of Washington Medical School, Pain Grand Rounds

University of California at Los Angeles

American Academy of Forensic Sciences, Annual Meeting

King County Detectives, Special Assault Unit

University of Pittsburgh

Pennsylvania Conference of State Trial Judges

University of California, San Francisco, Department of Psychiatry Grand Rounds

University of Kansas Medical Center (Childhood sex abuse and memories conference)

Indiana University, South Bend (keynote to commemorate 175th year anniversary of IU)

Rice University, Houston

Battig Memorial Lecturer, Rocky Mountain Psychological Assn, Boulder

National Judicial Institute, Seminar for Judges, Winnipeg, Manitoba, Canada

University of Illinois, Chicago, Distinguished Lecture - Midwestern Psychological Assn.

Carnegie Mellon University, 27th annual conference, Pittsburgh

National Association of Legal Investigators, Annual Convention, Portland

American Psychological Society (Invited speaker), New York

Charter Behavioral Health System of Dallas Workshops on Memory, Sexual Trauma & the Law, (Invited speaker), Seattle, San Francisco, San Diego

Council of Appellate Staff Attorneys (ABA Seminar), Blaine, Washington

American Academy of Forensic Psychology, Distinguished Contributions Award address, APA annual meeting, New York City

University of Pennsylvania Medical School, Department of Psychiatry (Grand Rounds)

Assn for Advancement of Behavior Therapy Annual meeting, Washington DC (keynote)

California Public Defenders Assn, Napa, CA

Beth Israel Hospital, Harvard Medical School, Psychiatry Grand Rounds (honoring F. Frankel)

Fourth Annual Conference on Mental Health and the Law, Orlando, Florida

International Society for the Study of Dissociation, Lake Buena Vista, FL

California State University, Humboldt Co., CA

Western Humanities Conference, Santa Barbara (keynote: Illusions of Memory)

Washington State Psychological Association, Annual meeting (Featured Speaker), Tacoma

American Academy of Psychiatry and the Law (Luncheon keynote: Memory Distortion), Annual Meeting, Seattle, Washington

Criminal Lawyers Association, Toronto

University of Kansas (Ferne-Fischer-Formann Lecturer), Lawrence, Kansas

Judgment & Decision Making Conference, Annual meeting, Los Angeles (keynote)

Adelphi University, Consciousness Symp., Centennial Speaker, Garden City, NY

Washington University Medical School, Psychiatry (Gildea Lecture), St. Louis

**1996**

Calvin College, The January Series, Grand Rapids, Michigan

University of Calif, Davis, Neuroscience Colloquium

Interval Research Corporation, Palo Alto

Pacific Sociological Assn , Annual Meeting, Seattle

John Hopkins Medical Institute/FMSF, San Diego

Southwestern Psychological Association, Annual Meeting, Houston (keynote)

Memory Retrieval Controversy Conference, Trent University, Peterborough, Ontario

Tenth National Conference on Undergraduate Research, University of North Carolina, Asheville, (keynote)

American Philosophical Society, Annual Meeting, Philadelphia

NATO International Conf, Recollections of trauma, France (main speaker)

Second International Conference on Memory, University of Padova, Italy (keynote)

International Conference on Centenary of Piaget's Birth, Universite de Neuchatel, Switzerland

Grinnell College, Scholars' Convocation speaker, Grinnell, Iowa

University of Texas, Houston, Department of Psychiatry and Behavioral Sciences

University of California, Riverside, Memory Recovery & Creation Conference (keynote)

Ohio University, Athens, OH

University of South Florida, Sarasota, Conference on Child Abuse in Our Time

Seattle Forensic Institute, Conference on Sexual Abuse and its Recollection

National Guild of Hypnotists, Pacific NW Chapter and the Washington Hypnosis Assn

American Psychological Society, Annual meeting, San Francisco (Presidential Symposium speaker)

Emory University, Atlanta

University of Texas, Austin

National Child Abuse Defense & Resource Center, 5th Internat Conf, Las Vegas, NV

Iowa State University, Ames, Iowa
Nebraska Psychological Association, Omaha
Washington University, St. Louis
Exploratorium (Science Museum), San Francisco
National Institute of Health, Conference on Self-Report, Bethesda, MD
California Attorneys for Criminal Justice, San Francisco

**1997**

Justice Committee, Conference on "Day of Contrition," Salem, MA
National Institute of Health, Conference on Undue Influence, Bethesda, MD
American Association for Advancement of Science, Annual Meeting
Washington University, St. Louis (Assembly Speaker)
University of Arizona
Penn State Univ, Inaugural Herschel W. and Eileen W.Leibowitz Lecture, Univ Park, PA
Johns Hopkins University Medical School, Baltimore, MD
False Memory Syndrome Foundation Conference, Baltimore, MD
Bradley Univ, Centennial Speaker, Peoria, IL
American College of Forensic Psychology, Main Speaker, Vancouver, Canada
Western Psychological Assn, Invited speaker, Seattle, WA
National Inst on Drug Abuse, Rockville, MD
International Women's Forum, Wash. DC.
Center for Inquiry--Rockies, Conference on Gender Politics of Science, Boulder, CO
Memory Conference (keynote), Bar Ilan University, Israel
National Child Abuse Def & Resource Center, 6th International Conference, Las Vegas, NV
University of Groningen, Groningen, The Netherlands (Studium Generale)
Lecture, Heymans Institute for Fundamental Psychologic Research, Univ. of Groningen
Twente University, Enschede, Netherlands
University of Maastricht, The Netherlands
The Whidden Lectures, McMaster University, Hamilton, Canada

**1998**

Conference on False Memory Creation, Florida Atlantic University, Boca Raton
Conference on Recovering Repressed Memories or Creating False Ones, Florida Atlantic Univ.
The Marian Jane Girard Memorial Lecture, Scripps College, CA
American Psychology-Law Society (Major invited address), Redondo, CA
Florida Cognition Conference (Keynote

speaker), Florida International University
8th Annual National Symposium on Mental Health & Law, Miami, FL
The SPES Society, Naples, FL
University of Michigan -Cognitive Psych Group
State Bar of Michigan, Litigation Section (featured guest speaker), Ann Arbor, MI
Washington Association of Criminal Defense Lawyers Annual Meeting
Baldwin-Wallace College, Harrington Visiting Professor (HVP), Ohio
National Association of Criminal Defense Lawyers annual meeting, Santa Monica, CA
Connecticut Bar Assn, Eyewitness Testimony & False Memories (Special Guest Speaker), Hartford, CT
Conference On Memory, Consciousness, Brain (Tulving Conference), Tallinn, Estonia
Florida Association of Criminal Defense Lawyers, Marco Island
Conference on Reconstructing the Past, Stockholm, Sweden
Conference on Psychology of Testimony, Portsmouth, England (Keynote)
University of Portsmouth, England 1998 Commencement
University of Bristol, Bristol, England
2nd World Skeptics Congress, University of Heidelberg, Germany (Keynote address)
Paul McReynold's Lecturer, U of Nevada, Reno
Conference "Embracing Science in an Irrational World", Center for Inquiry Institute, Bellevue, WA
National Child Abuse Def & Resource Center, 7th International Conference, Las Vegas, NV
Conference "Memory & Suggestibility in psychotherapeutic relationships", Psychoanalytic Institute, St. Louis, MO
National Conference on Wrongful Convictions, Northwestern U Law School.
The Exploratorium (Science Museum), San Francisco

**1999**

Seattle University School of Law, Tacoma
University of California, Irvine and Irvine Health Foundation
Ohio Assn of Criminal Defense Lawyers, Dayton
George Fox University, Oregon: Social Sciences Conf (Keynote) Newberg, OR
Idaho Neurological Institute, Saint Alphonsus Medical Center, Boise, Id
Idaho Psychological Association, CE, Coeur D'Alene
National Legal Aid & Defender Assn, Death

Penalty Conference, Atlanta, GA
West Virginia Psychology Conference, Marshall University, Huntington,, WV., (Keynote)
Eastern Psychological Assn, Providence, RI (Presidential Speaker)
6th Annual California State Univ. Psychology Research Fair, San Marcos, CA(Keynote)
West Virginia State Bar Assn, Morgantown, WV
New York Skeptics Society, NY (Isaac Asimov Lecture Award)
Northwest Cognition Conference, Victoria, B.C. (Keynote)
Iowa Public Defender's Annual Meeting, Dubuque, IO
West Virginia Public Defender's Annual Meeting, Canaan Valley, WV
Clark County Bar Assn CLE, Las Vegas, NV
Tennessee Assn of Criminal Defense Lawyers, Nashville, TN
Indiana University, Bloomington (Patten Lecturer)
New Hampshire Public Defender's Association, Manchester
Dartmouth University, Hanover (Symposium on the Future of Psychological and Brain Sciences, at dedication of Moore Hall)
8th International Conference on Allegations of Child abuse, Las Vegas, NV
Ernest Becker Foundation
University of North Carolina, Greensboro, Harriet Elliot Lecture Series
Federal Bureau of Investigation, Agents Training Conference
Indiana Public Defender Council, Indianapolis

**2000**
Stanford University (Zimbardo Millenium)
University of Northern Colorado, Greeley
Wrongful Conviction Conference, Newport Beach, CA
University of North Florida, Jacksonville
California State University, Sacramento
New York Medical College, Westchester, NY
Memory and Reality Conference, FMS Foundation, White Plains, NY
Innocence Project Conference, Cavanaugh's, Seattle, WA
Johnson Memorial Lecture, Minnesota Psychology Undergraduate Conference, Macalester College, MN
National Association of Criminal Defense Lawyers (NACDL), Tuscon, AZ
Vrije Universiteit (Free University), Amsterdam, Netherlands
American Psychological Society, Teaching Institute, Miami, FL

Oregon Association of Criminal Defense Lawyers, Bend, OR
Columbia University, Department of Psychiatry, Grand Rounds, NY
Georgia Indigent Defense Council, Atlanta
New Zealand Psychological Society (keynote), Hamilton, NZ
Victoria University, Wellington, New Zealand
University of Otago, Dunedin, NZ
University of Wisconsin, Parkside
University of Tennessee Law School, Knoxville
National Child Abuse Def. & Resource Center, Kansas City
University of Tennessee Psychology Colloq
Barristers, Solicitors, Psychiatrists: Fitzwilliam hotel, Dublin, Ireland
William & Mary LawSchool, Williamsburg, VA
Psychology Dept, William & Mary College, VA

**2001**
Calif Public Defenders Assn, Palm Springs, CA
University of Oklahoma, Norman
National Association of Criminal Defense Lawyers, Las Vegas
National Legal Aid and Defender Assn, Albuquerque, NM
University of California, Irvine colloq
Science & Technology, Flaschner Judicial Institute, Brandeis University
Rochester Inst. of Technology, Rochester, NY
New York Academy of Medicine (& Anna Freud Centre), New York
George Mason Law School, Institute for Judges, Tucson, AZ
Brown University, Harold Schlosberg Colloquium Lecturer, Providence, RI
Oregon Health Sciences Univ., School of Medicine, Portland (Saslow Lecturer)
Ontario Ministry of Health & Mental Health Center, Penetanguishene, Canada
Future of Psychopathology, Bar-Ilan University, Israel
Superior Court Judges, State of Georgia, St. Simons Island, GA
Tennessee Assn of Criminal Defense Lawyers, Nashville
British Association for Advancement of Science, Glasgow, Scotland
British Psych Society, Cognitive Section & European Society of Cog Psych, Edinburgh, Scotland
University of Michigan, Institute for Social Research
Federal Defender Program & Ill. Assn of Criminal Defense Lawyers, Chicago
Louisiana State University, (Memory &

Narrative), Baton Rouge, Louisiana
University of Portland, Oregon

**2002**

Cleveland-Marshall Law School, Cleveland, OH
SSSS Western Region Conference (key invited), Manhattan Beach, CA
Harvard Law School, Wrongful Convictions conf.
University of Wyoming
Womens' University Club, Seattle
Midwestern Psychological Assn (Psi Chi, Invited Speaker), Chicago
National Academy of Sciences, Washington DC (Henry & Bryna David Award Lecture)
Northwestern University
Annual Whistleblower Investigators Conference, Baltimore, MD,
Trauma and Memory, Continuing Legal Education, Seattle, WA
World Association of Detectives, Seattle, WA
False Memory Syndrome Foundation, Conference, Chicago, IL

**2003**

National Institute on Teaching of Psychology, St. Petersburg, FL (keynote)
Center for Inquiry, Los Angeles, CA
American Assn for Advancement of Science, Denver.
National Legal Aid & Defender Assn, Austin, TX.
Prevent Child Abuse-Orange Cty Orange, CA
McGeorge School of Law (Lou Asch Memorial Lecture), Sacramento, CA
New Century, Salon Speaker, Newport Beach, CA
Newport Harbor Bar Assn, Newport Beach, CA
University of Washington Law School, Seattle
Biola University, La Mirada, CA
CEO Roundtable, Half Moon Bay, CA
Tenth Annual Undergrad Research Symposium (keynote), Irvine, CA
University of California, San Diego, CA (Norman Anderson Endowed Lectureship)
University of Colorado, Festschrift for Bourne, Kintsch, Landauer, Boulder, CO
American Psychological Society (Keynote), Atlanta
Center for Inquiry-West, Inaugural Event keynote speaker, Los Angeles, CA
Society for Applied Research in Memory and Cognition, Aberdeen, Scotland (keynote)
European Psychology & Law Conference, Edinburgh, Scotland
American Psychological Association (Distinguished Award Address), Toronto

Texas Tech University, Lubbock, TX
Harbor Ridge Women's Group, Newport Beach, CA
Lifelong Learning Academy, Irvine, CA
Science and Evidence Conf, City Hall, Irvine
Calif. Attorneys for Criminal Justice, SF, CA

**2004**

University of Lusiada, Lisbon, Portugal
University of California, Los Angeles, CA
Claremont Graduate University - Conference on Applied Psychology
University of Southern California, CA
Town & Gown, Newport Beach, CA
Advanced Trial Skills Inst, Calif. Public Defenders Assn, Palm Springs, CA
Catholic Univ. of Leuven, Belgium
L'Ecoles des Hautes Etudes en Sciences Sociales (EHESS), Paris
Colorado College (Roberts Lecture), Colorado Springs, CO
University of Colorado, Colorado Springs.
Rocky Mountain Psychological Assn, Distinguished Speaker, Reno, NV
Western Psychological Association, Psi Chi Distinguished Speaker, Phoenix, AZ
State Legislative Leaders Foundation & University of Chicago, Chicago, IL
University of Illinois, Champaign-Urbana, IL
Center for Neurobiology of Learning & Memory, Evening to Remember Talk.
National Child Abuse Defense & Resource Center Annual Conference, Las Vegas, Nv.
University Synagogue (Holocaust Memories) CA.
Arizona State University Law School, Tempe
Arizona State University Psychology Dept, AZ

**2005**

Orange County Stanford Assn, Newport, CA
SARMAC Bethschrift Meeting, Wellington, New Zealand
RoddyFest, Purdue Univ., W. Lafayette, IN
University of Louisville, Grawemeyer Award Speech, Louisville, KY
Persistence of Memory Conf. (Keynote), Niagara City CC, NY.
Western Psychological Assn (Presidential Address), Portland, OR
Stanford University (Festschrift for Gordon Bower), Palo Alto, CA
University of Haifa, Israel
Sacred Heart Medical Center, Psychiatry, (Bakker Retirement) Spokane, WA
Harbor-UCLA Medical Center, Psychiatry, Grand Rounds, CA.
Calif. Judicial Branch Conf, San Diego, CA

San Diego Stanford Association, CA
Pavlovian Society, 50th Anniversary Meeting, (keynote), CA
Athenaeum Lecture, Claremont McKenna, CA
National Academy of Sciences Sackler Colloq on Forensic Sciences, Wash, DC.

**2006**
Bureau of Jewish Education, Laguna, CA
University of San Diego, Michael Haney Distinguished Lecturer, Ca.
Calif. State University, Long Beach, Ca.
Inaugural Quinn Lecturer in Memory & Consciousness, University of British Columbia
Ireland Scholar Award Lecturer, University of Alabama – Birmingham
Harvard University
National Academy of Sciences, Forensic Science, Washington D.C.
Western Psych Assn, Palm Springs, Ca.
Association for Behavior Analysis, Presidential Scholar Address, Atlanta, Ga
UC-Irvine-Commencement Address, Social Ecology
University of Aberdeen, Scotland
John Damien Lecturer, University of Stirling, Scotland
Mexican Congress of Psychology, Puerto Vallarta, Mexico (plenary)
Rutgers University, New Brunswick, NJ
Beyond Belief, Salk Institute, Ca. (Invited speaker), La Jolla, CA
Grand Rounds, Dept of Neurology, UCI-Medical, Orange, CA
University of Calif, Office of the President, Oakland, CA

**2007**
Western State Univ College of Law, Fullerton, CA
Newkirk Center, Forensic Science, Costa Mesa, CA
University of Arizona, Tucson, AZ
Munsterberg Conf, John Jay College of Crim Justice, NY
Academic & Professional Women, UCI
National Academy of Sciences, Distinctive Voices, Beckman Center, CA.
Serena Yang Distinguished Lecture, University of Hong Kong
Women In Leadership, Annual Meeting, Newport Beach, CA
Calif. State University - Long Beach, Psychology Day Keynote Speaker, CA
Stanford University, Symbolic Systems Distinguished Speaker, CA
Schneiderman Memorial Bioethics Lecture, Biological Sciences, Beckman Center, CA

Federation of Defense & Corp Counsel, Annual Meeting, Sun Valley, ID
George Sperling Festschrift, UCI, CA,.
Watson Memorial Lecturer, Univ. of New Hampshire, NH.
Forensic Science Conference, Public Defenders, Los Angeles
International Women's Forum, Chicago
Behavioral Foundations of Policy Conf, Princeton University, NJ
American Association of Universities, CA
NY State Judicial Institute, White Plains, NY
Centre Social I Cultural, Lleida, Spain.
CosmoCaixa Museum of Science, Madrid, Spain.

**2008**
Calif. State University, Northridge (Richard W. Smith Lecturer).
Univ. of South Florida, Doug Nelson Festschrift, Tampa, FL.
Arizona State Univ. Law School, Tempe
Western Psych Assn, Irvine, CA
Nebraska Symposium on Motivation – Emotion & Law, Lincoln, NE
International Conf on Investigative Interviewing, Quebec Nationale Police Academy, Nicolet, Canada.
Butler Pappas Sexual Tort Sem., Tampa, Fl.
European Association of Psychology & Law (keynote), Maastricht, Netherlands
Annual Celebration Speech "Illusions of Memory", University of Oslo, Norway
Psychology Department, University of Oslo
University of Louisville
Northern Lights Psychology Conference (keynote), Grand Forks, ND
Tel-Aviv University, School of Law
Hebrew University, Jerusalem, Israel
George Mason Law School – Science in the Courts Program for Judges, Fl

**2009**
Midwest Institute for Students & Teachers of Psychology (Opening Key), Glen Ellyn, Il.
American Assn for Advancement of Science (McGovern Award lecture), Chicago, IL.
American Psychology Law Society (Presidential Speaker), San Antonio, TX
Teachers of Psychology, London
South West Psychology Conference (keynote) London
Center for Inquiry, 12th World Congress, Bethesda, Md.
Princeton University, NJ
Littler Class Action Conference, Phoenix, AZ
Council of Science Editors Annual Meeting, (Keynote) Pittsburgh, PA
Canadian Psychological Assn (keynote),

45

Montreal
Chautauqua Institution, NY
UCI Foundation retreat, San Diego, CA.
University of Geneva (450th anniversary),
  Aspen Institute , CO
Federal Bureau of Investigation, Virginia
Messe Memorial Lecture, Michigan State
  Univ.
Trendsetters, Jewish Federation, Newport
  Beach, CA.
Dickinson College (2009 Joseph Priestley
  Award) PA
Canadian Lawyers, Toronto, Canada

**2010**
National Seminar on Forensic Evidence, San
  Diego, Ca.
Memory & Law Workshop, Tucson, Az
ARCS Foundation, Irvine, Ca.
California Institute of Technology (William &
  Myrtle Harris Distinguished Lectureship in
  Science and Civilization), CA.
University of Texas, Austin
Society of Experimental Psychologists
  (Warren Medal talk) Philadelphia, PA
University of Nevada, Reno
University Bonn, Germany
Institute of Community & Family Psychiatry,
  McGill, Montreal, Canada.
Denison University (Anderson Lecture),
  Granville, OH
CIA/BoozAllen: Face Recog, Herndon, VA.
Bronowski Art & Science Forum, The
  Neurosciences Institute, La Jolla, CA
University of Southern California

**2011**
University of California, Santa Barbara
Orange County Stanford Assn, Newport, CA
Eastern Psychological Assn (Psi Chi
  Distinguished Lecturer), Boston, Ma
Law and the Brain conference, New York
Law & Memory Conf, Stanford Law School
UCLA School of Law, CA
Rocky Mountain Psych Assn., (Psi Chi
  Distinguished Lecturer) Salt Lake City, UT
British Psychological Society annual meeting,
  Glasgow, Scotland (keynote)
Salon, The Pacific Club, CA
South West Psychology Conf. (keynote)
  London
British False Memory Society, London
Clacton County High School, England
Univ of Sheffield, England
Assn of Teachers of Psych, Hatfield, England
The Amazing Meeting (TAM), Las Vegas

North Orange County Bar Assn. Ca.
Roosevelt University, Chicago
Japanese Psychological Assn, Tokyo (keynote)
Law School, University of Calif, Berkeley
**2012**
Pennsylvania Bar Institute
Nova Southeastern Univ, Ft. Lauderdale, Fl.
Distinguished Writing Lecture Series, UCI
Penn Conf of State Trial Judges, PA
Drexel University, Philadelphia, PA
Correctional Services Canada, Toronto
Suppes Symposium, Stanford, CA
Forensic Mental Health Assn of California,
  Monterey, CA
Toronto International Film Festival (TIFF)
University of Ottawa
U.S. District Court of Nevada Annual Conf,
  Reno
Ohio State University (Greenwald lecture)
Simon Fraser University, Canada
Kwantlen Polytech University, Canada
Center for Advanced Study Summit, Stanford
International Congress of Psychology,
  (keynote- Cape Town, South Africa)
Monash South Africa University. Johannesburg
Orange County Traffic Investigators  Assn
Grand Rounds, Dept of Psychiatry, UCI
FMSF Tribute, Philadelphia, PA
CSIcon 2012, Nashville
Claude Bernard Univ., Lyon, France
Mode d'Emploi Festival, Villa Gillet, Lyon,
  France
**2013**
National Institute on the Teaching of
  Psychology, FL
Harbor Ridge Women's Group, CA
Univ. of California, Davis
University of Washington (Edwards Lecture)
SouthWest Psychology Conf, , London
Goldsmiths, Univ of London
South Bank University, London
National Assn of Criminal Defense Lawyers,
  Las Vegas
Midwestern Psych Assn, Chicago
Association for Psych Science, Wash DC
TedGlobal2013, Edinburgh, Scotland
European Congress of Psychology (keynote-
  Stockholm 2013).
Int. Conf. on Critical Thinking and Education
  Reform, Berkeley, Ca.
American Psych Assn, Award acceptance, HI
La Trobe University, Melbourne, Australia
TedX-Orange Coast, Newport Beach, CA
University of Missouri, Columbia, MO
Town & Gown, Irvine, Ca.
Psychonomic Society, Toronto (keynote)
**2014**

46

American Assn of Law Schools, NY
National Research Council Eyewitness
    Committee (via videolink)
University of Michigan (Weinberg Neurolaw)
Southwestern Psychological Assn, San
    Antonio, TX (keynote)
The California Club, Los Angeles
Northwestern Law School, Chicago
The Amazing Meeting (TAM), Las Vegas, NV
Foundation for Critical Thinking (Nader
    event), Berkeley, Ca
Federal Court Clerk Assn, Seattle, WA
Trauma & Memory, Stockholm,
    Sweden
What Matters To Me, and Why (UC-Irvine)
University of Arizona

**2015**

Duke University (via Skype)
Justice & Injustice Conf., UCI law
American Assoc.of Advancement of Science,
    San Jose, CA
Society for Consumer Research, Phoenix
SouthWest Psychology Conf, , London
Goldsmiths University, London
Cornell University, Ithaca, NY  (Award
    lecture)
TedX-CIA (Central Intelligence Agency), Va
Radcliff Institute, Harvard Univ,  (Dean's
    Lecture), Ma
University of Akron (Benjamin Lecture), OH
John Jay College of Criminal Justice, NY
NAS-YouTube, Science Speed Date, Los
    Angeles, CA
Foundation for Critical Thinking, Berkeley CA
SymposiumTraumatic Memories, Forensic
    Psychiatry Center & Hogrefe Publishers,
    Helsinki, Finland
American Academy of Matrimonial Lawyers,
    Newport Beach, CA
Forensic Psych Institute Launch, Goldsmiths,
    University of London
Berlin Graduate School of Mind & Brain,
    Humboldt University, Germany
United States District Court, Eastern District
    Conference, Olympic Valley, CA
West Point Military Academy, NY (Class of
    1951 Distinguished Lecturer)
UC Conf on Social Science & Law
Grawemeyer Celebration, Univ of Louisville
CEM, International Congress, Tunisia
    (Honorary Chair) – via videoconference

**2016**

California State Univ, Dominguez Hills
Western Psychological Assn (Distinguished
    speaker)
Imagine No Religion, Vancouver, BC

Contacts of Orange County, Irvine, CA
American Humanist Assn, award speech,
    Chicago, IL
Phi Beta Kappa Initiation, UCI
IIex2016, Atlanta, Ga
International Congress of Psychology,
    Yokohama, Japan 2016
FBI, Violent Crime Beh Analysis, LA, CA
Colorado State Univ,  CO
CsiCon Conference, Las Vegas, NV.
Assn of Workplace Investigators, San
    Francisco, CA
Univ of London, Goldsmiths
Council of Scientific Society Presidents, DC

**2017**

SARMAC, Sydney, Australia
LogiCal, Los Angeles, CA
American Assoc for Advancement of Science
SouthWest Psych Conf, London,
Midwestern Psych Assn, Distinguished Psi Chi
    lecturer, Chicago
UCEmeriti Assn
International Congress on Social
    Responsibility, Universidad Santo Tomas,
    Bogota, Columbia
Douglas College, Vancouver, Canada.
Vancouver International Conf on Teaching of
    Psych, Vancouver, Canada
Inn of Court, CA
DRI Asbestos Medicine Conf, Las Vegas
Internat Society for Neuroethics, Wash DC
Erickson Foundation, Evolution of
    Psychotherapy Conf, , CA

**2018**

Rice University, Bochner Lecture, Austin, Tx
Exploratorium, San Francisco
Univ of Miami, SEEDS speaker, Fl.
Western Univ of Health Sciences, Ca
Cal State University, Fullerton (Psych Day!)
Houston Bar Assn BarBench Conf, TX
CNLM  Conf, Huntington Beach (plenary)
Western Psychological Assn, Portland, OR
Albert Wolters Distinguished Lecture, Univ of
    Reading, England
APS Teaching Conf., San Francisco, CA
Max-Planck, Berlin, Germany
National Academy of Sciences BBCSS,
    counterfeiting, CA
Amer Psych Assn annual meeting, San Fran
Sierra College, Sacramento, Ca
Millsaps College, Moreton Lecture, MS.
Univeridad Nacional de Cordoba, Argentina
Universidad Nacional Villa Maria, Argentina
    (police & prosecutors)
Univ. of Iowa, Neuroscience Day (keynote)
NACDL, Las Vegas, NV
Wagenaar-Crombag Memorial, Netherlands

University of Dublin, Ireland
**2019**
    Jeeves Lecture, St. Andrews Univ, Scotland
    SouthWest Psychology Conf, London
    Origins Project Podcast, Phoenix, AZ
    University of Nevada, Reno
    Western Psych Assn, Pasadena, CA
    Science of Magic Assn, Chicago, Il
    Australian National University, Canberra
    Canberra Writers Festival, Australia
    Waikato Univ., New Zealand
    CSICon, Las Vegas, Nv.
    Stanford Alumni Assn, Orange Cty, CA
**2020 (most via zoom)**
    Georgia Tech Univ, Atlanta
    Heterodox Academy, New York
    APA TOPSS (Teachers of Psychology in
      Secondary School)
    Newport Beach Public Library Fdn, Ca.
    Western Psych Assn annual meeting (keynote)
    University of California, San Francisco,
      (Fresno) Psychiatry Grand Rounds.
    University of New Mexico Health Sciences
    Erickson Foundation, Evolution of
      Psychotherapy, CA
**2021 (most via zoom)**
    SouthWest Psychology Conf, London
    Prosecutors/Public Defenders, Haifa, Annual
      meeting, Israel
    NAS, Science & Entertain Exchange
    American Philosophical Society, Philadelphia
    Assoc for Behavior Analysis International-
      ABAI,  (B.F. Skinner Lecture)
    Arizona State Bar Annual Convention
    International Congress of Psych, Prague,
    Mt Sinai Psychiatry Dept, NY
    Bay Area Skeptics Conference, San Fran,CA
    National Assn of Crim Defense, Las Vegas
    Erickson Foundation, Evolution of Psych
**2022 -2023 (some by zoom)**
    Miami University (Ohio)
    SouthWest Psychology Conf, London
    Lincoln University,  Lincoln, England
    Australian National University
      Commencement
    International University of Sarajevo
    Dent, Santa Fe, NM
    Mass. Institute of Tech (MIT)-MediaLab
    Rocky Mountain Psych Assn, Alb, NM (keyn)
    Nobel Prize Summit, National Academy of
      Sciences, Wash DC.
    Haass Foundation, Univ of Kaiserslautern,
      Germany
    Middle Tennessee State U, Forensic Institute
    U of Tenn Nashville Psychiatry Grand Rounds
**2024**

Garibaldi Inn of Court (dispute resolution)
American College of Legal Medicine Annual,
    San Diego, Ca (Cyril Wecht Lecture)
Woxsen University, India,  commencement
    speaker  + various lectures
Arbitration & Mediation Center, IAMC,
    Hyderabad, India.
University of New Mexico, Law & Mental
    Health Series
Bergamoscienza, Bergamo, Italy
National Child Abuse Defense & Resource,
    meeting, Las Vegas, Nv


Revised:   April, 2025

# EXHIBIT B

# UNIVERSITY OF CALIFORNIA
### IRVINE, CALIFORNIA 92697-7080

*Elizabeth F. Loftus, Ph.D.*                                    *(949) 824-3285 (TEL)*
*Distinguished Professor*
*Psychological Science*                                    *E mail:  eloftus@uci.edu*
*Criminology, Law & Society*
*School of Law*

June 24, 2025

To:   Justin H. Sanders and Lawrence C. Hinkkle
      Sanders & Roberts, LLP  515 W. Flower St.,  24th floor,  Los Angeles, Ca., 90071

From:  Elizabeth F. Loftus, Ph.D.

*Elizabeth Loftus*

### Re:   Vanessa LeMaistre v Leland T  Wayne  p/k/a Metro Boomin    Superior Court,  State of California.   2:24-CV-10378

I reviewed materials provided to me by the defense in this case to assess the memory aspects of the case.  These included the complaint, the plaintiff's deposition, and medical records.  I was asked to review these materials and also to offer opinions regarding the relevance to the case of scientific research in the area of human memory.

My opinions are based on my extensive experience in academic psychology, in both teaching and research. I hold the position of Distinguished Professor at the University of California, Irvine. My Ph.D. is in Psychology from Stanford University. I am an author of more than 600 published papers, the majority of which concern the topic of human memory. I have published more than 20 books, at least five of which deal almost exclusively with the subject of memory, including a college textbook called *Human Memory*. I have received eight honorary doctorates for my research on memory.   I was elected to the National Academy of Sciences, in recognition of my long-standing research program on human memory. I have held tenured academic positions at major universities and, in that capacity, I have taught courses in human cognition and memory at the university level for more than 50 years. The attached *curriculum vitae* provides a summary of my experience and qualifications in psychology more generally, and human memory in particular.   A list of trial testimony over the last four years is also attached.

### Brief Overview of Human Memory Research

The experimental study of human memory dates back more than a century to the groundbreaking  work of Hermann Ebbinghaus (1913), who showed how memory fades and weakens over time.  This fading has been called one of the "seven sins of memory" by Harvard psychologist Daniel  Schacter (2001).  Over the last century there have been

1

thousands of studies of human memory  published in peer reviewed journals and summarized in many books (including the  comprehensive summary by Brainerd and Reyna, 2005).

The scientists have shown that memory does not work like a video recording device.  We do not  simply record events and play them back later.  The process is much more complex.  In fact,  retrieving a memory involves a constructive or reconstructive process.  That is, retrieving memory is accomplished by combining traces from an original experience with other bits and pieces of information that are acquired from other sources, after that original experience is over  (*See* Loftus, 2005).

Research has shown that memories can be distorted, even for horrible events that have happened  to people.  Moreover, we can remember entire events that never occurred (*See* Loftus &  Ketcham, 1994).  For example, research subjects have been led to believe that they experienced  highly traumatic events such as being attacked by an animal, or nearly drowning and being  rescued by a lifeguard, or even committing a wrongdoing that was serious enough to bring police  attention (*see* for example, Shaw & Porter, 2015).  Once a false memory is formed, people can be confident and even emotional about the experience (Laney & Loftus, 2005; 2008) – even though  it is completely false.

It is virtually impossible to tell the difference between a true memory and false one without independent corroboration.  Moreover even people who have extraordinarily good memories are  susceptible to memory distortion from suggestion (Patihis et al., 2015).  This is not a matter of  deliberate lying on the part of the reporting person; but is what can occur when people have been  led to truly believe that something occurred to them that is false.  The experimental work is  supplemented by many real-life cases in which false memories have been planted in the minds of  ordinary people through the process of suggestion (e.g. Loftus & Ketcham, 1994; Pendergrast,  1999).

**Analysis**

Based upon my review, it is my professional opinion that there are significant  memory issues in the current case.  It is my understanding that in September 2016, the plaintiff (P) claimed that she went to the defendant's  (D) studio to watch him work.   She claims that she had taken a half Xanax, and was given a drink of alcohol.  She claims that she experienced a blackout, and awoke in a hotel  to D having vaginal and oral sex with her.  She claims that she discovered she was pregnant and had an abortion in November 2016.   A year later she heard  some rap lyrics that D had produced that she associated with her sexual experience and she became upset.  Even though she pursued a connection with D after the alleged assault, and expressed a desire to spend time with D in her handwritten journal,  years later she decided to pursue legal action years later,.  after she participated in an ayahuasca ceremony in approximately May 2024.      She described her new memories her complaint dated October 2024.

What are we to make of these new-found " memories"?   One possibility is that they arise because of suggestion and influence that occurred.   Suggestion in the form of conversation about D, psychotherapy that included efforts to recall memories,  exposure to media information, and other activities can create false recollections in the minds of people who are otherwise trying to

2

make an honest report.  Suggestive activities can explain how it is that a person might go from
having no memory, or very minimal memory of sexual abuse, to later having elaborate memories
for sexual abuse, if the memories are false.   It is notable that the medical record from Planned
Parenthood suggests that in November 2016 P denied any coercion,  denied IPV, and denied
being forced into sexual activity that made her feel uncomfortable.

Of course it is always possible that  new found "memories" arise because of a deliberate attempt
to deceive.   I do not have any direct information that P was deliberately lying,  but there is one
fact that raises this potential:  According to information in her deposition, P attempted to amend
certain portions of the medical record associated with her November 2016 abortion.  The portion
that she tried to amend related to the approximate date of the sexual encounter and to whether the
encounter involved abuse (which she denied).   There may be other explanations for why P
attempted to change the records, and this might be revealed by further discovery.

As an expert witness, I would explain why and how, in cases like this one, suggestion may lead
individuals to the construction of false memories, and how suggestion may have done so in this
case.   The "suggestion" explanation has ample scientific support in literature that shows that
false beliefs and memories can be readily planted in the human mind through suggestion of
various kinds.

I reserve the right to supplement this opinion if and when further discovery becomes available.

3

1

## PROOF OF SERVICE

2

CAL. CODE CIV. PROC. § 1013A(3)

3

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 515 S. Flower Street, 24th Floor, Los Angeles, CA 90071.  My electronic service address is rpollak@sandersroberts.com.

5

6

     On September 3, 2025, I served the following document(s) described as **NARRATIVE STATEMENT FOR DEFENDANT LELAND T. WAYNE'S EXPERT ELIZABETH F. LOFTUS, PH.D.** on the interested parties in this action as follows:

7

8

9

## SEE ATTACHED SERVICE LIST

10

☒    **VIA ECF:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

11



12

13

☐    **VIA ELECTRONIC MAIL:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

14

15

16

17

     I declare under penalty of perjury under the laws of the United States of America State of California that the foregoing is true and correct.

18

     Executed on September 3, 2025, at Los Angeles, California.

19

20

       Rita Pollak                */s/ Rita Pollak*
     (Type or print name)            (Signature)

21

22

23

24

25

26

27

28

## SERVICE LIST
*LeMaistre v. Wayne*
Case No. 2:24-cv-10378 RGK(RAOx)

---

Michael J. Willemin
Monica Hincken
WIGDOR LLP
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone:  (212) 257-6800
Facsimile:   (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com
erousseau@wigdorlaw.com

Attorneys for PLAINTIFF
VANESSA LEMAISTRE

Admitted *pro hac vice*\*

Robert J. Girard II
Omar G. Bengali
GIRARD BENGALI, APC
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone:  (323) 302-8300
Facsimile:   (323) 302-8310
rgirard@girardbengali.com
obengali@girardbengali.com

Attorneys for PLAINTIFF
VANESSA LEMAISTRE

NARRATIVE STATEMENT FOR DEFENDANT'S EXPERT ELIZABETH F. LOFTUS, PH.D.