MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Vanessa LeMaistre*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND WAYNE,<br><br>    Defendant. | Case No. 2:24-cv-10378 RGK(RAO)<br><br>**WITNESS TESTIMONY SUMMARY FOR KIMBERLIE MONTANO** |

WITNESS TESTIMONY SUMMARY FOR KIMBERLIE MONTANO

1

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to the Court's directive on September 8, 2025, Plaintiff Vanessa LeMaistre files this statement regarding what witness Kimberlie Montano is expected to testify to during trial. As indicated during the pre-trial conference, Plaintiff's counsel has not yet been able to speak with Ms. Montano but intends to provide the Court with a more detailed summary when the requested information is available.

Dated: September 10, 2025

**WIGDOR LLP**

By: _____
Michael J. Willemin
Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com

**GIRARD BENGALI, APC**

Omar H. Bengali
Robert J. Girard II

355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
Facsimile: (323) 302-8310
obengali@girardbengali.com
rgirard@girardbengali.com

WITNESS TESTIMONY SUMMARY FOR KIMBERLIE MONTANO

*Attorneys for Plaintiff Vanessa LeMaistre*

WITNESS TESTIMONY SUMMARY FOR KIMBERLIE MONTANO