1 | LAWRENCE C. HINKLE II (SBN 180551)
lhinkle@sandersroberts.com
2 | JUSTIN H. SANDERS (SBN 211488)
jsanders@sandersroberts.com
3 | BOBBY L. DANIELS, JR. (Admitted *Pro Hac Vice*)
bdaniels@sandersroberts.com
4 | **SANDERS ROBERTS LLP**
515 S. Flower Street, 24th Floor
5 | Los Angeles, CA 90071
Telephone: (213) 426-5000
6 | Facsimile: (213) 234-4581

7 | Attorneys for DEFENDANT
**LELAND T. WAYNE**

8

9 | UNITED STATES DISTRICT COURT
10 | CENTRAL DISTRICT OF CALIFORNIA

11

12

13 | VANESSA LEMAISTRE,

| **CASE NO.  2:24-cv-10378 RGK (RAOx)**

14 | Plaintiff,

| **JOINT STATEMENT OF THE CASE**

15 | v.

| Judge:            Hon. R. Gary Klausner
Courtroom:      850

16 | LELAND T. WAYNE p/k/a
METRO BOOMIN,

17 | Defendant.

| Complaint Filed:  October 29, 2024
Trial Date:          September 23, 2025

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Court's Order for Jury Trial (Dkt. 19), the parties hereby jointly

2   submit the following Statement of the Case.

3    Plaintiff Vanessa LeMaistre ("LeMaistre") claims that she was

4   sexually assaulted by Defendant Leland T. Wayne ("Wayne") and contends to have

5   incurred emotional injuries related to the alleged assault. Defendant denies

6   Plaintiff's claim and contends that he is not responsible for any of Plaintiff's

7   alleged emotional injuries.

8   Dated: September 15, 2025          **SANDERS ROBERTS LLP**

9

10          By: */s/ Lawrence C. Hinkle II*
              LAWRENCE C. HINKLE II, ESQ.
              JUSTIN H. SANDERS, ESQ.
11            BOBBY L. DANIELS, JR., ESQ.
              Attorneys for DEFENDANT
12            **LELAND T. WAYNE**

13

14          **WIGDOR LLP**

15          By: */s/ Michael J. Willemin*
              Michael J. Willemin
16            Monica Hincken (Admitted *pro hac vice*)
              85 Fifth Avenue, Fifth Floor
17            New York, NY 10003
              Telephone: (212) 257-6800
18            Facsimile:(212)257-6845
              mwillemin@wigdorlaw.com
19            mhincken@wigdorlaw.com

20

21

22          *Attorneys for Plaintiff Vanessa LeMaistre*

23

24

25

26

27

28

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

1

2 **GIRARD BENGALI, APC**

3 By: */s/ Omar H. Bengali*

4     Omar H. Bengali
    Robert J. Girard II

5     355 S Grand Avenue, Suite 2450

6     Los Angeles, California 90071
    Telephone: (323) 302-8300

7     Facsimile:(323)302-8310

8     obengali@girardbengali.com
    rgirard@girardbengali.com

9

10     *Attorneys for Plaintiff Vanessa LeMaistre*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017



**SANDERS ROBERTS**
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017

## <u>PROOF OF SERVICE</u>

### CAL. CODE CIV. PROC. § 1013A(3)

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to the within action; my business address is 515 S. Flower Street, 24th Floor, Los Angeles, CA 90071.  My electronic service address is rpollak@sandersroberts.com.

On September 15, 2025, I served the following document(s) described as **JOINT STATEMENT OF THE CASE** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

☒    **VIA ECF:** I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

☐    **VIA ELECTRONIC MAIL:** I caused the documents to be transmitted by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) shown. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission(s) were unsuccessful.

I declare under penalty of perjury under the laws of the United States of America State of California that the foregoing is true and correct.

Executed on September 15, 2025, at Los Angeles, California.

_____        _____
Rita Pollak                                                */s/ Rita Pollak*
(Type or print name)                               (Signature)

1

## SERVICE LIST
*LeMaistre v. Wayne*
Case No. 2:24-cv-10378 RGK (RAOx)

2

3

4   Michael J. Willemin                    Attorneys for PLAINTIFF
    Monica Hincken                         VANESSA LEMAISTRE
    WIGDOR LLP
5   85 Fifth Avenue, Fifth Floor           Admitted *pro hac vice*\*
    New York, NY 10003
6   Telephone:   (212) 257-6800
    Facsimile:   (212) 257-6845
7   mwillemin@wigdorlaw.com
    mhincken@wigdorlaw.com
8   erousseau@wigdorlaw.com
                                           Attorneys for PLAINTIFF
9   Robert J. Girard II                    VANESSA LEMAISTRE
    Omar G. Bengali
10  GIRARD BENGALI, APC
    355 S. Grand Avenue, Suite 2450
11  Los Angeles, CA 90071
    Telephone:   (323) 302-8300
12  Facsimile:   (323) 302-8310
    rgirard@girardbengali.com
13  obengali@girardbengali.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATEMENT OF THE CASE

SANDERS
ROBERTS
1055 W. 7TH STREET
SUITE 3200
LOS ANGELES, CA 90017