MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Vanessa LeMaistre*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>    Plaintiff,<br><br>  vs.<br><br>LELAND WAYNE,<br><br>    Defendant. | Case No. 2:24-cv-10378 RGK(RAO)<br><br>**DECLARATION OF MICHAEL J. WILLEMIN**<br><br>Judge: Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed: October 29, 2024<br>Trial Date: September 23, 2025 |

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

I, Michael J. Willemin, pursuant to 28 U.S.C § 1746, declare and state as follows:

1.      I am a Partner at the law firm Wigdor LLP, counsel for Plaintiff Vanessa LeMaistre.  I have personal knowledge of the facts set forth herein and submit this declaration in opposition to Defendant Leland Wayne's Motion to Admit Evidence Pursuant to Federal Rule of Evidence 412(b).

2.      Attached hereto as **Exhibit A** is a true and accurate copy of excerpts of the Deposition of Plaintiff Vanessa LeMaistre.

Dated: September 19, 2025

**WIGDOR LLP**

By: _____
    Michael J. Willemin
    Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com

**GIRARD BENGALI, APC**

Omar H. Bengali
Robert J. Girard II

355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
Facsimile: (323) 302-8310

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

obengali@girardbengali.com
rgirard@girardbengali.com

*Attorneys for Plaintiff Vanessa
LeMaistre*

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MICHAEL J. WILLEMIN

1

## **PROOF OF SERVICE**

2      I, Edwige Rousseau, declare as follows:

3   On September 19, 2025 I served the **Declaration of Michael J. Willemin** on the

4   parties stated below, by electronic mail on the following individuals:

5

6   Justin H. Sanders, Esq.
    Lawrence C. Hinkle II, Esq.

7   Bobby L. Daniels, Jr., Esq.
    Stephanie Jones Nojima, Esq.

8   SANDERS ROBERTS

9   1055 W 7th St, Suite 3200
    Los Angeles, CA 90017

10  T:  (213) 426-5000

11  jsanders@sandersroberts.com
    lhinkle@sandersroberts.com

12  bdaniels@sandersroberts.com

13  sjonesnojima@sandersroberts.com

14
    *Attorneys for Defendant*

15

16  Executed on September 19, 2025 under penalty of perjury under the laws of *the*

17  *state of California.*

18                                          _____

19                                                  Edwige Rousseau

20

21

22

23

24

25

26

27

28  DECLARATION OF MICHAEL J. WILLEMIN

WIGDOR LLP
85 FIIFTH AVENUE, FIFTH FLOOR
NEW YORK, NY 10003
(212) 257-6800

# Exhibit A

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


VANESSA LEMAISTRE,                    )
                                      )
      Plaintiff,                      )        CASE No.
                                      )     2:24-cv-10378
VS.                                   )     RGK (RAOx)
                                      )
LELAND T. WAYNE p/k/a METRO BOOMIN,   )
                                      )
      Defendants.                     )
_____)




            DEPOSITION OF VANESSA DIANE LEMAISTRE

                      VOLUME 1

              Los Angeles, California

              Wednesday, May 21, 2025









      Reported by: Catherine Ponicsan, RPR
                CSR No. 8271

      Job No.:  318621

Network Deposition Services, Inc. ● networkdepo.com ● 866-NET-DEPO

```
 1        A.   Yes.                                     05:00:00

 2        Q.   -- to say:

 3              Patient reports most recent

 4             unprotected intercourse on October 13,

 5             2016.  This date was wrong as I          05:00:06

 6             recollect my information listed on page

 7             five.

 8             So you called to try to change that date;

 9    right?

10        A.   Well, I figured it couldn't have been -- but   05:00:15

11    yes.

12        Q.   You called to change a medical record that was

13    made nine --

14        A.   Well --

15        Q.   -- years ago; right?                     05:00:22

16        A.   -- I actually did not end up changing it.

17        Q.   That's not an answer.

18             You called Planned Parenthood to get them to

19    change the date of the unprotected intercourse?

20        A.   I called to inquire.                     05:00:34

21        Q.   You called to change it; isn't that true?

22        A.   Yes.  I said that.

23        Q.   Why?

24        A.   Because I wasn't sure -- I wasn't sure about

25    the date and the details, especially about coercion.   05:00:44
```

                                                            288

Vanessa Diane Lemaistre                                                    May 21, 2025

```
 1        Q.   So nine years later, once my law firm        05:00:50

 2   subpoenaed the records, you then called to try to change

 3   it; right?

 4           MS. HINCKEN:   Objection to form.

 5           THE WITNESS:  I did not.  No.                   05:01:00

 6   BY MR. SANDERS:

 7        Q.   And you tried to get the date changed because

 8   you knew that the records of the baby's gestational age

 9   couldn't line up with when you and my client had sex.

10        A.   No.                                          05:01:17

11        Q.   Isn't that true?

12        A.   That's not correct.

13        Q.   Who told you to do this?

14        A.   Nobody.

15        Q.   Then you say:                                05:01:26

16               Also, please remove, quote, denies

17               coercion, including reproductive

18               coercion.

19               So you wanted them to change that, too; right?

20        A.   This was a -- I wanted them to --            05:01:36

21        Q.   Just answer the question.

22        A.   Yes.  I did want them to.

23        Q.   You wanted doctors to change what you told them

24   nine years ago; right?

25        A.   Correct.  Because, again, I was -- was not   05:01:46
```

289