UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>   Plaintiff,<br><br> v.<br><br>LELAND T. WAYNE p/k/a METRO BOOMIN,<br><br>   Defendant. | **CASE NO. 2:24-cv-10378 RGK(RAOx)**<br><br>**SPECIAL VERDICT FORM**<br><br>Judge:  Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed: October 29, 2024<br>Trial Date:    September 23, 2025 |

We, the jury, answer the questions submitted to us as follows:

**I. CLAIM 1 – BATTERY (CIVIL SEXUAL ASSAULT)**

    1. Did Plaintiff prove, by a preponderance of the evidence, that Defendant subjected her to battery in violation of California common law?

☐ Yes  ☐ No

**II. CLAIM 2 – SEXUAL BATTERY (Cal. Civ. Code § 1708.5)**

    2. Did Plaintiff prove, by a preponderance of the evidence, that Defendant subjected her to sexual battery in violation of Cal. Civ. Code § 1708.5?

☐ Yes  ☐ No

**III. CLAIM 3 – VIOLATION OF THE RALPH ACT (Cal. Civ. Code § 51.7)**

    3. Did Plaintiff prove, by a preponderance of the evidence, that Defendant committed violence against Plaintiff in violation of the Ralph Act, Cal. Civ. Code § 51.7?

☐ Yes  ☐ No

**IV. CLAIM 4 – GENDER VIOLENCE (Cal. Civ. Code § 52.4(c)(2))**

    4. Did Plaintiff prove, by a preponderance of the evidence, that Defendant committed an act of gender violence in violation of Cal. Civ. Code § 52.4?

☐ Yes  ☐ No

If you answered "Yes" to Questions 1, 2, 3 <u>or</u> 4, above, then proceed to Question 5.

If you answered "No" to Questions 1, 2, 3 <u>and</u> 4, above, then proceed to sign and return this form.

**V. AFFIRMATIVE DEFENSE – UNCLEAN HANDS**

      6.    Did Defendant prove that Plaintiff should be barred from recovery based on the theory of unclean hands?

☐ Yes      ☐ No

If "Yes," then proceed to sign and return this form.

If "No," then proceed to Question 7.

**VI. NON-ECONOMIC DAMAGES (if applicable)**

      7.    What amount, if any, do you award to Plaintiff for past non-economic loss, including physical pain, mental suffering and emotional distress?: $_____.

      8.    Did Defendant prove, by a preponderance of the evidence, that Plaintiff failed to take reasonable steps to mitigate her non-economic damages?

☐ Yes      ☐ No

If "No," then proceed immediately to complete Section VIII. Punitive Damages.

If "Yes," what amount, if any, should be deducted from the non-economic damages?

- Deduction for failure to mitigate: $ _____
- Net award for non-economic damages (subtract the amount identified in question 8 from the amount identified in question 7): $_____
- Proceed to complete Section VIII. Punitive Damages

**VII. PUNITIVE DAMAGES (if applicable)**

      9.    Total award to Plaintiff for punitive damages: $_____.

**Presiding Juror Signature:** _____

**Date:** _____