MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

ROBERT J. GIRARD II (BAR NO. 216949)
rgirard@girardbengali.com
OMAR H. BENGALI (BAR NO. 276055)
obengali@girardbengali.com
**GIRARD BENGALI, APC**
355 S. Grand Street, Suite 2450
Los Angeles, CA 90071
Tel.: (323) 302-8300
Fax.: (323) 302-8310

*Attorneys for Plaintiff Vanessa LeMaistre*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND WAYNE,<br><br>    Defendant. | Case No. 2:24-cv-10378 RGK(RAO)<br><br>**PLAINTIFF'S SUBMISSION REGARDING STATUTE OF LIMITATIONS UNDER GENDER VIOLENCE – Cal. Civ. Code § 52.4(c)(2)** |

I.  **Gender Violence Act is Timely**

This cause of action is timely under California's Sexual Abuse and Cover-Up Accountability Act, AB 2777 because it is "based on conduct that occurred on or after January 1, 2009, and is commenced []after January 1, 2019."

Cal. Civ. Proc. Code § 340.16 was enacted in 2018 and took effect on January 1, 2019. Cal. Civ. Proc. Code § 340.16; 2018 Cal. Stat. Ch. 939 (A.B. 1619), § 1. Since October 2, 2019, section 340.16 has provided:

> [i]n any civil action for recovery of damages suffered as a result of sexual assault, where the assault occurred on or after the plaintiff's 18th birthday, the time for commencement of the action shall be the later of the following:
>
> (1) Within 10 years from the date of the last act, attempted act, or assault with the intent to commit an act, of sexual assault against the plaintiff.
>
> (2) Within three years from the date the plaintiff discovers or reasonably should have discovered that an injury or illness resulted from an act, attempted act, or assault with the intent to commit an act, of sexual assault against the plaintiff.

Cal. Civ. Proc. Code § 340.16(a) (as amended by 2019 Cal. Stat. Ch. 462 (A.B. 1510), § 1). Acevedo v. eXp Realty, LLC, 713 F. Supp. 3d 740, 788 (C.D. Cal. 2024).

Courts have held that "section 340.16, by its terms, is not limited to *claims* of sexual assault, but applies to *any action* seeking damages *as a result of* sexual assault, regardless of the legal theory alleged" (emphasis in original); Id.; see also Sanchez v. CoreCivic, Inc., No. 3:24 Civ. 1199 (L)(VET), 2025 WL 1160008, at *3 (S.D. Cal. Apr. 21, 2025) (holding "[t]he ten-year statute of limitations applies not

PLAINTIFF'S SUBMISSION REGARDING STATUTE OF LIMITATIONS UNDER GENDER VIOLENCE

2

just to claims for sexual assault, but any cause of action for damages arising from sexual assault") citing Jane Doe #21 (S.H.) v. CFR Enterprises, Inc., 93 Cal. App. 5th 1199, 1209 (2023).

As a result, Plaintiff's claims under Gender Violence, Cal. Civ. Code § 52.4(c)(2), which seek damages on the basis of "[a] physical intrusion or physical invasion of a sexual nature under coercive conditions, whether or not those acts have resulted in criminal complaints, charges, prosecution, or conviction" are timely pursuant to section 340.16.

Dated: September 24, 2025

**WIGDOR LLP**

By: _____
Michael J. Willemin
Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
mhincken@wigdorlaw.com

**GIRARD BENGALI, APC**
Omar H. Bengali
Robert J. Girard II
355 S Grand Avenue, Suite 2450
Los Angeles, California 90071
Telephone: (323) 302-8300
Facsimile: (323) 302-8310
obengali@girardbengali.com
rgirard@girardbengali.com

*Attorneys for Plaintiff Vanessa LeMaistre*

# PROOF OF SERVICE

I, Edwige Rousseau, declare as follows:

On September 24, 2025 I served **Plaintiff's Submission Regarding Statute of Limitations Under Gender Violence - Cal. Civ. Code § 52.4(c)(2)** on the parties

stated below, by electronic mail on the following individuals:

Justin H. Sanders, Esq.
Lawrence C. Hinkle II, Esq.
Bobby L. Daniels, Jr., Esq.
SANDERS ROBERTS
1055 W 7th St, Suite 3200
Los Angeles, CA 90017
T:  (213) 426-5000
jsanders@sandersroberts.com
lhinkle@sandersroberts.com
bdaniels@sandersroberts.com

*Attorneys for Defendant*

Executed on September 24, 2025 under penalty of perjury under the laws of *the state of California.*

_____
Edwige Rousseau

PLAINTIFF'S SUBMISSION REGARDING STATUTE OF LIMITATIONS UNDER GENDER VIOLENCE

4