JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LELAND T. WAYNE p/k/a METRO BOOMIN,<br><br>　　　　Defendant. | **CASE NO. 2:24-cv-10378 RGK(RAOx)**<br><br>**JUDGMENT ON JURY VERDICT**<br><br>Judge:　　Hon. R. Gary Klausner<br>Courtroom: 850<br><br>Complaint Filed:　October 29, 2024<br>Trial Date:　　　September 23, 2025 |

　　　This action came on regularly for trial before this Court and a jury, the Honorable R. Gary Klausner presiding. Plaintiff Vanessa LeMaistre was represented by Michael J. Willemin and Monica Hincken of Wigdor LLP, and Robert J. Girard, II and Omar H. Bengali of Girard Bengali, Girard Bengali APC. Defendant Leland T. Wayne ("Defendant") was represented by Lawrence C. Hinkle, II, Justin H. Sanders, and Bobby L. Daniels, Jr. of Sanders Roberts LLP.

　　　A jury having been duly empaneled and sworn, the matter was tried to verdict. On September 25, 2025, the jury returned its verdict in favor of Defendant on all causes of action asserted by Plaintiff.

　　　In accordance with the jury's verdict, and good cause appearing,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

　　　1.　Judgment is entered in favor of Defendant and against Plaintiff.

　　　2.　Plaintiff shall take nothing by way of the Complaint filed in this action.

　　　3.　Defendant may recover costs from Plaintiff in accordance with

1  applicable law.

2      4.    The Clerk is directed to enter this Judgment forthwith.

3

4  IT IS SO ORDERED.

5  Date:  **10/24/2025**

                            /s/ Gary Klausner
6                          Hon. R. Gary Klausner
                        U.S. District Judge