MICHAEL J. WILLEMIN (NY SBN 4985610)
mwillemin@wigdorlaw.com
(Admitted *pro hac vice*)
MONICA HINCKEN (NY SBN 5351804)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax.: (212) 257-6845

*Attorneys for Plaintiff Vanessa LeMaistre*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA LEMAISTRE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LELAND WAYNE,<br><br>　　　　　Defendant. | Case No. 2:24-cv-10378 RGK(RAO)<br><br>**NOTICE OF APPEAL AND**<br>**REPRESENTATION STATEMENT** |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1

**NOTICE IS HEREBY GIVEN** that Plaintiff Vanessa LeMaistre, pursuant to Fed. R. App. P. 4(a)(1)(A) and 28 U.S.C. § 1291, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Final Judgment, filed on October 24, 2025 (Dkt. No. 116), and from the Court's Order on Plaintiff's Motion for New Trial (Dkt. No. 114) filed on October 23, 2025. Plaintiff's Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: November 21, 2025

**WIGDOR LLP**

By: _____
Michael J. Willemin
Monica Hincken

85 Fifth Avenue, Fifth Floor
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
(Admitted *pro hac vice*)
mhincken@wigdorlaw.com
(Admitted *pro hac vice*)

*Attorneys for Plaintiff Vanessa LeMaistre*

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# REPRESENTATION STATEMENT

The undersigned represents Plaintiff-Appellant Vanessa LeMaistre and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and email, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Vanessa LeMaistre | **WIGDOR LLP**<br>Michael J. Willemin (NY SBN 4985610)<br>mwillemin@wigdorlaw.com<br>(Admitted *pro hac vice*)<br>Monica Hincken (NY SBN 5351804)<br>mhincken@wigdorlaw.com<br>(Admitted *pro hac vice*)<br>85 Fifth Avenue, Fifth Floor<br>New York, NY 10003<br>Tel.: (212) 257-6800<br>Fax.: (212) 257-6845 |
| Defendant-Appellee Leland T. Wayne, f/k/a Metro Boomin | **SANDERS ROBERTS LLP**<br><br>Lawrence C. Hinkle II (SBN 180551)<br>lhinkle@sandersroberts.com<br>Justin H. Sanders (SBN 211488)<br>jsanders@sandersroberts.com<br>515 S. Flower Street, 24th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 426-5000<br>Fax: (213) 234-4581 |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

## PROOF OF SERVICE

I, Edwige Rousseau, declare as follows:

On November 21, 2025 I served this **Notice of Appeal and Representation Statement** on the parties stated below, by electronic mail on the following individuals:

Justin H. Sanders, Esq.
Lawrence C. Hinkle II, Esq.
Bobby L. Daniels, Jr., Esq.
SANDERS ROBERTS
1055 W 7th St, Suite 3200
Los Angeles, CA 90017
T: (213) 426-5000
jsanders@sandersroberts.com
lhinkle@sandersroberts.com
bdaniels@sandersroberts.com

*Attorneys for Defendant*

Executed on November 21, 2025 under penalty of perjury under the laws of *the state of California.*

_____
Edwige Rousseau